IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

| | |
|---|---|
| PHILLIP WAYNE KOGER, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CIVIL ACTION FILE |
| ) | NO. 4:18-cv-00053-HLM |
| GREGGORY CARSON, individually; ) | |
| STEPHEN BAGLEY, individually; ) | |
| TODD COOK, individually; JAMES ) | |
| DAVIS, individually; DYLON ) | |
| FLOYD, individually; and ) | |
| ANTHONY LAWSON, individually; ) | |
| ) | |
| Defendants. ) | |

**REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO DISMISS OF PLAINTIFF'S AMENDED COMPLAINT AS TO TODD COOK**

**COMES NOW** Todd Cook and asserts as follows:

Deputy Cook concedes that the Court's Order of December 6, 2018 (Doc. 112), is applicable to his pending Motion to Dismiss and that his Motion may be more appropriately addressed in a summary judgment posture. However, he requests the Court consider qualified immunity at this stage of the proceedings. The arguments on qualified immunity have been set out previously in the Motion to Dismiss. (Doc. 128).

The Defendant requests that Qualified immunity be applied in this matter, and that all claims against Deputy Cook be dismissed in this matter, and for any and all other relief to which he may be entitled.

Respectfully submitted,

**LEITNER, WILLIAMS, DOOLEY
& NAPOLITAN, PLLC**

By: /s/ James Exum
    **JAMES F. EXUM, GA BAR #954516**
    Attorneys for Defendant
    Tallan Building – Suite 500
    200 W. M.L. King Blvd.
    Chattanooga, TN 37402-2566
    Phone: (423) 265-0214
    Fax:    (423) 266-5490

## STATEMENT OF COMPLIANCE

In accordance with L.R. 5.1, I certify that this brief has been produced using 14 point, Times New Roman with double spaced lines except for allowable single spaced matter.

                                                  /s/*James F. Exum*

## CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically submitted the foregoing to the Clerk of Court using the CM/ECF system which will automatically send electronic mail notification of such filing to counsel of record who are CM/ECF participants. Counsel of record are:

| | |
|---|---|
| Luke A. Evans, Esq.<br>Heather G. Parker, Esq.<br>BULLOCK, FLY, HORNSBY & EVANS<br>302 North Spring Street<br>PO Box 398<br>Murfreesboro, TN 37133-0398<br><br>Christopher R. Stanford, Esq.<br>Christina S. Stanford, Esq.<br>THE STANFORD LAW FIRM, PLLC<br>103 West High Street<br>Manchester, Tennessee 37355<br><br>*Attorneys for Plaintiff* | Erin S. Corbett, Esq.<br>BULLARD & WANGERIN, LLP<br>2960 Riverside Drive, Suite 280<br>P.O. Box 18107<br>Macon, Georgia 31209<br>*Local counsel for Plaintiff*<br><br>Gwendolyn D. Havlik, Esq.<br>Stevan A. Miller, Esq.<br>DREW ECKL & FARNHAM – ATL<br>303 Peachtree Street NE, Suite 3500<br>Atlanta, GA 30308<br>*Attorneys for Defendant Anthony Lawson* |
| Dana K. Maine, Esq.<br>FREEMAN MATHIS & GARY, LLP<br>100 Galleria Parkway<br>Suite 1600<br>Atlanta, Georgia 30339-5948<br>(770) 818-0000 (telephone)<br>(770) 937-9960 (facsimile) | Bryan H. Hoss, Esq.<br>DAVIS & HOSS, P.C.<br>850 Fort Wood Street<br>Chattanooga, TN 37403<br>*Attorney for Defendant Greggory Carson, individually* |

This 21st day of March, 2019.

                                                */s/James Exum*