Page 1

1                  IN THE UNITED STATES DISTRICT

2                  NORTHERN DISTRICT OF GEORGIA

3                         ROME DIVISION

4

PHILLIP WAYNE KOGER,                    )

5                                        )

                                         )

6        PLAINTIFF                       )    CIVIL ACTION FILE

                                         )    4:18-CV-00053-HLM

7     VS                                 )

                                         )

8  GREGGORY CARSON, INDIVIDUALLY;        )

   STEPHEN BAGLEY, INDIVIDUALLY;         )

9  TODD COOK, INDIVIDUALLY; JAMES        )

   DAVIS, INDIVIDUALLY; DYLON FLOYD,     )

10 INDIVIDUALLY; AND ANTHONY             )

   LAWSON, INDIVIDUALLY,                 )

11                                       )

                                         )

12       DEFENDANTS                      )

   _____        )

13                                       Certified Original

14

15

16            DEPOSITION OF PHILLIP KOGER

17       TAKEN ON BEHALF OF THE DEFENDANTS

18         IN FORREST CITY, ARKANSAS

19             ON MAY 21, 2019

20

21

22

23

24

25  REPORTED BY:   Karisa J. Aebi, CCR RPR, LS NO. 802

EXHIBIT

C

exhibitsticker.com

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 2

```
 1                    A P P E A R A N C E S
 2
 3   FOR THE PLAINTIFF:
 4        Christopher R. Stanford
          Attorney at Law
 5        The Stanford Law Firm, PLLC
          103 West High Street
 6        Manchester, Tennessee 37355
          931-954-5577
 7        stanfordlawfirm@gmail.com
 8   FOR THE DEFENDANT GREGGORY CARSON:
 9        Bryan H. Hoss
          Attorney at Law
10        Davis & Hoss, P.C.
          850 Fort Wood Street
11        Chattanooga, Tennessee 37403
          423-825-9747
12        bryan@davis-hoss.com
13   FOR THE DEFENDANTS DYLON FLOYD, JAMES DAVIS AND
     STEPHEN BAGLEY:
14
15        Dana Maine
          Attorney at Law
16        Freeman Mathis & Gary
          100 Galleria Parkway, Suite 1600
17        Atlanta, Georgia 30339
          770-818-1408
18        Dmaine@fmglaw.com

19   FOR THE DEFENDANT TODD COOK:

20        James F. Exum
          Attorney at Law
21        Leitner, Williams, Dooley & Napolitan, PLLC
          Tallan Building - Suite 500
22        200 W. M.L. King Blvd.
          Chattanooga, Tennessee 37402
23        704-332-5583
          jfexum@chamblisslaw.com
24
25
```

Phillip Koger
May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 3

1                    A P P E A R A N C E S

2

3   FOR THE DEFENDANT ANTHONY LAWSON:

4        Gwendolyn D. Havlik

         Attorney at Law

5        Drew Eckl & Farnham

         303 Peachtree Street NE, Suite 3500

6        Atlanta, Georgia 30308

         404-885-1400

7        havlikg@deflaw.com

8

                         *   *   *   *   *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Phillip Koger                                                         May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 4

1                    T A B L E   O F   C O N T E N T S

                                                               PAGE
2     EXHIBITS......................................     3
      STIPULATIONS..................................     5
3
      DIRECT EXAMINATION BY MR. HOSS................     6
4     CROSS-EXAMINATION BY MS. MAINE................   184
      CROSS-EXAMINATION BY MR. EXUM.................   189
5     CROSS-EXAMINATION BY MS. HAVLIK...............   192
      RECROSS EXAMINATION BY MS. MAINE..............   196
6     RECROSS EXAMINATION BY MR. EXUM...............   197
7     REPORTER'S CERTIFICATE........................   200
8                          EXHIBITS
      NUMBER    DESCRIPTION                           PAGE
9     EXHIBIT 1 PLAINTIFF PHILLIP WAYNE KOGER'S        8
                OBJECTIONS AND RESPONSES TO
10              DEFENDANT OFFICER CARSON'S FIRST SET
                OF INTERROGATORIES AND REQUEST FOR
11              PRODUCTION PROPOUNDED TO PLAINTIFF.....
      EXHIBIT 2 PLAINTIFF PHILLIP WAYNE KOGER'S       66
12              OBJECTIONS AND RESPONSES TO
                DEFENDANT CARSON'S REQUESTS FOR
13              ADMISSIONS TO PLAINTIFF...............
      EXHIBIT 3 PLAINTIFF PHILLIP WAYNE KOGER'S       66
14              OBJECTIONS AND RESPONSES TO
                DEFENDANT ANTHONY LAWSON'S FIRST
15              INTERROGATORIES TO PLAINTIFF..........
      EXHIBIT 4 PLAINTIFF PHILLIP WAYNE KOGER'S       66
16              OBJECTIONS AND RESPONSES TO
                DEFENDANTS DYLON FLOYD, JAMES DAVIS
17              AND STEPHEN BAGLEY'S FIRST
                INTERROGATORIES TO PLAINTIFF..........
18    EXHIBIT 5 INDICTMENT..........................   49
      EXHIBIT 6 INTERVIEW WITH PHILLIP KOGER GAVE BY  148
19              GBI S/A ADAM JONES....................
      EXHIBIT 7 MUGSHOT TAKEN MARCH 9TH, 2017......... 153
20    EXHIBIT 8 MEDICAL RECORDS..................... 155
      EXHIBIT 9 CATOOSA COUNTY SHERIFF'S DEPARTMENT  151
21              GANG VALIDATION FORM..................
      EXHIBIT 10 PHILLIP KOGER FACEBOOK PRINTOUT........ 172
22    EXHIBIT 11 PLAINTIFF PHILLIP WAYNE KOGER'S        199
                OBJECTIONS AND RESPONSES TO
23              DEFENDANT TODD COOK'S FIRST SET OF
                INTERROGATORIES.......................
24
25

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 5

1                          STIPULATIONS

2

3          Produced, sworn, and examined, pursuant to

4    notice, at FCI Forrest City Low, 1400 Dale Bumpers

5    Road, Forrest City, Arkansas, commencing at 11:21

6    a.m. on May 21, 2019, in the above-entitled cause now

7    pending in the United States District Court for the

8    Northern District of Georgia Rome Division; said

9    deposition being taken for all purposes, pursuant to

10   the Federal Rules of Civil Procedure.

11

12

13                          *   *   *   *   *

14

15

16

17

18

19

20

21

22

23

24

25

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 6

                          PHILLIP KOGER

1

2    of lawful age, being first duly sworn, deposes and

3    says in reply to the questions propounded as follows:

4                         * * * * *

5                     DIRECT EXAMINATION

6    BY MR. HOSS:

7         Q.    Mr. Koger, please state your full name.

8         A.    Phillip Wayne Koger, Junior.

9         Q.    Mr. Koger, what is your date of birth?

10        A.    11-13-1984.

11        Q.    How old are you currently?

12        A.    34 years old.

13        Q.    And you're currently living at, and are an

14   inmate -- or tell us where.

15        A.    Federal Correctional Complex, Forrest City,

16   Low.

17        Q.    That's here in Arkansas; is that correct?

18        A.    Yes, sir.

19        Q.    I introduced myself earlier.  My name is

20   Bryan Hoss.  I represent Sergeant Greg Carson who is

21   one of the individual officers named in this lawsuit.

22   Sorry, there's a fly.

23        A.    That's all right.

24        Q.    So and then, there are other defense

25   attorneys.  I think we're waiting on two to show up

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 7

```
 1    who got their flight delayed.  But today is our day
 2    to ask you some questions in your civil deposition in
 3    the lawsuit that you filed against these officers.
 4    Okay?
 5         A.    Yes, sir.
 6         Q.    Have you ever given a deposition before?
 7         A.    No, sir.
 8         Q.    If I ask you a question that you don't
 9    understand or you want me to rephrase something,
10    please let me know.  I'm happy to do it.  Okay?
11         A.    Uh-huh.
12         Q.    Okay.  And then second, what you just did
13    when you say huh-uh --
14         A.    Yes, sir.
15         Q.    -- she has to type out responses and say
16    yes -- yes or no --
17         A.    I'm sorry.
18         Q.    -- to those answers.  It's okay.  And so,
19    if you -- if you do that and say uh-huh or huh-uh,
20    then I may ask you say your answer out loud or
21    verbally so we can report it for this record.  Okay?
22         A.    Yes, sir.
23         Q.    The -- you were given some interrogatories
24    in this case; is that correct?
25         A.    I'm not sure what an interrogatory is, sir.
```

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 8

1      Q.     An interrogatory is just a question that a

2   bunch of lawyers from these officers asked of you.

3      A.     Oh, Yeah.   The stuff Chris --

4      Q.     That's correct.

5      A.     Yeah.

6      Q.     Did your attorney show you those questions?

7             MR. STANFORD:   I have to interject here.   I

8   just asked him about that in the room.   The mail did

9   not come to him apparently, so he has not seen any of

10   the responses.

11   BY MR. HOSS:

12      Q.     Okay.   Let me -- let me do this.   I'm --

13   I'm going to show you some exhibits because we served

14   some interrogatories on your lawyer several months

15   ago.   And so, part of an interrogatory is we're

16   asking you to swear to the truthfulness of an answer

17   to a question that we asked.   Okay?

18      A.     Okay.

19      (Exhibit 1 Number marked for identification.)

20   BY MR. HOSS:

21      Q.     I'm going to show you what's been

22   previously marked as Exhibit 1.   These are your

23   answers to interrogatories submitted by Defendant

24   Greg Carson.   Take a look at that document.

25             Mr. Koger, have you had a chance to read

Page 9

1    your responses to Officer's Carson's first set of

2    interrogatories?

3          A.     Yes, sir.

4          Q.     Those have been marked as Exhibit 1.  Are

5    those your answers?

6          A.     Yes, sir.

7          Q.     And under oath, are those true?

8          A.     Yes, sir.

9          Q.     Have you reviewed those before today?

10         A.     No, sir.

11         Q.     Can you read and write, sir?

12         A.     Yes, sir.

13         Q.     Okay.  You met with your lawyer and he

14   certainly read to you the questions and you guys

15   discussed potential answers to those questions; is

16   that accurate?

17         A.     Yes, sir.

18         Q.     All right.  And then he went back to his

19   office, typed up your responses, and you just didn't

20   see the final product?

21         A.     Yes, sir.

22         Q.     Okay.  But every answer that's on

23   Exhibit 1, that's true and accurate to the best of

24   your knowledge?

25         A.     Yes, sir.

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 10

1            MR. HOSS:  Let's mark -- admit Plaintiff's

2      Exhibit 1 into the deposition, please.

3      BY MR. HOSS:

4            Q.    Let me -- besides Mr. Stanford, did anybody

5      else help you answer these interrogatories, sir?

6            A.    No, sir.

7            Q.    You listed your full name and you listed

8      one of your nickname that you had.  Tell us what your

9      nickname is.

10           A.    Guapo.

11           Q.    What does that mean?

12           A.    Spanish for handsome.

13           Q.    When -- did you did you get that nickname?

14           A.    As an MMA fighter.

15           Q.    As an MMA fighter?  We'll get into MMA

16     stuff.  When did you get that nickname?

17           A.    I was probably 18 years old.

18           Q.    That's -- is that when you started fighting

19     MMA?

20           A.    No, sir.  I started fighting MMA around

21     2007, but I began training in about 1998.

22           Q.    Okay.  So when you were 18, what year would

23     that have been?

24           A.    2003.

25           Q.    Okay.  So around 2003 is when you got this

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 11

1    nickname?

2         A.    Yes, sir.

3         Q.    Who gave you the nickname?

4         A.    Some Spanish friends that I had that I

5    worked with, they -- they came to a fight and watched

6    me and it was an amateur fight and I didn't get beat

7    up and he said, oh, you're still mui guapo, you still

8    handsome.  Okay.

9         Q.    And it stuck?

10        A.    Yes.  That's been there ever since.

11        Q.    Okay.  We asked in the interrogatories

12   about where all you've lived.  Since this incident on

13   March 9th, 2017, you've been in custody?

14        A.    Yes.

15        Q.    I think you give us some dates in your

16   interrogatories, and I don't want to revisit those

17   dates exactly.  But essentially, you spent the first

18   several months at Hamilton County jail?

19        A.    Yes, sir.

20        Q.    And then moved to Silverdale?

21        A.    Yes.

22        Q.    And then to Bradley County jail?

23        A.    Yes, sir.

24        Q.    Then once you got sentenced, you then were

25   moved to the BOP facility and then Oklahoma City?

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 12

1        A.      Yes, sir.

2        Q.      And you've been here at Forrest City since

3    February of this year; is that right?

4        A.      Yes, sir.

5        Q.      Prior to March 9th, 2017, were all else

6    have you lived?

7        A.      I stayed at 3511 Highway 95 for maybe two

8    months with my oldest son's mother.  And the rest of

9    my life, I've lived at 33 Henton Lane, Ringgold,

10   Georgia.

11       Q.      That's where you lived from when you were

12   born up until March of 2017?

13       A.      That's where I lived since I was seven

14   years old.  I don't remember the address before I was

15   seven.  My grandmother bought the property when I was

16   seven years old and I lived there ever since.

17       Q.      The 3511 Highway 95, that's in Rock

18   Springs, Georgia?

19       A.      Yes.

20       Q.      When you when you moved to this family home

21   on Hinton Lane in Ringgold when you were seven --

22       A.      Yes.

23       Q.      -- you lived there with your mom and dad?

24       A.      No.  My grandmother and my mentally

25   disabled aunt.

Phillip Koger
May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 13

1      Q.     You grandmother and mentally disabled aunt?

2      A.     Yes.

3      Q.     What is your grandma's name?

4      A.     Ruth Koger.

5      Q.     Is she still alive?

6      A.     No, sir.

7      Q.     Okay.  And your mentally disabled aunt what

8   is her name?

9      A.     Brenda Koger.  Also deceased.

10     Q.     She's also deceased.  And were you raised

11  by your grandma?

12     A.     Yes, sir.  Until the age of 14.

13     Q.     Then what happened at 14?

14     A.     My grandmother sold the home on 33 Hinton

15  Lane to my parents and she was getting a little too

16  old to take care of me.  I was, you know, teenager,

17  kind of wanting to do my own thing.  So she let my

18  parents take back custody of me.

19     Q.     Give us your parents' names.

20     A.     Annette and Phillip Koger.

21     Q.     Are they still married?

22     A.     Yes.

23     Q.     And do they still live at 33 Hinton Lane,

24  Ringgold, Georgia?

25     A.     Yes, sir.

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 14

```
 1        Q.    Do you have any brothers or sisters?

 2        A.    Yes, sir.

 3        Q.    Tell me -- give me names.

 4        A.    Leslie Dodson.  It's my only sister.

 5        Q.    Is she your --

 6        A.    She's my half sister.

 7        Q.    Half sister.  And she lives where?

 8        A.    2031 Yankee Road.

 9        Q.    Where is that?

10        A.    It's in Dade County.  Mentone maybe.

11   Menton or --

12        Q.    I've heard of Mentone, Alabama?

13        A.    It's Georgia.

14        Q.    Mentone, Georgia?

15        A.    Yes.

16        Q.    Okay.  How old is Leslie?

17        A.    I'm 34, so she's 37 or 38.  I'm not sure.

18   We weren't raised together or around each other.

19        Q.    Is -- Leslie is your half sister.  Is

20   that -- is that from your mom's side or dad's side?

21        A.    My mother's side.

22        Q.    And any other brothers or sisters besides

23   Leslie?

24        A.    No, sir.

25        Q.    She's your only one?
```

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 15

```
 1       A.    Yes, sir.

 2       Q.    Okay.  What does Annette Koger do?  Is she

 3  employed?

 4       A.    Yes, sir.

 5       Q.    Where does she work?

 6       A.    She's a manager of Wal-Mart food center in

 7  East Ridge, Georgia.

 8       Q.    East Ridge, Georgia?

 9       A.    East Ridge, Tennessee.  My bad, my bad.

10             (Off the record.)

11  BY MR. HOSS:

12       Q.    So your mom is currently -- is she

13  currently a manager at Wal-Mart in East Ridge?

14       A.    Yes.

15       Q.    How long has she had that job?

16       A.    Probably four years.

17       Q.    Okay.  What about your dad?

18       A.    He's unemployed.  He's on disability.

19       Q.    How long has he been on disability?

20       A.    I'm not sure.  Couple years.

21       Q.    What did he do before the disability?

22       A.    Iron worker.

23       Q.    Is he with a union?

24       A.    No, sir.  Off and on.  Off and on with a

25  union.  His last -- his last few jobs, he was with a
```

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 16

1   union.

2          Q.     Do you remember his last job?

3          A.     Spirit.  They're out of Green Bay,

4   Wisconsin.  There's a sister company for Vos Electric

5   Company I worked for.

6          Q.     And do you have an approximate date on when

7   his last time he was employed by -- for some iron

8   company?

9          A.     No.  Probably 2015, probably.

10         Q.     Okay.  It would have been before this

11  incident?

12         A.     Yes.

13         Q.     Before your arrest, right?

14         A.     Yes.

15         Q.     Any other family members that you're close

16  with besides mom, dad, sister?

17         A.     Just my aunt, Nora.

18         Q.     What's Nora's full name?

19         A.     Nora Koger.

20         Q.     Where does she live?

21         A.     471 East Teems --

22         Q.     East --

23         A.     471 East Teems, T-E-E-M-S, Road.

24         Q.     Where is that located?

25         A.     Ringgold, Georgia.

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 17

1      Q.    How old is Nora?  50s, 60s?

2      A.    60s.

3      Q.    Okay.  Mom's sister?  Dad's sister?

4      A.    Dad's sister.

5      Q.    Any other cousins in north Georgia, south

6   Tennessee or southeast Tennessee or --

7      A.    Yeah.  Her granddaughter, Haley, but I'm

8   not close with her.

9      Q.    What's Haley's last name?

10     A.    Maiden last name is Koger.  I don't know --

11  she recently got married.  I don't know her married

12  last name.

13     Q.    Let's talk about your educational

14  background.  Mr. Koger, I understand you attended

15  Houston County Crossroads Academy.  Is that a public

16  school?

17     A.    Yes.  It's like an alternative school.

18  It's currently changed the name of it to something

19  else.  I forget what they changed the name too.  It's

20  at the old Battlefield Elementary.

21     Q.    But it's currently still operating, but

22  under a different name?

23     A.    Yes.

24     Q.    And you -- I read in another set of

25  interrogatories you left in your senior year?  Or

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 18

1      when did you leave?

2            A.     My senior year.

3            Q.     Okay.  Why did you drop out of school?

4            A.     Bad attitude.

5            Q.     Have you ever graduated --

6            A.     No, sir.

7            Q.     -- high school?

8            A.     No, sir.

9            Q.     Or obtained your GED?

10           A.     No, sir.

11           Q.     But do you have any disabilities or

12     restrictions regarding being able to read or write?

13           A.     No, sir.

14           Q.     Or understand written words on paper?

15           A.     No, sir.

16           Q.     Okay.  If I show you something and you

17     don't understand it, you'll make sure that we explain

18     it to you; is that right?

19           A.     Yes, sir.

20           Q.     Okay.  You -- you indicate here about your

21     employment that you became a licensed journeyman

22     electrician?

23           A.     Yes, sir.

24           Q.     When was that?

25           A.     2011, 2012.

Phillip Koger                                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

                                                            Page 19

1       Q.      And who were you working for when that
2    happened?
3       A.      Vos Electric.
4       Q.      So you -- when did you start with Vos?
5    That's with a V, correct?
6       A.      Yes.
7       Q.      When did you start?
8       A.      Two Ss -- or no, single S.
9       Q.      V-O-S?
10      A.      Yes.  V-O-S.
11      Q.      Okay.  Where are they -- do you know their
12   business address?
13      A.      Green Bay, Wisconsin.  Do you mind if I
14   stand up a minute?
15      Q.      No, sir.  I don't.  Keep asking you
16   questions while you're standing up?
17      A.      Go ahead.
18      Q.      Did Vos Electric have a physical location
19   in Ringgold or where you grew up?
20      A.      No.  My dad started working for Spirit and
21   I didn't iron work with him until he got on the job
22   site and I couldn't get on as an iron worker.  So
23   they said the electrical crew is hiring, would you
24   like to work for them?  So yeah, I tried that out.
25   And I worked with them and then went to Robins &

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 20

1    Morton and got my journeyman's card with Robins &

2    Morton and --

3        Q.    I didn't hear that last right.  You went to

4    Robins --

5        A.    And Morton.

6        Q.    How do you spell that?

7        A.    R-O-B-I, think single B, I-N-S.

8        Q.    Yes, sir.

9        A.    Morton, M-O-R-T-O-N.

10            MR. HOSS:  Let's go off the record for a

11   second.

12                (A short break was had.)

13    (Ms. Wynne and Mr. Exum joined the deposition.)

14   BY MR. HOSS:

15       Q.    Mr. Koger, when did -- about what year did

16   you drop out of high school?

17       A.    2001, 2002.

18       Q.    And then when did you start working at Vos

19   Electric?

20       A.    2011, 2012.

21       Q.    So what did you do during that 10-year time

22   period before?

23       A.    Whatever.  Roofing, everything from

24   roofing, iron working, welding.

25       Q.    For who?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 21

1    A.    Roofing, I worked for Terry Lee Harris.  I

2    iron worked for Buckner Steel.  That's also where I

3    learned welding.

4    Q.    Can you think of anybody else?

5    A.    Special Metal Fabricators, Specialty Metal

6    Fabricators.

7    Q.    Specialty Metal Fabricators?  Okay.

8    A.    Yes.  And that's about it.

9    Q.    And you began work with Vos in 2011, 2012;

10   is that right?

11   A.    Yes.

12   Q.    And then you went to Robins & Morton?

13   A.    Yes.

14   Q.    And that's when you obtained your license

15   journeyman?

16   A.    And that's where I obtained my journeyman's

17   card.

18   Q.    And that was to become an electrician; is

19   that right?

20   A.    Yes.

21   Q.    Prior to that, had you done any electrical

22   work?

23   A.    Never.

24   Q.    And do you know when you obtained your

25   journeyman's card as an electrician?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 22

1      A.    2014.

2      Q.    How long did you work for Robins & Morton?

3      A.    2013, 2014.

4      Q.    So you left as soon as you obtained your

5  journeyman's card?

6      A.    Yes.

7      Q.    Where did you go?

8      A.    Back to Vos.

9      Q.    Back to Vos?

10     A.    Yes.

11     Q.    And so, you started back with them in 2014

12  and worked with Vos for how long?

13     A.    Probably another two years.

14     Q.    So that would take us to about 2016?

15     A.    Yeah.  Start of.

16     Q.    To the beginning of 2016?

17     A.    Yes.

18     Q.    Why did you leave Vos in the beginning of

19  2016?

20     A.    Lay off.

21     Q.    So you were laid off?

22     A.    Yes.

23     Q.    Okay.  Any other employment after that,

24  between then and March 9th, 2017?

25     A.    Just under the table stuff for a gentleman

Phillip Koger                                               May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 23

1   named Rob Sprague on odd stuff at his house.

2        Q.    How do you spell his last name?

3        A.    S-P-R-A-G-U-E.

4        Q.    Sprague?

5        A.    Sprague.

6        Q.    Okay.  So he paid you under the table to do

7   odds and ends around his house?

8        A.    Yes.

9        Q.    And at the time this occurred in -- on

10  March 9th, 2017, you were unemployed?

11       A.    Yes.

12       Q.    Is that right?

13       A.    Yes.

14       Q.    We had asked for copies, something, showing

15  your earnings or wages, an income tax return, W-2.

16  Do you have any of those documents?

17       A.    No, sir.

18       Q.    When was the last time you filed an income

19  tax return?

20       A.    2015.

21       Q.    Did you get a refund?

22       A.    Yes.

23       Q.    How much was it?

24       A.    I'm not sure.

25       Q.    Where would that income tax return be?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 24

1        A.     Who I filed with.

2        Q.     Where would a copy of it be?

3        A.     The IRS.

4        Q.     Okay.

5        A.     I don't know.

6        Q.     Did you keep a copy?

7        A.     No.

8        Q.     Can you -- did your leave at copy at your

9    home?

10       A.     After I get done with that kind of stuff, I

11   just throw it away.

12       Q.     What income did you declare during 2015?

13       A.     Just what I had from Vos.

14       Q.     How much was that?

15       A.     $40,000.

16       Q.     And I think you're paid a pretty good

17   hourly rate --

18       A.     Yeah.

19       Q.     -- wage; is that right?

20       A.     Yes.

21       Q.     What was it?

22       A.     $27 an hour.

23       Q.     Is that the highest you've been paid?

24       A.     Yes.

25       Q.     Okay.  And when we talk about the 2015 tax

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 25

1   return, you're talking about that was filed in April

2   15th of 2015?

3        A.    Yes.

4        Q.    For your 2014 --

5        A.    '14, yes.

6        Q.    -- income?

7        A.    Yeah.

8        Q.    And so in 2014, your recollection that you

9   earned -- you were earning about $40,000 a year at

10  $27 an hour?

11       A.    Yes.

12       Q.    But you don't have any records to support

13  that?

14       A.    No.

15       Q.    What was Rob Sprague paying you?

16       A.    Roughly $15 an hour.

17       Q.    How many hours did you work for him?

18       A.    Usually 8 to 10 a day.

19       Q.    8 to 10 hours a day?

20       A.    Yes.

21       Q.    For how long?

22       A.    Right up until about the day I got caught.

23       Q.    Seven days a week?

24       A.    Five days a week.

25       Q.    That's a lot of odds and ends, right?

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 26

```
 1        A.      Well, he's got like a couple mechanic shops
 2   out there on his property, four-car garages he does
 3   mechanical work out of.
 4        Q.      What's Rob's home address, or the address
 5   where you worked?
 6        A.      It's burned down, but -- but it's at the
 7   end of -- it's in Rossville.  Come off -- come off
 8   Hooker Road.  I don't remember the name of the damn
 9   road.
10        Q.      How did it burn down?
11        A.      Electrical fire.
12        Q.      When did that happen?
13        A.      Not too long before I -- that's kind of why
14   I quit working for him.  He died in the -- he died in
15   the --
16        Q.      He died in the fire?
17        A.      Yes.
18        Q.      You're not sure when that was?
19        A.      It was --
20        Q.      Your employer died in the fire?
21        A.      It was the beginning of 2017.  Like
22   January, late January, early February.
23        Q.      Okay.  So in your interrogatory responses,
24   Number 5, it says that you worked at Robins & Morton
25   from 2007 until 2011.  So is that not accurate?
```

Phillip Koger                                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 27

1        A.    2007 -- no.

2        Q.    That's not accurate?  You only worked for

3    them after in two -- from what you just testified to,

4    in 2014 to 2015?

5        A.    Yeah.  No.  2013 to 2014.

6        Q.    Okay.  So your testimony now is you worked

7    at Robins & Morton from 2013, 2014?

8        A.    Yeah.

9        Q.    Okay.  Have you ever -- have you ever been

10   found to be disabled?

11       A.    No, sir.

12       Q.    All right.  You've never received any

13   disability compensation of any kind; is that right?

14       A.    No, sir.

15       Q.    We were given this Exhibit 1.  Let me show

16   it to you to, the interrogatories as your, I guess,

17   response to when we asked about what your criminal

18   record was.  Take a look at that.  Let's just start

19   with the first page.  I'll come back to the

20   federal -- the federal conspiracy charges you're

21   currently serving your sentence on.  But I want to go

22   through the rest of the answers.  Okay?

23       A.    Uh-huh.

24       Q.    First off, is this your full, complete copy

25   of your criminal record?

Page 28

1      A.     Yes, sir.

2      Q.     And just so we're clear, when you get

3   sentence in federal court, you receive a presentence

4   investigation report, a PSR?

5      A.     Yes, sir.

6      Q.     You saw that?

7      A.     Yes, sir.

8      Q.     That's prepared by the judge's probation

9   officer, correct?

10     A.     Yes, sir.

11     Q.     That sets out all of your criminal history?

12     A.     Yes, sir.

13     Q.     So you've reviewed that here in the last

14   24 months, correct?

15     A.     Yes, sir.

16     Q.     All right.  So looks like November 10th,

17   2014, Walker County, you were charged with driving

18   without a license.  Did you plead guilty to that?

19     A.     No, I didn't.  I never even had a court

20   date on that.

21     Q.     Okay.  Says there's a $662 fine?

22     A.     I never went to court over that.

23     Q.     So you were fined without going to court?

24     A.     Yes, sir.

25     Q.     In the next entry -- this is what you guys

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 29

1  gave me so I'm just asking about it.  March 12th,

2  2016, you were charged with theft over $10,000 and

3  resisting arrest in Sequatchie County?

4       A.    Yes, sir.

5       Q.    Okay.  Tell me about that.

6       A.    I got into the vehicle that I didn't know

7  was stolen and someone also took all responsibility

8  for those charges.  I just hadn't been back to court

9  on it because I got incarcerated for this.

10      Q.    So -- so that would have been on

11 March 12th, 2016, you were driving in someone's car?

12      A.    No.  I was a passenger.

13      Q.    You were a passenger in a car?

14      A.    Yes.  In a stolen vehicle.

15      Q.    And what kind of car was it?

16      A.    A Nissan Frontier.

17      Q.    And who were you with?

18      A.    Ashley Stinnett.

19      Q.    Can you spell her last name for me?

20      A.    S-T-I-N-N-E-T-T.

21      Q.    She was driving?

22      A.    Yes.

23      Q.    And you guys got blue lighted by the

24 sheriff?

25      A.    Yes, sir.

Phillip Koger
May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 30

1      Q.    And pulled over?

2      A.    Yes, sir.

3      Q.    Did you guys flee?

4      A.    Yes.  She did.

5      Q.    With you as passenger?

6      A.    Yes, sir.

7      Q.    Okay.  And how far did she go?  How far did

8   she get?

9      A.    All the way to a dead end road.

10     Q.    Okay.  And what happened?

11     A.    They -- she finally got out of the truck.

12   We got out the truck and they arrested us both.

13     Q.    Any drugs in the car?

14     A.    No, sir.

15     Q.    Any guns?

16     A.    No, sir.

17     Q.    Were you charged with resisting?

18     A.    Yes, sir.

19     Q.    Did you resist?

20     A.    No, sir.

21     Q.    Okay.  Were you injured in that?

22     A.    No, sir.

23     Q.    Was there a wreck?

24     A.    No, sir.

25     Q.    She just got to a dead end road --

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 31

1    A.    Drove into the cow pasture.

2    Q.    Drove into a cow pasture.  So you were

3    arrested on that.  Did you make bond?

4    A.    Yes, sir.

5    Q.    And what was your bond?

6    A.    $100,000.

7    Q.    So you posted $10,000 in cash?

8    A.    Yes, sir.

9    Q.    And you were released; is that correct?

10   A.    Yes, sir.

11   Q.    And were you ever given a court date?  Did

12   you ever go back?

13   A.    I was never given a court date, notice to

14   appear or anything like that.

15   Q.    Do you know if that charge is currently

16   still pending against you?

17   A.    Yes, sir.

18   Q.    And you know that because when you come

19   into a BOP facility, don't you get assessed points

20   for pending charges?

21   A.    Yes, sir.

22   Q.    And you still -- so according to this

23   facility, this BOP here at Forrest City, they're

24   assessing you points based upon that?

25   A.    Yes, sir.

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 32

1      Q.      For Sequatchie County charges?

2      A.      Yes, sir.

3      Q.      And that affects what?  How does that

4    affect you as an inmate currently?

5      A.      Well, each detainer you have, your

6    detainers, they go on -- graded on severity.

7      Q.      Yes, sir.

8      A.      Right now I have seven severity points

9    because I have the detainer from that.  If not for

10   that, I would be -- I wouldn't be here.  I'd be in a

11   camp.  I have camp points.

12     Q.      Is this your only -- is this -- is this

13   charge your only detainer?

14     A.      No, sir.

15     Q.      You have other detainers?

16     A.      Yes, sir.

17     Q.      We'll get to those in a sec.  So let's move

18   on to the next -- next one.

19             So you made bond in Sequatchie County.  And

20   on October the 8th, 2016, you got charged in Hamilton

21   County with a theft of property?

22     A.      Yes, sir.

23     Q.      Tell me about that.

24     A.      I got caught in another stolen vehicle with

25   someone else.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 33

1      Q.     Caught in another stolen vehicle with

2   someone else?

3      A.     Yes.

4      Q.     Did that happen in October of 2016?

5      A.     Yes.

6      Q.     October the 8th, 2016?

7      A.     Like I say, I never received a court date

8   for the Sequatchie County or they would have sent me

9   back to Sequatchie for -- so I never got the court

10  date for that.  I never got a court date for either

11  of these until I was arrested on the charges I'm

12  currently here on.

13     Q.     So let's talk about that incident on

14  October the 8th, 2016.

15     A.     Yes, sir.

16     Q.     Who were you with that time?

17     A.     Brandi Clowers.

18     Q.     How do you spell Brandi?

19     A.     B-R-A-N-D-I.

20     Q.     Okay.

21            MR. STANFORD:  Can I have just a second?

22  I'm going to go off the record with Mr. Koger for

23  just a second.  I need to speak with him.

24            (A short break was had.)

25            MR. STANFORD:  I want to just say for the

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 34

```
 1   record that I explained to Mr. Koger his Fifth

 2   Amendment right against self-incrimination.

 3   BY MR. HOSS:

 4        Q.    Okay.  You were telling us on October

 5   the 8th, 2016, we were discussing your charge for

 6   theft of property pending in Hamilton County.  And

 7   you said that you were with Brandi Clowers in a

 8   stolen vehicle?

 9        A.    Yes, sir.

10        Q.    Is that right?

11        A.    Yes, sir.

12        Q.    And you were pulled over or stopped?

13        A.    Yes, sir.

14        Q.    Was there another chase?

15        A.    No, sir.

16        Q.    Okay.  So were you a passenger in this one

17   as well?

18        A.    Yes, sir.

19        Q.    Brandi pulled the car over on the side of

20   the road when she was blue lighted?

21        A.    She didn't make it out of her driveway and

22   she was blue lighted because she hit a trash can.

23        Q.    How did the police get called?

24        A.    The neighbors called the police.

25        Q.    And they showed up.  Were you at the scene?
```

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 35

1     A.     Yes, sir.

2     Q.     And what happened?

3     A.     They arrested her for possession of stolen

4  vehicle and me theft of property.

5     Q.     What were they accusing you of stealing?

6     A.     The truck.

7     Q.     It was a truck?

8     A.     Yes.

9     Q.     What kind of truck?

10    A.     A like 2014 Chevy Suburban.

11    Q.     And were there any drugs in the car?

12    A.     No, sir.

13    Q.     Any guns?

14    A.     No, sir.

15    Q.     What was your bond on that one?

16    A.     I think $20,000.

17    Q.     So you posted -- posted two grand or so to

18  a bonding company and got out?

19    A.     Yes, sir.

20    Q.     Did you ever go to court on that?

21    A.     No, sir.

22    Q.     Why not?

23    A.     I was never given a court date, like on the

24  other one.  I never received a court date until I got

25  arrested on this.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 36

1      Q.    Usually the way it happens in Hamilton

2   County, when you make bond and get released, they

3   give you a court date.  You're saying that didn't

4   happen in this case?

5      A.    No, sir.

6      Q.    Then the next -- the next entry on

7   Exhibit 1 -- well, what I'm referring to as -- what

8   we've been marked Exhibit 1 for this deposition, but

9   contained within that is this summary of -- of your

10  criminal history.  What's listed next is dated

11  March 9th, 2017?

12     A.    Yes, sir.

13     Q.    That's this incident with these officers,

14  correct?

15     A.    Yes, sir.

16     Q.    So you were charged in state court for that

17  here in Hamilton -- here -- in Hamilton County,

18  Tennessee for several charges related to that high

19  speed chase?

20     A.    Yes.

21     Q.    What's the status of those?

22     A.    As far as I understand, they're dismissed.

23     Q.    Okay.  And they dismissed those after you

24  received the 15-year sentence in federal court?

25     A.    Yes, sir.

Phillip Koger                                            May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 37

1      Q.    Next entry is a December 21, 2004, theft of

2   property in Marion County?

3      A.    Yes, sir.

4      Q.    And it shows that that case -- that case

5   had been dismissed?

6      A.    Yes, sir.  I wasn't even booked for that.

7   My best friend stole his parents' fishing boat and

8   never returned it and told them that I was with him

9   and I was the one who did it.  I wasn't even there.

10     Q.    So that would have been before you had been

11  -- early 20s?

12     A.    Yes.  Something like that.

13     Q.    Okay.  But that charge was dismissed?

14     A.    Yes.

15     Q.    And the next one is January 12th, 2015.

16  You were charged with -- in Catoosa County,

17  manufacturing, selling, distributing drugs,

18  purchasing/possessing drugs, possession of marijuana?

19     A.    Yes, sir.

20     Q.    And what happened in that case?

21     A.    I was in a hotel room where they found

22  drugs.  The police actually watched the guy pull the

23  drugs out of his pocket and throw them on the ground.

24  If you don't admit to them, I'm arresting everyone.

25  So he arrested everyone.  And then finally the guy

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 38

1   came clean and the charges got dismissed on me.

2        Q.    So in 2005 you were in a hotel room --

3        A.    Yes.

4        Q.    -- with some guy.  Do you know who it was?

5        A.    Dustin Lorrence (phonetic).

6        Q.    Okay.  And Dustin possessed these drugs and

7   put them --

8        A.    Yes.  His probation -- he was on the run

9   from the police.  His probation officer showed up to

10  the hotel room and brought the police with him.  And

11  when they came in, Dustin threw the drugs out of his

12  pocket on the ground and we were all arrested for it.

13       Q.    Dustin a friend of yours?

14       A.    Used to be.  He's deceased.

15       Q.    He's dead now?

16       A.    Yes.

17       Q.    He was a friend of yours in 2005?

18       A.    Yes.

19       Q.    The next entry shows January 29th, 2006,

20  simple battery?

21       A.    Yes.

22       Q.    Who was that involving?

23       A.    Young man who robbed a house where I was

24  staying and --

25       Q.    You remember his name?

Phillip Koger
May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 39

| | | |
|---|---|---|
| 1 | A. | No. |
| 2 | Q. | Okay.  But that charge was nolle prossed? |
| 3 | A. | Yes. |
| 4 | Q. | By Catoosa County? |
| 5 | A. | Yes. |
| 6 | Q. | And I think you were about to tell us he |

7  robbed a house that you were staying at and that led

8  to a fight?

| | | |
|---|---|---|
| 9 | A. | Yes. |
| 10 | Q. | Shouldn't rob a house where an MMA fighter |

11  lives?

| | | |
|---|---|---|
| 12 | A. | It wasn't just me that got simple battery. |

13  We caught him in the house.

| | | |
|---|---|---|
| 14 | Q. | Who is we? |
| 15 | A. | Me and the homeowner. |
| 16 | Q. | The homeowner got charged as well? |
| 17 | A. | Yes. |
| 18 | Q. | Did his charge get dismissed? |
| 19 | A. | Yes. |
| 20 | Q. | 2000 -- the next entry, August 13, 2008, |

21  charged again in Catoosa County, and it looks like

22  the charge was battery/family violence and cruelty to

23  children in the third degree.  Do you recall that?

| | | |
|---|---|---|
| 24 | A. | Yes. |
| 25 | Q. | Tell me about that? |

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 40

1      A.    Me and my exwife got into a disagreement

2  and my daughter witnessed it.

3      Q.    Okay.  Who is your exwife?

4      A.    Tina Watkins.

5      Q.    Tina Watkins.  There's some responses to

6  the interrogatories, there was some confusion and I

7  didn't understand.  Are you divorced or not divorced?

8      A.    I'm not divorced, but I haven't seen her in

9  13 years.  We were married six months when we split

10  up and we haven't seen each other since.

11      Q.    Does she currently live in Catoosa County?

12      A.    I couldn't tell you where she lives.

13      Q.    How many children did you have with Tina?

14      A.    Zero.

15      Q.    No kids.  All right.  You just mentioned

16  one of your children?

17      A.    Cheyenne.

18      Q.    Who is -- what -- what is her full name?

19      A.    Adriann Cheyenne Hix Koger.

20      Q.    All right.  Can you spell that for us?  How

21  do you spell Adriann?

22      A.    A-D-R-I-A-N-N.

23      Q.    Two Ns.  Okay.  How do you spell Cheyenne?

24      A.    C-H-E-Y-E-N-N-E.

25      Q.    Then it's Hix Koger?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 41

1      A.    H-I-X.

2      Q.    H-I-X.  Okay?

3      A.    K-O-G-E-R.

4      Q.    And who is her mom?

5      A.    Robin Johnson.

6      Q.    What is Adriann's date of birth?

7      A.    11-25-2000.

8      Q.    So she is currently 18 years old?

9      A.    Yes, sir.

10     Q.    So you and Robin had Adriann -- well, let

11  me ask you this:  When were your married to Tina

12  Watkins?  What's your anniversary date?  You've been

13  married to her for 13 years, over 13 years.

14     A.    Give me a minute.  June.  June, I want to

15  say.

16     Q.    Okay.

17     A.    I'm really not sure the date.

18     Q.    Got a year?  You don't know a year?

19     A.    (Witness shook head.)

20     Q.    Would it been before your -- Adriann's your

21  first child that you've ever had?

22     A.    Yes.

23     Q.    Right?

24     A.    Yes.

25     Q.    Would it have been before she was born or

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 42

1    after she was born?

2        A.    It was after she was born.

3        Q.    Okay.

4        A.    Way after.  That's what caused -- that's

5    what caused the argument about the -- I don't know,

6    man.

7        Q.    So you're un--

8        A.    Maybe 2003, 2004, something like that.

9        Q.    Your best estimate on when you were married

10   to Tina Watkins was June of '03 or '04?

11       A.    Yeah.

12       Q.    Okay.  Besides Adriann, do you have any

13   other children?

14       A.    Yes.  Christian Michael Charles Koger.

15       Q.    Christian Michael Charles Koger.  And who

16   is Christian's mom?

17       A.    Tonya Tidwell.

18       Q.    Tonya Tidwell.  What's his date of birth?

19       A.    10-2-of '09.

20       Q.    So he is currently nine years old?

21       A.    Yeah.

22       Q.    And Tonya has custody of him?

23       A.    Yes.

24       Q.    Understand Cheyenne is 18, but who has

25   custody of Cheyenne?

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 43

1       A.    I had custody of Cheyenne her whole life

2  until she become an adult.

3       Q.    Okay.  Well, you've been in prison --

4       A.    For years, yes.  She -- she got emancipated

5  at 16 years old.

6       Q.    Does she have any relationship with her

7  mom, robin?

8       A.    Not that I know of.  Not anymore.

9       Q.    When did that end?

10      A.    During this arrest.

11      Q.    So during your arrest that's at issue in

12  this case, your daughter's relationship with her

13  mother ended?

14      A.    Yeah.  She feels like Robin told on me.

15      Q.    She feels like Robin -- how did Robin tell

16  on you?

17      A.    She feels like Robin told the police where

18  I was headed.

19      Q.    You're talking about the night of

20  March 9th, 2017?

21      A.    Yes.

22      Q.    Okay.  We'll get into what happened that

23  night and I'll just leave it at that and we'll come

24  back to that here in a moment.

25            Besides Adriann, besides Christian, you

Phillip Koger                                        May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 44

1     have another child?

2          A.    I got two more.

3          Q.    Give me their full names and dates of

4     birth.

5          A.    Emma Faye Dannette.

6          Q.    Spell Faye.

7          A.    F-A-Y-E.

8          Q.    Okay.

9          A.    Dannette, D-A-N-N-E-T-T-E.

10         Q.    And Emma, she go by Emma?

11         A.    Yes.

12         Q.    How old is she?

13         A.    Last name is Romines.

14         Q.    Emma Faye Dannette, last name is Ro --

15         A.    Romines.

16         Q.    How do you spell that?

17         A.    R-O-M-I-N-E-S.

18         Q.    What's her date of birth?

19         A.    March the 30th, 2014.

20         Q.    So she's currently?

21         A.    Four years old.

22         Q.    Who is her mother?

23         A.    Cristel Romines, C-R-I-S-T-E-L.  And then

24     Wesley David Vincent Romines.

25         Q.    Speak up, if you can?

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 45

1        A.      Romines.

2        Q.      And his mother is Cristel as well?

3        A.      Yes.

4        Q.      Okay.  What's his date of birth?

5        A.      March the 7th of 2015.

6        Q.      Do you have any contact with him or Wesley?

7        A.      Yes.

8        Q.      While you're here in the facility?

9        A.      Yes.

10       Q.      And does Cristel have custody of both of

11    them?

12       A.      Yes.

13       Q.      Do you have any -- do you currently have

14    contact with Christian?

15       A.      Yes.

16       Q.      And I'm assuming you have contact with

17    Cheyenne?

18       A.      Of course.

19       Q.      Have any of them come to see you?

20       A.      Not yet.  No.

21       Q.      I know you just got here in February.  All

22    right.  Let me keep on going.

23               On the battery, the August 13, 2008

24    battery/family violence, cruelty to children, that

25    was nolle prossed in Catoosa County; is that correct?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 46

1    A.    Yes.

2    Q.    The next entry was December 6th, 2008,

3    possession of marijuana, through municipal court?

4    A.    Yes.

5    Q.    That was -- was that dismissed?

6    A.    Yes.

7    Q.    Do you recall that?

8    A.    Yes.

9    Q.    Tell me about that.

10    A.    Passenger in my vehicle was caught with

11    some marijuana in the vehicle and he ended up taking

12    his charge.  We all got arrested for it, but that was

13    -- or his open container.

14    Q.    Who -- do you remember who that was?

15    A.    Michael Ward.

16    Q.    Michael Ward.  And then the last entry is

17    September 24th, 2011, assault and battery, Anderson

18    County, South Carolina?

19    A.    Yes.

20    Q.    Do you recall that?

21    A.    Yes.

22    Q.    Tell me about that.

23    A.    I pistol whipped somebody in front of my

24    house.

25    Q.    What led to that?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 47

1      A.      Breaking and entering.

2      Q.      The person you pistol whipped broke into

3  your house?

4      A.      Yes.

5      Q.      So you lived in South Carolina?

6      A.      Yes.  Short term, while working for Vos.

7      Q.      Okay.  Because we asked --

8      A.      It's a hotel.  It wasn't -- I didn't have

9  an address.  It was in a hotel.  It was actually a

10  coworker that had got in my hotel room, mine and my

11  dad's.

12      Q.      So in September of 2011 in South Carolina

13  you were working for Vos Electric?

14      A.      Yes.

15      Q.      You were living at a hotel?

16      A.      Yes.

17      Q.      And a coworker got in your hotel room?

18      A.      Yes.

19      Q.      And then you pistol whipped him?

20      A.      Yes.

21      Q.      What -- did he have injuries?

22      A.      Yes.

23      Q.      That charge was ultimately dismissed?

24      A.      Yes.

25      Q.      Did you have any injuries?

Phillip Koger                                     May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 48

1        A.     No.

2        Q.     Whose pistol was it?

3        A.     Mine.

4        Q.     In -- in the current case, March -- that

5    result -- the federal case that you've listed on

6    here, you were indicted by a grand jury sitting in

7    Chattanooga, a federal grand jury, correct?

8        A.     Yes.

9        Q.     Let me show you -- take a look.  It's been

10   marked as Exhibit 5 to this deposition.

11       (Exhibit Number 5 marked for identification.)

12   BY MR. HOSS:

13       Q.     Is that, in fact, your indictment?

14       A.     Yes, sir.

15            MR. HOSS:  I move for Exhibit 5 to be

16   admitted.

17   BY MR. HOSS:

18       Q.     You're listed on there with several

19   codefendants; is that correct?

20       A.     Yes, sir.

21       Q.     And you're charged in, I think, it's Count

22   1 and Count 8?

23       A.     Count 1, Count 7, and Count 8.

24       Q.     Seven -- 7 was ultimately dismissed?

25       A.     Yes.

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 49

1     Q.     What were you charged with in Count 1?

2     A.     Conspiracy to distribute 500 grams or more

3     of methamphetamine actual.

4     Q.     From what dates?

5     A.     February 2016 to April 2017.

6     Q.     And you entered a plea of guilty to that

7     count, correct?

8     A.     Yes.

9     Q.     Count 8 charged you with what?

10    A.     Possession of firearm during the presence

11    of a drug felony.

12    Q.     And on what day did Count 8 deal with?

13    A.     March the 8th, 2017.

14    Q.     Let me see that.  Take a look at -- take a

15    look at Count 8.  Double check the date?

16    A.     Says on or about March the 9th.

17    Q.     You said -- you said March 8th?

18    A.     Yeah.  It was -- it was March 8th because

19    that's when I got blue lighted.

20    Q.     Okay.  I think you got blue lighted on

21    March 9th.  The date that I've got is March 9th, but

22    you got -- you were charged with possession of a

23    firearm in furtherance of a drug trafficking crime

24    from the guns that you possessed during this high

25    speed chase that's at issue in this case, right?

Phillip Koger                                              May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 50

```
 1        A.    Yes.

 2        Q.    Okay.  And you pled guilty to that in

 3   federal court; is that right?

 4        A.    Yes.  I did.

 5        Q.    Did you have a plea agreement?

 6        A.    Yes.  I did.

 7        Q.    Okay.  And was there a stipulated factual

 8   basis to that plea agreement?  Like, let me ask you

 9   this:  When you normally go in court in federal court

10   and you plead, they ask you if you've read the

11   factual basis in your plea agreement, the facts that

12   support a plea for Counts 1 and 8.  Do you recall

13   that?

14        A.    Yes.

15        Q.    Okay.  Tell me what you remember agreeing

16   to as a factual basis.

17              MR. STANFORD:  I'm going to go ahead and

18   interject for the record.  And it's -- he may or may

19   not need to answer this, but he withdrew from the

20   plea agreement.  The judge rejected it, so it's not

21   part of the record by court order.  But if you want

22   to can ask him what about he remembers from that, I'm

23   fine with that.  I just want you to understand that's

24   not -- he didn't enter a plea pursuant to that

25   agreement.
```

Phillip Koger                                           May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 51

1          MR. HOSS:  The plea agreement eventually
2    got set aside.
3          MR. STANFORD:  It was set aside.  Ye.
4          MR. HOSS:  So he plead what we call open,
5    correct?
6          MR. STANFORD:  Yes.
7    BY MR. HOSS:
8       Q.   Did you do that?
9          MR. STANFORD:  Actually, just whenever --
10   the plea hearing, when the plea agreement was in
11   effect, he didn't require subsequent open plea.  He
12   just said the plea agreement is rejected, the plea
13   remains in effect.  The plea of guilty remains in
14   effect.  He goes to sentencing.  That's procedurally
15   how Judge Mattice did it.
16         MR. HOSS:  But you've got to have a factual
17   basis to support plea, even if you plead open.
18         MR. STANFORD:  It --
19         MR. HOSS:  There's a factual basis
20   contained in the plea agreement.
21         MR. STANFORD:  There is.
22         THE WITNESS:  Yes.
23   BY MR. HOSS:
24      Q.   Right?
25      A.   Yes.

Phillip Koger                                              May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 52

1      Q.     And you read that factual basis?

2      A.     Yes.

3      Q.     And you were asked under oath, is that

4    factual basis true and accurate?

5      A.     Yes.

6      Q.     Is that your same testimony today, that the

7    factual basis contained in that plea agreement, even

8    though it's -- technically the plea agreement may

9    have set aside for a different paragraph later on, is

10   the factual basis in the plea agreement true and --

11          MR. STANFORD:  I'm going object to that

12   because he's not been provided with that document to

13   review prior to answering this question.  I think he

14   should be entitled to review that document to make

15   sure everything in it is entirely accurate.

16   BY MR. HOSS:

17     Q.     You can answer.

18     A.     No.  Everything is not -- it -- there's --

19   the 137 grams of meth that they claimed to have

20   picked up off the road was in the vehicle.

21     Q.     Yeah.

22     A.     It was never thrown out of the vehicle.

23   They -- they never went back for that.

24     Q.     So -- so what you're telling me is the

25   factual basis in the plea agreement is not accurate?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 53

1      A.    Correct.

2      Q.    Okay.  Do you recall being put under oath

3   and asked if it was accurate at that hearing?

4      A.    No.  I was just asked if I accepted what

5   was in the plea agreement.

6      Q.    Okay.  And if the transcript said something

7   different --

8      A.    I haven't read the transcript.

9      Q.    Okay.  But as you sit here today, you're

10  saying that that factual basis in the plea agreement

11  to the best of your knowledge is not accurate?

12     A.    No, sir.

13           MR. STANFORD:  Object to the form.

14  BY MR. HOSS:

15     Q.    You pled guilty to Counts 1 and 8.  Can we

16  agree on that?

17     A.    Yes, sir.

18     Q.    Okay.  And so you admit to being in a drug

19  conspiracy between those dates that are listed in

20  Counts 1 to distribute methamphetamine?

21     A.    Yes, sir.

22     Q.    Correct?  And you agree to possessing a

23  firearm in furtherance of that drug conspiracy on

24  March 9th, 2017, correct?

25     A.    Yes, sir.

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 54

```
 1        Q.     And then you proceeded to sentencing in
 2   front of Judge Mattice, was it?
 3        A.     Yes, sir.
 4        Q.     What sentence did you receive?
 5        A.     180 months.
 6        Q.     All right.  And you face certain mandatory
 7   minimum sentences as a result of that plea, correct?
 8        A.     Yes, sir.
 9        Q.     Tell us what the mandatory minimum was for
10   the drug conspiracy, Count 1.
11        A.     Ten years.
12        Q.     And tell us what the mandatory minimum for
13   Count 8 was.
14        A.     Five years.
15        Q.     And those were run concurrent or
16   consecutive?
17        A.     They're run consecutive.
18        Q.     Why were they run consecutive?
19        A.     That's the way it's done.
20        Q.     That's what the law requires, correct?
21        A.     Yeah.
22        Q.     And when you say you received a sentence of
23   180, that's 15 years?
24        A.     Yes.
25        Q.     Mandatory minimums?
```

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 55

1      A.      Yes.

2      Q.      Is that right?

3      A.      Yes.

4      Q.      Was it your understanding by operation of

5   law the judge could not have given you less than

6   15 years?

7      A.      I understand without -- without other

8   without 5K1 or 135, all that stuff, yes.

9      Q.      Okay.  Let me -- after you got arrested on

10  March 9th, 2017, did you give a statement to law

11  enforcement?

12     A.      Yes.

13     Q.      Okay.  Did they ask you how long you had

14  been dealing meth and what your drug trafficking

15  activities were?

16     A.      No.

17     Q.      They never did?

18     A.      No.

19     Q.      Did you ever give them any kind of

20  statement telling them how often you sold or

21  distributed methamphetamine?

22     A.      I told them I bought a quarter pound of

23  methamphetamine two days before all this happened.

24     Q.      You did tell -- you did tell them that

25  there was that one purchase?

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 56

1      A.    Yes.

2      Q.    Did you tell them about any other

3  purchases?

4      A.    No.

5      Q.    And you've not filed any appeals of that

6  180-month sentence, correct?

7      A.    No, sir.

8      Q.    Typically, the BOP gives you an out date

9  once you come into the system.  Do you know your out

10 date?

11     A.    April the 3rd, 2030.

12     Q.    And do you know, does that take into

13 consideration good time credits?

14     A.    Yes, sir.

15     Q.    So if you get full-time credits --

16     A.    Yes, sir.

17     Q.    Which is 85 percent of your sentence, then

18 you'll be released April 3rd, 2030 --

19     A.    Well, my halfway house date is 10-30 of

20 2019.

21     Q.    You'll get sent out the last six months of

22 your sentence to a halfway house?

23     A.    Yes, sir.

24     Q.    Do you think that sentence was fair?

25     A.    Yes.

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 57

1     Q.    Why?

2     A.    I -- I did -- I did what I did.

3     Q.    Which was what?

4     A.    I dealt drugs.

5     Q.    How much?  You mean, your sentence in

6 federal court is based upon quantity of drugs,

7 correct?

8     A.    Yes.

9     Q.    How many -- how many -- what was the

10 quantity of drugs they held you accountable for?

11    A.    260 grams.

12    Q.    How did they calculate the 260?

13    A.    From the quarter pound that I admitted to

14 before and from the quarter pound they caught on me.

15    Q.    And you probably know this better than I

16 do, how many grams is in a quarter pound?

17    A.    100, roughly.  100.

18    Q.    Approximately 100 grams?

19    A.    Yeah.

20    Q.    So you admitted to 100 grams of

21 methamphetamine, purchasing that --

22    A.    Yes.

23    Q.    -- two days before?

24    A.    Yes.

25    Q.    And --

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 58

1        A.      Then they caught me with 137 grams.

2        Q.      In the vehicle during the -- after the --

3    at the end of the high speed chase?

4        A.      Yes.

5        Q.      So you're adding 100, plus the 137?

6        A.      Yes.

7        Q.      So the 100 grams you purchased two days

8    earlier you sold for those 48-hour period in the high

9    speed chase?

10       A.      Yes.

11       Q.      137 grams was an additional amount that you

12   went out and purchased?

13       A.      Yes.

14       Q.      So make sure I have my dates right.  The

15   100 grams you purchased two days prior, would that

16   have been on March 7th, 2017?

17       A.      March 6th, probably.

18       Q.      March 6th of 2017?

19       A.      Yes.

20       Q.      And so, you don't start dealing

21   quarter-pound quantities of methamphetamine.  How

22   much does that cost, if you were to go out on the

23   street and buy a quarter pound of meth?

24               MR. STANFORD:  Object to form.

25               THE WITNESS:  Roughly $1,000.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 59

1  BY MR. HOSS:

2      Q.    Thousand bucks is that how much you paid

3  for it?

4      A.    Something like that.  Yes.

5      Q.    Something like that.  Okay.  But you don't

6  start dealing with quarter-pound quantities, right?

7  You start with much lower amounts?

8          MR. STANFORD:  Object to form.

9          MR. HOSS:  He's preserving his -- so we've

10 agreed -- this is for purposes of the record.  We've

11 agreed that -- that either party can -- this is for

12 the other attorneys too, object to form and then

13 we'll deal with the specific basis of the objection

14 and present that to the court later on, if that

15 becomes an issue.

16 BY MR. HOSS:

17     Q.    But you can answer that question.

18     A.    I -- I started -- I started dealing in

19 about quarter pounds.

20     Q.    You just started at quarter-pound

21 quantities?

22     A.    Yes.

23     Q.    So from March -- March 6th, March 7th, that

24 purchase, that's the first time you ever bought a

25 quarter pound?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory
May 21, 2019

Page 60

1      A.     No.

2      Q.     Okay.  When did you start dealing

3  methamphetamine?

4      A.     Probably 2012.

5      Q.     Okay.  And so, you started with

6  quarter-pound quantities?

7      A.     Yes.

8      Q.     How often were you selling quarter-pound

9  quantities?

10     A.     About one a day.

11     Q.     One per day.  How many days a week?

12     A.     Seven.

13     Q.     Seven days per week.  How many weeks per

14  year?

15     A.     52.

16     Q.     So you sold a quarter pound every day since

17  2012?

18     A.     Close to it.

19     Q.     That led up until the high speed chase?

20     A.     Yes.

21     Q.     And if you're buying them for $1,000, what

22  are you selling them for?

23     A.     About 1800.

24     Q.     So you're making $800 every day?

25     A.     Roughly.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 61

1     Q.    I think when you -- in the high speed

2    chase, there was amounts of marijuana found in the

3    truck too, in the car?

4     A.    There was actually a pound of marijuana in

5    that car, so I don't know where they only come up

6    with an ounce.

7     Q.    Have you seen any police reports?

8     A.    Yes.

9     Q.    Or let me rephrase that, just so it reads

10   better.

11        Have you seen any crime lab reports that --

12   that measured how much marijuana was found in your

13   car?

14    A.    No, sir.

15    Q.    Okay.  You've seen reports?

16    A.    The only -- the only report of a custody of

17   evidence that I've seen was for the two guns.  I

18   haven't seen the chain of evidence on the

19   methamphetamine, the marijuana, only the guns.  My

20   cell phones, nothing that was actually taken in

21   evidence have I seen the evidence report.

22    Q.    Well, you pled guilty.  You didn't have a

23   trial, right?

24    A.    Right.

25    Q.    So you kind of waived the right to see --

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 62

1    actually see and inspect that type of evidence?

2       A.    Yes.

3       Q.    Correct?

4       A.    I mean, the rest of it was in the -- my

5    discovery, so I didn't understand why the

6    methamphetamine or marijuana, none of that was.

7       Q.    Okay.  Let me ask you this:  Was the

8    methamphetamine, was it ice?

9       A.    Yes.

10      Q.    So the purity level was 97, 98, 99 percent?

11      A.    Yes.

12      Q.    Did you ever get from the DEA a report

13   showing the purity level?

14      A.    Yes.

15      Q.    What was it?

16      A.    97 percent.

17      Q.    So the 137 grams found in your vehicle was

18   97 percent pure methamphetamine?

19      A.    Yes.

20      Q.    Which the federal calls ice, correct?

21      A.    Yes.

22      Q.    Okay.  So back to the marijuana.  It's your

23   testimony that on the -- on the high speed chase,

24   there was a pound of marijuana in the car?

25      A.    Yes, sir.

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 63

1      Q.    Which is 454 grams thereabouts

2   approximately?

3      A.    Yes.

4      Q.    And where did you get that marijuana?

5      A.    From -- from a friend.

6      Q.    From a friend?

7      A.    Yeah.

8      Q.    Friend have a name?

9      A.    No.

10     Q.    He does not?

11     A.    No.

12     Q.    You don't want to tell us who you got the

13   marijuana from?

14     A.    No.  That's irrelevant to all that.

15     Q.    Well, when did you pick up the marijuana?

16     A.    Same day, same time when I got the quarter

17   pound.

18     Q.    We've asked you under oath or some of these

19   good lawyers have asked you under oath what all you

20   did that day, and you've provided us answers.  And

21   none of it includes going to my friend to get the

22   pound of weed.  And so I just wondered why that --

23     A.    It was when I acquired the meth.

24     Q.    Okay.  So back to the amount of meth, it's

25   your testimony it was a pound of weed?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 64

```
1        A.    Yes.

2        Q.    Okay.  What did you pay for it?

3        A.    600 bucks.

4        Q.    Okay.  Around 600 bucks?

5        A.    Yeah 650.  600, 650.

6        Q.    You don't have an exact amount?

7        A.    No.

8        Q.    Okay.  And you purchased it that same day?

9        A.    Yes.  Same time as the meth.

10       Q.    Okay.  And what was -- how was it packaged?

11       A.    It was in Ziploc bag.

12       Q.    A single Ziploc --

13       A.    Yeah.  One big Ziploc bag.

14       Q.    Did you put that in -- was that in a

15   backpack?

16       A.    It was in the backpack where they found the

17   -- in the police report it states the meth was found

18   rolled up in two green bandanas, and that's where the

19   meth was at.  The meth was in the car.  The marijuana

20   was in the backpack with the meth.  The one gun was

21   in the console, and one was in the floorboard.

22       Q.    Okay.  In the floorboard?

23       A.    Uh-huh.

24       Q.    Of the vehicle?

25       A.    Uh-huh.
```

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 65

```
 1        Q.    Okay.  But back to the -- back to the
 2   marijuana.  So you've seen reports that there was, I
 3   think, an ounce of marijuana found?
 4        A.    No.
 5        Q.    Did you see that?
 6        A.    I haven't seen reports of any marijuana
 7   being found.
 8        Q.    Okay.  Let me -- let me make sure I
 9   understand.  Are you claiming the police stole some
10   of your drugs?
11        A.    No.  I'm just --
12              MR. STANFORD:  Object to form.
13              THE WITNESS:  I'm just saying that I
14   haven't seen where it says anything about the
15   marijuana.
16   BY MR. HOSS:
17        Q.    I can totally be mistaken.  I thought I
18   read where they said it was an ounce of marijuana,
19   then you said it was a pound.
20        A.    Yeah.  It was.
21        Q.    And I could be mistaken.  I don't want to
22   mislead you.
23        A.    I had a pound of marijuana in the car.
24        Q.    But you -- I guess my question is:  Are you
25   accusing the police of stealing some of your drugs?
```

Phillip Koger                                         May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 66

1      A.      No.  No.  I'm not accusing them of stealing

2  nothing.

3      Q.      Okay.  All right.  I misunderstood.  I

4  apologize.  So besides the meth and the marijuana,

5  any other drugs in the car?

6      A.      No, sir.

7      Q.      All right.  So let's talk about that event,

8  okay.  March 9th, 2017, let me do this first.  These

9  are what's been marked Exhibit 2, 3, and 4.

10         (Exhibit Numbers 2, 3, and 4 marked for

11                  identification.)

12  BY MR. HOSS:

13     Q.      Take a look at those.  Exhibit 2 is

14  Sergeant Carson's request for admissions.  Exhibit 3,

15  for the record, is Anthony Lawson's first

16  interrogatories to you, Mr. Koger, and your

17  responses.  And Exhibit 4 is Floyd Davis and Bagley's

18  interrogatories you, Mr. Koger, and your responses.

19             So just take a look at those and make sure

20  that those are, in fact, your answers.

21             MR. STANFORD:  If we could go off the

22  record while he's doing that?

23                  (A short break was had.)

24  BY MR. HOSS:

25     Q.      So Mr. Koger, I've showed you the exhibits

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 67

1    that I just enumerated.  Can you identify those as

2    your interrogatory responses?

3         A.    Yes, sir.

4         Q.    Okay.  And are those, in fact, your

5    responses?

6         A.    Yes, sir.

7         Q.    As I understand it, your attorney came, met

8    with you.  You guys discussed your answers.  He went

9    back to his office, typed them in.  Now you've

10   reviewed them.  Are those, in fact, true and

11   accurate?

12        A.    Yes, sir.

13        Q.    Okay.

14             MR. STANFORD:  I want to say one thing.

15   With respect to Defendant Cook's interrogatories and

16   requests for production, we did not review those

17   personally because I did not have those the last time

18   I was here.

19             MR. HOSS:  And Cook's aren't listed here.

20             MR. STANFORD:  I just want to make that

21   clear.

22             MR. HOSS:  We -- we were -- we move for

23   Exhibits 2, 3, and 4 to be admitted.

24   BY MR. HOSS:

25        Q.    All right.  Let's talk about -- talk about

Phillip Koger                                     May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 68

1    that date -- I don't mean to confuse you between

2    March 8th and March 9th.  Correct me if I'm wrong,

3    you were blue lighted pretty close to midnight?

4         A.    Give or take.

5         Q.    That would have been sometime March

6    the 8th?

7         A.    Yes.

8         Q.    And then the high speed chase went after

9    midnight, and then you crashed soon there after in --

10   in the early morning hours of March 9th; is that

11   correct?

12        A.    Yes.

13        Q.    So this -- this high speed chase that we

14   talked about started on March 8th and ended on

15   March 9th?

16        A.    Yes.  What -- the -- the crash, there

17   wasn't a crash.  I ran out of gas.

18        Q.    Okay.

19        A.    I never crashed anything --

20        Q.    Okay.

21        A.    -- until the car came to a stop and a

22   police cruiser hit me in the rear end.  That's the

23   only -- that's the only crash there was, when they

24   rear ended me.

25        Q.    Okay.  Well, I want you to tell us what

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 69

1    happened in your own words.  So let's just start with

2    -- and I think you're asked if one of those

3    interrogatories about -- take us for 48 hours that

4    led up until that moment at the high speed chase

5    started, take us through what you did the couple days

6    leading up to it.

7         A.    Picked up some meth and -- that quarter

8    pound of meth, took it to Knoxville with my oldest

9    daughter's mom.  Sold the meth, hung out there

10   overnight.  Come back to Chattanooga, got a hotel

11   room.  Went and visited my daughter, Cheyenne.  She

12   ended up coming back with me and Robin to the hotel

13   room.

14         I have a friend that was killed in Bradley

15   County dump and I had took possession of some of his

16   belongings and some of them come up stolen from me.

17   A friend of my acquired his tattoo gun.  He was a

18   tattoo artist.  Had acquired his tattoo guns.  She

19   called me to come over there and pick up the tattoo

20   guns.

21         I pull out of the hotel parking lot.  I get

22   over close to Silverdale, get blue lighted.  I go to

23   pull into a gas station parking lot like I'm going to

24   pull over, and then I gun it, whip it around the

25   parking lot.  Drive into Georgia.

Phillip Koger                                        May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 70

1          I get -- he pit maneuvered me at one point.

2     I got car the restarted, kept driving.  Got into

3     Georgia.  They laid spike strips.  I went around

4     spike strips, come back to where that road is.  And

5     right there at Gates Road, I run out of gas and my

6     tire hit the -- the little enbunkment [sic] thing

7     they had the street light on.  It bumped over that

8     and then pulled up to the bridge.

9          And they started screaming, get out of the

10    car, get out of the car.  I put my hands out the

11    window.  They come running up.  I kind of pull my

12    hands back in.  They pulled me on the ground,

13    handcuffed me.  And really I don't remember a lot

14    once I got kicked in the head.  I kind of blanked

15    out.

16          I remember waking up in the hospital

17    feeling my face, and he told me to get my hand away

18    from my face, so I got my had away from my face.  He

19    said I was stitched up.  That's that was it.

20    Q.    Okay.  There's a lot there.  Let me unpack

21    this thing.  Okay.

22          So started with that you took a quarter

23    pound of meth to Knoxville with who?

24    A.    Robin Johnson.

25    Q.    And Robin is?

Phillip Koger                                           May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 71

1       A.      Cheyenne's mother.

2       Q.      Cheyenne's mother?

3       A.      Yes.

4       Q.      So this would have been on what day?

5       A.      7th.  The 7th.

6       Q.      Okay.  So you drove up on the day on

7  March 7th?

8       A.      Stayed the night.

9       Q.      Stayed the night in Knoxville?

10      A.      Yes.

11      Q.      And Robin was with you?

12      A.      Yes.

13      Q.      What car were you driving?

14      A.      We were driving Hyundai Elantra.

15      Q.      Whose car was that?

16      A.      It was George Sprague's car, Rob's father.

17 Also deceased.

18      Q.      Do you remember which hotel you and Robin

19 stayed at in Knoxville?

20      A.      It was a Holiday Inn Express.

21      Q.      Do you remember which exit?

22      A.      No.

23      Q.      And your -- you had picked up the quarter

24 pound of meth, I guess, from your source?

25      A.      Yes.

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 72

1       Q.     And picked it up where?

2       A.     In Atlanta on the 6th.

3       Q.     You testified earlier that you're doing

4    this daily, so you're driving to Atlanta every day,

5    picking up quater pounds and bringing them back?

6       A.     Not necessarily all the way.  I mean, he

7    would meet me sometimes.

8       Q.     Sometimes you meet in the middle?

9       A.     Yeah.

10       Q.     And then you went up and sold it to you

11    customer up in Knoxville?

12       A.     Yes.

13       Q.     And how much did you sell it for?

14       A.     1800.

15       Q.     How much did you -- had you bought it for

16    from your source in Atlanta?

17       A.     Thousand.

18       Q.     Okay.  And you and Robin spent the night in

19    the Holiday Inn Express.  Are you using meth?

20       A.     Not previous -- not until -- I probably

21    hadn't used the two days prior to that.  I don't -- I

22    am not a meth addict.  I'm a meth dealer.  That was

23    my problem with it.

24            MS. MAINE:  I'm sorry, can you say that --

25            THE WITNESS:  I'm not a meth addict.  I was

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 73

1    a meth dealer.

2    BY MR. HOSS:

3         Q.    So the last time you had done meth before

4    that March 7th date, let me -- for her, let me just

5    finish asking the questions.

6              You think it was about 48 hours before

7    that, so would that have put us around March 5th?

8         A.    Yeah.  Late March 5th, early March 6th.

9         Q.    So sometime on March 5th, March 6th you

10   used meth?

11        A.    Yes.

12        Q.    Okay.  And when you use it, how do you use

13   it?

14        A.    Snort it.

15        Q.    I don't know if you smoked it, but

16   typically snort it?

17        A.    Yes.

18        Q.    And so what was your methamphetamine habit?

19   How often were you using?

20        A.    Really, not a lot at all.  If -- maybe once

21   a week.

22        Q.    When you use it, how much are you using?

23        A.    Quarter gram at a time.

24        Q.    You just do it once?  You do it more than

25   once?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory
May 21, 2019

Page 74

1     A.     Just once.

2     Q.     Why?

3     A.     Really to test the product that I'm giving

4 to other people.

5     Q.     And you can do that and not get addicted to

6 it?

7     A.     I've never had a meth addiction really.

8     Q.     You're doing it once a week?  How long --

9 how old were when you first did meth?

10     A.     Probably 17, 18.

11     Q.     And I'm assuming your use got worse the

12 older you got; is that accurate?

13     MR. STANFORD:  Object to form.

14     THE WITNESS:  Not really.  Really, slowed

15 down.  I mean, when I was younger I did more of it.

16 I probably did a gram a week or so, and I did more of

17 it.  But then the older I got, it's kind of like

18 drinking before you're 21.  You know, it has a thrill

19 to it when you're drinking before you're 21.  But

20 once you're 21, it didn't really -- it wasn't as fun

21 because there wasn't a risk of getting caught doing

22 anything.

23 BY MR. HOSS:

24     Q.     I got you.

25     A.     The older I got, it just kind of -- I

Phillip Koger                                         May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 75

1   realized it was more of a money-making thing than it

2   was a -- than it was a personal-use thing.

3        Q.    So if we were to accurately describe your

4   methamphetamine usage the week that this happened,

5   you -- you were using it on a weekly basis.  How long

6   had you been using it on a weekly basis?

7        A.    Every week.

8        Q.    For how long?  A year?  Two years?  More

9   than that?  Ever since you started selling in 2012?

10       A.    Probably two years.

11       Q.    For the -- so for the last two years that

12  led up to the high speed chase --

13       A.    Yeah.

14       Q.    -- you were using meth weekly?

15       A.    Yeah.

16       Q.    About a quarter gram at a time?

17       A.    Yeah.  I really -- I smoked more weed than

18  I did anything.

19       Q.    That was going to be my next question.

20       A.    I smoked way more weed out there than I did

21  anything.

22       Q.    How often were you smoking weed?

23       A.    Every day.

24       Q.    And how -- how were you smoking -- how much

25  weed are you smoking every day?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory
May 21, 2019

Page 76

1      A.    Probably 15 grams.

2      Q.    You did that every day?

3      A.    Yes.

4      Q.    Besides meth and marijuana, anything else

5  that you're using?  You using any pills?

6      A.    Xanax occasionally.

7      Q.    How often are you using Xanax?

8      A.    Once a month or so.

9      Q.    Any -- how -- how much time before this

10 high speed chase had you used Xanax?

11     A.    Weeks.  Two or three weeks.

12     Q.    Okay.  What else?  What other drugs?

13     A.    That's it.

14     Q.    Xanax, meth, weed.  Are you drinking

15 alcohol?

16     A.    No.

17     Q.    So back to Knoxville?

18     A.    Yeah.

19     Q.    Night of March 7th, we're at a hotel room

20 and it's you and Robin, correct?

21     A.    Yeah.

22     Q.    What happens after that?  Are you -- is

23 Robin using?

24     A.    Yes.

25     Q.    All right.  How often is she using?

Phillip Koger                                        May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 77

1        A.    She's a daily user.

2        Q.    Of what?

3        A.    Meth and heroin.

4        Q.    Meth and heroin.  Does she have heroin on

5    her?

6        A.    No.  Not that I -- I won't have -- won't be

7    around opiates.  I'm scared to death of opiates.  I'm

8    -- I'm not going to wake up and find a dead body

9    anywhere near me.  That's just --

10        Q.    Okay.  Robin is the mother of your child?

11        A.    The only reason she was with me is because

12    she had an active warrant and she called me.  She

13    called me early on the 7th and asked me if I could

14    come pick her up because the police were looking for

15    her.  And honestly, it had been probably five years

16    since I had talked to her before that day.

17             But she had the active warrant.  I said

18    yeah, I'll come pick you up.  If it means you're not

19    going to get arrested, I'll come get you.  I'll take

20    you to where Cheyenne is at and you can just hang out

21    with Cheyenne and do whatever you got to do.

22        Q.    You did more than that?  You took her to

23    Knoxville?

24        A.    Yeah.  I told her, I said I've got

25    something I've got to do right after I pick you up.

Phillip Koger                                                May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 78

1    I've got something I've got to do and then I'll take

2    you up there.

3           Well, ended up being an overnight situation

4    because the people couldn't get their money together

5    and -- for the meth.  They couldn't get their money

6    together.

7           Q.    The Knoxville customers?

8           A.    Yes.  So I said, I'll stay here until you

9    get your money right.  And if that's before morning,

10   I can't wait any longer.  I've got to go back to

11   Chattanooga.  They ended up getting their money

12   right.

13          Me and her took off.  We left from there,

14   took off back down here.  I said, look, I'm going to

15   get this hotel room.  Because I didn't have ID at the

16   time.  I said let me use your ID to get this hotel

17   room.  She said okay.  So I got the hotel room in her

18   ID, in her name.

19          And then Cheyenne was -- Cheyenne was at my

20   sister's and she said, well, I don't -- I don't want

21   to stay up here and Aunt Mandy's no more so you care

22   if I go back with y'all.  Well, I was going to leave

23   your mom with you.  I was going to ditch her off on

24   you, but I guess, whatever, come on, get in the car.

25          And we went back.  That friend of nine was

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 79

1   talking about those two tattoo guns and I went to go

2   pick them up and tragedy truck.

3        Q.    All right.  So tragedy didn't strike,

4   right?  You took off?

5              MR. STANFORD:  Object to form.

6   BY MR. HOSS:

7        Q.    I mean, tragedy -- what -- what did you

8   mean by tragedy struck?

9        A.    I got blue lighted.  Tragedy struck.

10       Q.    Okay.  Back to Robin.  And she's a daily

11  user of methamphetamine.  How is she using it?

12  Smoking it or snorting it?

13       A.    She's a needle junkie.

14       Q.    She's a needle junkie, so she's injecting

15  it?  I mean, is she injecting it as you're driving up

16  to Knoxville?

17       A.    No.

18       Q.    Was she injecting it in the hotel room?

19       A.    No.  I wasn't -- she was having to snort it

20  the way I was doing it.  On the regular she was using

21  needles.

22       Q.    She was snorting methamphetamine?

23       A.    Yeah.

24       Q.    As you're going to Knoxville?

25       A.    No.  Just once we got there.

Page 80

```
 1        Q.    Once you got to the hotel in Knoxville?

 2        A.    Yeah.

 3        Q.    Then you get up the next morning, you drive

 4   back to Chattanooga?

 5        A.    Yes.

 6        Q.    This is morning of March the 8th?

 7        A.    Yes.

 8        Q.    Is that correct?

 9        A.    Yes.

10        Q.    Okay.  So take me through that day.  What

11   time did you arrive back in Chattanooga?

12        A.    Probably 8:00 o'clock in the morning, 8:30.

13        Q.    Then where's the first place you went to?

14        A.    The hotel.  Went ahead and paid for the

15   hotel.

16        Q.    Which hotel?

17        A.    It was -- used to be the Roadway In off

18   south -- south of the jaguar dealership.

19        Q.    There's mention of a Jaguar dealership.  So

20   where's the Jaguar dealership?

21        A.    Right off the exit.  You got like --

22        Q.    Is that the East Brainerd Road exit?

23        A.    No.  The Bonny Oaks -- Bonny Oaks

24   Shallowford Road exit, the Bonny Oaks -- Bonny Oaks

25   and the highway.
```

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 81

1      Q.     153 and Lee highway, right, all those car

2  dealerships?

3      A.     It's one dealership right there.  You got

4  the Northern Tools exit.  Northern Tools is right --

5      Q.     I know exactly where you're talking about.

6  What's your best recollection of the name of that

7  exit, for the record?

8      A.     Exhibit 7A.

9      Q.     7A, which is what crossroads and 153?

10     A.     That's, what, Lee Highway?  Because all I

11 know is Summit goes the other way.  I'm -- I'm really

12 from Georgia.  I'm not -- exit 7A come back around,

13 you go to Summit and then right there is -- I've

14 never -- I've never really much further down that

15 straightaway road passed there, so I guess that's

16 what you're talking about, 153.

17     Q.     No.  That's a Bonny Oaks.

18     A.     That's Bonny Oaks.

19     Q.     That takes you down --

20     A.     Then Lee Highway.  That's old Lee Highway.

21     Q.     There's old Lee Highway and then --

22     A.     That's Lee Highway that was I was on.

23     Q.     Okay.

24     A.     And goes old Lee Highway is go into Summit,

25 correct?

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 82

1     Q.    There's a -- there's a Roadway Inn off that

2  exit?

3     A.    Yes.  Right there besides -- right beside

4  the car dealership, the Jaguar dealership.

5     Q.    Did you use Robin's name and ID to get a

6  hotel room there too?

7     A.    Yes.  That's -- that's when I'm talking

8  about using her name and ID.

9     Q.    Why are you using a woman's name and ID?

10    A.    I didn't have an ID.

11    Q.    You didn't have an ID?

12    A.    Yeah.  I didn't have an ID.

13    Q.    So you didn't have a valid driver's

14  license?

15    A.    No.

16    Q.    Had it been suspended?

17    A.    Yes.

18    Q.    Why was it suspended?

19    A.    Because I didn't go to court over that

20  thing in Georgia that I had fine of $662.

21    Q.    Okay.  So the state of Georgia had

22  suspended your driver's license?

23    A.    Yes.

24    Q.    And you knew that?

25    A.    Yes.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 83

1      Q.    All right.  You also had outstanding

2   warrants from Whitfield County?

3      A.    Yes.

4      Q.    And Hamilton County, right?

5      A.    I didn't know I had them in Hamilton

6   County.  I knew I had them in Whitfield.

7      Q.    Because you led police on a high speed

8   chase in Whitfield County several weeks earlier,

9   right?

10      A.    I plead the Fifth.

11      Q.    You plead the Fifth on?

12      A.    On the Whitfield County.

13      Q.    On the Whitfield County high speed chase?

14      A.    Yes.

15      Q.    Did you know on March 7th that you had

16   warrants out in other counties?

17      A.    Yes.

18      Q.    Okay.

19      A.    I thought Catoosa was the county I had that

20   warrant out in.

21      Q.    But you learned later on it was Whitfield?

22      A.    Yes.

23      Q.    And just don't want to talk about that

24   Whitfield County high speed chase, right?

25      A.    Correct.

Phillip Koger
May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 84

1      Q.     So.  You get to that Roadway Inn, right,

2   with Robin?

3      A.     Yes.

4      Q.     And then what do you do next?

5      A.     I go to take the car back to George's

6   house.  And I told him, I said, hey, there's a Camero

7   right up here up the street at the car lot.  Do you

8   mind if I use your car for another few minutes, go up

9   here, buy this Camero.  Sure, go ahead.

10     Q.     Do you have a cell phone?

11     A.     Yes.

12     Q.     How are you communicating with George?  Is

13  this in person?

14     A.     Yeah.  That was in person.

15     Q.     Okay.

16     A.     Went to his house showed him, here, I'm

17  here with your vehicle.  I'm not taking your vehicle,

18  your car.  Do you mind if I take it for another few

19  minutes, because he lived in Rossville.  I'll be

20  right back, come back.  I went and bought the car.  I

21  put -- because I didn't have a license, I put the car

22  in Robin's name.

23     Q.     Was Robin with you?

24     A.     Yes.

25     Q.     When was with you when you purchased the --

Phillip Koger                                            May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 85

1        A.      When I bought the Camero, yes.

2        Q.      Which auto dealership?

3        A.      It's directly across -- I forget the name

4     of it.   It's directly across from the Hardy's in

5     Rossville.

6        Q.      Okay.

7        A.      You got the -- right here is your -- was it

8     the post office, come down.   Right there's the

9     Hardy's right behind the post office.   There's a

10    little car dealership, just rinky dink.

11       Q.      What kind of -- what year?

12       A.      The '94 Chevy Camero.

13       Q.      How much did you pay for it?

14       A.      $3,000.

15       Q.      And you got that money from?

16       A.      Drug proceeds.

17       Q.      Okay.   And you put that -- that car in

18    Robin's name?

19       A.      Yes.

20       Q.      Right.   So she had the only valid license?

21       A.      Yes.

22       Q.      Okay.   What did you do next?

23       A.      Took George's car back, went back to the

24    hotel, changed clothes.   We went to Cheyenne's and

25    got her.

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 86

1    Q.    Where is Cheyenne located?

2    A.    At my sister's.

3    Q.    And she lives in?

4    A.    Mentone, Georgia.  Up on -- close to

5    Lookout up there.

6    Q.    So you took the new --

7    A.    The Camero up there.

8    Q.    -- Camero up there to pick up your

9    daughter?

10    A.    Yes.

11    Q.    Which is a the long ride, right?

12    A.    Yes.

13    Q.    How long did it take you to get there and

14    back?

15    A.    Hour and a half.

16    Q.    Okay.

17    A.    45 minutes each way, something like that.

18    Q.    Okay.

19    A.    Got her, shot the guns for a while, while I

20    was up there.

21    Q.    Shot what guns?

22    A.    The two guns they found in the vehicle.

23    Q.    Okay.  Which were what?

24    A.    The Walter .22 and the 40 cal.

25    Q.    Where did you get those guns?  Or had they

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 87

1   been in your car when you went to Knoxville?

2        A.    They had already been -- they went

3   everywhere with me.

4        Q.    You always carried two guns?

5        A.    Sometimes more than that.

6        Q.    Okay.  But those -- the .22 and the 40

7   caliber, these were pistols, right?

8        A.    Yes.

9        Q.    And they had gone up with you to Knoxville?

10       A.    Yes.

11       Q.    And then you're down in Mentone, Georgia

12  picking up Cheyenne, you decide to shoot them at her

13  house?

14       A.    Sister's got a lot of land, not a lot of

15  neighbors around.  We target shoot up there all the

16  time.

17       Q.    Okay.

18       A.    Just target shooting.  I let Cheyenne shoot

19  the .22 and all.  Then we come back to the hotel.

20  We're in there -- we were at my sisters's a couple

21  hours hanging out, but say driving time, it was hour

22  30-minute drive.  We hung out for about an hour, two

23  hours, shot guns, ate dinner.  Come back to the

24  hotel.

25       Q.    What time did you arrive at the hotel?

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 88

1      A.      We weren't there long before I got the call

2  about the tattoo guns.

3      Q.      But you were at the hotel when someone

4  called you about the tattoo guns?

5      A.      Yes.

6      Q.      Okay.

7      A.      And then --

8      Q.      What's your best estimate for the time when

9  you got back from Mentone, Georgia?

10     A.      9:45.

11     Q.      P.m.?

12     A.      Yeah.

13     Q.      Okay.

14     A.      And then --

15     Q.      So let me ask you this:  At that point in

16  the day, had Robin done meth?

17     A.      Yes.

18     Q.      Okay.  How is she -- where is she snorting?

19     A.      She did it at the hotel room before we ever

20  left.  I never had meth out around my daughter or

21  anything.  She knows what I did.  She knows I sold

22  meth and all that, but I've never took it around my

23  children or anything like that.  So that's why I --

24  it stayed -- when Cheyenne come to the hotel room,

25  the meth went to the car with me.  And I -- I said,

Page 89

1    I'm going to put this in the car.  I got something I

2    got to go do.  I got a call about the tattoo guns.  I

3    was actually going to leave the meth with the person

4    that called me about the tattoo guns and - and the

5    weed.  And I told her, I said, I'm on my way over

6    there.  I pull out --

7         Q.    Hold on.  So at this time, March of 2017,

8    Cheyenne is 16, 15?

9         A.    16.

10        Q.    She's 16?

11        A.    Uh-huh.

12        Q.    And so, you bring her back to the Roadway

13   Inn in a vehicle that's got your two guns in it,

14   right?

15        A.    Yes.

16        Q.    And you -- the meth is on you at this

17   point?

18        A.    No.

19        Q.    You've not picked up the meth and marijuana

20   at this point?

21        A.    No.  I had the meth and marijuana, but I

22   left them in the hotel room.

23        Q.    Where did you pick those up?

24        A.    From Mike, Big Mike.

25        Q.    Where is that?

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 90

1      A.    He met me at the car dealership.

2      Q.    Okay.  You left that part out.  So who is

3  Big Mike?

4      A.    Yeah.

5      Q.    Is that Mike and your -- in your --

6      A.    Yeah.

7      Q.    -- indictment?

8      A.    Yeah.

9      Q.    Mike Glass?

10     A.    Yeah.

11     Q.    And his name is on the indictment as Big

12  Mike?

13     A.    Right.

14     Q.    So you met Big Mike at the car dealership

15  on Rossville Boulevard?

16     A.    Yeah.  And he's the one -- he brought me

17  $2,000 of the $3,000 I put on the car.

18     Q.    Okay.  Drug payment?

19     A.    Yeah.

20     Q.    And he gave you a quarter pound of meth?

21     A.    Yeah.

22     Q.    And how much marijuana?

23     A.    A pound.

24     Q.    And what did he charge you for that?

25     A.    He wasn't paid for it.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 91

1      Q.    So he's fronting dope to you, right?

2      A.    Yeah.

3      Q.    And did he front the meth too?

4      A.    Yes.

5      Q.    So you leave -- when you leave the car

6   dealership with the drugs --

7      A.    I went back to the hotel, took a shower,

8   then we went up there.

9      Q.    You put the drugs in the hotel?

10     A.    Yes.

11     Q.    Took the guns with you?

12     A.    Yes.

13     Q.    In the Camero to your sister's?

14     A.    Yes.

15     Q.    Picked up Cheyenne?

16     A.    Yes.

17     Q.    Brought -- came back to the Roadway Inn?

18     A.    Yes.

19     Q.    And then put the drugs from the Roadway Inn

20   back in the car?

21     A.    Yes.

22     Q.    Is your testimony?

23     A.    Yes.

24     Q.    Okay.  What happened next?

25     A.    I got the text message about the tattoo

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 92

1    guns and took off.

2        Q.    Who texted you that?

3        A.    Danielle.

4        Q.    Danielle?

5        A.    Steele.

6        Q.    Steele?

7        A.    S-T-E-L-E -- E-E-L-E.

8        Q.    And I think you mentioned earlier the

9    tattoo guns belonged to some friend of yours that

10   passed away?

11       A.    Yes.

12       Q.    Who was that?

13       A.    Jeremy Headly.

14       Q.    Headlin?

15       A.    Headly.

16       Q.    And what did she tell you in the text

17   message?

18       A.    She just sent me a text with some pictures.

19   Hey, I've got Jeremy's tattoo guns.  I said, just

20   hang onto them, I'll be over there in a minute.

21       Q.    So are you -- but you're not a tattoo

22   artist?

23       A.    No.

24       Q.    Right?

25       A.    It was just -- it was just to have them

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 93

1   because they were -- I said, they were my best

2   friend's.

3        Q.    Jeremy was your best friend?

4        A.    Yes.

5        Q.    This is sentimental?

6        A.    Yes.

7        Q.    Tattoo guns ever been used on you?

8        A.    Yes.

9        Q.    You've got a bunch of tattoos?

10       A.    Yes.

11       Q.    Jeremy had used these tattoo guns on you?

12       A.    Yes.

13       Q.    What are they worth?

14       A.    I don't know.  Like I said, I'm not a

15   tattoo artist.  I don't know their value.

16       Q.    What are you -- what were you going --

17       A.    Just keep them.

18       Q.    You were just going to keep them?  Were you

19   going to sell them?

20       A.    No.

21       Q.    So you meet up with Danielle?

22       A.    No.

23       Q.    You never get there?

24       A.    Never made it.

25       Q.    But when you left the -- the motel, or the

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 94

1    Roadway Inn, excuse me, you left with your

2    methamphetamine?

3        A.    Marijuana.

4        Q.    Your marijuana?

5        A.    $1,800 cash.

6        Q.    $1,800 cash?

7        A.    And two guns.

8        Q.    Your .22?

9        A.    Yes.

10       Q.    And your .40?

11       A.    Yeah.

12       Q.    Was there a third gun?

13       A.    Yes.

14       Q.    Okay.  What kind of gun was that?

15       A.    It's little Sig Sauer .380.

16       Q.    Sig Sauer .380?

17       A.    Yeah.

18       Q.    Where did that gun come from?

19       A.    He -- I keep it in my back pocket at all

20   times.  That's why I don't -- I don't know where the

21   gun went in all this either because I had that gun

22   with me.  I always had that gun with me.

23       Q.    So the .380 came up missing?

24       A.    Yes.

25       Q.    Is your testimony?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 95

1      A.    Yes.   I even told the ATF agents there was

2   three guns in the car.

3      Q.    You mentioned before that it was your habit

4   to -- to go armed?

5      A.    Yes.

6      Q.    Is that right?

7      A.    Yes.

8      Q.    Why is that?

9      A.    I'm just always carried guns.

10     Q.    You don't have a carry permit?

11     A.    No.

12     Q.    Right?   You've never had a carry permit?

13     A.    No.

14     Q.    Do you have any training with guns?

15     A.    No.

16     Q.    You just like guns?

17     A.    Yes.

18     Q.    And you use the guns to protect your

19   drug-dealing activities?

20     A.    Yes.

21     Q.    Right?

22     A.    Yes.

23     Q.    And if it's necessary, to pistol whip

24   people from time to time?

25     A.    I have.

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 96

1      Q.     Is that right?

2      A.     I have.

3      Q.     Okay.  At -- where were you when you were

4  blue lighted?

5      A.     Standifer Gap Road is --

6      Q.     Standifer Gap Road?  Deputy Bennett lists

7  the time at, like, 11:56 p.m., four minutes before

8  midnight.  Does that sound accurate?

9      A.     Yes.

10     Q.     Okay.  And did you have valid registration

11  on that car?

12     A.     No.  We still had the driver tag.

13     Q.     So the tag wasn't registered, right?

14     A.     It was registered to Robin's name.  I mean,

15  I just got the car that day.  Still had the drive

16  tag.

17     Q.     Did you know there was a headlight out?

18     A.     No.

19     Q.     You didn't?

20     A.     No.

21     Q.     Okay.  Do you contest that?  Do you contest

22  why he blue lighted you?  He didn't have a reason to

23  blue light you?

24     A.     No.

25     Q.     And then what did you do?

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 97

1        A.      Pulled into the gas station like I was

2    going to pull over, and then peeled out.

3        Q.      So you agree that you slowed down to almost

4    stopping in this gas station; is that right?

5        A.      Yes.

6        Q.      Is that a Mapco?

7        A.      I'm not sure what it is right there.   I

8    mean --

9        Q.      Could have been?

10       A.      Could have been.  Yeah.

11       Q.      All right.  So you almost stopped in the

12   gas station.  You were trying to deceive the officer

13   to -- for him to think that you might be stopping?

14       A.      Yes.

15       Q.      All right.  And then what did you do?

16       A.      Took off.

17       Q.      And what direction did you go?

18       A.      I want to say back towards Igou Gap.

19       Q.      Okay.

20       A.      Whipped around the gas station, come back

21   out, come back towards Igou Gap, come back down

22   towards Banks Road.

23       Q.      The officer said you went down Banks Road,

24   if that helps.  Do you recall going down Banks Road?

25       A.      Yeah.  Banks -- then Banks took me to right

Phillip Koger
May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 98

1    there in Graysville, or so.

2         Q.    Get on East Brainerd Road first?

3         A.    Went down East Brainerd Road to Graysville,

4    went over the railroad tracks, went down.

5         Q.    How fast were you going?

6         A.    Probably 90 miles per hour.

7         Q.    The -- what kind of engine is in that white

8    Camero?

9         A.    LS1.

10        Q.    LS -- I don't know much about engines.

11   What does that mean?

12        A.    It's a -- it's a Corvette racing motor.

13        Q.    So --

14        A.    I bought the car just for the motor.  I

15   didn't care about the body.  I didn't care about the

16   rest of the car.  I just wanted the motor out of the

17   car.

18        Q.    Bad ass motor?

19        A.    Yes.

20        Q.    Okay.  The officer, Deputy Bennett,

21   estimates that you reached speeds of 90 miles per

22   hour on Banks Road?

23        A.    Yes.

24        Q.    Would you dispute that at all?

25        A.    No.

Phillip Koger                                              May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 99

1       Q.     Then it said -- it said right before Banks

2   Road comes into East Brainerd Road, correct?

3       A.     Yes.

4       Q.     Right before that intersection, he says

5   that you slowed down for him -- for him to -- to run

6   into the rear of your car.

7       A.     He wasn't that close behind -- he wasn't

8   close enough behind me to run into the rear of my

9   car.

10      Q.     He wasn't?

11      A.     No.

12      Q.     So there was never an almost collision

13  where he hit the back of your car?

14      A.     No.  The only reason I slowed down right

15  there was the road, traffic coming down East Brainerd

16  Road when I tried to turn on East Brainerd Road.

17      Q.     Let me read to you what he writes and you

18  tell me if it's accurate.  Says, Vehicle reached

19  speeds of 90 miles per hour on Banks which is 35 in

20  most areas.  The vehicle then allowed for my vehicle

21  to gain ground on it at the East Brainerd Road

22  intersection, then suddenly hit the brakes attempting

23  to have my car hit his in the rear, or try to fake a

24  turn to the eastbound lane of East Brainerd Road.

25      A.     No.  I was trying to get onto East Brainerd

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 100

1   Road, but there was traffic coming so I had -- had to

2   brake.

3        Q.   So you had to brake and you let the traffic

4   go?

5        A.   Yeah.  I had to.

6        Q.   So your testimony is that this is not --

7   you had to brake, but it wasn't for this purpose?

8        A.   Right.

9        Q.   All right.  So you turned onto East

10  Brainerd Road and you head down to Graysville; is

11  that right?

12       A.   Yes.

13       Q.   And there's people out driving around,

14  right?

15       A.   Yes.

16       Q.   There's traffic?

17       A.   Yes.

18       Q.   And there's stoplights?

19       A.   Yes.

20       Q.   Are you running through stoplights?

21       A.   I didn't caught a red.

22       Q.   You got lucky and hit green lights?

23       A.   Yes.  And I turned down Graysville Road, I

24  never -- there is no red lights on Graysville Road.

25       Q.   Are you passing traffic?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 101

1    A.    Not really.  It's 12:00 o'clock at night.
2  There wasn't a whole lot of traffic.
3    Q.    There was some?
4    A.    Car here and car there.
5    Q.    They -- they --
6    A.    They see the blue lights coming behind me
7  and they -- everybody was kind of pulled over.
8    Q.    Okay.  Turn on Graysville Road and then
9  eventually there's some railroad tracks, right?
10    A.    Where you cross back into Georgia.
11    Q.    Cross back into Georgia.  And you got down
12  there, right?
13    A.    Yeah.
14    Q.    Then what happened?
15    A.    When we went across the bridge, come up to
16  -- there's a church.
17    Q.    I'm trying to think of the name of the
18  church.  It's right across from the elementary
19  school.  Elementary school, car lot, church.  I can't
20  think of the name of the road.  Starts with S.  Took
21  it.
22    Q.    Is there a Dug Road?  Is there a gravel
23  rock -- you recall pulling into a gravel lot at Dug
24  Road in Graysville?
25    A.    No.

Phillip Koger
May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 102

1    Q.    Deputy -- tell you what Deputy Bennett

2    writes and you tell if that --

3    A.    Well, where we got spun out there's a

4    gravel lot, but that was -- that was way after I went

5    down this road.

6    Q.    Okay.  He says, Suspect vehicle was

7    attempting to make a 180-degree turn, at which time I

8    attempted to position my vehicle in an area to block

9    him from continuing to maneuver the vehicle back out

10   on the roadway.  At this time, the suspect's vehicle

11   accelerated, turn into my patrol car, hitting the

12   front end?

13   A.    That -- that was after I turned down the

14   read I'm talking about.

15   Q.    So we haven't gotten that far?

16   A.    Yeah.  We haven't got to the there yet.

17   Q.    All right.

18   A.    Turn down to there.  Come back.  I shot

19   back, like, going on 41.  I was on 41 highway from

20   there.  Head towards, like, Catoosa County jail.

21   That's about -- probably where that Doug Road is.

22   And then he spun me around.  I wasn't trying to -- he

23   spun me around, pit me, tried to pit maneuver me.

24   Q.    In that gravel lot?

25   A.    Yeah.  The car -- the car died.  I put it

Phillip Koger                                        May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 103

1   back in neutral, cranked it back up and took off

2   again.

3       Q.      Hold on.  So you ran into his car?

4       A.      The front end, yeah, after he pit

5   maneuvered me.  I cranked the car back up.  The cars

6   clipped each other, like that.

7       Q.      That happened -- that happened in the

8   gravel lot because you pulled into the gravel lot?

9       A.      Yeah.  That's where he spun me out to.

10  When the car spun out, it spun into the gravel lot.

11      Q.      Okay.  What happened next?

12      A.      Come back up.  Once it spun around, I

13  stayed coming up back up the opposite way going to

14  41, going to East Ridge.  Took Cloud Springs Road and

15  Clouds Springs Road, come up under the underpass.

16  That's when we come by Dietz Road.  Right there at

17  Dietz Road I hit that little -- where the light pole

18  is and jumped over that and ran out of gas and come

19  to a stop.

20      Q.      Deputy Bennett says that you tried to turn

21  your vehicle at them again at Three Notch Road?

22      A.      No.

23      Q.      You deny that?

24      A.      Yes.

25      Q.      Says, you then drove into a yard at the

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 104

1    corner of 41 South and Three Notch Road?

2         A.    That's -- that's the gravel lot where he

3    spun me on.  I was trying to come back on 41.

4         Q.    Okay.  So you're telling us that that's the

5    same as the gravel lot?

6         A.    Yes.

7         Q.    Okay.  You did see the spike strips on the

8    road?

9         A.    Yes.

10        Q.    And you deliberately went around the spike

11   strips?

12        A.    Yes.

13        Q.    How many times have you seen spike strips

14   in your life?

15        A.    Several.

16        Q.    Several?

17        A.    Yes.

18        Q.    Several high speed chases?

19        A.    Couple.

20        Q.    Then so tell us eventually how your vehicle

21   came to a stop.

22        A.    Ran out of gas.

23        Q.    So how fast were you going when your

24   vehicle -- your vehicle collided with the median,

25   right?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 105

1      A.      Yeah.  With the curb.

2      Q.      I'm sorry, with the what?

3      A.      Like a culvert there with -- where the

4  light pole -- just a little triangle where the light

5  pole is.

6      Q.      All right.  I call a culvert like a ditch?

7      A.      Yes.  It's -- I hit that at 65 miles an

8  hour.

9      Q.      So you're going about 65 when the vehicle

10  hit?

11      A.      Uh-huh.

12      Q.      Okay.  There's an estimation of 70, but 65,

13  70 was your estimated speed at the time you wrecked

14  your car?

15      A.      Uh-huh.

16      Q.      Got to say --

17      A.      I -- yeah.  But I mean, I didn't wreck.  I

18  never wrecked the car.  Like I say, I just ran out of

19  gas.  Never went airborne or anything like that.  It

20  didn't roll.

21      Q.      Didn't it hit the median?  Didn't the front

22  of your car hit the median?

23      A.      You're talking about the --

24      Q.      The concrete median?

25      A.      The concrete wall?  No.

Phillip Koger                              May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 106

1      Q.    It didn't?

2      A.    Never.

3      Q.    There was no damage to the front of your

4   car?

5      A.    No.

6      Q.    From --

7      A.    From that median, no.  I never hit the

8   median.

9      Q.    So you hit a culvert going 65?

10      A.    Yes.

11      Q.    And then you're saying that you just ran

12   out of gas and your car just slowed to a stop?

13      A.    Yes.

14      Q.    So --

15      A.    And then I was rear ended by a patrol car.

16      Q.    Okay.

17      A.    The car -- my car is sitting like this on

18   the bridge right there at Cloud Springs.

19      Q.    Yes.

20      A.    And I got rear ended by a patrol car and

21   that -- that had pushed me in the median, but I never

22   wrecked into the median.

23      Q.    Did you stop the vehicle or did the officer

24   stop the vehicle?

25      A.    It run out of gas stopped the vehicle.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 107

1      Q.    Okay.  And the position of your vehicle

2   when it came to a rest, came to its final resting

3   place, how would you describe that?

4      A.    What do you mean?

5      Q.    Okay.  Bad question.  I'll rephrase it.

6            Was the passenger side door of your car

7   pinned up against a vehicle?

8      A.    Yes.

9      Q.    Okay.  And the driver's side door, there

10  was nothing pinned up against the driver's side door,

11  correct?

12     A.    No.  There wasn't anything.

13     Q.    Okay.  What happened then?

14     A.    Then I heard a lady officer -- heard a

15  lady's voice say, put your hands out the car.  I

16  stuck my hands out the car.

17     Q.    Okay.

18     A.    A bunch of officers run toward the vehicle.

19  I went to pull my hands back in the vehicle.  They

20  snatched the door open, pulled me out, put me on the

21  ground, handcuffed me.  I heard him say, His arms

22  won't reach.  They said double cuff him.  They put

23  two sets of handcuffs together and double cuffed me.

24  And that's when I got kicked in the head and I don't

25  remember nothing from there.

1    Q.    Okay.  All right.  So let me make sure --

2    let me make sure I understand this.  Is -- when your

3    car came to a rest --

4    A.    Yes.

5    Q.    Okay.  You -- you had not been wearing your

6    seatbelt, right?  You were an unrestrained driver,

7    right?

8    A.    Yes.  Yes.

9    Q.    You put both your hands out the window?

10    A.    Yes.

11    Q.    And was anything in your hands at that

12    time?

13    A.    No.

14    Q.    Did you throw anything out the window?

15    A.    No.

16    Q.    Did anything fly out of the window?

17    A.    No.

18    Q.    To your knowledge?

19    A.    To my knowledge.

20    Q.    So if the video showed a gun flying out the

21    video -- excuse me, flying out the window --

22    A.    You would have seen it.

23    Q.    So if the video shows that, how would the

24    gun have came to that been -- been thrown out the

25    window?

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 109

1           MR. STANFORD:  Object to form.

2           THE WITNESS:  I didn't throw a gun out the

3    window.

4    BY MR. HOSS:

5       Q.    Okay.

6       A.    You'd see a gun go flying.

7       Q.    Okay.  And so, you put your hands out?

8       A.    Yes.

9       Q.    Right?

10      A.    Yes.

11      Q.    You heard law enforcement give you verbal

12   orders?

13      A.    Yes.

14      Q.    And what did those orders consist of?

15      A.    Stick your hands out the window and, like I

16   said, they run towards the vehicle.

17      Q.    Did you hear anything else?

18      A.    Get on your face.  They pulled me out, put

19   me on my face, double cuffed me.  I got kicked in the

20   head, and that's -- it went black from there.

21      Q.    All right.  So you said you put your hands

22   out the window, but then you said you pulled them

23   back in?

24      A.    Yes.

25      Q.    And you -- and you didn't reach down to

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 110

1   your right-hand side?

2        A.    No.

3        Q.    Or why -- why did you pull your hands back

4   in the window?

5        A.    Because I knew I was fixing to get snatched

6   on the ground.

7        Q.    So they told you to put your hands out the

8   window?

9        A.    Yeah.  I never pulled my hands back toward

10  -- towards the -- inside of the car until they were

11  at the car.

12       Q.    Okay.  Well, you just said you pulled your

13  hands back in?

14       A.    Yeah.  That's what I'm saying.  When

15  they -- they come towards the car, they were here at

16  the door and I pulled my hands back like that.  He

17  opened the door and snatched me out.

18       Q.    Okay.  So it's your testimony that your

19  hands were initially outside the car?

20       A.    Yes.

21       Q.    And you were following their orders that

22  you heard?

23       A.    Yes.

24       Q.    Right?  But then you pulled your hands back

25  inside the car?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 111

1          A.    Yes.

2          Q.    Right?

3                MR. STANFORD:   Object to form.

4    BY MR. HOSS:

5          Q.    And then they opened the door and pulled

6    you out?

7          A.    Yes.

8          Q.    Okay.  Do you know which officers pulled

9    you out?

10         A.    No.

11         Q.    Do you know from which municipality or --

12         A.    No.

13         Q.    State trooper?  Hamilton County, any of --

14   do you know?

15         A.    No.

16         Q.    Can you describe those officers, their

17   facial features, how tall they are, how big they are?

18         A.    I -- I never looked -- looked to their

19   face.  All I seen was a body running at me.  I seen a

20   body running at me, pulled me down.  And from that

21   point on, I don't remember my head coming back up.

22         Q.    So that's one person.  You said a body.  So

23   did you --

24         A.    The last -- the -- the thing I remember

25   waking up -- the last person I remember seeing when I

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 112

1    woke is Greg Cross.  And I knew who that was because

2    he had warranted me before on the drug thing.  That's

3    the only reason I knew who Greg Cross was.  And I

4    woke --

5         Q.    This is in this hospital?

6         A.    Yes.  Him and the doctor said, Don't touch

7    your face.  You got stitches there.  I said, okay.

8    And then I puts my hands back down and I was

9    handcuffed to the bed.

10        Q.    All right.  So let me just make sure I --

11   you said that you heard a woman's voice --

12        A.    Yeah.

13        Q.    -- saying, Show me your hands?

14        A.    Yeah.  A woman officer.

15        Q.    Then you see a -- then you saw a body

16   coming toward you?

17        A.    Yeah.  It was definitely a man.

18        Q.    Was that a man?

19        A.    Yes.

20        Q.    And then how many officers pulled you out

21   of the car?

22        A.    Several.

23        Q.    Okay.  They all on the driver's side door?

24        A.    Yes.

25        Q.    Okay.  And what did those officers do?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 113

1      A.      Put me on my face and double cuffed me.

2      Q.      Did your face hit the ground?

3      A.      Yes.

4      Q.      Do you remember that?

5      A.      Yeah.

6      Q.      Okay.  What happened?

7      A.      I just remember my face hitting the ground

8  and getting kicked in the head.  I remember taking a

9  steel-toed boot to my head.

10     Q.      How many times were you kicked in the head?

11     A.      Once that -- all I know.

12     Q.      Okay.  So you remember being thrown on the

13  ground and kicked one time in the head?

14     A.      Yeah.

15     Q.      And then, from that point on, you said you

16  lost consciousness?

17     A.      I don't remember nothing from that point

18  on.

19     Q.      You don't remember anything from that point

20  on?

21     A.      Until I woke up in the hospital.

22     Q.      So you have no memory from the point at

23  which you're in custody and face down on the ground

24  until you're in the hospital?

25     A.      Correct.

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 114

1    Q.    There's some indication that you were

2    tased.  Do you ever recall being tased?

3    A.    No.

4    Q.    Have you ever been tased before?

5    A.    No.

6    Q.    You didn't feel any electrical voltage or

7    anything?

8    A.    No.  I've been electrocuted before, but I

9    never -- being an electrician, but I never got tased.

10   Q.    You got tased, but I don't know if it was a

11   successful tase.  There's different barbs and I don't

12   know if it was a good contact with you so that you

13   could have felt the electricity or not.  But I didn't

14   know if you felt anything going into your body like a

15   tase or anything like that.

16   A.    No.

17   Q.    No?  Okay.  In -- have you seen pictures of

18   your car?

19   A.    No.

20   Q.    Do you know if the front windshield was

21   broken?

22   A.    Before I had the wreck?  Before I got

23   pulled over?

24   Q.    No.  At the end of the wreck?

25   A.    No.

Phillip Koger                                May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 115

1      Q.    You don't know?

2      A.    No.

3      Q.    Do you know if the side window of your --

4   the driver's side window was broken?

5      A.    No.  It wasn't.

6      Q.    It was not?

7      A.    No.

8      Q.    How do you know that?

9      A.    Because I remember -- I remember rolling it

10  down before I stuck my hands out because I was going

11  to try to throw the gun and shit out the car.  I

12  remember rolling the window down.

13     Q.    Okay.

14     A.    So the window was in the cavity.

15     Q.    It was all the way down?

16     A.    It was in the cavity of the door.

17     Q.    You recall rolling the window all the way

18  down?

19     A.    Yeah.

20     Q.    It was electric or --

21     A.    Yeah.  It was --

22     Q.    So you bring your car to a rest.  You hit

23  --

24     A.    No.  No.  That was before -- before I ever

25  -- when I was moving -- in the chase, I was rolling

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 116

1    the window down to throw the shit out the car and I

2    just never got to that point.

3        Q.    Okay.  So your window was rolled down

4    somewhat before the car came to a stop?

5        A.    Yeah.  As far as I remember, the car window

6    was all the way down.

7        Q.    Okay.  So you woke up in the hospital?

8        A.    Yes.

9        Q.    And you're at Centerstone?

10       A.    Cornerstone.

11       Q.    Excuse me, Cornerstone.  And what happened

12   then?

13       A.    They gave me some morphine and I woke in

14   Erlanger.

15       Q.    Okay.  Did the doctor at Centerstone tell

16   you anything?

17       A.    Nothing that I remember.  He just said my

18   testicle was swollen and he needed to send me

19   somewhere else for treatment.

20       Q.    Okay.

21       A.    And then --

22       Q.    That's what he said?

23       A.    And then that's -- that's what I read.  And

24   they give me morphine.  Like I said, I woke up in the

25   --

Page 117

```
 1        Q.    That's what you read.  So I'm -- I'm asking

 2   you what you remember was actually told to you.  Do

 3   you remember anything that was actually told to

 4   you --

 5        A.    No.  Just don't touch my face is all I

 6   remember.

 7        Q.    Let me -- let me state the full question so

 8   that we've got a -- we can read this back.

 9              You don't recall anything a doctor or nurse

10   told you while at Centerstone about your medical

11   treatment of your injuries?

12        A.    No.  Other than, don't touch my face.

13   That's it.

14        Q.    And you do recall a Greg Cross being there

15   when you woke?

16        A.    Yeah.  I remember Greg Cross being there

17   because he was --

18        Q.    How did --

19        A.    He was searching my arm looking at my

20   tattoos.

21        Q.    And what tattoos do you have on your arms?

22        A.    Mostly the Joker and things like that.

23        Q.    What does that signify?

24        A.    I just -- I'm a DC comics fan.

25        Q.    You're just a comic book kid?
```

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 118

1    A.    Yeah.

2    Q.    Did you collect them growing up?

3    A.    Not really.  Just a big Joker fan.

4    Q.    Why do you like the Joker?

5    A.    I don't know.  Just he was -- always been

6    my favorite character.

7    Q.    He's a criminal?

8    A.    Not that.

9          MR. STANFORD:  Object to form.

10         THE WITNESS:  Not really that.

11   BY MR. HOSS:

12   Q.    Well, what do you like about him?  What --

13   what redeeming traits does the Joker have that you

14   enjoy or appreciate?

15         MR. STANFORD:  Object to form.

16         THE WITNESS:  I just like his character

17   throughout all the movies and things.

18   BY MR. HOSS:

19   Q.    Do you have Joker tattoos?

20   A.    Yes.

21   Q.    Where?

22   A.    Joker, Joker, Joker, Joker.

23   Q.    So you're pointing to your left arm, your

24   bicep down to your wrist?

25   A.    Yes.

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 119

1      Q.    And you've just mentioned Joker four or

2    five times.  You've got four or five Joker tattoos on

3    your left arm?

4      A.    Yes.

5      Q.    Greg Cross wasn't looking at your Joker

6    tattoos?

7      A.    No.

8      Q.    What tattoos -- tell us --

9      A.    He was looking --

10     Q.    Tell us -- tell everyone --

11     A.    He was looking for a tattoo that would say

12   that I was in a gang.

13     Q.    Okay.  Did he find that tattoo?

14     A.    No.

15     Q.    He did not?

16     A.    No.

17     Q.    What tattoo did he --

18     A.    He -- he says that he found a 767 on me,

19   but he never found a 767 on me because I don't have

20   one.  I simply have a 7 with a crown on it.

21     Q.    A 7 with a crown?  What does that mean?

22     A.    Ghost Face Gangsters.

23     Q.    Okay.  And when did you get that tattoo?

24     A.    When I got in Ghost Face Gangsters.

25     Q.    So he did find -- when did you become a

Phillip Koger                                        May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 120

1    member?

2         A.    2015, 2016.

3         Q.    And tell me about that.

4         A.    What's there to tell?

5         Q.    Well, how did you get -- how did become a

6    member?  Why did you become a member?

7         A.    Because I knew a few members and we all

8    kind of dealt drugs together and -- and the

9    opportunity come for me to become a member.

10             MR. STANFORD:  Can we talk for just a

11   second?  Just a second?

12                  (A short break was had.)

13   BY MR. HOSS:

14        Q.    We just talked about your tattoos.  So Greg

15   Cross was looking at your arms for gang tattoos?

16        A.    Yes.

17        Q.    And you said he was looking for a 767?

18        A.    Yeah.  Well, that's what he claims he

19   found, but he didn't find a 767 because I don't have

20   one.

21        Q.    What is a 767, for us?

22        A.    767, is -- in the alphabet G is 7, F is a

23   6, and G is a 7.  Ghost Face Gangsters.

24        Q.    767 is a Ghost Face Gangster tattoo?

25        A.    Yes.

Phillip Koger                                              May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 121

1    Q.    So he didn't -- so you're claiming he find

2    that, but he found a 7 and a crown, which is also a

3    Ghost Face tattoo?

4    A.    Yes.

5    Q.    And you got that in 2014 or '15?

6    A.    Yes.

7    Q.    And you were not in custody at the time

8    that you were initiated into the Ghost Face

9    Gangsters, correct?

10   A.    No, sir.

11   Q.    You were out of custody?

12   A.    Yes.

13   Q.    In one of your interrogatory answers, you

14   described the procedure that -- as to how you got

15   initiated.  So tell us what that -- what that

16   consisted of.

17   A.    Just they put you on watch.  And once

18   you're off watch, you become a prospect.  And then

19   once you're prospected, once you're initiated into

20   the gang, you and three other people for 76 seconds.

21   And hold your own, then you're a member.

22   Q.    Okay.  So there's different steps here?

23   A.    Yes.

24   Q.    Okay.  What's the first step?

25   A.    Being on watch.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 122

1      Q.     What does that mean?

2      A.     It means that a member, someone who is

3   already a member, has found something in you they

4   like.  They kind of put you on watch to see what they

5   think about you.  And then once you become a

6   prospect, they take you more under their wring, bring

7   you into the organization a little bit.

8      Q.     That same member?

9      A.     Yes.

10     Q.     That sponsored you initially?

11     A.     Yes.  They bring you in.  Your privy to a

12   little bit more of the gang's activity.  And if that

13   went well, you have a probationary period, like a

14   prospect period for roughly six months or so.

15     Q.     So you were a prospect for six months?

16     A.     Yes.

17     Q.     Who -- who sponsored you?

18     A.     I'd rather not say.

19     Q.     You don't want to tell us who --

20     A.     No.

21     Q.     -- what Ghost Face Gangster sponsored you?

22     A.     No.

23     Q.     So what do you have to do as a prospect for

24   six months?

25     A.     Just sell drugs and do -- just learn

Phillip Koger
Koger, Phillip Vs. Carson, Greggory
May 21, 2019

Page 123

1    literature and --

2         Q.    So you're paying drugs into the -- paying

3    some of your profit?

4         A.    Yes.

5         Q.    What's the breakdown?

6         A.    What do you mean.

7         Q.    Like, what percentage do they get?

8         A.    10 percent.

9         Q.    So if you're making -- if you're selling

10   $1,800 of quarter-pound quantities of meth, they get

11   180 bucks?

12        A.    Uh-huh.

13        Q.    Roughly?

14        A.    Roughly.

15        Q.    Okay.

16        A.    But then when you got 5,000 people doing

17   that --

18        Q.    That's a big business, right?

19        A.    Yes.

20        Q.    Or if you do it every day like you

21   testified to?

22        A.    Yes.

23        Q.    It's quite a bit of money?

24        A.    Yes.

25        Q.    So you're paying that money to your sponsor

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 124

1    and to the entire gang?

2        A.    Yes.

3        Q.    So you were a prospect for about six months

4    and then got the initiation?

5        A.    Yes.

6        Q.    And the initiation consists of the

7    76 seconds?

8        A.    Yes.

9        Q.    And 76 because of?

10       A.    Yeah.  The GF -- 76.

11       Q.    So 7 is the letter G?

12       A.    Yes.

13       Q.    And 6 --

14       A.    Is the letter F in the alphabet.  Yes.

15       Q.    And it's you versus three guys?

16       A.    Yes.

17       Q.    So this is a fight that you're in?

18       A.    Yes.

19       Q.    And is there weapons involved?  Just fists?

20       A.    No.  Yeah.  Just fists.  You can't kick

21   your brother.  If your brother falls, you can't kick

22   your brother when he's down.  You can't punch your

23   brother when he's down.  You just --

24       Q.    And did you get through it?

25       A.    Yes.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 125

1     Q.    What injuries did you have?

2     A.    None.

3     Q.    You didn't have any injuries?

4     A.    No.

5     Q.    How -- you're a big guy.  How -- what's

6   your size right now?

7     A.    6'2, 250 pounds.

8     Q.    6'2, 250.  What were you, the same size

9   back then?

10    A.    Yes.

11    Q.    So on the gang initiation, 6'2, 250?

12    A.    Yes.

13    Q.    And on the night of the high speed chase,

14  6'2, 250?

15    A.    Yes.

16    Q.    And so, you got initiated for 76 seconds

17  and you didn't have any injuries?

18    A.    No, sir.

19    Q.    Did the other three guys?

20    A.    Couple.

21    Q.    Like what?

22    A.    Fractured eye socket, broken nose, broken

23  jaw.

24    Q.    You did that to them?

25    A.    Yes, sir.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

                                              Page 126

1        Q.    And what's your best estimate for the date
2   that that happened?
3        A.    My G Day is October the 17th.
4        Q.    What year?
5        A.    2015.
6        Q.    G Day is the initiation day?
7        A.    Yes.
8        Q.    And to be admitted or to be, I guess,
9   allowed into this group, that's a big deal?
10       A.    What, your G Day?
11             MR. STANFORD:  Object to form.
12             THE WITNESS:  You never forget it.  You're
13  fighting three guys for 76 seconds.  You're never
14  going to forget it.
15  BY MR. HOSS:
16       Q.    Is it something you look back on fondly?
17       A.    No.
18       Q.    No?  Tell me about it.  What's your opinion
19  of --
20       A.    Ghost Face is the reason I'm in here.
21       Q.    Okay.  Are you affiliated with them while
22  you're in?
23       A.    No.
24       Q.    Are there any Ghost Face here at Forrest --
25       A.    No.

Phillip Koger                                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 127

1     Q.    No?

2     A.    No.

3     Q.    But there are prison gangs?

4     A.    Yes.

5     Q.    Are you affiliated with any of them?

6     A.    No.

7     Q.    Any other prison gangs?

8     A.    No.  I'm not even in -- in federal prison,

9  you have what you call cars.  You got Tennessee car,

10  you got the Virginia car, the Missouri car.  I -- I

11  come from Tennessee, but I'm not even in the

12  Tennessee car.  I'm what you call an independent.

13  I'm by myself, for myself.  I -- I don't get any -- I

14  don't get in any mess.  I'm the only person backing

15  me.  There's nobody backing me.  I'm here -- I come

16  in here with me, I'm going to leave here with me.

17  That's it.

18     Q.    Sometimes the BOP has people sign documents

19  that -- like -- like affirmatively state that they

20  will not be in a gang or they'll discredit whatever

21  gang affiliation they've been with previously.  Have

22  you ever signed anything like that?

23     A.    No.

24     Q.    But you agree with me on the date of

25  March 8th -- March 8th, March 9th, 2017, this high

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 128

1    speed chase, the drugs that you were dealing with at

2    that time was to benefit the Ghost Face Gangsters?

3         A.    Yes.

4         Q.    Is that right?

5         A.    Yes.

6         Q.    Okay.  Why did you become a member and once

7    you get passed G Day, then what do you do for the

8    gang?

9         A.    Build the -- build the system.  Make it

10   grow.

11        Q.    Which means what?

12        A.    Find other people to put on watch, find

13   other prospects, bring in other people.

14        Q.    Did you bring in anybody?

15        A.    Several.

16        Q.    How many?

17        A.    Probably 30.

18        Q.    You brought in 30 Ghost Face members who

19   worked under you?

20        A.    Yes.

21        Q.    Who were your prospects?

22        A.    Yes.

23        Q.    And you sponsored them?

24        A.    Yes.

25        Q.    And that is between October 2016 --

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 129

```
 1        A.     October 2015 and March 2017.

 2        Q.     Thank you.  Are they still in the gang?

 3        A.     I couldn't say.  I don't know.  I literally

 4   have zero association with them at all.

 5        Q.     Did you have to be one of those three guys

 6   in 76 seconds with any of these 30 prospects that you

 7   sponsored?

 8        A.     Every one of them.

 9        Q.     Every single one of them?

10        A.     Yeah.

11        Q.     So not just were you in -- not was -- not

12   just where it's one versus three on your G Day, you

13   were part of the three against the one on 30

14   different times?

15        A.     Yes.

16        Q.     During those two-year periods?

17        A.     Yes.

18        Q.     You're a good fighter?

19        A.     Somewhat.

20        Q.     Would people in the Ghost Face Gang

21   describe Phillip Wayne Koger as a good fighter?

22        A.     Probably.

23        Q.     Okay.  We asked you about your MMA

24   experience.  Tell us a little bit about that.

25        A.     Not much to say really.  Just I -- I fought
```

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 130

1    for a lot of my life.

2         Q.    Tell -- I mean, when did you start with the

3    MMA?

4         A.    Probably started -- my parents put me in

5    wrestling, a lot of wrestling when I was about four

6    years old.

7         Q.    Okay.

8         A.    And 1998 I started taking Jiu Jitsu.

9         Q.    How old were you in '98?

10        A.    14, 15 years old.

11        Q.    Okay.  So at age 14, 15, you start the Jiu

12   Jitsu, correct?

13        A.    Yes.  Start Brazilian Jiu Jitsu.

14        Q.    And what is that, versus karate, versus

15   other martial arts?

16        A.    Brazilian Jiu Jitsu is a -- really a form

17   of submission fighting really.  It's a way for the

18   smaller guy to be able to beat the bigger guy.

19        Q.    Is a lot of stuff on the ground, a lot of

20   moves on the ground?

21        A.    A lot of joint manipulation, arm bars,

22   chokes, things like that.

23        Q.    Okay.  So you were trained in that art from

24   1998 until when?

25        A.    I don't know that I've ever stopped really.

Phillip Koger                                           May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 131

1    I still study.  I get books out of the library about

2    it.  I don't know that I've ever stopped.

3         Q.    You listed in your interrogatories the name

4    of your instructor?

5         A.    Ricardo Almeida.

6         Q.    Spell -- spell that for the court reporter.

7         A.    R --

8         Q.    No.  The last --

9         A.    Almeida, A-L-M-E-I-D-A.

10        Q.    Did he have a place?

11        A.    Toms River, New Jersey.

12        Q.    Well, you didn't go to Toms River, New

13   Jersey?

14        A.    No.  I was -- when we was working out of

15   town on jobs, we worked in New Jersey.  And I went

16   through Toms River and he had a -- he had another

17   little spot in Pensacola where I'd worked there in

18   Pensacola.  But everything was through America's Top

19   Team.

20        Q.    America's Top Team?

21        A.    Yes.

22        Q.    And is that a franchise?

23        A.    Yes.

24        Q.    Like, I'm assuming there's a place in

25   Ringgold where you can go and train?

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 132

1     A.    No.

2     Q.    No?

3     A.    No.

4     Q.    Where in --

5     A.    Well, in -- in Ringgold -- there's a

6  Chattanooga is -- would probably be.  What's the

7  local -- Blaylock's IMB.

8     Q.    Is that where you went?

9     A.    No.

10     Q.    Where did you go?

11     A.    I never went in Ringgold.  Every time I've

12  went it was either of town -- and I worked with a

13  gentleman, Ray Blaylock.

14     Q.    Okay.

15     A.    He's -- he's Chet Blaylock's first cousin.

16  He does Brazilian Jiu Jitsu, all that.  I never went

17  to like a dojo in Ringgold.

18     Q.    Is Brazilian Jiu Jitsu -- I got a ten year

19  old who -- got -- managed to get a black belt.  I

20  think it's all a money --

21     A.    In Jiu Jitsu?

22     Q.    No.  No.  Are there belts in Brazilian Jiu

23  Jitsu?

24     A.    Yes.

25     Q.    Okay.  And the highest belt is a --

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 133

1      A.     Red belt.

2      Q.     Red belt?  Okay.  Did you know this?  And

3   do you have a red belt?

4      A.     No.  I have a black belt.

5      Q.     Okay.  And where is black belt in the

6   spectrum?

7      A.     Next to last.

8      Q.     So red is next?

9      A.     Yes.

10      Q.     So you've managed to earn your black belt?

11   How many steps are there to get to a black belt?

12      A.     Nine.

13      Q.     And black belt --

14      A.     And then you have to have at least 30 years

15   of practitioner until -- you have to a practitioner

16   for at least 30 years before you can get a red belt.

17      Q.     What are the requirements for a black belt?

18      A.     At least 15 years of training.  Pretty much

19   just like any other martial arts, you have tests, you

20   have forms, things like that that you do before

21   you're passed up.

22      Q.     Yeah.  What -- you took it a step further

23   and actually did MMA fighting?

24      A.     Yes.

25      Q.     Right?

Phillip Koger                                        May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 134

1       A.      Yes.

2       Q.      You don't have to do MMA fighting to get a

3   black belt in Brazilian Jiu Jitsu, correct?

4       A.      No.  No.

5       Q.      That's correct?

6       A.      No.  You don't have to, is what I'm saying.

7       Q.      So the MMA fights, how many MMA fights have

8   you done?

9       A.      Probably 15.

10      Q.      Okay.  And tell me about -- how do you get

11  into MMA?

12      A.      I got arrested for a bunch of some simply

13  battery and aggravated assault.  And a guy, Blaylock,

14  came up to me and said, look, I know how you can get

15  paid to do this as opposed to going to jail for it.

16  So I started doing that.

17      Q.      And what -- tell me the time period from

18  when to when did you do these 15 MMA fights?

19      A.      Probably 2007 to 2013, '14.

20      Q.      2013 or '14 would have been one of your

21  last fights?

22      A.      Yes.

23      Q.      Why did you stop?

24      A.      I really don't know.  Just lost the passion

25  for it for a while.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 135

1      Q.    Is it -- what's your win/loss record?

2      A.    11-4 probably.

3      Q.    Okay.  Did you -- did you earn money for

4   the MMA fights, right?

5      A.    You earn money and sponsorships and things

6   like that.

7      Q.    Did you earn money?

8      A.    Yes.

9      Q.    How much -- what are your career wings?

10     A.    For a -- for a small-time fighter, man, I

11  probably made -- in 15 fights I probably made $8,000.

12     Q.    Okay.

13     A.    Nothing.  Really, nothing.

14     Q.    Did you ever get sponsored?

15     A.    Yes.  I had America's Top Team and Combat

16  Fight Gear.

17     Q.    Where in the Ringgold/Chattanooga area

18  would these fights take place?

19     A.    Chattanooga, they -- they do a few of them

20  at Camp Jordan, Atlanta I fought at Phillips Arena.

21  And then I fought just mainly out of town stuff,

22  South Carolina, North Carolina --

23     Q.    So you traveled to other towns as well?

24     A.    Yes.

25     Q.    Did you fight at Camp Jordan?

Phillip Koger                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 136

1      A.    No.   I never did fight at --

2      Q.    But you did fight at Phillips Arena in

3  Atlanta?

4      A.    Yes.

5      Q.    How many people were there?

6      A.    I don't know.   A few.   A lot of folks.

7      Q.    Thousands?

8      A.    Couple thousand people.

9      Q.    Paid tickets to come and watch this?

10      A.    Yes.

11      Q.    You're on the under card?

12      A.    But even if you -- if you take -- there's

13  -- there's amateur fights on the under card and these

14  guys get paid nothing to come here and do this in

15  front of 3,000 people.   And I mean, they -- they get

16  a trophy and a thanks for coming.

17      Q.    You go from Centerstone to Erlanger, right?

18  This is still March 9th of 2017?

19      A.    Correct.

20      Q.    Do the police take you from one to the

21  other?

22      A.    I don't know who took me.

23      Q.    You don't recall?

24      A.    No.

25      Q.    You don't recall what any medical

Phillip Koger                                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 137

1    professional told you at Centerstone?

2         A.    Just keep my hand away from my face is all

3    I remember.

4         Q.    Do you recall what happened at Erlanger?

5         A.    No.  I just woke up and I was super, super

6    sore and wasn't any officers around me.  So of

7    course, I tried to leave.  I got on -- I -- can I use

8    the phone?  They let me use the phone.

9         Q.    Called your mom?

10        A.    I called my mom.

11        Q.    Right.  She came down there?

12        A.    Yeah.  She come down there.  And then I was

13   literally at the door fixing to get in the backseat

14   of her car.

15        Q.    I read that.  And then what happened?

16        A.    Security guy come up and said you can't

17   leave here.  Honestly, I'm -- if I had been in any

18   kind of better shape, I would have -- I would have

19   got out of there, but --

20        Q.    You could have left if you wanted to?

21        A.    I could have.

22        Q.    And so, did you wait on the police to come

23   down there?

24        A.    I had to.

25        Q.    Because of the security guard?

Phillip Koger                                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 138

1      A.     No.   I really could not move.   I was in no

2  way shape or form in any way able to fend off

3  anybody.

4      Q.     What did the -- what did the doctors at

5  Erlanger or the nurses at Erlanger tell you about

6  your injuries or your treatment?

7      A.     Nothing.

8      Q.     You don't recall anything?

9      A.     Shit, they didn't tell me anything.

10      Q.     She didn't?   You're saying nurses or the

11  doctors?

12      A.     The nurses told me -- she come in there and

13  said I was free to go.   And I looked around and there

14  wasn't a cop around me, so I mean, fight or flight

15  instinct was crawl your ass out of here.

16      Q.     And then the -- did the doctors tell you

17  anything about your injuries?

18      A.     No.   Just to make sure my testicle -- he

19  said to watch -- really watch over my testicle

20  because if it ruptured, then that could be bad.

21      Q.     Okay.   And so, he told you it was not

22  ruptured?

23      A.     Yeah.   He -- it was extremely swollen.

24      Q.     All right.   And so, eventually, you left

25  with the police and were taken to Hamilton County

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 139

1  jail?

2      A.    Yes.

3      Q.    Right.  So let's talk about what treatment

4  you've received since then.  What do you recall?

5      A.    I was on the medical floor at Hamilton

6  County for roughly three months.

7      Q.    Okay.

8      A.    And in that three months, they had to take

9  me to the hospital one time because my testicle swole

10 up again real big.  Other than that, really the

11 medical treatment I received was shabby at best.

12     Q.    Okay.  So what treatment did they give you

13 at the Hamilton County jail during those three

14 months?

15     A.    Hardly nothing.  She -- she -- you can't

16 even get them to look at you.  I mean --

17     Q.    Well, did they give you treatment?  Or I

18 guess what I'm getting at --

19     A.    Honestly, this right here is one of the

20 best medical treatments that I've got since I've been

21 incarcerated.

22     Q.    Okay.

23     A.    They're giving me medication for the

24 problems I'm having, the back pain, neck pain, stuff

25 like that.  They're actually helping.  They're doing

Phillip Koger                                  May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 140

1   something for you.

2        Q.    So what treatment -- so back to my question

3   is:  What treatment, if any, did Hamilton County jail

4   give you during those two months?

5        A.    Just the trip to the hospital.

6        Q.    What's your best estimate for when that

7   occurred?  A month later?  45 days?  60 days?

8        A.    Probably two months, probably 60 -- maybe

9   between two and three months.

10       Q.    But you remember going back to Erlanger?

11  Did you see a specialist?

12       A.    No.  They actually said I need to see a

13  urologist and that Hamilton County medical staff

14  needed to arrange for me to go see a urologist.  And

15  they never did it.

16       Q.    Because those records have never been

17  provided to us.  Have you ever seen those records?

18       A.    No.  But it went down.  I can -- I even

19  remember the two officers that took me.  Black

20  officer named Denny he used to work for Hays State

21  Prison in Georgia.  And a white officer, young white

22  officer.  I can't remember his name.  But it was a

23  young kid.

24       Q.    And you did see a urologist at Erlanger, or

25  you did not?

Phillip Koger
May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 141

1    A.    No.  I just seen -- they did a sonogram.

2    Q.    On the second visit?

3    A.    Yeah.

4    Q.    That would have been in May of 2017?

5    A.    Yeah.  Ultrasound.  They did an ultrasound.

6    Q.    Okay.

7    A.    She said that I definitely needed to go a

8    urologist and Hamilton County medical staff needed to

9    arrange that.

10   Q.    That person never told you it was ruptured?

11   A.    No.

12   Q.    Correct?

13   A.    Correct.

14   Q.    As you sit here today, you've never

15   suffered a ruptured testicle?

16   A.    No.

17   Q.    Right?

18   A.    Right.

19   Q.    You also went to Silverdale some and

20   Bradley County some?

21   A.    Yes.

22   Q.    What treatment did they give you?

23   A.    Nothing.  Nothing.  You're not getting

24   anything from Bradley County.

25   Q.    Did you complain?

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 142

1       A.      Yes.   Several times.

2       Q.      What treatment has this BOP facility given

3    you?

4       A.      They've done x-rays.  She's helping with

5    me -- because I had a problem, like the -- my arms

6    and legs go numb.  She's got to where -- she's got me

7    to -- trying steroids, trying to get my arms to where

8    they do better, things like that.  She's really --

9    Ms. Wayne does help a lot.

10      Q.      What x-rays -- what parts of your body have

11   they x-rayed?

12      A.      She just did my neck, my back, and my knee,

13   my shoulder.  She did all the upper and lower middle

14   back, pretty much the whole body.  Just did a whole

15   body x-ray.

16      Q.      And what do you contend causes these

17   injuries?

18      A.      I -- I didn't hurt like this before that

19   night.  I'll say that.  I didn't hurt like this

20   before March the 8th.  I never had these problems.  I

21   mean, I've always been real mobile, real active.  I

22   mean, yeah, I was a meth dealer, but I still did

23   things.  I still went out and did things with my

24   kids, stuff like that, exercise.  I can't -- I

25   probably couldn't do 50 pushups.

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 143

1      Q.     How many pushups can you do?

2      A.     Probably five, if that.

3      Q.     We've never seen -- you contend in your

4  answers to interrogatories that these are permanent

5  injuries, but we've never seen any doctor's reports

6  saying that you have permanent injuries as a result

7  of this accident with the police on March 8th and 9th

8  of 2017.

9             MR. STANFORD:   Object to form.

10  BY MR. HOSS:

11      Q.     What evidence do you have that your

12  injuries are permanent?

13      A.     They haven't stopped.  The pain hasn't

14  stopped at all.  I mean, I still have pain in my low

15  back, my middle back, my neck.

16      Q.     Can you identify what happened to you to

17  cause that injury?

18      A.     I went on a chase and got beat up.  I mean,

19  did I -- I'm saying, I was wrong.  I was wrong for

20  taking the police on a chase the way I did.  But I'm

21  also saying what they did was wrong too.  They

22  shouldn't -- I was in -- I was detained.  I didn't

23  resist.  I was handcuffed.

24      Q.     How do you know you didn't resist?  You

25  don't remember what happened.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 144

1              MR. STANFORD:  Object to form.

2              THE WITNESS:  I was in handcuffs.  Once I

3     was in handcuffs, I didn't resist.

4     BY MR. HOSS:

5         Q.    You just said you blacked out.

6         A.    Yeah.  I wouldn't let them put the

7     handcuffs on me if I was going to resist.  We would

8     have held court right there in the street.

9         Q.    You would have challenged them?

10        A.    Yes.  If I wasn't giving up, I would have

11    never got in handcuffs.

12        Q.    You deny resisting arrest at any time?

13        A.    Yes.

14        Q.    Correct?

15        A.    Yes.

16        Q.    Okay.  Once you got handcuffs on you, your

17    testimony today is -- is that you don't recall

18    anything that's happened until you got to the

19    Centerstone Hospital?

20        A.    Yes.

21        Q.    So you can't tell us -- you can't tell this

22    court that you didn't resist when you were on the

23    back of that car, correct?

24             MR. STANFORD:  Object to form.

25             THE WITNESS:  When I was on the back of the

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 145

1    car?

2    BY MR. HOSS:

3         Q.    Have you seen the videos in this case?

4         A.    No.

5         Q.    You've not seen the -- the officers'

6    in-camera videos?

7         A.    Not from -- not from their video, no.

8         Q.    Okay.  Have you seen any videos in this

9    case?

10        A.    Just part of the chase.

11        Q.    Just part of the chase.  So you have seen

12   some video?

13        A.    Yeah.

14        Q.    Okay.  And so, you don't recall what

15   happened from when the officers put you in handcuffs,

16   right?

17        A.    Until I woke up.

18        Q.    Until you woke up in the hospital?

19        A.    I don't know.

20        Q.    You don't know what happened, right?

21        A.    Right.

22        Q.    So you can't tell under oath, you can't

23   tell this court that you did not resist after you

24   were placed in handcuffs?

25             MR. STANFORD:  Object to form.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 146

1    BY MR. HOSS:

2         Q.     Correct?

3         A.     I -- I didn't resist.

4         Q.     How can you say that if you don't know what

5    happened?

6         A.     Because I would -- I know me.  I would --

7    if they were -- if I was going to resist, we was

8    going to have a shoot out right there in the street.

9    There wouldn't have been any --

10        Q.     You kind of did.  You led people on a

11   24-mile high speed chase that was 90 miles an hour.

12               MR. STANFORD:  Object to form.

13               THE WITNESS:  And I also had two firearms

14   and we didn't have a shoot out in the middle of the

15   road.

16   BY MR. HOSS:

17        Q.     You had three?

18        A.     I had three firearms.  And we didn't have a

19   shoot out in the middle of the road.  So I didn't

20   resist.  Once I was out of the car, I gave up.

21        Q.     But how can you tell us what happened if

22   you don't recall?

23               MR. STANFORD:  Object to form.

24   BY MR. HOSS:

25        Q.     The point at which you black out?

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 147

1      A.    I didn't resist.

2      Q.    But you're just saying that, in general,

3   you have no specific memory?

4      A.    No.

5      Q.    Correct?

6      A.    Correct.

7      Q.    I'm talking about the point when you're

8   handcuffed until you wake up in Centerstone, you've

9   got no specific memory as to what happened?

10     A.    No.

11     Q.    No, you don't have a memory?

12     A.    No.  I don't have a memory.

13     Q.    The -- you did give a statement later on to

14  Adam Jones with GBI; is that right?

15     A.    Yes.

16     Q.    Let me show you this.  Have you seen a copy

17  of that statement?

18     A.    No.

19         MR. STANFORD:  Let me step in the restroom.

20             (A short break was had.)

21  BY MR. HOSS:

22     Q.    I've just shown you what's been marked as

23  Defendant's Exhibit 6.

24     (Exhibit Number 6 marked for identification.)

25  BY MR. HOSS:

Phillip Koger                                         May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 148

1          Q.     Which is an interview you gave to GBI

2    Special Agent Adam Jones and this is a written

3    summary that, I believe, Special Agent Jones

4    prepared.  Did you have a chance to review that

5    Mr. Koger?

6          A.     Yes, sir.

7          Q.     Does it appear accurate, the information

8    you provided to Mr. Jones?

9          A.     Yes, sir.

10         Q.     All right.

11                MR. HOSS:  We move to admit Exhibit 6.

12    BY MR. HOSS:

13         Q.     In it, it says that you admitted to Agent

14    Jones that you hit a patrol car a couple of times

15    during the high speed chase?

16         A.     Yes.

17         Q.     Is that accurate?

18         A.     Yes.

19         Q.     Let's see, you told Special Agent Jones

20    that you did not remember much of what was being said

21    during the time?  Let me read it.

22                It says, Koger stated that he ended up on

23    the ground and was handcuffed at this time.  Koger

24    stated he did not remember much of what was being

25    said during this time.

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 149

1        Do you recall that?

2    A.    Yeah.

3    Q.    Is that accurate?

4    A.    Yeah.

5    Q.    Then it says, Koger stated that he had been

6    handcuffed by a light-haired officer who became

7    striking Koger and making the command, Stop

8    resisting, stop resisting.

9        Do you recall that?

10   A.    No.  I -- I told him I didn't remember

11   anything that happened after getting kicked in the

12   head.

13   Q.    You told Agent Jones that?

14   A.    Yes.

15   Q.    So you don't recall anyone giving you the

16   command, Stop resisting, stop resisting?

17   A.    No.

18   Q.    Koger stated he was not resisting at this

19   time.  And a short time later, Koger said the same

20   officer making the stop resisting comments picked

21   Koger up by his testicles, squeezed Koger's

22   testicles, and then slammed Koger into a car trunk.

23       Did you tell agent Jones that?

24   A.    No.

25   Q.    So that would not have been accurate?

Phillip Koger                                              May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 150

1      A.    No.

2      Q.    And Agent Jones would not have -- what he

3   wrote down would not have been what you told him?

4      A.    I didn't tell him anything from that point

5   on.  He had to get that from the video.

6      Q.    Says, Koger -- in -- in this report, in

7   Exhibit 6 is says, Koger stated these things.

8      A.    No.

9      Q.    And you're saying that's not true?

10     A.    True.

11     Q.    It says that you did not tell Agent Jones

12   that you had a ruptured testicle?

13     A.    No.

14     Q.    So your statements to Adam Jones, that the

15   same officer was the one that was yelling at you to

16   stop resisting, stop resisting, while you were on the

17   ground and it was the same officer that picked you up

18   by your testicles later, you're saying that you did

19   not tell that to Agent Jones, correct?

20     A.    Correct.

21     Q.    I'm going to show you another document

22   that's been marked Exhibit 9.

23     (Exhibit Number 9 marked for identification.)

24              (A short break was had.)

25   BY MR. HOSS:

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 151

1      Q.      Have you had a chance to review Exhibit 9,

2  sir?

3      A.      Yes.

4      Q.      You mentioned earlier that there was a

5  Detective Cross that was with you at Centerstone?

6      A.      Uh-huh.

7      Q.      And -- sorry if you could say yes or --

8      A.      Yes, sir.

9      Q.      Thanks.  This is -- he wrote on this, on

10  Exhibit 9, that he observed a 767 tattoo on your

11  where -- where did he write that he observed?

12     A.      On the exterior some -- I can't -- I can't

13  read his -- the exterior something of the left

14  foreman.

15     Q.      Okay.  And then there's some boxes checked.

16  There is a form that validates gang members?

17     A.      Yes.

18     Q.      Right?

19     A.      Yes.

20     Q.      Do you -- do you agree that you were a

21  validated gang member on that day?

22             MR. STANFORD:  Object to form.

23             THE WITNESS:  7, 8, and 9 are true, but I

24  never admitted to him that I was a gang member.

25  BY MR. HOSS:

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 152

1      Q.    Okay.  Let me see what you're referring to
2   is, he's checked Box 6 that you have gang-related
3   tattoos; he's checked Box 8, that you display or
4   write gang-related material on social media, or i
5   photographed with known gang members; and Number 9,
6   that you correspond with known gang members who are
7   incarcerated in Catoosa County jail.  You admit to 6,
8   7, and 8?
9      A.    Yes.
10      Q.    You deny that you admitted being a gang
11   member, or being an associate of a gang member?
12      A.    Yes.  I never admitted that I was a gang
13   member.
14      Q.    You've admitted that to us today?
15      A.    Yes.
16      Q.    Okay.  All right.
17            MR. HOSS:  We'll move for Exhibit 9 to be
18   admitted.
19   BY MR. HOSS:
20      Q.    This was dated March 9th, 2017, at 1:00
21   a.m.
22      A.    Yeah.
23      Q.    All right.  Show you Exhibit 7.
24      (Exhibit Number 7 marked for identification.)
25   BY MR. HOSS:

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 153

1       Q.    That's a -- that's your mugshot.  Does that

2    appear to be your mugshot from March 9th, 2017?

3       A.    Yes.

4       Q.    And the injuries that we see on that

5    mugshot appear to be towards the right side of your

6    face?

7       A.    Yes --

8       Q.    The left -- the left side of your face,

9    correct.

10      A.    Yes.

11      Q.    I'm looking at it backwards.  Did you have

12   a -- a fracture of your face?

13      A.    Yes.

14      Q.    Where was the fracture?

15      A.    The left orbital socket.

16      Q.    Do you recall where the fracture was in

17   your left orbital socket?

18      A.    Right here where the scar is.

19      Q.    Any other fractures?

20      A.    Not that I recall.  On my face.

21      Q.    Was anything else broken?

22      A.    Not -- I didn't receive x-rays or anything

23   until here.

24      Q.    You didn't get x-rayed at Centerstone or

25   Erlanger?

Phillip Koger                                           May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 154

1       A.    Not until I got here, that I know of.

2       Q.    The only thing that you recall being broken

3  though is your orbital socket?

4       A.    Yes.

5       Q.    Could you have gotten that in the wreck?

6       A.    I wasn't in a wreck.

7       Q.    Could you have gotten that in the high

8  speed chase?

9       A.    No.

10      Q.    How do you know that?

11      A.    Because I never wrecked the car.

12      Q.    How did -- who -- how did you sustain the

13 orbital fracture?

14      A.    I'm guessing when I got kicked in the head.

15      Q.    That's a guess?

16      A.    Yes.

17      Q.    You don't have any information that

18 officers -- Sergeant Carson kicked you in the head?

19            MR. STANFORD:  Excuse me, object to form.

20 I object to the form of the prior question.

21 BY MR. HOSS:

22      Q.    Do you?

23      A.    I don't know who did it.

24      Q.    We received from your attorneys -- it's

25 dated March 18th, 2019, so two months ago, something

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 155

1    like that, a full set of your medical records.  I've

2    marked them as Exhibit 8 to this deposition.

3         (Exhibit Number 8 marked for identification.)

4    BY MR. HOSS:

5         Q.    I want to show you a couple and ask you

6    about a couple things that are in your medical

7    records, if that's all right.

8              So this is from Centerstone.  And these --

9    these medical records only consist of the night of

10   March the 9th.

11        A.    Okay.

12        Q.    Records from Centerstone from that night,

13   and records from Erlanger that night.  We don't have

14   the followup.  But from Centerstone's records,

15   there's a -- see presentation right there?  Did

16   you -- can you read that?

17        A.    Presents complete -- presenting complaint,

18   law enforcement states he was in a high speed chase,

19   unrestrained, broken windshield and broken side

20   window with his head.  Transition of care, patient

21   was not received from another sedative care prior to

22   arriving.

23        Q.    So my question is:  There's some indication

24   in the medical records that there was a side window

25   that, we have the picture of your injuries to the

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 156

1      left side of your face, your face could have hit your

2      side window.  Do you disagree with that?

3            A.     Yes.  Because the side window was down.

4            Q.     Do you know how far down it was?

5            A.     I do know this, my face wasn't bleeding

6      when I had my hands out the window.  So if I knocked

7      the window out with my head, my face would have been

8      bleeding.

9            Q.     How do you know that?

10           A.     Because if I knocked the window out with my

11     face right there, it would have been bleeding because

12     I had my hands out the window.  I had to get my hands

13     out -- how was I going to get my hands through a

14     window?

15           Q.     Okay.  Where were the guns in your car at

16     that point?

17           A.     Center console and floorboard.

18           Q.     All three of them?

19           A.     And yeah the -- I still don't know where

20     the .380 went.  Nobody knows what it went.

21           Q.     Where was it the last time you'd seen hit?

22           A.     In my back pocket.

23           Q.     In your pocket?

24           A.     Yes.

25           Q.     Do you know what a pat down is?

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 157

1      A.      Yeah.   Where they search you.

2      Q.      Officers pat down -- officers pat down

3  suspects for safety purposes?  Do you agree with

4  that?

5      A.      Yes.

6      Q.      Do you -- were you patted down before you

7  were handcuffed?

8      A.      No.  If -- I mean, in all honestly, there

9  should have been a gun on my person.  There -- I

10  mean, it was in my back -- all of those guns -- the

11  only thing I can think of is that it come loose in

12  the driver's seat when they pulled me out.  But still

13  don't account for it in all the reports.

14     Q.      Back to your medical records Exhibit 8, it

15  says that patient uses alcohol, street drugs,

16  methamphetamine, marijuana.  Is that -- is that

17  accurate?

18     A.      Yes.

19     Q.      Medical records say -- this is still the

20  Centerstone records.  The patient was a driver -- or

21  patient was fleeing from police when he crashed

22  vehicle.  Per police, the patient was resisting

23  arrest after the crash.

24             Do you agree with that?

25     A.      No.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 158

1    Q.    Do you recall an ultrasound at Centerstone?

2    A.    No.

3    Q.    Do you recall an ultrasound at Erlanger?

4    A.    Months later.

5    Q.    Months later?

6    A.    Yeah.  I don't -- I don't recall them doing

7    them while I was there.

8    Q.    Medical records from Erlanger indicate that

9    you were not a restrained passenger, so you did not

10   have your seatbelt on; is that accurate?

11   A.    Yes.

12   Q.    And mentions that you were driving miles

13   per hour, says 70.  Where would they have received

14   that information?

15   A.    The police.

16   Q.    Well, you said the police weren't there by

17   you're --

18   A.    At some point, yeah.

19   Q.    Would you have provided that to them?

20   A.    No.

21   Q.    You did not?

22   A.    No.

23   Q.    So Erlanger's diagnosis for you, it lists

24   what's called a scrotal contusion, like a bruise, of

25   your scrotum or testicles.  Would you describe that

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 159

1    as what you had?

2         A.    Yes.

3         Q.    Not a rupture?

4         A.    Not a rupture.

5         Q.    Show you this.  This is the Erlanger

6    records that I've highlighted.  Can you read that

7    portion that I've highlighted?

8         A.    Yeah.  Yes.  It says I was -- unrestrained

9    driver.  I wasn't in a crash, at 70 miles per hour.

10        Q.    That's part of -- that's my question.  It

11   says -- it indicates that you were in an accident at

12   70 miles an hour.  Is -- do you agree with that or

13   disagree with that?

14        A.    Disagree with that.

15        Q.    Let's mark that as Exhibit 8.

16              Does your testicle still bother you today?

17        A.    Somewhat.  It's not near as bad as what it

18   was, though.

19        Q.    The contusion still bother you today?

20        A.    No.  It still swells.

21        Q.    How often?

22        A.    Just once every so often.  Really, it's not

23   on a time frame really.

24        Q.    Just has a mind of its own?  How -- so let

25   me ask -- how many times have you had an issue with

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 160

1    it since March 9th, 2017?

2         A.    Several.

3         Q.    How many is several?

4         A.    20 or so.

5         Q.    20 or so?

6         A.    Yeah.  But it's never swollen like it did.

7    It's never -- I mean, that -- we're talking softball

8    sized is what it was.

9         Q.    Okay.

10        A.    It's never gotten back like that.

11        Q.    So when you went back 60 days later, it was

12   softball sized?

13        A.    Yes.

14        Q.    What other injuries besides your testicle

15   do you complain about as you're sitting here today?

16        A.    My neck, my back, my knee.  Really, that's

17   about it.

18        Q.    Your neck, your back, and your knee.  So

19   tell us about your neck.

20        A.    It's really right there where it meets the

21   back, right where you got like that ball, that's

22   really where it has the most, right there.  It's like

23   -- like my neck's been bowed up or something.  It's

24   not a -- I mean, I go to medical for it.  They do

25   x-rays.  They give me medication.  Send me back.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 161

1    That's -- that's just what being in BOP is.

2    That's --

3         Q.    But you can't identify any particular

4    strike or any particular --

5         A.    No.

6         Q.    -- specific use of force that was used on

7    you that may have contributed or caused that injury?

8         A.    No.

9         Q.    All right.  Let's talk about your back.

10   What's your injury to your back, besides it being

11   sore?

12        A.    It just stays sore.

13        Q.    Just stays sore?

14        A.    Yeah.

15        Q.    Is there any particular strike or --

16        A.    I --

17        Q.    -- specific action by any officer that you

18   contend caused or contributed to that injury to your

19   back?

20        A.    No.

21        Q.    Same question for your knee?

22        A.    No.

23        Q.    What -- what -- what's your injury to your

24   knee, other than it's sore?

25        A.    I can't say who did it.  I -- I don't know

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 162

```
 1    who did it.
 2         Q.    Let's talk about the injury.  The injury is
 3    just soreness?
 4         A.    Yes.
 5         Q.    Okay.
 6         A.    At this point.
 7         Q.    Because there's broken bones, right?  There
 8    are torn meniscus, right?
 9         A.    Yeah.
10         Q.    There's bulging disks, correct?
11         A.    Yeah.
12         Q.    And I -- you don't have any of those?
13         A.    That I know of.
14              MR. STANFORD:  Object to form.
15    BY MR. HOSS:
16         Q.    That you're -- that you're aware of?
17         A.    Yes.
18         Q.    That anybody has found two years after --
19    in the last two years since this happened?
20         A.    Yes.  But at the same time, I haven't
21    receive proper medical care either in those two
22    years.
23         Q.    Okay.
24         A.    And I haven't received MRIs, CAT scan, none
25    of that.
```

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 163

1      Q.    So the -- the primary complaint is one of
2    soreness to these areas of your body?
3      A.    Yeah.  And the back.  I know that's what's
4    causing my arms to go numb, my legs to go numb.  It's
5    like pinched nerves.  My arms, my hands, legs go
6    numb.
7      Q.    Have you ever had any doctor or nurse at
8    any facility tell you you have a pinched nerve?
9      A.    No.
10     Q.    You mention -- there's some allegation in
11   here about emotional injuries to you, Mr. Koger.
12   What emotional injuries do you have?
13     A.    At this point, it's like I get real --
14   really sketchy around anybody with a badge.  Now, I
15   mean, I'm supposed to be able to trust them.
16   Supposed to -- at this point, there's -- there is no
17   trust.  I get nervous around them even when I'm not
18   doing anything wrong and they're not doing anything
19   wrong.  It -- loud noises, bangs, people -- people
20   screaming, getting loud, it just causes anxiety, real
21   high anxiety.
22     Q.    That's because of the people have a badge?
23     A.    Yeah.  Simply because I'm -- they've --
24   they make me nervous now.
25     Q.    They, being police?

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 164

1      A.     Yes.

2      Q.     Law enforcement?

3      A.     Yes.

4      Q.     That's your emotional injury that you're

5   claiming?

6      A.     I should be able to trust them.

7      Q.     Well, before this high speed chase, you

8   were involved in multiple high speed chases?

9      A.     Yes.

10      Q.     Correct?

11      A.     Yes.

12      Q.     How many -- how many high speed chases --

13   how many times have you ran from the cops in your

14   lifetime?

15      A.     With me being the driver?

16      Q.     With you in the driver, you being a

17   passenger, on foot?

18      A.     In the -- in the passenger seat, I had no

19   control over whether we ran or not.

20      Q.     You had no control over those women who

21   were driving you around town?

22      A.     Never.  Never.

23      Q.     Just wrong place, wrong time?

24      A.     Me, I've been in two high speed chases of

25   my own.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 165

1      Q.      This one and Whitfield County?

2      A.      No.  This -- this one and another one

3  before that I got away in.

4      Q.      Where was that?  That -- was the one in

5  Chattanooga?

6      A.      Yes.

7      Q.      Right?

8      A.      Yes.

9      Q.      Yeah.  You were involved in one high speed

10  chase in Chattanooga before this, right?

11     A.      Yeah.

12     Q.      We know you had warrants in Whitfield

13  County for another high speed chase, right, that you

14  won't answer about -- any questions, right?

15     A.      Right.

16     Q.      Because you're afraid Georgia is going to

17  come and prosecute and Georgia doesn't play?

18     A.      That's my -- that's my other pending charge

19  right now.  That's my other pending warrant.

20     Q.      It's still pending?

21     A.      It's an open warrant.  I haven't been -- I

22  haven't been charged with it or anything like that

23  for me.

24     Q.      And then?

25     A.      It's the detainer.

Phillip Koger                                May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 166

```
 1      Q.      Okay.  We're talking about your high speed
 2   chases.  So we got Chattanooga, Whitfield County, and
 3   then this one in March of 2017, right?
 4      A.      Yes.
 5      Q.      And you're blaming this one in March of
 6   2017 to cause you emotional injury that you fear
 7   police now because of that?
 8      A.      Yeah.
 9      Q.      There's something in your interrogatory
10   responses about events that happened when you were
11   young in a car wreck?
12      A.      Yeah.
13      Q.      You caused a woman --
14      A.      I seen -- I seen a lady get decapitated.
15      Q.      You caused -- you witnessed an event?
16      A.      Yes.
17      Q.      When you were 11 or 12?
18      A.      Yes.
19      Q.      And did you ever see a psychologist or
20   psychiatrist or some mental health professional?
21      A.      Yes.
22      Q.      And -- and was that in Ringgold?
23      A.      Yeah.  Dr. Laura Hayes.
24      Q.      H-A-Y-E-S?
25      A.      Yes.
```

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 167

1      Q.    And how many times did you see Dr. Hayes?

2      A.    Several.  I -- about a year.

3      Q.    When you were --

4      A.    A minor.

5      Q.    -- minor?  This the 12 months after this

6   event?

7      A.    Yeah.

8      Q.    Okay.  And you stopped seeing her?

9      A.    Yes.

10      Q.    And why did you stop seeing her?

11      A.    Just really kind of grew into doing my own

12   thing.  That's about the time I started smoking weed

13   and stuff like that, thought I would be okay and

14   drifted away from the situation.

15      Q.    Did she ever have to give you medication?

16      A.    Yeah.

17      Q.    What did she give you?

18      A.    I can't recall the name of it.

19      Q.    So the treatment stopped with her because

20   you didn't need it anymore?

21      A.    No.  It stopped because I just quit going.

22      Q.    Because you just quit going.  Does that

23   have anything to do with this case?

24      A.    No.

25            MR. STANFORD:  Object to form.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 168

1    BY MR. HOSS:

2        Q.    There's some mention in here about panic

3    attacks?

4        A.    Yes.

5        Q.    Do you have panic attacks?

6        A.    Yes.

7        Q.    And chest pains?

8        A.    Yes.

9        Q.    That you're relating to this?

10       A.    Well, it's any kind of loud noise or people

11   yelling.

12       Q.    How many panic attacks have you had?

13       A.    Several.  I've had one of them they had to

14   treat me right then.  They had to give me a

15   stabilizer, get me to calm down.

16       Q.    When was that?

17       A.    That was in Bradley County because it was

18   causing chest pains so bad that I just -- I thought I

19   was having a heart attack.

20       Q.    Right.  And there's never been a doctor

21   that's told you that that's -- that you suffered that

22   panic attack and those chest pains as a result of

23   this high speed chase?

24            MR. STANFORD:  Object to form.

25   BY MR. HOSS:

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 169

1      Q.     Correct?

2      A.     No.   They've never said that.

3      Q.     Has any doctor told you what's caused the

4   panic attacks?

5      A.     No.

6      Q.     Or any medical professional told you what's

7   caused the panic attacks?

8      A.     No.

9      Q.     Have you been diagnosed -- also mentions

10  here about significant depression.   Have you been

11  diagnosed with depression?

12     A.     Yes.

13     Q.     By who?

14     A.     Laura Hayes.

15     Q.     When you were 11 or 12?

16     A.     Yes.

17     Q.     Any diagnosis -- you're 34 now?

18     A.     Uh-huh.

19     Q.     So in the last 22 years, anybody else told

20  you that you suffer from depression?

21     A.     No.

22     Q.     Are you being given any medications today

23  for depression?

24     A.     No.   Bradley County put me on Zyprexa and

25  Lithium and neither one of them worked for me.

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 170

```
 1        Q.    So you chose not to take those?

 2        A.    Yes.

 3        Q.    Have you told anybody here at the BOP

 4   facility that you have depression?

 5        A.    No.

 6        Q.    So you've not made that complaint to

 7   Forrest City medical professionals?

 8        A.    No.

 9        Q.    You have a Facebook page, right?

10        A.    I did.

11        Q.    You did.

12        A.    The Feds have a Facebook page now.

13        Q.    Why do you say that?

14        A.    Because everything in my discovery come

15   from my Facebook page, so the Feds have a Facebook

16   page now.

17        Q.    Do you -- does Mr. Stanford have your

18   criminal discovery in your case?

19        A.    All 5,000 pages.

20             MR. HOSS:  Have we not requested that?

21             MR. STANFORD:  I don't know if you did.  I

22   don't know if you requested discovery from his

23   criminal matter.

24             THE WITNESS:  I requested it once and it

25   come in a computer printer box.  Won't request that
```

Phillip Koger                                      May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 171

1      again.

2      BY MR. HOSS:

3          Q.    Let me show you --

4          MR. STANFORD:  I might send that to you,

5      just have to clear it with the US Attorney's office.

6      They signed an agreement on that one.  It was one of

7      those turn-over-this-discovery kind of things.  I

8      don't --

9               (Off the record discussion.)

10     BY MR. HOSS:

11         Q.    Mr. Koger, can you identify that as your

12     Facebook message?

13         A.    Yes.

14         Q.    -- excuse me, the Facebook posts?

15         A.    Yeah.

16         Q.    All right.  I'm going to mark that as --

17     it's 44 pages, Exhibit 10.

18         (Exhibit Number 10 marked for identification.)

19     BY MR. HOSS:

20         Q.    And these are dated beginning March 3rd,

21     and it's chronological order and it goes backwards in

22     time 2017 to January of 2016; is that accurate?

23         A.    Uh-huh.  Yes, sir.

24         Q.    Okay.  So just ask you a couple questions

25     about some of these posts, there's a lot of Joker

Page 172

```
1    posts?

2         A.    Yes.

3         Q.    Right?

4         A.    Yes.

5         Q.    Your one that you posted close to --

6    closest to this incident with the high speed chase

7    was March 3rd, 2017, and you posted this wolf

8    picture, Mistake one, I'm not a sheep.

9         A.    Uh-huh.

10        Q.    What was your purpose for that?

11        A.    Dealing drugs, you got people that try you

12   up.

13        Q.    That do what?

14        A.    Try you up.

15        Q.    What do you mean by try you up?

16        A.    People that will set you up to be robbed,

17   things like that.  Sheep like -- we call them sheep

18   or ducks, people go -- they call it going duck

19   hunting.  Set up a drug dealer to be robbed.  I'm

20   not -- I'm not going to be a victim.

21        Q.    Yes, sir.  So is this you telling -- who

22   are you sending this message to?

23        A.    I can't recall who it was to at the time.

24        Q.    Was it to a person in particular?

25        A.    Yeah.
```

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 173

```
 1              MR. STANFORD:  Object to form.  Is it a
 2    post or a personal --
 3              THE WITNESS:  It's a post.
 4              MR. STANFORD:  Is that a message?
 5              MR. HOSS:  It's his profile pic.
 6              MR. STANFORD:  So it's a post on his
 7    profile?
 8    BY MR. HOSS:
 9        Q.    It's his entire profile, you make that your
10    profile picture.  Do you know what that means?
11        A.    Uh-huh.
12        Q.    What does it mean?
13        A.    It's profile picture.  I mean --
14        Q.    It's what everybody sees, right?
15        A.    First page you see.
16        Q.    And so you're sending that message to
17    everybody?
18        A.    No.  It was to an individual.  It was for
19    an individual.
20        Q.    But if everybody sees it, then so be it?
21        A.    I mean, that's how rumors spread.
22        Q.    That's how rumors spread?
23        A.    You tell one person, then everybody knows.
24        Q.    But the rumor you're trying to quash is
25    that you're not a sheep?
```

Page 174

```
 1      A.    Yes.

 2      Q.    Or a duck, right?

 3      A.    Correct.

 4      Q.    The one before that was February 27th, and

 5   it's looks like Clint Eastwood and is biting a cigar.

 6   Do you see that?

 7      A.    Uh-huh.

 8      Q.    Can you read what that one says?

 9      A.    Uh-huh.

10      Q.    What's it says?

11      A.    Says, I'm not mean.  You're just a pussy

12   that can't handle the same shit you dish out.

13      Q.    Is that to anybody in -- that looks like it

14   was posted as well.  Is that to anybody in

15   particular?

16      A.    Nobody in particular.

17      Q.    So someone responds, Rachel Ryder.  Do you

18   know Rachel?

19      A.    Yes.

20      Q.    Says, Asshole call me, business.  See that?

21      A.    Uh-huh.

22      Q.    Is she -- what's she referring to, if you

23   know?

24      A.    (No audible response.)

25      Q.    Was she involved --
```

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 175

1     A.     Probably.

2     Q.     In -- in the drug business with you, sir?

3     A.     Yeah.

4     Q.     This -- this post looks like it's dated

5   before February 27th, 2017, Don't know what's worse,

6   a snitch -- what's the rest of that?

7     A.     Or the nigga hanging with a snitch.

8     Q.     What's that supposed to mean?

9     A.     People out there that I knew and told --

10   and I told people that they told on me and, well --

11     Q.     Here's one, looks like it was posted in

12   February of 2017 too.  Can you read what that one

13   says?

14     A.     I don't run, so if you see me running, you

15   better run too because there's something coming.

16     Q.     What does that mean?

17     A.     If you see trouble coming, we're going to

18   run.

19     Q.     There's a response posted below that, last

20   name Dodson.  Is that your sister, Mandy Dotson?

21     A.     Yes.

22     Q.     She calls you her baby brother?

23     A.     Yes.

24     Q.     What does she say?

25     A.     Says, Miss you, baby brother.  I'll get

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 176

1    that snitch for you.  Anything for my baby brother.

2        Q.    Was there a snitch that was working against

3    you during this time period in February 2017 that you

4    had it out for?

5        A.    Yeah.

6        Q.    Let me show you this.  There's another one.

7    Picture, there's no words to it, but looks like maybe

8    some bandanas of some sort.  What is that, if you

9    know?

10       A.    767.

11       Q.    So that's bandanas in the shape of 767, the

12   Ghost Face?

13       A.    Uh-huh.

14       Q.    That would have been in February of 2017?

15       A.    Yes.

16       Q.    Here's one from February 8th, 2017.  Al

17   Pacino?

18       A.    Uh-huh.

19       Q.    Who is he?

20       A.    Scarface.

21       Q.    No.  That's in Godfather.

22       A.    It is from the Godfather.

23       Q.    It's the Godfather.  What does it say?

24       A.    I'm coming for everything they said I

25   couldn't have.

Phillip Koger                                        May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 177

1      Q.    And you posted that on your Facebook page

2    as your profile pic, right?

3      A.    I don't think so.  Or is it?

4      Q.    Take a look.

5      A.    No.  Just a picture.

6      Q.    Just a normal picture and you posted.  What

7    did you mean by that?

8      A.    That was the day my role as a Ghost Face

9    Gangster got bigger.

10     Q.    How?

11     A.    I became what was known as a statewide

12   violator.

13     Q.    Okay.

14     A.    Statewide violator is a job is -- if I had

15   brothers that got out of -- got out of line, I was to

16   -- same way we get in the gang, if you violate, then

17   statewide violator comes to your city and we pick

18   three of our brothers, three of your brothers to

19   violate you for 33 seconds on whatever it is you

20   violated for.

21     Q.    So the same as being jumped in for the 76,

22   but it lasts 33 seconds?

23     A.    Yes.

24     Q.    That's the punishment that you were tasked

25   to dish out?

Page 178

```
 1        A.     Yes.  To pick the other three people to

 2   dish it out.

 3        Q.     Okay.  You picked the three people who are

 4   three-on-one with the violator?

 5        A.     Yes.

 6        Q.     For 33 seconds?

 7        A.     Uh-huh.

 8        Q.     And did you -- how many times did you have

 9   to do that between early February of 2017 and your

10   arrest in March?

11        A.     Probably seven times.

12        Q.     Seven times.  For what kind of violations?

13        A.     Well, we don't deal with -- we don't

14   condone rape or anything that has to do with small

15   children, things like that.  So -- and we'll -- we're

16   not going to call the police on you.  We're your

17   brothers, but things like that --

18        Q.     So that's a statewide position?

19        A.     Yes.

20        Q.     And what's the title again?

21        A.     Statewide violator.

22        Q.     Does it come with more compensation?  Do

23   you get more money?

24        A.     Yes.

25        Q.     You get what kind of raise?
```

Phillip Koger                                May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 179

1        A.      You just -- you get more of a percentage

2    really.  You get 10 percent to like 15 percent of

3    what one of your prospects is bringing in.  It's not

4    every prospect.  It's just here and there.

5        Q.      Is that an honor?

6        A.      I was probably one of six highest ranked

7    Ghost Face in the country.

8        Q.      In the United States?

9        A.      Yes.

10       Q.      How do you get that position?

11       A.      Earn it.

12       Q.      How did you earn it?

13       A.      Loyalty.

14       Q.      And as part of the loyalty, what is the

15   Ghost Face's -- what is their --

16       A.      Mantra?

17               THE REPORTER:  Sorry?

18               MR. HOSS:  He's finishing my -- that's a

19   good question.

20   BY MR. HOSS:

21       Q.      What is their mantra?

22       A.      Love, loyalty, honor, honesty,

23   faithfulness, respect, and understanding.

24       Q.      What is does Ghost Face have -- what's

25   their reputation with the police?  What are they

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 180

1   supposed to do if they encounter police officers?

2          MR. STANFORD:  Object to form.

3          THE WITNESS:  What do you mean, what are we

4   supposed to do?

5   BY MR. HOSS:

6      Q.   I don't know.  As a criminal gang -- it's a

7   criminal gang, right?

8      A.   Yes.

9      Q.   So as a criminal gang, what is a member of

10  Ghost Face supposed to do when they interact with the

11  police?

12     A.   Not supposed to interact with them.

13     Q.   Okay.  But if that happens, what's supposed

14  to happen?

15     A.   There's nothing really -- I mean --

16     Q.   I don't want -- if I'm a member of the

17  Ghost Face, right, and I don't want to get a visit

18  from Mr. Koger, right, I don't want to violate and I

19  interact with the police, what am I supposed to do?

20  Are there expectations?

21     A.   No.  Just deny that you're a member.

22     Q.   Just deny that you're a member?

23     A.   Get yourself in trouble, don't get

24  everybody in trouble.

25     Q.   So this February 8th day of 2017, this Al

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 181

1    Pacino post on your Facebook correlates to when you

2    got this promotion?

3        A.    Yes.

4        Q.    There was one also -- one of your Joker

5    posts, and it's posted -- there's not a specific date

6    to it, but it's between January the 8th and February

7    the 8th.  Can you read me that?

8        A.    Have you ever been so mad that you skipped

9    past anger and went straight to laughing fucking

10   lunatic?

11       Q.    What does that mean?

12       A.    Have you ever been so pissed off at

13   somebody that you went from being mad at them to you

14   really didn't know what to think about them.

15       Q.    And some people responded to you down

16   there, right?

17       A.    Yeah.

18       Q.    Your sister did?

19       A.    Yes.

20       Q.    What did she say?

21       A.    You've done that several times, brother.

22       Q.    So this is -- this is an accurate post

23   about you?

24       A.    Yeah.

25       Q.    That you moved -- go past anger and go

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 182

1    straight to laughing?

2        A.    Uh-huh.

3        Q.    In November or December of 2016, you posted

4    something, mental illness is an adventure?

5        A.    Uh-huh.

6        Q.    You kind of laughed right there.  What --

7    do you recall why you posted that?

8        A.    Because it's -- you have your ups and downs

9    every day.  Every day is individual.

10       Q.    Are you saying that you have a mental

11   illness?

12       A.    Yeah.  I mean, I have PTSD.  I go through

13   it every day.

14       Q.    You've been -- is that what Ms. Hayes has

15   diagnosed you with?

16       A.    Yes.

17       Q.    November 18, 2016, read what you made your

18   profile picture.

19       A.    Fuck the police.

20       Q.    With a picture of Joker.  Why did you post

21   -- make that your profile picture?

22       A.    Because I'm not a fan.

23       Q.    Why are you not a fan?

24       A.    Just not a big fan.  I mean, like I say, I

25   was a gang member.  They had their job and I had

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 183

1    mine.

2       Q.    So what was your -- as a gang member, what

3    was your job?

4       A.    To get away with --

5       Q.    Related to the police?

6       A.    To get away with it.

7       Q.    To get away with it?

8       A.    Yeah.

9       Q.    And that was three, four months before this

10   high speed chase, right?

11      A.    But I wasn't afraid of them at that point.

12      Q.    No.  I understand.  One more quick

13   question.  That white Camero, if one of the officers

14   reports it shows the owner as a Joshua Joseph

15   Leonard?

16      A.    Yes.  I mean, I literally bought that care

17   that day from the car lot, so his name is -- the

18   title --

19      Q.    You think that was the original owner that

20   sold it to the car lot people?

21      A.    Yeah.  The title -- the title probably

22   didn't have a chance to be--

23      Q.    Do you know who Mr. Leonard is?

24      A.    No idea.

25      Q.    Never met him?

Phillip Koger                                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 184

1      A.    Never met him.

2            MR. HOSS:  I think I've moved all ten

3      exhibits in.

4            MR. STANFORD:  Okay.

5            MR. HOSS:  That's all I got.

6            MS. MAINE:  Can I just go real quickly

7      because I have -- we can through it or we can decide

8      about coming back.  He did a very thorough job, but I

9      just need to hit the highlights.

10                       CROSS-EXAMINATION

11     BY MS. MAINE:

12     Q.    Mr. Koger, as I mentioned to you at the

13     beginning, I'm representing the three Oglethorpe

14     officers that you've sued.  Do you know the -- Dylon

15     Floyd, James Davis, and STEPHEN Bagley?  Do you know

16     any of them?

17     A.    No, ma'am.

18     Q.    Have you ever met them to your knowledge

19     before this event?

20     A.    No, ma'am.

21     Q.    Okay.  If they walked in here today, would

22     you know who they were?

23     A.    No, ma'am.

24     Q.    Do you have any idea what any of the three

25     of them, what their roles were at your arrest site?

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 185

1       A.    No, ma'am.  Other than --

2       Q.    I mean, you don't know where they were at

3   any given time?

4       A.    No, ma'am.

5       Q.    Okay.  And if we did show you a video, you

6   wouldn't be able to -- you wouldn't recognize them?

7   You wouldn't be able to point them out, would you?

8       A.    No, ma'am.

9       Q.    You had -- when we were talking about the

10  Ghost Face Gangsters, you mentioned that you're not a

11  gang member anymore?

12      A.    No, ma'am.

13      Q.    And that you considered that because you

14  were in a gang, that's why you're here?

15      A.    Yes, ma'am.

16      Q.    What's -- tell me what -- what --

17      A.    No.  It's not because I'm in a gang that

18  I'm here.  It's because -- 13 people on my

19  conspiracy, 7 of them were Ghost Face.  Well, 6 of

20  those Ghost Face told on me.

21      Q.    Okay.  And they told on you after you were

22  arrested?

23      A.    Yes.

24      Q.    So they got you into the conspiracy, as

25  opposed to just a possession?

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 186

1       A.    Yes.  I would have had possession of --
2  possession of firearm until Michael Glass got
3  arrested.
4       Q.    And you didn't -- you didn't tell on
5  anyone?
6       A.    No, ma'am.
7       Q.    And you how do you know that six of them
8  told?
9       A.    They've all admitted it.
10      Q.    Oh, they did?
11      A.    Yeah.  I mean, and now there's a RICO case
12 that's pending from one of them's told.
13      Q.    Did -- and you mentioned, I believe, that
14 Robin--
15      A.    Johnson.
16      Q.    Yes.  That -- that your daughter, Cheyenne,
17 believes that Robin told on you?
18      A.    Yes.
19      Q.    So why does she believe that?
20      A.    She -- she said her mom -- because since --
21 since I've seen her, she said her mom went to the
22 bathroom -- went to the bathroom, made a phone call
23 and said, He's leaving, he's leaving.  And then I got
24 hit.
25      Q.    You were going -- we're jumping around a

Phillip Koger                           May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 187

1    little bit, so I'm sorry.

2            Let's go back to right before your car ran

3    out of gas.  It just -- it sounded like you were

4    saying you're going 65 and the engine cuts off and

5    right at that time, you hit, I guess, like a curb?

6        A.    Yeah.  Came up on the curb.

7        Q.    Okay.  So you're going 65 when you hit

8    that?

9        A.    Yes.

10       Q.    And then you go up over it?

11       A.    Yes.

12       Q.    And you didn't hit, like, the window or hit

13   anything in the car?

14       A.    No.  It didn't launch me.  I just come up

15   over it.

16       Q.    And then you stopped?  How far beyond where

17   the light post was did you stop?

18       A.    Probably 100 foot past where the light post

19   is.

20       Q.    Which of your knees is hurt?

21       A.    My left.

22       Q.    And tell -- does it swell up?  Was there --

23   were there any cuts?

24       A.    No cuts or anything.  Just pops real bad,

25   and going up and down stairs is rough with it.

Phillip Koger                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 188

1      Q.    And when did it start hurting?

2      A.    It's been a while.

3      Q.    But when did it start?  When did it first

4    start?  I mean, was it before the -- before you were

5    arrested?

6      A.    No.

7      Q.    Did you have any back problems before you

8    were arrested?

9      A.    Never.

10     Q.    What about any neck problems before you

11   were arrested?

12     A.    Never.

13     Q.    Did you ever go to a doctor, let's say in

14   the five years before you were arrested?

15     A.    Never.

16     Q.    Okay.  You had mentioned some of the

17   treatment that you're getting more -- relatively

18   speaking, you're getting more treatment here than you

19   have so far?

20     A.    Yes.

21     Q.    Did you -- and I believe you said you were

22   not getting any -- you had not made a complaint about

23   any mental health problems as of yet, have you?

24     A.    With they -- they know that I was on

25   Zyprexa and Lithium and they asked me if I wanted to

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 189

1  continue on medication and I told them no.  I haven't

2  told them that -- I mean, the depression was when I

3  was -- since I've been here -- just compared to where

4  I was at, this is great improvement.

5       Q.     So you are you on any medication right now?

6       A.     Ibuprofen 800-milligram, and Prednisone.

7       Q.     What's the Prednisone?

8       A.     She's trying to get my strength in my

9  muscle back in the elbow.  She thinks it may be

10  because of pinched nerves.  She's trying to see if it

11  can help me get some muscle back to it.

12       Q.     Do you get to work out?

13       A.     No.

14       Q.     There's no ability to do that?

15       A.     No.  I -- I don't -- I can't do pushups or

16  run or anything like that.

17       Q.     Let me --

18              MS. MAINE:  You guys go, and want to -- if

19  there is any time, I've got some.

20                      CROSS-EXAMINATION

21  BY MR. EXUM:

22       Q.     Mr. Kroger, my name is Jim Exum and I

23  represent Todd Cook.  Do you know who Todd Cook is?

24       A.     No, sir.

25       Q.     Have you ever met Todd Cook before this

Phillip Koger                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 190

1   incident?

2       A.    No.

3       Q.    In fact, you wouldn't know who he was,

4   would you?

5       A.    No, sir.

6       Q.    All right.  I want to ask you, did your

7   airbag deploy --

8       A.    No, sir.

9       Q.    -- in the crash?

10      A.    No.  The airbag was taken out.

11      Q.    Did you have a cell phone with you?

12      A.    Two.

13      Q.    Were you making any calls during the chase?

14      A.    No.

15      Q.    How did you know that there were spike

16  strips on the ground?

17      A.    Because I seen them.

18      Q.    Had you seen spike strips before?

19      A.    Yes.

20      Q.    How many other times had you seen them?

21      A.    A couple.  Two or three.

22      Q.    This incident back in Sequatchie County

23  back in March of '16, where you were charged with

24  resisting arrest, what did they accuse you of to

25  charge you with that?

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 191

1      A.    That's just where she took off and that was

2   the only -- first time I seen spike strips.  She took

3   off down Fredonia Road, come up to a dead end road

4   that ends in a cow pasture.

5      Q.    But when you got -- when you were out of

6   the vehicle, did you resist officers then?

7      A.    No.

8      Q.    Your time as a Ghost Face gangster, when

9   you were responsible for initiating these 30

10  prospects that you brought in, did you fight with

11  them as part of the initiation?

12     A.    Yes.

13     Q.    Did you ever suffer any injuries during

14  those 30 times?

15     A.    No.

16     Q.    So your testimony is that during these 30

17  times and one time you were initiated, you never

18  suffered an injury?

19     A.    Never.

20     Q.    Anybody ever land a punch on you?

21     A.    Yes.  But never been injured.

22     Q.    Okay.  During your MMA fighting, did you

23  ever suffer any injuries?

24     A.    Never.

25     Q.    When you were running from the police in

Phillip Koger

Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 192

1    this incident, what narcotics had you taken?

2        A.    None.

3        Q.    Had you drank any alcohol?

4        A.    Never.

5        Q.    Were you on any prescription medication?

6        A.    No.

7        Q.    You know where Mr. Cook was during this

8    incident?

9        A.    No.

10       Q.    And hand your attorney a copy of your

11   discovery responses.

12            MR. EXUM:  I don't know if we needed to do

13   this now, because I need him to verify those.

14            MR. STANFORD:  Just -- I would like to get

15   it done now.  I'm not going to be back down here.

16            MR. HOSS:  Let's jump to her and we can do

17   that at the end, if you need to stop for just a

18   second.

19                    CROSS-EXAMINATION

20   BY MS. HAVLIK:

21       Q.    Mr. Koger, I'm going to ask some of the

22   same questions that these folks did.  I represent

23   Mr. Lawson and he's the Catoosa County lieutenant who

24   was there.  Same questions that they asked.  You

25   don't know Mr. Lawson?

Page 193

1     A.     No.

2     Q.     You wouldn't be able to recognize him if

3  you saw him?

4     A.     I may.  I'm from Catoosa County.  I know a

5  couple of them.  I may recognize Lawson if he walked

6  in.  I wouldn't know him by name.  I know Gary Sisk

7  and Larry Black and --

8     Q.     Okay.  And -- and when you say you might

9  know him if he walked in, you mean you might

10  recognize his face?

11    A.     I might recognize his face, but I wouldn't

12  know him by name.

13    Q.     How do you know Gary Sisk?

14    A.     I grew up in Catoosa County.  And them

15  guys, all those guys, my whole life I known them.

16    Q.     So would you say you know -- you recognize

17  their face, but do you know them personally?

18    A.     Yes.  I would know them personally.

19    Q.     From an encounter where you've been

20  arrested with them?

21    A.     No.  No.  Good encounter.  Larry Black was

22  my little league coach growing up.  He coached my

23  little league -- I lived with Phil in the summers for

24  like four years during the summers.

25    Q.     I see.  Okay.  How about a Jesse Keener?

Phillip Koger                                    May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 194

1    A.    No.

2    Q.    And the lieutenants Anthony Lawson, so that

3    name doesn't ring a bell?

4    A.    No, ma'am.

5    Q.    And but are you familiar with the Catoosa

6    County sheriff department uniforms.

7    A.    Yeah.

8    Q.    What color are they?

9    A.    Brown.

10   Q.    Brown?

11   A.    The light brown shirt.

12   Q.    And do you remember seeing any -- anyone in

13   that type of uniform at the on night of this --

14   A.    No, ma'am.  Not that I -- I mean, I wasn't

15   looking for colors.  The only color I seen was black.

16   Q.    You mean the only color, you say --

17   A.    I did see -- I did see a white Catoosa cop

18   car.

19   Q.    You saw a patrol car?

20   A.    Yes.

21   Q.    But not necessarily who was driving it?

22   A.    Correct.

23   Q.    Okay.  And would it be fair to say then

24   that you don't know where Lawson was?

25   A.    Right.

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

Page 195

```
1         Q.    And of course, you don't know what he was
2    able to see or not see?
3         A.    Correct.
4         Q.    Okay.  The when you were doing the MMA
5    fighting --
6         A.    Yes, ma'am.
7         Q.    -- what was the organization that you
8    arranged the fights with?
9         A.    I fought for WFA.  I fought for -- I done
10   cage and IFA.
11        Q.    Do they do any sort of physical to clear
12   you to fight?
13        A.    Yes.  You have to get checked for STDs and
14   checked by a doctor before every fight.
15        Q.    Before you can --
16        A.    Yes.
17        Q.    What is that process?
18        A.    What they -- they do a physical.  They make
19   sure you're -- make sure you don't have any
20   concussion, contusions, or anything like that, no
21   lacerations, no wounds or anything like that before
22   the fight.  If you have anything, they fix them.
23        Q.    Now, so would that be something that is
24   done in advance of the fight?
25        A.    Yes.
```

Phillip Koger

May 21, 2019

Koger, Phillip Vs. Carson, Greggory

Page 196

1  Q. And who would you go to?  Which doctor

2 would you go to for --

3  A. They have a doctor on site to -- so you

4 don't have any open wounds, things like that.

5  Q. So it's someone through the organization?

6  A. Yes.

7  Q. And they all used to do that process?

8  A. Yes.

9  MS. HAVLIK:  Turn it back over to Dan.

10      RECROSS EXAMINATION

11 BY MS. MAINE:

12  Q. With the -- did you ever get any -- have to

13 have any stitches afterward in the fights?

14  A. No.

15  Q. Have you ever had stitches before?

16  A. Probably my palm of my hand.

17  Q. I'm sorry?

18  A. Palm of my hand.

19  Q. What's that from?

20  A. Gunshot wound.

21  Q. You got shot in --

22  A. I shot myself in an accident cleaning a 9

23 mm pistol.

24  Q. And then any other stitches?

25  A. No.

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 197

1          MR. EXUM:  I'd like for him to review the

2    responses and --

3          MR. STANFORD:  They're two questions in

4    there that I wasn't able to answer.  Because of that,

5    do you want to ask him those on the record right?

6    That might take care of those.

7                    RECROSS EXAMINATION

8    BY MR. EXUM:

9        Q.    I wanted to ask you, Interrogatory 9, what,

10   if anything, did you do before the incident that you

11   cannot do now?

12       A.    Exercise.  Other than that, nothing really.

13       Q.    And you don't exercise here at the prison

14   at all?

15       A.    No.

16       Q.    Interrogatory Number 20, detail all action

17   you took from the moment of Bennett --

18            THE REPORTER:  I'm sorry, I can't hear you.

19   BY MR. EXUM:

20       Q.    Please detail all action you took from the

21   moment the deputy pulled you over until you left the

22   scene under arrest?  I think we've answered that one

23   exhaustively today.

24            So if you would -- well, somewhat.  We're

25   up to the point where you said you got kicked in the

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 198

1    head.  You don't remember anything after that,

2    though?

3        A.    No.

4        Q.    Okay.  You don't know -- if you were

5    resisting you have no idea?

6        A.    No.  I know I wasn't -- I -- I can't say

7    that I wasn't because I -- even though I know I

8    wasn't, I can't say I wasn't because I was semi

9    unconscious.

10       Q.    Okay.  If you would, review the rest of

11   those for me.

12                    (Off the record.)

13   BY MR. EXUM:

14       Q.    Are those responses accurate?

15       A.    Yes, sir.

16       Q.    Okay.

17             MR. STANFORD:  You got them there?

18       (Exhibit Number 11 marked for identification.)

19             THE REPORTER:  Can I get your orders on the

20   record?

21             MS. MAINE:  I would like an order of the

22   copy of the transcript, however we normally get it.

23             MR. STANFORD:  I'm going to -- I'm going to

24   hold off.

25             MR. HOSS:  Electronic with the exhibits.

Phillip Koger
May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 199

1          MR. EXUM:  Electronic with exhibits.

2          MS. HAVLIK:   Electronic with exhibits.

3      (Whereupon the deposition was concluded at

4                  3:01 p.m.)

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Phillip Koger                                          May 21, 2019
Koger, Phillip Vs. Carson, Greggory

Page 200

```
 1                  REPORTER'S CERTIFICATE
 2    STATE OF ARKANSAS )
                       ) ss
 3    COUNTY OF FAULKNER)
 4         I, KARISA J. AEBI, Certified Court Reporter,
      Registered Professional Reporter in and for the State
 5    of Arkansas, do hereby certify that PHILLIP KOGER was
      duly sworn by me prior to the taking of testimony as
 6    to the truth of the matters attested to and contained
      therein; that the testimony of said witness was taken
 7    by me in stenotype and was thereafter reduced to
      typewritten form by me or under my direction and
 8    supervision; that the foregoing transcript is a true
      and accurate record of the testimony given to the
 9    best of my understanding and ability.
10         I FURTHER CERTIFY that I am neither counsel
      for, related to, nor employed by any of the parties
11    to the action in which this proceeding was taken;
      and, further, that I am not a relative or employee of
12    any attorney or counsel employed by the parties
      hereto, nor financially interested, or otherwise, in
13    the outcome of this action; and that I have no
      contract with the parties, attorneys or persons with
14    an interest in the action that affects or has a
      substantial tendency to affect impartiality, that
15    requires me to relinquish control of an original
      deposition transcript or copies of the transcript
16    before it is certified and delivered to the custodial
      attorney, or that requires me to provide any service
17    not made available to all parties to the action.
           IN ACCORDANCE with Rule 30(e) of the Rules of
18    Civil Procedure, review of the transcript was not
      requested.
19         GIVEN UNDER MY HAND and SEAL OF OFFICE on this
      3rdst day of June, 2019.
20
21
22
23              Karisa Aebi, CCR, RPR  LS #802
                Notary Public in and for
24              Faulkner County, Arkansas
                Commission No. 12704567
25              Exp. 06-18-2028
```

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[& - 30]**

Page 1

| & |
| --- |
| **&**  2:10,15,20 3:5 19:25 20:1 21:12 22:2 26:24 27:7 |

| 0 |
| --- |
| **00053**  1:6 **03**  42:10 **04**  42:10 **06-18-2028**  200:25 **09**  42:19 |

| 1 |
| --- |
| **1**  4:9 8:19,22 9:4 9:23 10:2 27:15 36:7,8 48:22,23 49:1 50:12 53:15 53:20 54:10 **1,000**  58:25 60:21 **1,800**  94:5,6 123:10 **10**  4:21 20:21 25:18,19 123:8 171:17,18 179:2 **10,000**  29:2 31:7 **10-2**  42:19 **10-30**  56:19 **100**  2:16 57:17,17 57:18,20 58:5,7,15 187:18 **100,000**  31:6 **103**  2:5 **10th**  28:16 **11**  4:22 166:17 169:15 198:18 **11-13-1984**  6:10 **11-25-2000**  41:7 **11-4**  135:2 **11:56**  96:7 **12**  166:17 167:5 169:15 |

**12704567**  200:24
**12:00**  101:1
**12th**  29:1,11 37:15
**13**  39:20 40:9 41:13,13 45:23 185:18
**135**  55:8
**137**  52:19 58:1,5 58:11 62:17
**14**  13:12,13 25:5 130:10,11 134:19 134:20
**1400**  5:4
**148**  4:18
**15**  25:16 36:24 54:23 55:6 76:1 89:8 121:5 130:10 130:11 133:18 134:9,18 135:11 179:2
**151**  4:20
**153**  4:19 81:1,9,16
**155**  4:20
**15th**  25:2
**16**  43:5 89:8,9,10 190:23
**1600**  2:16
**17**  74:10
**172**  4:21
**17th**  126:3
**18**  10:17,22 41:8 42:24 74:10 182:17
**180**  54:5,23 56:6 102:7 123:11
**1800**  60:23 72:14
**184**  4:4
**189**  4:4
**18th**  154:25
**192**  4:5

**196**  4:5
**197**  4:6
**199**  4:22
**1998**  10:21 130:8 130:24

| 2 |
| --- |
| **2**  4:11 23:15 66:9 66:10,13 67:23 **2,000**  90:17 **20**  160:4,5 197:16 **20,000**  35:16 **200**  2:21 4:7 **2000**  39:20 **2001**  20:17 **2002**  20:17 **2003**  10:24,25 42:8 **2004**  37:1 42:8 **2005**  38:2,17 **2006**  38:19 **2007**  10:21 26:25 27:1 134:19 **2008**  39:20 45:23 46:2 **2011**  18:25 20:20 21:9 26:25 46:17 47:12 **2012**  18:25 20:20 21:9 60:4,17 75:9 **2013**  22:3 27:5,7 134:19,20 **2014**  22:1,3,11 25:4,8 27:4,5,7 28:17 35:10 44:19 121:5 **2015**  16:9 23:20 24:12,25 25:2 27:4 37:15 45:5 120:2 126:5 129:1 **2016**  22:14,16,19 29:2,11 32:20 33:4,6,14 34:5 |

49:5 120:2 128:25
171:22 182:3,17
**2017**  4:19 11:13 12:5,12 22:24 23:10 26:21 36:11 43:20 49:5,13 53:24 55:10 58:16 58:18 66:8 89:7 127:25 129:1 136:18 141:4 143:8 152:20 153:2 160:1 166:3 166:6 171:22 172:7 175:5,12 176:3,14,16 178:9 180:25
**2019**  1:19 5:6 56:20 154:25 200:19
**2030**  56:11,18
**2031**  14:8
**20s**  37:11
**21**  1:19 5:6 37:1 74:18,19,20
**22**  86:24 87:6,19 94:8 169:19
**24**  28:14 146:11
**24th**  46:17
**250**  125:7,8,11,14
**260**  57:11,12
**27**  24:22 25:10
**27th**  174:4 175:5
**29th**  38:19

| 3 |
| --- |
| **3**  4:2,13 66:9,10,14 67:23 **3,000**  85:14 90:17 136:15 **30**  87:22 128:17,18 129:6,13 133:14 133:16 191:9,14 |

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[30 - accurate]

Page 2

191:16 200:17
**303**  3:5
**30308**  3:6
**30339**  2:16
**30th**  44:19
**33**  12:9 13:14,23
 177:19,22 178:6
**34**  6:12 14:17
 169:17
**35**  99:19
**3500**  3:5
**3511**  12:7,17
**37**  14:17
**37355**  2:6
**37402**  2:22
**37403**  2:11
**38**  14:17
**380**  94:15,16,23
 156:20
**3:01**  199:4
**3rd**  56:11,18
 171:20 172:7
**3rdst**  200:19

**4**

**4**  4:15 66:9,10,17
 67:23
**40**  86:24 87:6
 94:10
**40,000**  24:15 25:9
**404-885-1400**  3:6
**41**  102:19,19
 103:14 104:1,3
**423-825-9747**  2:11
**44**  171:17
**45**  86:17 140:7
**454**  63:1
**471**  16:21,23
**48**  58:8 69:3 73:6
**49**  4:18
**4:18**  1:6

**5**

**5**  4:2,18 26:24
 48:10,11,15
**5,000**  123:16
 170:19
**50**  142:25
**500**  2:21 49:2
**50s**  17:1
**52**  60:15
**5k1**  55:8
**5th**  73:7,8,9

**6**

**6**  4:3,18 120:23
 124:13 147:23,24
 148:11 150:7
 152:2,7 185:19
**6'2**  125:7,8,11,14
**60**  140:7,8 160:11
**600**  64:3,4,5
**60s**  17:1,2
**65**  105:7,9,12
 106:9 187:4,7
**650**  64:5,5
**66**  4:11,13,15
**662**  28:21 82:20
**6th**  46:2 58:17,18
 59:23 72:2 73:8,9

**7**

**7**  4:19 48:23,24
 119:20,21 120:22
 120:23 121:2
 124:11 151:23
 152:8,23,24
 185:19
**70**  105:12,13
 158:13 159:9,12
**704-332-5583**  2:22
**76**  121:20 124:7,9
 124:10 125:16
 126:13 129:6

177:21
**767**  119:18,19
 120:17,19,21,22
 120:24 151:10
 176:10,11
**770-818-1408**  2:17
**7a**  81:8,9,12
**7th**  45:5 58:16
 59:23 71:5,5,7
 73:4 76:19 77:13
 83:15

**8**

**8**  4:9,20 25:18,19
 48:22,23 49:9,12
 49:15 50:12 53:15
 54:13 151:23
 152:3,8 155:2,3
 157:14 159:15
**8,000**  135:11
**800**  60:24 189:6
**802**  1:25 200:23
**824**  200:22
**85**  56:17
**850**  2:10
**8:00**  80:12
**8:30**  80:12
**8th**  32:20 33:6,14
 34:5 49:13,17,18
 68:2,6,14 80:6
 127:25,25 142:20
 143:7 176:16
 180:25 181:6,7

**9**

**9**  4:20 150:22,23
 151:1,10,23 152:5
 152:17 196:22
 197:9
**90**  98:6,21 99:19
 146:11

**931-954-5577**  2:6
**94**  85:12
**95**  12:7,17
**97**  62:10,16,18
**98**  62:10 130:9
**99**  62:10
**9:45**  88:10
**9th**  4:19 11:13
 12:5 22:24 23:10
 36:11 43:20 49:16
 49:21,21 53:24
 55:10 66:8 68:2
 68:10,15 127:25
 136:18 143:7
 152:20 153:2
 155:10 160:1

**a**

**a.m.**  5:6 152:21
**ability**  189:14
 200:9
**able**  18:12 130:18
 138:2 163:15
 164:6 185:6,7
 193:2 195:2 197:4
**academy**  17:15
**accelerated**
 102:11
**accepted**  53:4
**accident**  143:7
 159:11 196:22
**account**  157:13
**accountable**  57:10
**accurate**  9:16,23
 26:25 27:2 52:4
 52:15,25 53:3,11
 67:11 74:12 96:8
 99:18 148:7,17
 149:3,25 157:17
 158:10 171:22
 181:22 198:14
 200:8

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[accurately - arriving]

Page 3

accurately 75:3
accuse 190:24
accusing 35:5
65:25 66:1
acquired 63:23
69:17,18
action 1:6 161:17
197:16,20 200:10
200:12,13,16
active 77:12,17
142:21
activities 55:15
95:19
activity 122:12
actual 49:3
adam 4:19 147:14
148:2 150:14
addict 72:22,25
addicted 74:5
addiction 74:7
adding 58:5
additional 58:11
address 12:14
19:12 26:4,4 47:9
admissions 4:13
66:14
admit 10:1 37:24
53:18 148:11
152:7
admitted 48:16
57:13,20 67:23
126:8 148:13
151:24 152:10,12
152:14,18 186:9
adriann 40:19,21
41:10 42:12 43:25
adriann's 41:6,20
adult 43:2
advance 195:24
adventure 182:4

aebi 1:25 200:4,23
affect 32:4 200:14
affiliated 126:21
127:5
affiliation 127:21
affirmatively
127:19
afraid 165:16
183:11
afterward 196:13
age 6:2 13:12
130:11
agent 148:2,3,13
148:19 149:13,23
150:2,11,19
agents 95:1
aggravated 134:13
ago 8:15 154:25
agree 53:16,22
97:3 127:24
151:20 157:3,24
159:12
agreed 59:10,11
agreeing 50:15
agreement 50:5,8
50:11,20,25 51:1
51:10,12,20 52:7,8
52:10,25 53:5,10
171:6
ahead 19:17 50:17
80:14 84:9
airbag 190:7,10
airborne 105:19
al 176:16 180:25
alabama 14:12
alcohol 76:15
157:15 192:3
alive 13:5
allegation 163:10
allowed 99:20
126:9

almeida 131:5,9
alphabet 120:22
124:14
alternative 17:17
amateur 11:6
136:13
amendment 34:2
america's 131:18
131:20 135:15
amount 58:11
63:24 64:6
amounts 59:7 61:2
anderson 46:17
anger 181:9,25
annette 13:20 15:2
anniversary 41:12
answer 7:20 8:16
9:22 10:5 50:19
52:17 59:17
165:14 197:4
answered 197:22
answering 52:13
answers 7:18 8:23
9:5,15 27:22
63:20 66:20 67:8
121:13 143:4
anthony 1:10 3:3
4:14 66:15 194:2
anxiety 163:20,21
anybody 10:4 21:4
128:14 138:3
162:18 163:14
169:19 170:3
174:13,14 191:20
anymore 43:8
167:20 185:11
apologize 66:4
apparently 8:9
appeals 56:5
appear 31:14
148:7 153:2,5

appearances 2:1
3:1
appreciate 118:14
approximate 16:6
approximately
57:18 63:2
april 25:1 49:5
56:11,18
area 102:8 135:17
areas 99:20 163:2
arena 135:20
136:2
argument 42:5
arkansas 1:18 5:5
6:17 200:2,5,24
arm 117:19
118:23 119:3
130:21
armed 95:4
arms 107:21
117:21 120:15
142:5,7 163:4,5
arrange 140:14
141:9
arranged 195:8
arrest 16:13 29:3
43:10,11 144:12
157:23 178:10
184:25 190:24
197:22
arrested 30:12
31:3 33:11 35:3
35:25 37:25 38:12
46:12 55:9 77:19
134:12 185:22
186:3 188:5,8,11
188:14 193:20
arresting 37:24
arrive 80:11 87:25
arriving 155:22

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[art - big]**

Page 4

art   130:23
artist   69:18 92:22
   93:15
arts   130:15 133:19
ashley   29:18
aside   51:2,3 52:9
asked   8:2,8,17
   11:11 23:14 27:17
   47:7 52:3 53:3,4
   63:18,19 69:2
   77:13 129:23
   188:25 192:24
asking   8:16 19:15
   29:1 73:5 117:1
ass   98:18 138:15
assault   46:17
   134:13
assessed   31:19
assessing   31:24
asshole   174:20
associate   152:11
association   129:4
assuming   45:16
   74:11 131:24
ate   87:23
atf   95:1
atlanta   2:16 3:6
   72:2,4,16 135:20
   136:3
attack   168:19,22
attacks   168:3,5,12
   169:4,7
attempted   102:8
attempting   99:22
   102:7
attended   17:14
attested   200:6
attitude   18:4
attorney   2:4,9,15
   2:20 3:4 8:6 67:7
   192:10 200:11,16

attorney's   171:5
attorneys   6:25
   59:12 154:24
   200:13
audible   174:24
august   39:20
   45:23
aunt   12:25 13:1,7
   16:17 78:21
auto   85:2
available   200:16
aware   162:16

**b**

b   4:1 20:7,7 33:19
baby   175:22,25
   176:1
back   9:18 13:18
   22:8,9,11 27:19
   29:8 31:12 33:9
   43:24 52:23 62:22
   63:24 65:1,1 67:9
   69:10,12 70:4,12
   72:5 76:17 78:10
   78:14,22,25 79:10
   80:4,11 81:12
   84:5,20,20 85:23
   85:23 86:14 87:19
   87:23 88:9 89:12
   91:7,17,20 94:19
   97:18,20,21,21
   99:13 101:10,11
   102:9,18,19 103:1
   103:1,5,12,13
   104:3 107:19
   109:23 110:3,9,13
   110:16,24 111:21
   112:8 117:8 125:9
   126:16 139:24
   140:2,10 142:12
   142:14 143:15,15
   144:23,25 156:22

157:10,14 160:10
   160:11,16,18,21
   160:25 161:9,10
   161:19 163:3
   184:8 187:2 188:7
   189:9,11 190:22
   190:23 192:15
   196:9
background   17:14
backing   127:14,15
backpack   64:15
   64:16,20
backseat   137:13
backwards   153:11
   171:21
bad   15:9,9 18:4
   98:18 107:5
   138:20 159:17
   168:18 187:24
badge   163:14,22
bag   64:11,13
bagley   1:8 2:13
   184:15
bagley's   4:17
   66:17
ball   160:21
bandanas   64:18
   176:8,11
bangs   163:19
banks   97:22,23,24
   97:25,25 98:22
   99:1,19
barbs   114:11
bars   130:21
based   31:24 57:6
basis   50:8,11,16
   51:17,19 52:1,4,7
   52:10,25 53:10
   59:13 75:5,6
bathroom   186:22
   186:22

battery   38:20
   39:12,22 45:23,24
   46:17 134:13
battlefield   17:20
bay   16:3 19:13
beat   11:6 130:18
   143:18
bed   112:9
began   10:21 21:9
beginning   22:16
   22:18 26:21
   171:20 184:13
behalf   1:17
believe   148:3
   186:13,19 188:21
believes   186:17
bell   194:3
belonged   92:9
belongings   69:16
belt   132:19,25
   133:1,2,3,4,5,10
   133:11,13,16,17
   134:3
belts   132:22
benefit   128:2
bennett   96:6 98:20
   102:1 103:20
   197:17
best   9:23 37:7 42:9
   53:11 81:6 88:8
   93:1,3 126:1
   139:11,20 140:6
   200:9
better   57:15 61:10
   137:18 142:8
   175:15
beyond   187:16
bicep   118:24
big   64:13 89:24
   90:3,11,14 111:17
   118:3 123:18

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[big - car]

Page 5

125:5 126:9
139:10 182:24
**bigger**  130:18
177:9
**birth**  6:9 41:6
42:18 44:4,18
45:4
**bit**  122:7,12
123:23 129:24
187:1
**biting**  174:5
**black**  109:20
132:19 133:4,5,10
133:11,13,17
134:3 140:19
146:25 193:7,21
194:15
**blacked**  144:5
**blaming**  166:5
**blanked**  70:14
**blaylock**  132:13
134:13
**blaylock's**  132:7
132:15
**bleeding**  156:5,8
156:11
**block**  102:8
**blue**  29:23 34:20
34:22 49:19,20
68:3 69:22 79:9
96:4,22,23 101:6
**blvd**  2:21
**boat**  37:7
**body**  77:8 98:15
111:19,20,22
112:15 114:14
142:10,14,15
163:2
**bond**  31:3,5 32:19
35:15 36:2

**bonding**  35:18
**bones**  162:7
**bonny**  80:23,23,24
80:24 81:17,18
**book**  117:25
**booked**  37:6
**books**  131:1
**boot**  113:9
**bop**  11:25 31:19
31:23 56:8 127:18
142:2 161:1 170:3
**born**  12:12 41:25
42:1,2
**bother**  159:16,19
**bought**  12:15
55:22 59:24 72:15
84:20 85:1 98:14
183:16
**boulevard**  90:15
**bowed**  160:23
**box**  152:2,3
170:25
**boxes**  151:15
**bradley**  11:22
69:14 141:20,24
168:17 169:24
**brainerd**  80:22
98:2,3 99:2,15,16
99:21,24,25
100:10
**brake**  100:2,3,7
**brakes**  99:22
**brandi**  33:17,18
34:7,19
**brazilian**  130:13
130:16 132:16,18
132:22 134:3
**break**  20:12 33:24
66:23 120:12
147:20 150:24

**breakdown**  123:5
**breaking**  47:1
**brenda**  13:9
**bridge**  70:8
101:15 106:18
**bring**  89:12
115:22 122:6,11
128:13,14
**bringing**  72:5
179:3
**broke**  47:2
**broken**  114:21
115:4 125:22,22
153:21 154:2
155:19,19 162:7
**brother**  124:21,21
124:22,23 175:22
175:25 176:1
181:21
**brothers**  14:1,22
177:15,18,18
178:17
**brought**  38:10
90:16 91:17
128:18 191:10
**brown**  194:9,10
194:11
**bruise**  158:24
**bryan**  2:9,12 6:20
**buckner**  21:2
**bucks**  59:2 64:3,4
123:11
**build**  128:9,9
**building**  2:21
**bulging**  162:10
**bumped**  70:7
**bumpers**  5:4
**bunch**  8:2 93:9
107:18 134:12
**burn**  26:10

**burned**  26:6
**business**  19:12
123:18 174:20
175:2
**buy**  58:23 84:9
**buying**  60:21

**c**

**c**  4:1 40:24 44:23
**cage**  195:10
**cal**  86:24
**calculate**  57:12
**caliber**  87:7
**call**  51:4 88:1 89:2
105:6 127:9,12
172:17,18 174:20
178:16 186:22
**called**  34:23,24
69:19 77:12,13
88:4 89:4 137:9
137:10 158:24
**calls**  62:20 175:22
190:13
**calm**  168:15
**camera**  145:6
**camero**  84:6,9
85:1,12 86:7,8
91:13 98:8 183:13
**camp**  32:11,11
135:20,25
**car**  26:2 29:11,13
29:15 30:13 34:19
35:11 61:3,5,13
62:24 64:19 65:23
66:5 68:21 70:2
70:10,10 71:13,15
71:16 78:24 81:1
82:4 84:5,7,8,18
84:20,21 85:10,17
85:23 87:1 88:25
89:1 90:1,14,17
91:5,20 95:2

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[car - cigar]

Page 6

96:11,15 98:14,16
98:17 99:6,9,13,23
101:4,4,19 102:11
102:25,25 103:3,5
103:10 105:14,18
105:22 106:4,12
106:15,17,17,20
107:6,15,16 108:3
110:10,11,15,19
110:25 112:21
114:18 115:11,22
116:1,4,5 127:9,10
127:10,12 137:14
144:23 145:1
146:20 148:14
149:22 154:11
156:15 166:11
183:17,20 187:2
187:13 194:18,19
**card** 20:1 21:17,25
22:5 136:11,13
**care** 13:16 78:21
98:15,15 155:20
155:21 162:21
183:16 197:6
**career** 135:9
**carolina** 46:18
47:5,12 135:22,22
**carried** 87:4 95:9
**carry** 95:10,12
**cars** 103:5 127:9
**carson** 1:8 2:8
6:20 8:24 154:18
**carson's** 4:10,12
9:1 66:14
**case** 7:24 36:4
37:4,4,20 43:12
48:4,5 49:25
145:3,9 167:23
170:18 186:11

**cash** 31:7 94:5,6
**cat** 162:24
**catoosa** 4:20 37:16
39:4,21 40:11
45:25 83:19
102:20 152:7
192:23 193:4,14
194:5,17
**caught** 25:22
32:24 33:1 39:13
46:10 57:14 58:1
74:21 100:21
**cause** 5:6 143:17
166:6
**caused** 42:4,5
161:7,18 166:13
166:15 169:3,7
**causes** 142:16
163:20
**causing** 163:4
168:18
**cavity** 115:14,16
**ccr** 1:25 200:23
**cell** 61:20 84:10
190:11
**center** 15:6 156:17
**centerstone** 116:9
116:15 117:10
136:17 137:1
144:19 147:8
151:5 153:24
155:8,12 157:20
158:1
**centerstone's**
155:14
**certain** 54:6
**certainly** 9:14
**certificate** 4:7
200:1
**certified** 200:4,15

**certify** 200:5,9
**chain** 61:18
**challenged** 144:9
**chamblisslaw.com**
2:23
**chance** 8:25 148:4
151:1 183:22
**changed** 17:18,19
85:24
**character** 118:6
118:16
**charge** 31:15
32:13 34:5 37:13
39:2,18,22 46:12
47:23 90:24
165:18 190:25
**charged** 28:17
29:2 30:17 32:20
36:16 37:16 39:16
39:21 48:21 49:1
49:9,22 165:22
190:23
**charges** 27:20
29:8 31:20 32:1
33:11 36:18 38:1
**charles** 42:14,15
**chase** 34:14 36:19
49:25 58:3,9
60:19 61:2 62:23
68:8,13 69:4
75:12 76:10 83:8
83:13,24 115:25
125:13 128:1
143:18,20 145:10
145:11 146:11
148:15 154:8
155:18 164:7
165:10,13 168:23
172:6 183:10
190:13

**chases** 104:18
164:8,12,24 166:2
**chattanooga** 2:11
2:22 48:7 69:10
78:11 80:4,11
132:6 135:17,19
165:5,10 166:2
**check** 49:15
**checked** 151:15
152:2,3 195:13,14
**chest** 168:7,18,22
**chet** 132:15
**chevy** 35:10 85:12
**cheyenne** 40:17,19
40:23 42:24,25
43:1 45:17 69:11
77:20,21 78:19,19
86:1 87:12,18
88:24 89:8 91:15
186:16
**cheyenne's** 71:1,2
85:24
**child** 41:21 44:1
77:10
**children** 39:23
40:13,16 42:13
45:24 88:23
178:15
**chokes** 130:22
**chose** 170:1
**chris** 8:3
**christian** 42:14,15
43:25 45:14
**christian's** 42:16
**christopher** 2:4
**chronological**
171:21
**church** 101:16,18
101:19
**cigar** 174:5

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[city - corvette]**

Page 7

| | | | |
|---|---|---|---|
| **city** 1:18 5:4,5 6:15 11:25 12:2 31:23 170:7 177:17 | 85:8 87:19,23 88:24 94:18 97:20 97:21,21 101:15 102:18 103:12,15 | **complex** 6:15 **computer** 170:25 **concluded** 199:3 **concrete** 105:24 105:25 | **contusion** 158:24 159:19 **contusions** 195:20 **cook** 1:9 2:18 189:23,23,25 |
| **civil** 1:6 5:10 7:2 200:17 | 103:16,18 104:3 110:15 120:9 | **concurrent** 54:15 **concussion** 195:20 | 192:7 **cook's** 4:23 67:15 |
| **claimed** 52:19 **claiming** 65:9 | 127:11,15 136:9 136:14 137:12,16 | **condone** 178:14 **confuse** 68:1 | 67:19 **cop** 138:14 194:17 |
| 121:1 164:5 **claims** 120:18 | 137:22 138:12 157:11 165:17 | **confusion** 40:6 **consciousness** | **copies** 23:14 200:15 |
| **clean** 38:1 **cleaning** 196:22 | 170:14,25 178:22 187:14 191:3 | 113:16 **consecutive** 54:16 | **cops** 164:13 **copy** 24:2,6,8 |
| **clear** 28:2 67:21 171:5 195:11 | **comes** 99:2 177:17 **comic** 117:25 | 54:17,18 **consideration** | 27:24 147:16 192:10 198:22 |
| **clint** 174:5 **clipped** 103:6 | **comics** 117:24 **coming** 69:12 | 56:13 **considered** 185:13 | **corner** 104:1 **cornerstone** |
| **close** 16:15 17:8 60:18 68:3 69:22 | 99:15 100:1 101:6 103:13 111:21 | **consist** 109:14 155:9 | 116:10,11 **correct** 6:17 7:24 |
| 86:4 99:7,8 172:5 **closest** 172:6 | 112:16 136:16 175:15,17 176:24 | **consisted** 121:16 **consists** 124:6 | 8:4 19:5 28:9,14 31:9 36:14 45:25 |
| **clothes** 85:24 **cloud** 103:14 | 184:8 **command** 149:7 | **console** 64:21 156:17 | 48:7,19 49:7 51:5 53:1,22,24 54:7,20 |
| 106:18 **clouds** 103:15 | 149:16 **commencing** 5:5 | **conspiracy** 27:20 49:2 53:19,23 | 56:6 57:7 62:3,20 68:2,11 76:20 |
| **clowers** 33:17 34:7 **coach** 193:22 | **comments** 149:20 **commission** | 54:10 185:19,24 **contact** 45:6,14,16 | 80:8 81:25 83:25 99:2 107:11 |
| **coached** 193:22 **codefendants** | 200:24 **communicating** | 114:12 **contained** 36:9 | 113:25 121:9 130:12 134:3,5 |
| 48:19 **collect** 118:2 | 84:12 **company** 16:4,5,8 | 51:20 52:7 200:6 **container** 46:13 | 136:19 141:12,13 144:14,23 146:2 |
| **collided** 104:24 **collision** 99:12 | 35:18 **compared** 189:3 | **contend** 142:16 143:3 161:18 | 147:5,6 150:19,20 153:9 162:10 |
| **color** 194:8,15,16 **colors** 194:15 | **compensation** 27:13 178:22 | **contest** 96:21,21 **continue** 189:1 | 164:10 169:1 174:3 194:22 |
| **combat** 135:15 **come** 8:9 26:7,7 | **complain** 141:25 160:15 | **continuing** 102:9 **contract** 200:13 | 195:3 **correctional** 6:15 |
| 27:19 31:18 43:23 45:19 56:9 61:5 | **complaint** 155:17 163:1 170:6 | **contributed** 161:7 161:18 | **correlates** 181:1 **correspond** 152:6 |
| 69:10,16,19 70:4 70:11 77:14,18,19 | 188:22 **complete** 27:24 | **control** 164:19,20 200:14 | **corvette** 98:12 |
| 78:24 81:12 84:20 | 155:17 | | |

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[cost - dead]

Page 8

cost 58:22
counsel 200:9,11
count 48:21,22,23
48:23,23 49:1,7,9
49:12,15 54:10,13
counties 83:16
country 179:7
counts 50:12
53:15,20
county 4:20 11:18
11:22 14:10 17:15
28:17 29:3 32:1
32:19,21 33:8
34:6 36:2,17 37:2
37:16 39:4,21
40:11 45:25 46:18
69:15 83:2,4,6,8
83:12,13,19,24
102:20 111:13
138:25 139:6,13
140:3,13 141:8,20
141:24 152:7
165:1,13 166:2
168:17 169:24
190:22 192:23
193:4,14 194:6
200:3,24
couple 15:20 26:1
69:5 87:20 104:19
125:20 136:8
148:14 155:5,6
171:24 190:21
193:5
course 45:18
137:7 195:1
court 5:7 28:3,19
28:22,23 29:8
31:11,13 33:7,9,10
35:20,23,24 36:3
36:16,24 46:3
50:3,9,9,21 57:6

59:14 82:19 131:6
144:8,22 145:23
200:4
cousin 132:15
cousins 17:5
cow 31:1,2 191:4
coworker 47:10
47:17
cranked 103:1,5
crash 68:16,17,23
157:23 159:9
190:9
crashed 68:9,19
157:21
crawl 138:15
credits 56:13,15
crew 19:23
crime 49:23 61:11
criminal 27:17,25
28:11 36:10 118:7
170:18,23 180:6,7
180:9
cristel 44:23 45:2
45:10
cross 4:4,4,5
101:10,11 112:1,3
117:14,16 119:5
120:15 151:5
184:10 189:20
192:19
crossroads 17:15
81:9
crown 119:20,21
121:2
cruelty 39:22
45:24
cruiser 68:22
cuff 107:22
cuffed 107:23
109:19 113:1

culvert 105:3,6
106:9
curb 105:1 187:5,6
current 48:4
currently 6:11,13
15:12,13 17:18,21
27:21 31:15 32:4
33:12 40:11 41:8
42:20 44:20 45:13
custodial 200:15
custody 11:13
13:18 42:22,25
43:1 45:10 61:16
113:23 121:7,11
customer 72:11
customers 78:7
cuts 187:4,23,24
cv 1:6

d

d 3:4 33:19 40:22
44:9 131:9
dad 12:23 15:17
16:16 19:20
dad's 14:20 17:3,4
47:11
dade 14:10
daily 72:4 77:1
79:10
dale 5:4
damage 106:3
damn 26:8
dan 196:9
dana 2:14
danielle 92:3,4
93:21
dannette 44:5,9,14
date 6:9 16:6
28:20 31:11,13
33:7,10,10 35:23
35:24 36:3 41:6
41:12,17 42:18

44:18 45:4 49:15
49:21 56:8,10,19
68:1 73:4 126:1
127:24 181:5
dated 36:10
152:20 154:25
171:20 175:4
dates 11:15,17
44:3 49:4 53:19
58:14
daughter 40:2
69:11 86:9 88:20
186:16
daughter's 43:12
69:9
david 44:24
davis 1:9 2:10,12
2:13 4:16 66:17
184:15
day 7:1 25:18,19
25:22 49:12 60:10
60:11,16,24 63:16
63:20 64:8 71:4,6
72:4 75:23,25
76:2 77:16 80:10
88:16 96:15
123:20 126:3,6,6
126:10 128:7
129:12 151:21
177:8 180:25
182:9,9,13 183:17
200:19
days 25:23,24
55:23 57:23 58:7
58:15 60:11,13
69:5 72:21 140:7
140:7 160:11
dc 117:24
dea 62:12
dead 30:9,25
38:15 77:8 191:3

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[deal - drive]**

Page 9

| | | | |
|---|---|---|---|
| **deal** 49:12 59:13 126:9 178:13 | **delivered** 200:15 | **dink** 85:10 | **doctor** 112:6 116:15 117:9 |
| **dealer** 72:22 73:1 142:22 172:19 | **denny** 140:20 | **dinner** 87:23 | 163:7 168:20 169:3 188:13 |
| **dealership** 80:18 80:19,20 81:3 | **deny** 103:23 144:12 152:10 180:21,22 | **direct** 4:3 6:5 | 195:14 196:1,3 |
| 82:4,4 85:2,10 90:1,14 91:6 | **department** 4:20 194:6 | **direction** 97:17 200:7 | **doctor's** 143:5 |
| **dealerships** 81:2 | **deploy** 190:7 | **directly** 85:3,4 | **doctors** 138:4,11 138:16 |
| **dealing** 55:14 58:20 59:6,18 | **deposes** 6:2 | **disabilities** 18:11 | **document** 8:24 52:12,14 150:21 |
| 60:2 95:19 128:1 172:11 | **deposition** 1:16 5:9 7:2,6 10:2 | **disability** 15:18,19 15:21 27:13 | **documents** 23:16 127:18 |
| **dealt** 57:4 120:8 | 20:13 36:8 48:10 | **disabled** 12:25 13:1,7 27:10 | **dodson** 14:4 175:20 |
| **death** 77:7 | 155:2 199:3 200:15 | **disagree** 156:2 159:13,14 | **doing** 66:22 72:3 74:8,21 79:20 |
| **decapitated** 166:14 | **depression** 169:10 169:11,20,23 | **disagreement** 40:1 | 123:16 134:16 139:25 158:6 |
| **deceased** 13:9,10 38:14 71:17 | 170:4 189:2 | **discovery** 62:5 170:14,18,22 | 163:18,18 167:11 195:4 |
| **deceive** 97:12 | **deputy** 96:6 98:20 102:1,1 103:20 | 171:7 192:11 | **dojo** 132:17 |
| **december** 37:1 46:2 182:3 | 197:21 | **discredit** 127:20 | **dooley** 2:20 |
| **decide** 87:12 184:7 | **describe** 75:3 107:3 111:16 | **discussed** 9:15 67:8 | **door** 107:6,9,10,20 110:16,17 111:5 |
| **declare** 24:12 | 129:21 158:25 | **discussing** 34:5 | 112:23 115:16 137:13 |
| **defendant** 2:8,18 3:3 4:10,12,14,23 | **described** 121:14 | **discussion** 171:9 | **dope** 91:1 |
| 8:23 67:15 | **description** 4:8 | **dish** 174:12 177:25 178:2 | **dotson** 175:20 |
| **defendant's** 147:23 | **detail** 197:16,20 | **disks** 162:10 | **double** 49:15 107:22,23 109:19 |
| **defendants** 1:12 1:17 2:13 4:16 | **detained** 143:22 | **dismissed** 36:22 36:23 37:5,13 | 113:1 |
| **defense** 6:24 | **detainer** 32:5,9,13 165:25 | 38:1 39:18 46:5 47:23 48:24 | **doug** 102:21 |
| **definitely** 112:17 141:7 | **detainers** 32:6,15 | **display** 152:3 | **downs** 182:8 |
| **deflaw.com** 3:7 | **detective** 151:5 | **dispute** 98:24 | **dr** 166:23 167:1 |
| **degree** 39:23 102:7 | **diagnosed** 169:9 169:11 182:15 | **distribute** 49:2 53:20 | **drank** 192:3 |
| **delayed** 7:1 | **diagnosis** 158:23 169:17 | **distributed** 55:21 | **drew** 3:5 |
| **deliberately** 104:10 | **died** 26:14,14,16 26:20 102:25 | **distributing** 37:17 | **drifted** 167:14 |
| | **dietz** 103:16,17 | **district** 1:1,2 5:7,8 | **drinking** 74:18,19 76:14 |
| | **different** 17:22 52:9 53:7 114:11 121:22 129:14 | **ditch** 78:23 105:6 | **drive** 69:25 80:3 87:22 96:15 |
| | | **division** 1:3 5:8 | |
| | | **divorced** 40:7,7,8 | |
| | | **dmaine** 2:17 | |

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[driver - exhaustively]

Page 10

| | | | |
|---|---|---|---|
| **driver** 96:12 108:6 157:20 159:9 164:15,16 | **e** | **electricity** 114:13 | 46:2,16 |
| **driver's** 82:13,22 107:9,10 112:23 115:4 157:12 | **e** 4:1,1 16:23,23 23:3 29:20 40:24 40:24,24 41:3 44:7,9,9,17,23 92:7,7,7,7,7 131:9 166:24 200:17 | **electrocuted** 114:8 | **enumerated** 67:1 |
| **driveway** 34:21 | **earlier** 6:19 58:8 72:3 83:8 92:8 151:4 | **electronic** 198:25 199:1,2 | **erlanger** 116:14 136:17 137:4 138:5,5 140:10,24 153:25 155:13 158:3,8 159:5 |
| **driving** 28:17 29:11,21 70:2 71:13,14 72:4 79:15 87:21 100:13 158:12 164:21 194:21 | **early** 26:22 37:11 68:10 73:8 77:13 178:9 | **elementary** 17:20 101:18,19 | **erlanger's** 158:23 |
| **drop** 18:3 20:16 | **earn** 133:10 135:3 135:5,7 179:11,12 | **emancipated** 43:4 | **essentially** 11:17 |
| **drove** 31:1,2 71:6 103:25 | **earned** 25:9 | **emma** 44:5,10,10 44:14 | **estimate** 42:9 88:8 126:1 140:6 |
| **drug** 49:11,23 53:18,23 54:10 55:14 85:16 90:18 95:19 112:2 172:19 175:2 | **earning** 25:9 | **emotional** 163:11 163:12 164:4 166:6 | **estimated** 105:13 |
| | **earnings** 23:15 | **employed** 15:3 16:7 200:10,11 | **estimates** 98:21 |
| | **east** 15:7,8,9,13 16:21,22,23 80:22 98:2,3 99:2,15,16 99:21,24,25 100:9 103:14 | **employee** 200:11 | **estimation** 105:12 |
| | | **employer** 26:20 | **event** 66:7 166:15 167:6 184:19 |
| **drugs** 30:13 35:11 37:17,18,22,23 38:6,11 57:4,6,10 65:10,25 66:5 76:12 91:6,9,19 120:8 122:25 123:2 128:1 157:15 172:11 | **eastbound** 99:24 | **employment** 18:21 22:23 | **events** 166:10 |
| | **eastwood** 174:5 | **enbunkment** 70:6 | **eventually** 51:1 101:9 104:20 138:24 |
| | **eckl** 3:5 | **encounter** 180:1 193:19,21 | **everybody** 101:7 173:14,17,20,23 180:24 |
| | **educational** 17:13 | **ended** 43:13 46:11 68:14,24 69:12 78:3,11 106:15,20 148:22 | **evidence** 61:17,18 61:21,21 62:1 143:11 |
| **duck** 172:18 174:2 | **effect** 51:11,13,14 | **ends** 23:7 25:25 191:4 | **exact** 64:6 |
| **ducks** 172:18 | **either** 33:10 59:11 94:21 132:12 162:21 | **enforcement** 55:11 109:11 155:18 164:2 | **exactly** 11:17 81:5 |
| **dug** 101:22,23 | **elantra** 71:14 | **engine** 98:7 187:4 | **examination** 4:3,4 4:4,5,5,6 6:5 184:10 189:20 192:19 196:10 197:7 |
| **duly** 6:2 200:5 | **elbow** 189:9 | **engines** 98:10 | |
| **dump** 69:15 | **electric** 16:4 19:3 19:18 20:19 47:13 115:20 | **enjoy** 118:14 | |
| **dustin** 38:5,6,11 38:13 | | **enter** 50:24 | **examined** 5:3 |
| **dylon** 1:9 2:13 4:16 184:14 | **electrical** 19:23 21:21 26:11 114:6 | **entered** 49:6 | **excuse** 94:1 108:21 116:11 154:19 171:14 |
| | **electrician** 18:22 21:18,25 114:9 | **entering** 47:1 | **exercise** 142:24 197:12,13 |
| | | **entire** 124:1 173:9 | |
| | | **entirely** 52:15 | |
| | | **entitled** 5:6 52:14 | |
| | | **entry** 28:25 36:6 37:1 38:19 39:20 | **exhaustively** 197:23 |

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[exhibit - fix]

Page 11

| | | | |
|---|---|---|---|
| **exhibit** 4:9,11,13 4:15,18,18,19,20 4:20,21,22 8:19,22 9:4,23 10:2 27:15 36:7,8 48:10,11,15 66:9,10,13,14,17 81:8 147:23,24 148:11 150:7,22 150:23 151:1,10 152:17,23,24 155:2,3 157:14 159:15 171:17,18 198:18 | **face** 54:6 70:17,18 70:18 109:18,19 111:19 112:7 113:1,2,7,23 117:5 117:12 119:22,24 120:23,24 121:3,8 122:21 126:20,24 128:2,18 129:20 137:2 153:6,8,12 153:20 156:1,1,5,7 156:11 176:12 177:8 179:7,24 180:10,17 185:10 185:19,20 191:8 193:10,11,17 | **far** 30:7,7 36:22 102:15 116:5 156:4 187:16 188:19 | 133:23 134:2 191:22 195:5 |
| | | **farnham** 3:5 | **fights** 134:7,7,18 134:21 135:4,11 135:18 136:13 195:8 196:13 |
| | | **fast** 98:5 104:23 | |
| | | **father** 71:16 | **file** 1:6 |
| | | **faulkner** 200:3,24 | **filed** 7:3 23:18 24:1 25:1 56:5 |
| | | **favorite** 118:6 | |
| | | **faye** 44:5,6,14 | **final** 9:20 107:2 |
| | | **fci** 5:4 | **finally** 30:11 37:25 |
| | | **fear** 166:6 | **financially** 200:12 |
| | | **features** 111:17 | **find** 77:8 119:13 119:25 120:19 121:1 128:12,12 |
| | | **february** 12:3 26:22 45:21 49:5 174:4 175:5,12 176:3,14,16 178:9 180:25 181:6 | |
| **exhibits** 4:2,8 8:13 66:25 67:23 184:3 198:25 199:1,2 | | | **fine** 28:21 50:23 82:20 |
| | | | **fined** 28:23 |
| **exit** 71:21 80:21 80:22,24 81:4,7,12 82:2 | **face's** 179:15 | | **finish** 73:5 |
| | **facebook** 4:21 170:9,12,15,15 171:12,14 177:1 181:1 | **federal** 5:10 6:15 27:20,20 28:3 36:24 48:5,7 50:3 50:9 57:6 62:20 127:8 | **finishing** 179:18 |
| | | | **fire** 26:11,16,20 |
| **exp** 200:25 | | | **firearm** 49:10,23 53:23 186:2 |
| **expectations** 180:20 | **facial** 111:17 | **feds** 170:12,15 | **firearms** 146:13 146:18 |
| **experience** 129:24 | **facility** 11:25 31:19,23 45:8 142:2 163:8 170:4 | **feel** 114:6 | **firm** 2:5 |
| **explain** 18:17 | | **feeling** 70:17 | **first** 4:10,14,17,23 6:2 9:1 11:17 27:19,24 41:21 59:24 66:8,15 74:9 80:13 98:2 121:24 132:15 173:15 188:3 191:2 |
| **explained** 34:1 | | **feels** 43:14,15,17 | |
| **express** 71:20 72:19 | **fact** 48:13 66:20 67:4,10 190:3 | **felony** 49:11 | |
| | | **felt** 114:13,14 | |
| **exterior** 151:12,13 | **facts** 50:11 | **fend** 138:2 | |
| **extremely** 138:23 | **factual** 50:7,11,16 51:16,19 52:1,4,7 52:10,25 53:10 | **fifth** 34:1 83:10,11 | |
| **exum** 2:19 4:4,6 20:13 189:21,22 192:12 197:1,8,19 198:13 199:1 | | **fight** 11:5,6 39:8 124:17 135:16,25 136:1,2 138:14 191:10 195:12,14 195:22,24 | **fishing** 37:7 |
| | **fair** 56:24 194:23 | | **fists** 124:19,20 |
| | **faithfulness** 179:23 | | **five** 25:24 54:14 77:15 119:2,2 143:2 188:14 |
| **exwife** 40:1,3 | **fake** 99:23 | | |
| **eye** 125:22 | **falls** 124:21 | **fighter** 10:14,15 39:10 129:18,21 135:10 | |
| | **familiar** 194:5 | | |
| **f** | **family** 12:20 16:15 39:22 45:24 | | **fix** 195:22 |
| **f** 2:19 4:1 44:7 120:22 124:14 | **fan** 117:24 118:3 182:22,23,24 | **fighting** 10:18,20 126:13 130:17 | |
| **fabricators** 21:5,6 21:7 | | | |

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[fixing - give]

Page 12

fixing 110:5
137:13
flee 30:3
fleeing 157:21
flight 7:1 138:14
floor 139:5
floorboard 64:21
64:22 156:17
floyd 1:9 2:13 4:16
66:17 184:15
fly 6:22 108:16
flying 108:20,21
109:6
fmglaw.com 2:17
folks 136:6 192:22
following 110:21
follows 6:3
followup 155:14
fondly 126:16
food 15:6
foot 164:17 187:18
force 161:6
foregoing 200:8
foreman 151:14
forget 17:19 85:3
126:12,14
form 4:21 53:13
58:24 59:8,12
65:12 74:13 79:5
109:1 111:3 118:9
118:15 126:11
130:16 138:2
143:9 144:1,24
145:25 146:12,23
151:16,22 154:19
154:20 162:14
167:25 168:24
173:1 180:2 200:7
forms 133:20
forrest 1:18 5:4,5
6:15 12:2 31:23

126:24 170:7
fort 2:10
fought 129:25
135:20,21 195:9,9
found 27:10 37:21
61:2,12 62:17
64:16,17 65:3,7
86:22 119:18,19
120:19 121:2
122:3 162:18
four 15:16 26:2
44:21 96:7 119:1
119:2 130:5 183:9
193:24
fracture 153:12,14
153:16 154:13
fractured 125:22
fractures 153:19
frame 159:23
franchise 131:22
fredonia 191:3
free 138:13
freeman 2:15
friend 37:7 38:13
38:17 63:5,6,8,21
69:14,17 78:25
92:9 93:3
friend's 93:2
friends 11:4
front 46:23 54:2
91:3 102:12 103:4
105:21 106:3
114:20 136:15
frontier 29:16
fronting 91:1
fuck 182:19
fucking 181:9
full 6:7 10:7 16:18
27:24 40:18 44:3
56:15 117:7 155:1

fun 74:20
further 81:14
133:22 200:9,11
furtherance 49:23
53:23

g

g 23:3 41:3 120:22
120:23 124:11
126:3,6,10 128:7
129:12
gain 99:21
galleria 2:16
gang 4:21 119:12
120:15 121:20
124:1 125:11
127:20,21 128:8
129:2,20 151:16
151:21,24 152:2,4
152:5,6,10,11,12
177:16 180:6,7,9
182:25 183:2
185:11,14,17
gang's 122:12
gangs 127:3,7
gangster 120:24
122:21 177:9
191:8
gangsters 119:22
119:24 120:23
121:9 128:2
185:10
gap 96:5,6 97:18
97:21
garages 26:2
gary 2:15 193:6,13
gas 68:17 69:23
70:5 97:1,4,12,20
103:18 104:22
105:19 106:12,25
187:3

gates 70:5
gbi 4:19 147:14
148:1
gear 135:16
ged 18:9
general 147:2
gentleman 22:25
132:13
george 71:16
84:12
george's 84:5
85:23
georgia 1:2 2:16
3:6 5:8 12:10,18
13:24 14:13,14
15:7,8 16:25 17:5
69:25 70:3 81:12
82:20,21 86:4
87:11 88:9 101:10
101:11 140:21
165:16,17
getting 13:15
74:21 78:11 113:8
139:18 141:23
149:11 163:20
188:17,18,22
gf 124:10
ghost 119:22,24
120:23,24 121:3,8
122:21 126:20,24
128:2,18 129:20
176:12 177:8
179:7,15,24
180:10,17 185:10
185:19,20 191:8
give 11:15 13:19
14:3 36:3 41:14
44:3 55:10,19
68:4 109:11
116:24 139:12,17
140:4 141:22

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[give - handcuffs]

Page 13

147:13 160:25
167:15,17 168:14
**given** 7:6,23 27:15
31:11,13 35:23
55:5 142:2 169:22
185:3 200:8,18
**gives** 56:8
**giving** 74:3 139:23
144:10 149:15
**glass** 90:9 186:2
**gmail.com** 2:7
**go** 19:17 20:10
22:7 27:21 30:7
31:12 32:6 33:22
35:20 44:10 50:9
50:17 58:22 66:21
69:22 78:10,22
79:1 81:13,24
82:19 84:5,8,9
89:2 95:4 97:17
100:4 109:6
131:12,25 132:10
136:17 138:13
140:14 141:7
142:6 160:24
163:4,4,5 172:18
181:25,25 182:12
184:6 187:2,10
188:13 189:18
196:1,2
**godfather** 176:21
176:22,23
**goes** 51:14 81:11
81:24 171:21
**going** 8:13,21
28:23 33:22 45:22
50:17 52:11 63:21
69:23 75:19 77:8
77:19 78:14,22,23
79:24 89:1,3
93:16,18,19 97:2

97:24 98:5 102:19
103:13,14 104:23
105:9 106:9
114:14 115:10
126:14 127:16
134:15 140:10
144:7 146:7,8
150:21 156:13
165:16 167:21,22
171:16 172:18,20
175:17 178:16
186:25 187:4,7,25
192:15,21 198:23
198:23
**good** 24:16 56:13
63:19 114:12
129:18,21 179:19
193:21
**gotten** 102:15
154:5,7 160:10
**graded** 32:6
**graduated** 18:5
**gram** 73:23 74:16
75:16
**grams** 49:2 52:19
57:11,16,18,20
58:1,7,11,15 62:17
63:1 76:1
**grand** 35:17 48:6
48:7
**granddaughter**
17:7
**grandma** 13:11
**grandma's** 13:3
**grandmother**
12:15,24 13:1,14
**gravel** 101:22,23
102:4,24 103:8,8
103:10 104:2,5
**graysville** 98:1,3
100:10,23,24

101:8,24
**great** 189:4
**green** 16:3 19:13
64:18 100:22
**greg** 6:20 8:24
112:1,3 117:14,16
119:5 120:14
**greggory** 1:8 2:8
**grew** 19:19 167:11
193:14
**ground** 37:23
38:12 70:12 99:21
107:21 110:6
113:2,7,13,23
130:19,20 148:23
150:17 190:16
**group** 126:9
**grow** 128:10
**growing** 118:2
193:22
**guapo** 10:10 11:7
**guard** 137:25
**guess** 27:16 65:24
71:24 78:24 81:15
126:8 139:18
154:15 187:5
**guessing** 154:14
**guilty** 28:18 49:6
50:2 51:13 53:15
61:22
**gun** 64:20 69:17
69:24 94:12,14,18
94:21,21,22
108:20,24 109:2,6
115:11 157:9
**guns** 30:15 35:13
49:24 61:17,19
69:18,20 79:1
86:19,21,22,25
87:4,23 88:2,4
89:2,4,13 91:11

92:1,9,19 93:7,11
94:7 95:2,9,14,16
95:18 156:15
157:10
**gunshot** 196:20
**guy** 37:22,25 38:4
125:5 130:18,18
134:13 137:16
**guys** 9:14 28:25
29:23 30:3 67:8
124:15 125:19
126:13 129:5
136:14 189:18
193:15,15
**gwendolyn** 3:4

**h**

**h** 2:9 40:24 41:1,2
166:24
**habit** 73:18 95:3
**haired** 149:6
**haley** 17:7
**haley's** 17:9
**half** 14:6,7,19
86:15
**halfway** 56:19,22
**hamilton** 11:18
32:20 34:6 36:1
36:17,17 83:4,5
111:13 138:25
139:5,13 140:3,13
141:8
**hand** 70:17 110:1
137:2 192:10
196:16,18 200:18
**handcuffed** 70:13
107:21 112:9
143:23 147:8
148:23 149:6
157:7
**handcuffs** 107:23
144:2,3,7,11,16

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[handcuffs - hotel]

Page 14

145:15,24
**handle** 174:12
**hands** 70:10,12
107:15,16,19
108:9,11 109:7,15
109:21 110:3,7,9
110:13,16,19,24
112:8,13 115:10
156:6,12,12,13
163:5
**handsome** 10:12
11:8
**hang** 77:20 92:20
**hanging** 87:21
175:7
**happen** 26:12 33:4
36:4 180:14
**happened** 13:13
19:2 30:10 35:2
37:20 43:22 55:23
69:1 75:4 91:24
101:14 103:7,7,11
107:13 113:6
116:11 126:2
137:4,15 143:16
143:25 144:18
145:15,20 146:5
146:21 147:9
149:11 162:19
166:10
**happens** 36:1
76:22 180:13
**happy** 7:10
**hardy's** 85:4,9
**harris** 21:1
**havlik** 3:4 4:5
192:20 196:9
199:2
**havlikg** 3:7
**hayes** 166:23
167:1 169:14

182:14
**hays** 140:20
**head** 41:19 70:14
100:10 102:20
107:24 109:20
111:21 113:8,9,10
113:13 149:12
154:14,18 155:20
156:7 198:1
**headed** 43:18
**headlight** 96:17
**headlin** 92:14
**headly** 92:13,15
**health** 166:20
188:23
**hear** 20:3 109:17
197:18
**heard** 14:12
107:14,14,21
109:11 110:22
112:11
**hearing** 51:10
53:3
**heart** 168:19
**held** 57:10 144:8
**help** 10:5 142:9
189:11
**helping** 139:25
142:4
**helps** 97:24
**henton** 12:9
**hereto** 200:12
**heroin** 77:3,4,4
**hey** 84:6 92:19
**high** 2:5 18:7
20:16 36:18 49:24
58:3,8 60:19 61:1
62:23 68:8,13
69:4 75:12 76:10
83:7,13,24 104:18
125:13 127:25

146:11 148:15
154:7 155:18
163:21 164:7,8,12
164:24 165:9,13
166:1 168:23
172:6 183:10
**highest** 24:23
132:25 179:6
**highlighted** 159:6
159:7
**highlights** 184:9
**highway** 12:7,17
80:25 81:1,10,20
81:20,21,22,24
102:19
**hinton** 12:21
13:14,23
**hiring** 19:23
**history** 28:11
36:10
**hit** 34:22 68:22
70:6 99:13,22,23
100:22 103:17
105:7,10,21,22
106:7,9 113:2
115:22 148:14
156:1,21 184:9
186:24 187:5,7,12
187:12
**hitting** 102:11
113:7
**hix** 40:19,25
**hlm** 1:6
**hold** 89:7 103:3
121:21 198:24
**holiday** 71:20
72:19
**home** 12:20 13:14
24:9 26:4
**homeowner** 39:15
39:16

**honestly** 77:15
137:17 139:19
157:8
**honesty** 179:22
**honor** 179:5,22
**hooker** 26:8
**hospital** 70:16
112:5 113:21,24
116:7 139:9 140:5
144:19 145:18
**hoss** 2:9,10 4:3 6:6
6:20 8:11,20 10:1
10:3 15:11 20:10
20:14 34:3 48:12
48:15,17 51:1,4,7
51:16,19,23 52:16
53:14 59:1,9,16
65:16 66:12,24
67:19,22,24 73:2
74:23 79:6 109:4
111:4 118:11,18
120:13 126:15
143:10 144:4
145:2 146:1,16,24
147:21,25 148:11
148:12 150:25
151:25 152:17,19
152:25 154:21
155:4 162:15
168:1,25 170:20
171:2,10,19 173:5
173:8 179:18,20
180:5 184:2,5
192:16 198:25
**hoss.com** 2:12
**hotel** 37:21 38:2
38:10 47:8,9,10,15
47:17 69:10,12,21
71:18 76:19 78:15
78:16,17 79:18
80:1,14,15,16 82:6

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[hotel - jeremy]

Page 15

85:24 87:19,24,25
88:3,19,24 89:22
91:7,9
**hour** 24:22 25:10
25:16 58:8 86:15
87:21,22 98:6,22
99:19 105:8
146:11 158:13
159:9,12
**hourly** 24:17
**hours** 25:17,19
68:10 69:3 73:6
87:21,23
**house** 23:1,7 38:23
39:7,10,13 46:24
47:3 56:19,22
84:6,16 87:13
**houston** 17:15
**huh** 7:11,13,19,19
27:23 64:23,25
89:11 105:11,15
123:12 151:6
169:18 171:23
172:9 173:11
174:7,9,21 176:13
176:18 178:7
182:2,5
**hung** 69:9 87:22
**hunting** 172:19
**hurt** 142:18,19
187:20
**hurting** 188:1
**hyundai** 71:14

**i**

**ibuprofen** 189:6
**ice** 62:8,20
**idea** 183:24
184:24 198:5
**identification** 8:19
48:11 66:11
147:24 150:23

152:24 155:3
171:18 198:18
**identify** 67:1
143:16 161:3
171:11
**ifa** 195:10
**igou** 97:18,21
**illness** 182:4,11
**imb** 132:7
**impartiality**
200:14
**improvement**
189:4
**incarcerated** 29:9
139:21 152:7
**incident** 11:12
16:11 33:13 36:13
172:6 190:1,22
192:1,8 197:10
**includes** 63:21
**income** 23:15,18
23:25 24:12 25:6
**incrimination**
34:2
**independent**
127:12
**indicate** 18:20
158:8
**indicates** 159:11
**indication** 114:1
155:23
**indicted** 48:6
**indictment** 4:18
48:13 90:7,11
**individual** 6:21
173:18,19 182:9
**individually** 1:8,8
1:9,9,10,10
**information** 148:7
154:17 158:14

**initially** 110:19
122:10
**initiated** 121:8,15
121:19 125:16
191:17
**initiating** 191:9
**initiation** 124:4,6
125:11 126:6
191:11
**injecting** 79:14,15
79:18
**injured** 30:21
191:21
**injuries** 47:21,25
117:11 125:1,3,17
138:6,17 142:17
143:5,6,12 153:4
155:25 160:14
163:11,12 191:13
191:23
**injury** 143:17
161:7,10,18,23
162:2,2 164:4
166:6 191:18
**inmate** 6:14 32:4
**inn** 71:20 72:19
82:1 84:1 89:13
91:17,19 94:1
**inside** 110:10,25
**inspect** 62:1
**instinct** 138:15
**instructor** 131:4
**interact** 180:10,12
180:19
**interest** 200:13
**interested** 200:12
**interject** 8:7 50:18
**interrogatories**
4:10,15,17,23 7:23
8:14,23 9:2 10:5
11:11,16 17:25

27:16 40:6 66:16
66:18 67:15 69:3
131:3 143:4
**interrogatory**
7:25 8:1,15 26:23
67:2 121:13 166:9
197:9,16
**intersection** 99:4
99:22
**interview** 4:18
148:1
**introduced** 6:19
**investigation** 28:4
**involved** 124:19
164:8 165:9
174:25
**involving** 38:22
**iron** 15:22 16:7
19:21,22 20:24
21:2
**irrelevant** 63:14
**irs** 24:3
**issue** 43:11 49:25
59:15 159:25

**j**

**j** 1:25 200:4
**jaguar** 80:18,19
80:20 82:4
**jail** 11:18,22
102:20 134:15
139:1,13 140:3
152:7
**james** 1:9 2:13,19
4:16 184:15
**january** 26:22,22
37:15 38:19
171:22 181:6
**jaw** 125:23
**jeremy** 92:13 93:3
93:11

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[jeremy's - land]

Page 16

jeremy's 92:19
jersey 131:11,13
  131:15
jesse 193:25
jfexum 2:23
jim 189:22
jitsu 130:8,12,13
  130:16 132:16,18
  132:21,23 134:3
jiu 130:8,11,13,16
  132:16,18,21,22
  134:3
job 15:15 16:2
  19:21 177:14
  182:25 183:3
  184:8
jobs 15:25 131:15
johnson 41:5
  70:24 186:15
joined 20:13
joint 130:21
joker 117:22
  118:3,4,13,19,22
  118:22,22,22
  119:1,2,5 171:25
  181:4 182:20
jones 4:19 147:14
  148:2,3,8,14,19
  149:13,23 150:2
  150:11,14,19
jordan 135:20,25
joseph 183:14
joshua 183:14
journeyman 18:21
  21:15
journeyman's
  20:1 21:16,25
  22:5
judge 50:20 51:15
  54:2 55:5

judge's 28:8
jump 192:16
jumped 103:18
  177:21
jumping 186:25
june 41:14,14
  42:10 200:19
junior 6:8
junkie 79:13,14
jury 48:6,7

**k**

k 41:3
karate 130:14
karisa 1:25 200:4
  200:23
keener 193:25
keep 19:15 24:6
  45:22 93:17,18
  94:19 137:2
kept 70:2
kick 124:20,21
kicked 70:14
  107:24 109:19
  113:8,10,13
  149:11 154:14,18
  197:25
kid 117:25 140:23
kids 40:15 142:24
killed 69:14
kind 13:17 24:10
  26:13 27:13 29:15
  35:9 55:19 61:25
  70:11,14 74:17,25
  85:11 94:14 98:7
  101:7 120:8 122:4
  137:18 146:10
  167:11 168:10
  171:7 178:12,25
  182:6
king 2:21

knee 142:12
  160:16,18 161:21
  161:24
knees 187:20
knew 82:24 83:6
  110:5 112:1,3
  120:7 175:9
knocked 156:6,10
know 7:10 13:16
  17:10,11 19:11
  21:24 24:5 29:6
  31:15,18 38:4
  41:18 42:5 43:8
  45:21 56:9,12
  57:15 61:5 73:15
  74:18 81:5,11
  83:5,15 93:14,15
  94:20 96:17 98:10
  111:8,11,14
  113:11 114:10,12
  114:14,20 115:1,3
  115:8 118:5 129:3
  130:25 131:2
  133:2 134:14,24
  136:6,22 143:24
  145:19,20 146:4,6
  154:1,10,23 156:4
  156:5,9,19,25
  161:25 162:13
  163:3 165:12
  170:21,22 173:10
  174:18,23 175:5
  176:9 180:6
  181:14 183:23
  184:14,15,22
  185:2 186:7
  188:24 189:23
  190:3,15 192:7,12
  192:25 193:4,6,6,9
  193:12,13,16,17
  193:18 194:24

195:1 198:4,6,7
knowledge 9:24
  53:11 108:18,19
  184:18
known 152:5,6
  177:11 193:15
knows 88:21,21
  156:20 173:23
knoxville 69:8
  70:23 71:9,19
  72:11 76:17 77:23
  78:7 79:16,24
  80:1 87:1,9
koger 1:4,16 4:18
  4:21 6:1,7,8,9
  8:25 13:4,9,20
  15:2 16:19 17:10
  17:14 20:15 33:22
  34:1 40:19,25
  42:14,15 66:16,18
  66:25 129:21
  148:5,22,23 149:5
  149:7,18,19,21,22
  150:6,7 163:11
  171:11 180:18
  184:12 192:21
  200:5
koger's 4:9,11,13
  4:15,22 149:21
kroger 189:22

**l**

l 4:1 44:23 92:7,7
  131:9
lab 61:11
lacerations 195:21
lady 107:14
  166:14
lady's 107:15
laid 22:21 70:3
land 87:14 191:20

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[lane - maine]

Page 17

lane 12:9,21 13:15 13:23 99:24
larry 193:7,21
lasts 177:22
late 26:22 73:8
laughed 182:6
laughing 181:9 182:1
launch 187:14
laura 166:23 169:14
law 2:4,5,9,15,20 3:4 54:20 55:5,10 109:11 155:18 164:2
lawful 6:2
lawson 1:10 3:3 192:23,25 193:5 194:2,24
lawson's 4:14 66:15
lawsuit 6:21 7:3
lawyer 8:14 9:13
lawyers 8:2 63:19
lay 22:20
leading 69:6
league 193:22,23
learn 122:25
learned 21:3 83:21
leave 18:1 22:18 24:8 43:23 78:22 89:3 91:5,5 127:16 137:7,17
leaving 186:23,23
led 39:7 46:25 60:19 69:4 75:12 83:7 146:10
lee 21:1 81:1,10,20 81:20,21,22,24
left 17:25 22:4 78:13 88:20 89:22

90:2 93:25 94:1 118:23 119:3 137:20 138:24 151:13 153:8,8,15 153:17 156:1 187:21 197:21
legs 142:6 163:4,5
leitner 2:20
leonard 183:15,23
leslie 14:4,16,19 14:23
letter 124:11,14
level 62:10,13
library 131:1
license 21:14 28:18 82:14,22 84:21 85:20
licensed 18:21
lieutenant 192:23
lieutenants 194:2
life 12:9 43:1 104:14 130:1 193:15
lifetime 164:14
light 70:7 96:23 103:17 105:4,4 149:6 187:17,18 194:11
lighted 29:23 34:20,22 49:19,20 68:3 69:22 79:9 96:4,22
lights 100:22,24 101:6
line 177:15
listed 10:7,7 36:10 48:5,18 53:19 67:19 131:3
lists 96:6 158:23
literally 129:3 137:13 183:16

literature 123:1
lithium 169:25 188:25
little 13:15 70:6 85:10 94:15 103:17 105:4 122:7,12 129:24 131:17 187:1 193:22,23
live 13:23 16:20 40:11
lived 11:12 12:6,9 12:11,13,16,23 47:5 84:19 193:23
lives 14:7 39:11 40:12 86:3
living 6:13 47:15
local 132:7
located 16:24 86:1
location 19:18
long 15:15,19 22:2 22:12 25:21 26:13 55:13 74:8 75:5,8 86:11,13 88:1
longer 78:10
look 8:24 27:18 48:9 49:14,15 66:13,19 78:14 126:16 134:14 139:16 177:4
looked 111:18,18 138:13
looking 77:14 117:19 119:5,9,11 120:15,17 153:11 194:15
lookout 86:5
looks 28:16 39:21 174:5,13 175:4,11 176:7

loose 157:11
lorrence 38:5
loss 135:1
lost 113:16 134:24
lot 25:25 69:21,23 69:25 70:13,20 73:20 84:7 87:14 87:14 101:2,19,23 102:4,24 103:8,8 103:10 104:2,5 130:1,5,19,19,21 136:6 142:9 171:25 183:17,20
loud 7:20 163:19 163:20 168:10
love 179:22
low 5:4 6:16 143:14
lower 59:7 142:13
loyalty 179:13,14 179:22
ls 1:25 98:10 200:23
ls1 98:9
lucky 100:22
lunatic 181:10

m

m 16:23 20:9 44:17 131:9
m.l. 2:21
ma'am 184:17,20 184:23 185:1,4,8 185:12,15 186:6 194:4,14 195:6
mad 181:8,13
maiden 17:10
mail 8:8
maine 2:14 4:4,5 72:24 184:6,11 189:18 196:11 198:21

Phillip Koger                                        May 21, 2019
Koger, Phillip Vs. Carson, Greggory

[making - meth]                                        Page 18

| | | | |
|---|---|---|---|
| **making** 60:24 75:1 123:9 149:7,20 190:13 | 171:20 172:7 178:10 190:23 | 163:15 172:15 173:12,13,21 174:11 175:8,16 | **members** 16:15 120:7 128:18 151:16 152:5,6 |
| **man** 38:23 42:6 112:17,18 135:10 | **marijuana** 37:18 46:3,11 61:2,4,12 61:19 62:6,22,24 | 177:7 180:3,15 181:11 182:12,24 183:16 185:2 | **memory** 113:22 147:3,9,11,12 |
| **managed** 132:19 133:10 | 63:4,13,15 64:19 65:2,3,6,15,18,23 | 186:11 188:4 189:2 193:9 | **meniscus** 162:8 **mental** 166:20 182:4,10 188:23 |
| **manager** 15:6,13 | 66:4 76:4 89:19 89:21 90:22 94:3 | 194:14,16 **means** 77:18 122:2 | **mentally** 12:24 13:1,7 |
| **manchester** 2:6 | 94:4 157:16 | 128:11 173:10 | **mention** 80:19 |
| **mandatory** 54:6,9 54:12,25 | **marion** 37:2 **mark** 10:1 159:15 | **measured** 61:12 **mechanic** 26:1 | 163:10 168:2 **mentioned** 40:15 |
| **mandy** 175:20 | 171:16 | **mechanical** 26:3 | 92:8 95:3 119:1 |
| **mandy's** 78:21 | **marked** 8:19,22 | **media** 152:4 | 151:4 184:12 |
| **maneuver** 102:9 102:23 | 9:4 36:8 48:10,11 66:9,10 147:22,24 | **median** 104:24 105:21,22,24 | 185:10 186:13 188:16 |
| **maneuvered** 70:1 103:5 | 150:22,23 152:24 155:2,3 171:18 | 106:7,8,21,22 **medical** 4:20 | **mentions** 158:12 169:9 |
| **manipulation** 130:21 | 198:18 **married** 13:21 | 117:10 136:25 139:5,11,20 | **menton** 14:11 **mentone** 14:10,12 |
| **mantra** 179:16,21 | 17:11,11 40:9 41:11,13 42:9 | 140:13 141:8 155:1,6,9,24 | 14:14 86:4 87:11 88:9 |
| **manufacturing** 37:17 | **mart** 15:6,13 **martial** 130:15 | 157:14,19 158:8 160:24 162:21 | **mess** 127:14 **message** 91:25 |
| **mapco** 97:6 | 133:19 | 169:6 170:7 | 92:17 171:12 |
| **march** 4:19 11:13 12:5,12 22:24 | **material** 152:4 **mathis** 2:15 | **medication** 139:23 160:25 167:15 | 172:22 173:4,16 **met** 9:13 67:7 90:1 |
| 23:10 29:1,11 36:11 43:20 44:19 | **matter** 170:23 **matters** 200:6 | 189:1,5 192:5 **medications** | 90:14 183:25 184:1,18 189:25 |
| 45:5 48:4 49:13 49:16,17,18,21,21 | **mattice** 51:15 54:2 **mean** 10:11 57:5 | 169:22 **meet** 72:7,8 93:21 | **metal** 21:5,5,7 **meth** 52:19 55:14 |
| 53:24 55:10 58:16 58:17,18 59:23,23 | 62:4 68:1 72:6 74:15 79:7,8,15 | **meets** 160:20 **member** 120:1,6,6 | 58:23 63:23,24 64:9,17,19,19,20 |
| 59:23 66:8 68:2,2 68:5,10,14,15 71:7 | 96:14 97:8 98:11 105:17 107:4 | 120:9 121:21 122:2,3,8 128:6 | 66:4 69:7,8,9 70:23 71:24 72:19 |
| 73:4,7,8,8,9,9 76:19 80:6 83:15 | 119:21 122:1 123:6 130:2 | 151:21,24 152:11 152:11,13 180:9 | 72:22,22,25 73:1,3 73:10 74:7,9 |
| 89:7 127:25,25,25 129:1 136:18 | 136:15 138:14 139:16 142:21,22 | 180:16,21,22 182:25 183:2 | 75:14 76:4,14 77:3,4 78:5 88:16 |
| 142:20 143:7 152:20 153:2 | 143:14,18 157:8 157:10 160:7,24 | 185:11 | 88:20,22,25 89:3 |
| 154:25 155:10 160:1 166:3,5 | | | |

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[meth - never]

Page 19

89:16,19,21 90:20
91:3 123:10
142:22
**methamphetamine**
49:3 53:20 55:21
55:23 57:21 58:21
60:3 61:19 62:6,8
62:18 73:18 75:4
79:11,22 94:2
157:16
**michael**  42:14,15
46:15,16 186:2
**middle**  72:8
142:13 143:15
146:14,19
**midnight**  68:3,9
96:8
**mike**  89:24,24
90:3,5,9,12,14
**mile**  146:11
**miles**  98:6,21
99:19 105:7
146:11 158:12
159:9,12
**milligram**  189:6
**mind**  19:13 84:8
84:18 159:24
**mine**  47:10 48:3
183:1
**minimum**  54:7,9
54:12
**minimums**  54:25
**minor**  167:4,5
**minute**  19:14
41:14 87:22 92:20
**minutes**  84:8,19
86:17 96:7
**mislead**  65:22
**missing**  94:23
**missouri**  127:10

**mistake**  172:8
**mistaken**  65:17,21
**misunderstood**
66:3
**mm**  196:23
**mma**  10:14,15,15
10:19,20 39:10
129:23 130:3
133:23 134:2,7,7
134:11,18 135:4
191:22 195:4
**mobile**  142:21
**mom**  12:23 15:12
16:16 41:4 42:16
43:7 69:9 78:23
137:9,10 186:20
186:21
**mom's**  14:20 17:3
**moment**  43:24
69:4 197:17,21
**money**  75:1 78:4,5
78:9,11 85:15
123:23,25 132:20
135:3,5,7 178:23
**month**  56:6 76:8
140:7
**months**  8:14 11:18
12:8 28:14 40:9
54:5 56:21 122:14
122:15,24 124:3
139:6,8,14 140:4,8
140:9 154:25
158:4,5 167:5
183:9
**morning**  68:10
78:9 80:3,6,12
**morphine**  116:13
116:24
**morton**  20:1,2,5,9
21:12 22:2 26:24
27:7

**motel**  93:25
**mother**  12:8 43:13
44:22 45:2 71:1,2
77:10
**mother's**  14:21
**motor**  98:12,14,16
98:18
**move**  32:17 48:15
67:22 138:1
148:11 152:17
**moved**  11:20,25
12:20 181:25
184:2
**moves**  130:20
**movies**  118:17
**moving**  115:25
**mris**  162:24
**mugshot**  4:19
153:1,2,5
**mui**  11:7
**multiple**  164:8
**municipal**  46:3
**municipality**
111:11
**muscle**  189:9,11

## n

**n**  4:1,1 20:7,9
29:20,20 33:19
40:22,22,24,24
44:9,9,17
**name**  6:7,19 10:7
13:3,8 16:18 17:9
17:10,12,18,19,22
23:2 26:8 29:19
38:25 40:18 44:13
44:14 63:8 78:18
81:6 82:5,8,9
84:22 85:3,18
90:11 96:14
101:17,20 131:3
140:22 167:18

175:20 183:17
189:22 193:6,12
194:3
**named**  6:21 23:1
140:20
**names**  13:19 14:3
44:3
**napolitan**  2:20
**narcotics**  192:1
**ne**  3:5
**near**  77:9 159:17
**necessarily**  72:6
194:21
**necessary**  95:23
**neck**  139:24
142:12 143:15
160:16,18,19
188:10
**neck's**  160:23
**need**  33:23 50:19
140:12 167:20
184:9 192:13,17
**needed**  116:18
140:14 141:7,8
192:12
**needle**  79:13,14
**needles**  79:21
**neighbors**  34:24
87:15
**neither**  169:25
200:9
**nerve**  163:8
**nerves**  163:5
189:10
**nervous**  163:17,24
**neutral**  103:1
**never**  21:23 27:12
28:19,22 31:13
33:7,9,10 35:23,24
37:8 52:22,23
55:17 68:19 74:7

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[never - okay]**

Page 20

81:14,14 88:20,22
93:23,24 95:12
99:12 100:24
105:18,19 106:2,7
106:21 110:9
111:18 114:9,9
116:2 119:19
126:12,13 132:11
132:16 136:1
140:15,16 141:10
141:14 142:20
143:3,5 144:11
151:24 152:12
154:11 160:6,7,10
164:22,22 168:20
169:2 183:25
184:1 188:9,12,15
191:17,19,21,24
192:4
**new** 86:6 131:11
131:12,15
**nickname** 10:8,9
10:13,16 11:1,3
**nigga** 175:7
**night** 43:19,23
71:8,9 72:18
76:19 101:1
125:13 142:19
155:9,12,13
194:13
**nine** 42:20 78:25
133:12
**nissan** 29:16
**noise** 168:10
**noises** 163:19
**nolle** 39:2 45:25
**nora** 16:17,19 17:1
**nora's** 16:18
**normal** 177:6
**normally** 50:9
198:22

**north** 17:5 135:22
**northern** 1:2 5:8
81:4,4
**nose** 125:22
**notary** 200:23
**notch** 103:21
104:1
**notice** 5:4 31:13
**november** 28:16
182:3,17
**ns** 40:23
**numb** 142:6 163:4
163:4,6
**number** 4:8 8:19
26:24 48:11
147:24 150:23
152:5,24 155:3
171:18 197:16
198:18
**numbers** 66:10
**nurse** 117:9 163:7
**nurses** 138:5,10,12

**o**

**o** 4:1,1 19:9,10
20:7,9,9 41:3
44:17
**o'clock** 80:12
101:1
**oaks** 80:23,23,24
80:24 81:17,18
**oath** 9:7 52:3 53:2
63:18,19 145:22
**object** 52:11 53:13
58:24 59:8,12
65:12 74:13 79:5
109:1 111:3 118:9
118:15 126:11
143:9 144:1,24
145:25 146:12,23
151:22 154:19,20
162:14 167:25

168:24 173:1
180:2
**objection** 59:13
**objections** 4:9,12
4:14,16,22
**observed** 151:10
151:11
**obtained** 18:9
21:14,16,24 22:4
**occasionally** 76:6
**occurred** 23:9
140:7
**october** 32:20 33:4
33:6,14 34:4
126:3 128:25
129:1
**odd** 23:1
**odds** 23:7 25:25
**office** 9:19 67:9
85:8,9 171:5
200:18
**officer** 4:10 28:9
38:9 97:12,23
98:20 106:23
107:14 112:14
140:20,21,22
149:6,20 150:15
150:17 161:17
**officer's** 9:1
**officers** 6:21 7:3
8:2 36:13 107:18
111:8,16 112:20
112:25 137:6
140:19 145:5,15
154:18 157:2,2
180:1 183:13
184:14 191:6
**oglethorpe** 184:13
**oh** 8:3 11:7 186:10
**okay** 7:4,10,12,18
7:21 8:12,17,18

9:13,22 10:22,25
11:8,11 13:7
14:16 15:2,17
16:10 17:3 18:3
18:16,20 19:11
21:7 22:23 23:6
24:4,25 26:23
27:6,9,22 28:21
29:5 30:7,10,21
33:20 34:4,16
36:23 37:13 38:6
39:2 40:3,23 41:2
41:16 42:3,12
43:3,22 44:8 45:4
47:7 49:20 50:2,7
50:15 53:2,6,9,18
55:9,13 59:5 60:2
60:5 61:15 62:7
62:22 63:24 64:2
64:4,8,10,22 65:1
65:8 66:3,8 67:4
67:13 68:18,20,25
70:20,21 71:6
72:18 73:12 76:12
77:10 78:17 79:10
80:10 81:23 82:21
83:18 84:15 85:6
85:17,22 86:16,18
86:23 87:6,17
88:6,13,18 90:2,18
91:24 94:14 96:3
96:10,21 97:19
98:20 101:8 102:6
103:11 104:4,7
105:12 106:16
107:1,5,9,13,17
108:1,5 109:5,7
110:12,18 111:8
112:7,23,25 113:6
113:12 114:17
115:13 116:3,7,15

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[okay - person]**

Page 21

116:20 119:13,23
121:22,24 123:15
126:21 128:6
129:23 130:7,11
130:23 132:14,25
133:2,5 134:10
135:3,12 138:21
139:7,12,22 141:6
144:16 145:8,14
151:15 152:1,16
155:11 156:15
160:9 162:5,23
166:1 167:8,13
171:24 177:13
178:3 180:13
184:4,21 185:5,21
187:7 188:16
191:22 193:8,25
194:23 195:4
198:4,10,16
**oklahoma** 11:25
**old** 6:11,12 10:17
12:14,16 13:16
14:16 17:1,20
41:8 42:20 43:5
44:12,21 74:9
81:20,21,24 130:6
130:9,10 132:19
**older** 74:12,17,25
**oldest** 12:8 69:8
**once** 11:24 56:9
70:14 73:20,24,25
74:1,8,20 76:8
79:25 80:1 103:12
113:11 121:17,19
121:19 122:5
128:6 144:2,16
146:20 159:22
170:24
**open** 46:13 51:4
51:11,17 107:20

165:21 196:4
**opened** 110:17
111:5
**operating** 17:21
**operation** 55:4
**opiates** 77:7,7
**opinion** 126:18
**opportunity** 120:9
**opposed** 134:15
185:25
**opposite** 103:13
**orbital** 153:15,17
154:3,13
**order** 50:21
171:21 198:21
**orders** 109:12,14
110:21 198:19
**organization**
122:7 195:7 196:5
**original** 183:19
200:14
**ounce** 61:6 65:3,18
**outcome** 200:12
**outside** 110:19
**outstanding** 83:1
**overnight** 69:10
78:3
**owner** 183:14,19

**p**

**p** 23:3
**p.c.** 2:10
**p.m.** 88:11 96:7
199:4
**pacino** 176:17
181:1
**packaged** 64:10
**page** 4:1,8 27:19
170:9,12,15,16
173:15 177:1
**pages** 170:19
171:17

**paid** 23:6 24:16,23
59:2 80:14 90:25
134:15 136:9,14
**pain** 139:24,24
143:13,14
**pains** 168:7,18,22
**palm** 196:16,18
**panic** 168:2,5,12
168:22 169:4,7
**paper** 18:14
**paragraph** 52:9
**parents** 13:15,18
13:19 37:7 130:4
**parking** 69:21,23
69:25
**parkway** 2:16
**part** 8:15 50:21
90:2 129:13
145:10,11 159:10
179:14 191:11
**particular** 161:3,4
161:15 172:24
174:15,16
**parties** 200:10,11
200:13,16
**parts** 142:10
**party** 59:11
**passed** 81:15
92:10 128:7
133:21
**passenger** 29:12
29:13 30:5 34:16
46:10 107:6 158:9
164:17,18
**passing** 100:25
**passion** 134:24
**pasture** 31:1,2
191:4
**pat** 156:25 157:2,2
**patient** 155:20
157:15,20,21,22

**patrol** 102:11
106:15,20 148:14
194:19
**patted** 157:6
**pay** 64:2 85:13
**paying** 25:15
123:2,2,25
**payment** 90:18
**peachtree** 3:5
**peeled** 97:2
**pending** 5:7 31:16
31:20 34:6 165:18
165:19,20 186:12
**pensacola** 131:17
131:18
**people** 74:4 78:4
95:24 100:13
121:20 123:16
127:18 128:12,13
129:20 136:5,8,15
146:10 163:19,19
163:22 168:10
172:11,16,18
175:9,10 178:1,3
181:15 183:20
185:18
**percent** 56:17
62:10,16,18 123:8
179:2,2
**percentage** 123:7
179:1
**period** 20:22 58:8
122:13,14 134:17
176:3
**periods** 129:16
**permanent** 143:4
143:6,12
**permit** 95:10,12
**person** 47:2 84:13
84:14 89:3 111:22
111:25 127:14

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[person - prior]**

Page 22

141:10 157:9
172:24 173:23
**personal** 75:2
173:2
**personally** 67:17
193:17,18
**persons** 200:13
**phil** 193:23
**phillip** 1:4,16 4:9
4:11,13,15,18,21
4:22 6:1,8 13:20
129:21 200:5
**phillips** 135:20
136:2
**phone** 84:10 137:8
137:8 186:22
190:11
**phones** 61:20
**phonetic** 38:5
**photographed**
152:5
**physical** 19:18
195:11,18
**pic** 173:5 177:2
**pick** 63:15 69:19
77:14,18,25 79:2
86:8 89:23 177:17
178:1
**picked** 52:20 69:7
71:23 72:1 89:19
91:15 149:20
150:17 178:3
**picking** 72:5 87:12
**picture** 155:25
172:8 173:10,13
176:7 177:5,6
182:18,20,21
**pictures** 92:18
114:17
**pills** 76:5

**pinched** 163:5,8
189:10
**pinned** 107:7,10
**pissed** 181:12
**pistol** 46:23 47:2
47:19 48:2 95:23
196:23
**pistols** 87:7
**pit** 70:1 102:23,23
103:4
**place** 80:13 107:3
131:10,24 135:18
164:23
**placed** 145:24
**plaintiff** 1:6 2:3
4:9,11,11,13,13,15
4:15,17,22
**plaintiff's** 10:1
**play** 165:17
**plea** 49:6 50:5,8
50:11,12,20,24
51:1,10,10,11,12
51:12,13,17,20
52:7,8,10,25 53:5
53:10 54:7
**plead** 28:18 50:10
51:4,17 83:10,11
**please** 6:7 7:10
10:2 197:20
**pled** 50:2 53:15
61:22
**pllc** 2:5,20
**plus** 58:5
**pocket** 37:23
38:12 94:19
156:22,23
**point** 70:1 88:15
89:17,20 111:21
113:15,17,19,22
116:2 146:25
147:7 150:4

156:16 158:18
162:6 163:13,16
183:11 185:7
197:25
**pointing** 118:23
**points** 31:19,24
32:8,11
**pole** 103:17 105:4
105:5
**police** 34:23,24
37:22 38:9,10
43:17 61:7 64:17
65:9,25 68:22
77:14 83:7 136:20
137:22 138:25
143:7,20 157:21
157:22 158:15,16
163:25 166:7
178:16 179:25
180:1,11,19
182:19 183:5
191:25
**pops** 187:24
**portion** 159:7
**position** 102:8
107:1 178:18
179:10
**possessed** 38:6
49:24
**possessing** 37:18
53:22
**possession** 35:3
37:18 46:3 49:10
49:22 69:15
185:25 186:1,2
**post** 85:8,9 173:2
173:3,6 175:4
181:1,22 182:20
187:17,18
**posted** 31:7 35:17
35:17 172:5,7

174:14 175:11,19
177:1,6 181:5
182:3,7
**posts** 171:14,25
172:1 181:5
**potential** 9:15
**pound** 55:22 57:13
57:14,16 58:21,23
59:6,20,25 60:6,8
60:16 61:4 62:24
63:17,22,25 65:19
65:23 69:8 70:23
71:24 90:20,23
123:10
**pounds** 59:19 72:5
125:7
**practitioner**
133:15,15
**prednisone** 189:6
189:7
**prepared** 28:8
148:4
**prescription** 192:5
**presence** 49:10
**present** 59:14
**presentation**
155:15
**presentence** 28:3
**presenting** 155:17
**presents** 155:17
**preserving** 59:9
**pretty** 24:16 68:3
133:18 142:14
**previous** 72:20
**previously** 8:22
127:21
**primary** 163:1
**printer** 170:25
**printout** 4:21
**prior** 12:5 21:21
52:13 58:15 72:21

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[prior - quit]**

Page 23

154:20 155:21
200:5
**prison** 43:3 127:3
127:7,8 140:21
197:13
**privy** 122:11
**probably** 10:17
15:16 16:9,9
22:13 57:15 58:17
60:4 72:20 74:10
74:16 75:10 76:1
77:15 80:12 98:6
102:21 128:17
129:22 130:4
132:6 134:9,19
135:2,11,11 140:8
140:8 142:25
143:2 175:1
178:11 179:6
183:21 187:18
196:16
**probation** 28:8
38:8,9
**probationary**
122:13
**problem** 72:23
142:5
**problems** 139:24
142:20 188:7,10
188:23
**procedurally**
51:14
**procedure** 5:10
121:14 200:17
**proceeded** 54:1
**proceeding** 200:10
**proceeds** 85:16
**process** 195:17
196:7
**produced** 5:3

**product** 9:20 74:3
**production** 4:11
67:16
**professional** 137:1
166:20 169:6
200:4
**professionals**
170:7
**profile** 173:5,7,9
173:10,13 177:2
182:18,21
**profit** 123:3
**promotion** 181:2
**proper** 162:21
**property** 12:15
26:2 32:21 34:6
35:4 37:2
**propounded** 4:11
6:3
**prosecute** 165:17
**prospect** 121:18
122:6,14,15,23
124:3 179:4
**prospected** 121:19
**prospects** 128:13
128:21 129:6
179:3 191:10
**prossed** 39:2
45:25
**protect** 95:18
**provide** 200:16
**provided** 52:12
63:20 140:17
148:8 158:19
**psr** 28:4
**psychiatrist**
166:20
**psychologist**
166:19
**ptsd** 182:12

**public** 17:15
200:23
**pull** 37:22 69:21
69:23,24 70:11
89:6 97:2 107:19
110:3
**pulled** 30:1 34:12
34:19 70:8,12
97:1 101:7 103:8
107:20 109:18,22
110:9,12,16,24
111:5,8,20 112:20
114:23 157:12
197:21
**pulling** 101:23
**punch** 124:22
191:20
**punishment**
177:24
**purchase** 55:25
59:24
**purchased** 58:7,12
58:15 64:8 84:25
**purchases** 56:3
**purchasing** 37:18
57:21
**pure** 62:18
**purity** 62:10,13
**purpose** 100:7
172:10
**purposes** 5:9
59:10 157:3
**pursuant** 5:3,9
50:24
**pushed** 106:21
**pushups** 142:25
143:1 189:15
**pussy** 174:11
**put** 38:7 53:2
64:14 70:10 73:7
84:21,21 85:17

89:1 90:17 91:9
91:19 102:25
107:15,20,22
108:9 109:7,18,21
110:7 113:1
121:17 122:4
128:12 130:4
144:6 145:15
169:24
**puts** 112:8

### q

**quantities** 58:21
59:6,21 60:6,9
123:10
**quantity** 57:6,10
**quarter** 55:22
57:13,14,16 58:21
58:23 59:6,19,20
59:25 60:6,8,16
63:16 69:7 70:22
71:23 73:23 75:16
90:20 123:10
**quash** 173:24
**quater** 72:5
**question** 7:8 8:1
8:17 52:13 59:17
65:24 75:19 107:5
117:7 140:2
154:20 155:23
159:10 161:21
179:19 183:13
**questions** 6:3 7:2
8:6 9:14,15 19:16
73:5 165:14
171:24 192:22,24
197:3
**quick** 183:12
**quickly** 184:6
**quit** 26:14 167:21
167:22

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[quite - requested]**

Page 24

| | | | |
|---|---|---|---|
| **quite** 123:23 | **realized** 75:1 | **recollection** 25:8 | **relinquish** 200:14 |
| **r** | **really** 41:17 70:13 | 81:6 | **remains** 51:13,13 |
| **r** 2:4 20:7,9 23:3 | 73:20 74:3,7,14,14 | **record** 7:21 15:10 | **remember** 12:14 |
| 33:19 40:22 41:3 | 74:20 75:17 81:11 | 20:10 27:18,25 | 16:2 26:8 38:25 |
| 44:17,23 131:7 | 81:14 101:1 118:3 | 33:22 34:1 50:18 | 46:14 50:15 70:13 |
| **rachel** 174:17,18 | 118:10 129:25 | 50:21 59:10 66:15 | 70:16 71:18,21 |
| **racing** 98:12 | 130:16,17,25 | 66:22 81:7 135:1 | 107:25 111:21,24 |
| **railroad** 98:4 | 134:24 135:13 | 171:9 197:5 | 111:25 113:4,7,8 |
| 101:9 | 138:1,19 139:10 | 198:12,20 200:8 | 113:12,17,19 |
| **raise** 178:25 | 142:8 159:22,23 | **records** 4:20 25:12 | 115:9,9,12 116:5 |
| **raised** 13:10 14:18 | 160:16,20,22 | 140:16,17 155:1,7 | 116:17 117:2,3,6 |
| **ran** 68:17 103:3,18 | 163:14 167:11 | 155:9,12,13,14,24 | 117:16 137:3 |
| 104:22 105:18 | 179:2 180:15 | 157:14,19,20 | 140:10,19,22 |
| 106:11 164:13,19 | 181:14 197:12 | 158:8 159:6 | 143:25 148:20,24 |
| 187:2 | **rear** 68:22,24 99:6 | **recross** 4:5,6 | 149:10 194:12 |
| **ranked** 179:6 | 99:8,23 106:15,20 | 196:10 197:7 | 198:1 |
| **rape** 178:14 | **reason** 77:11 | **red** 100:21,24 | **remembers** 50:22 |
| **rate** 24:17 | 96:22 99:14 112:3 | 133:1,2,3,8,16 | **rephrase** 7:9 61:9 |
| **ray** 132:13 142:15 | 126:20 | **redeeming** 118:13 | 107:5 |
| **rayed** 142:11 | **recall** 39:23 46:7 | **reduced** 200:7 | **reply** 6:3 |
| 153:24 | 46:20 50:12 53:2 | **referring** 36:7 | **report** 7:21 28:4 |
| **rays** 142:4,10 | 97:24 101:23 | 152:1 174:22 | 61:16,21 62:12 |
| 153:22 160:25 | 114:2 115:17 | **refund** 23:21 | 64:17 150:6 |
| **reach** 107:22 | 117:9,14 136:23 | **regarding** 18:12 | **reported** 1:25 |
| 109:25 | 136:25 137:4 | **registered** 96:13 | **reporter** 131:6 |
| **reached** 98:21 | 138:8 139:4 | 96:14 200:4 | 179:17 197:18 |
| 99:18 | 144:17 145:14 | **registration** 96:10 | 198:19 200:4,4 |
| **read** 8:25 9:11,14 | 146:22 149:1,9,15 | **regular** 79:20 | **reporter's** 4:7 |
| 17:24 18:12 50:10 | 153:16,20 154:2 | **rejected** 50:20 | 200:1 |
| 52:1 53:8 65:18 | 158:1,3,6 167:18 | 51:12 | **reports** 61:7,11,15 |
| 99:17 102:14 | 172:23 182:7 | **related** 36:18 | 65:2,6 143:5 |
| 116:23 117:1,8 | **receive** 28:3 54:4 | 152:2,4 183:5 | 157:13 183:14 |
| 137:15 148:21 | 153:22 162:21 | 200:10 | **represent** 6:20 |
| 151:13 155:16 | **received** 27:12 | **relating** 168:9 | 189:23 192:22 |
| 159:6 174:8 | 33:7 35:24 36:24 | **relationship** 43:6 | **representing** |
| 175:12 181:7 | 54:22 139:4,11 | 43:12 | 184:13 |
| 182:17 | 154:24 155:21 | **relative** 200:11 | **reputation** 179:25 |
| **reads** 61:9 | 158:13 162:24 | **relatively** 188:17 | **request** 4:10 66:14 |
| **real** 139:10 142:21 | **recognize** 185:6 | **released** 31:9 36:2 | 170:25 |
| 142:21 163:13,20 | 193:2,5,10,11,16 | 56:18 | **requested** 170:20 |
| 184:6 187:24 | | | 170:22,24 200:18 |

Phillip Koger                                                May 21, 2019
Koger, Phillip Vs. Carson, Greggory

**[requests - rolled]**                                      Page 25

| | | | |
|---|---|---|---|
| **requests** 4:12 67:16 | **restrained** 158:9 | 99:1,4,14 100:8,9 | **road** 5:5 14:8 |
| **require** 51:11 | **restrictions** 18:12 | 100:11,14 101:9 | 16:23 26:8,9 30:9 |
| **requirements** 133:17 | **restroom** 147:19 | 101:12,18 102:17 | 30:25 34:20 52:20 |
| **requires** 54:20 200:14,16 | **result** 48:5 54:7 143:6 168:22 | 103:16 104:25 105:6 106:18 | 70:4,5 80:22,24 81:15 96:5,6 |
| **resist** 30:19 143:23,24 144:3,7 | **return** 23:15,19,25 25:1 | 108:1,6,7 109:9,21 110:1,24 111:2 | 97:22,23,24 98:2,3 98:22 99:2,2,15,16 |
| 144:22 145:23 146:3,7,20 147:1 | **returned** 37:8 | 112:10 123:18 125:6 128:4 | 99:16,21,24 100:1 100:10,23,24 |
| 191:6 | **review** 52:13,14 67:16 148:4 151:1 | 133:25 135:4 136:17 137:11 | 101:8,20,22,24 102:5,21 103:14 |
| **resisting** 29:3 30:17 144:12 | 197:1 198:10 200:17 | 138:24 139:3,19 141:17,18 144:8 | 103:15,16,17,21 104:1,8 146:15,19 |
| 149:8,8,16,16,18 149:20 150:16,16 | **reviewed** 9:9 28:13 67:10 | 145:16,20,21 146:8 147:14 | 191:3,3 |
| 157:22 190:24 198:5 | **revisit** 11:16 | 148:10 151:18 152:16,23 153:5 | **roadway** 80:17 82:1 84:1 89:12 |
| **respect** 67:15 179:23 | **ricardo** 131:5 **rico** 186:11 | 153:18 155:7,15 156:11 160:20,21 | 91:17,19 94:1 102:10 |
| **responded** 181:15 | **ride** 86:11 **ridge** 15:7,8,9,13 | 160:22 161:9 162:7,8 165:7,10 | **rob** 23:1 25:15 39:10 |
| **responds** 174:17 | 103:14 | 165:13,14,15,19 | **rob's** 26:4 71:16 |
| **response** 27:17 174:24 175:19 | **right** 6:23 9:18 12:3 16:13 18:18 | 166:3 168:14,20 170:9 171:16 | **robbed** 38:23 39:7 172:16,19 |
| **responses** 4:9,12 4:14,16,22 7:15 | 20:3 21:10,19 23:12 24:19 25:22 | 172:3 173:14 174:2 177:2 180:7 | **robin** 41:5,10 43:7 43:14,15,15,17 |
| 8:10 9:1,19 26:23 40:5 66:17,18 | 25:25 27:12,13 28:16 32:8 34:2 | 180:17,18 181:16 182:6 183:10 | 69:12 70:24,25 71:11,18 72:18 |
| 67:2,5 166:10 192:11 197:2 | 34:10 40:15,20 41:23 45:22 49:25 | 187:2,5 189:5 190:6 194:25 | 76:20,23 77:10 79:10 84:2,23 |
| 198:14 | 50:3 51:24 54:6 55:2 58:14 59:6 | **ring** 194:3 | 88:16 186:14,17 |
| **responsibility** 29:7 | 61:23,24,25 66:3,7 67:25 70:5 76:25 | **ringgold** 12:9,21 13:24 16:25 19:19 | **robin's** 82:5 84:22 85:18 96:14 |
| **responsible** 191:9 | 77:25 78:9,12 79:3,4 80:21 81:1 | 131:25 132:5,11 132:17 135:17 | **robins** 19:25 20:1 20:4 21:12 22:2 |
| **rest** 12:8 27:22 62:4 98:16 107:2 | 81:3,4,13 82:3,3 83:1,4,9,24 84:1,7 | 166:22 | 26:24 27:7 |
| 108:3 115:22 175:6 198:10 | 84:20 85:7,8,9,20 86:11 87:7 89:14 | **rinky** 85:10 **risk** 74:21 | **rock** 12:17 101:23 **role** 177:8 |
| **restarted** 70:2 | 90:13 91:1 92:24 95:6,12,21 96:1,13 | **river** 131:11,12,16 **ro** 44:14 | **roles** 184:25 **roll** 105:20 |
| **resting** 107:2 | 97:4,7,11,15,25 | | **rolled** 64:18 116:3 |

Phillip Koger
May 21, 2019
Koger, Phillip Vs. Carson, Greggory

**rolling** 115:9,12
115:17,25
**rome** 1:3 5:8
**romines** 44:13,15
44:23,24 45:1
**roofing** 20:23,24
21:1
**room** 8:8 37:21
38:2,10 47:10,17
69:11,13 76:19
78:15,17,17 79:18
82:6 88:19,24
89:22
**rossville** 26:7
84:19 85:5 90:15
**rough** 187:25
**roughly** 25:16
57:17 58:25 60:25
122:14 123:13,14
139:6
**rpr** 1:25 200:23
**rule** 200:17
**rules** 5:10 200:17
**rumor** 173:24
**rumors** 173:21,22
**run** 38:8 54:15,17
54:18 70:5 99:5,8
106:25 107:18
109:16 175:14,15
175:18 189:16
**running** 70:11
100:20 111:19,20
175:14 191:25
**rupture** 159:3,4
**ruptured** 138:20
138:22 141:10,15
150:12
**ruth** 13:4
**ryder** 174:17

**s**

**s** 4:1,19 16:23 19:8
19:9,10 20:7 23:3
29:20 44:17,23
92:7 101:20
166:24
**safety** 157:3
**sauer** 94:15,16
**saw** 28:6 112:15
193:3 194:19
**saying** 36:3 53:10
65:13 106:11
110:14 112:13
134:6 138:10
143:6,19,21 147:2
150:9,18 182:10
187:4
**says** 6:3 26:24
28:21 49:16 65:14
99:4,18 102:6
103:20,25 119:18
148:13,22 149:5
150:6,7,11 157:15
158:13 159:8,11
174:8,10,11,20
175:13,25
**scan** 162:24
**scar** 153:18
**scared** 77:7
**scarface** 176:20
**scene** 34:25
197:22
**school** 17:16,17
18:3,7 20:16
101:19,19
**screaming** 70:9
163:20
**scrotal** 158:24
**scrotum** 158:25
**seal** 200:18

**search** 157:1
**searching** 117:19
**seat** 157:12 164:18
**seatbelt** 108:6
158:10
**sec** 32:17
**second** 7:12 20:11
33:21,23 120:11
120:11 141:2
192:18
**seconds** 121:20
124:7 125:16
126:13 129:6
177:19,22 178:6
**security** 137:16,25
**sedative** 155:21
**see** 9:20 45:19
49:14 61:25 62:1
65:5 101:6 104:7
109:6 112:15
122:4 140:11,12
140:14,24 148:19
152:1 153:4
155:15 166:19
167:1 173:15
174:6,20 175:14
175:17 189:10
193:25 194:17,21
195:2,2
**seeing** 111:25
167:8,10 194:12
**seen** 8:9 40:8,10
61:7,11,15,17,18
61:21 65:2,6,14
104:13 108:22
111:19,19 114:17
140:17 141:1
143:3,5 145:3,5,8
145:11 147:16
156:21 166:14,14
186:21 190:17,18

190:20 191:2
194:15
**sees** 173:14,20
**self** 34:2
**sell** 72:13 93:19
122:25
**selling** 37:17 60:8
60:22 75:9 123:9
**semi** 198:8
**send** 116:18
160:25 171:4
**sending** 172:22
173:16
**senior** 17:25 18:2
**sent** 33:8 56:21
92:18
**sentence** 27:21
28:3 36:24 54:4
54:22 56:6,17,22
56:24 57:5
**sentenced** 11:24
**sentences** 54:7
**sentencing** 51:14
54:1
**sentimental** 93:5
**september** 46:17
47:12
**sequatchie** 29:3
32:1,19 33:8,9
190:22
**sergeant** 6:20
66:14 154:18
**served** 8:13
**service** 200:16
**serving** 27:21
**set** 4:10,23 9:1
17:24 51:2,3 52:9
155:1 172:16,19
**sets** 28:11 107:23
**seven** 12:13,15,16
12:21 25:23 32:8

Phillip Koger
May 21, 2019
Koger, Phillip Vs. Carson, Greggory

[seven - sort]
Page 27

48:24 60:12,13
178:11,12
**severity** 32:6,8
**shabby** 139:11
**shallowford** 80:24
**shape** 137:18
138:2 176:11
**sheep** 172:8,17,17
173:25
**sheriff** 29:24
194:6
**sheriff's** 4:20
**shirt** 194:11
**shit** 115:11 116:1
138:9 174:12
**shook** 41:19
**shoot** 87:12,15,18
146:8,14,19
**shooting** 87:18
**shops** 26:1
**short** 20:12 33:24
47:6 66:23 120:12
147:20 149:19
150:24
**shot** 86:19,21
87:23 102:18
196:21,22
**shoulder** 142:13
**show** 6:25 8:6,13
8:21 18:16 27:15
48:9 112:13
147:16 150:21
152:23 155:5
159:5 171:3 176:6
185:5
**showed** 34:25 38:9
66:25 84:16
108:20
**shower** 91:7
**showing** 23:14
62:13

**shown** 147:22
**shows** 37:4 38:19
108:23 183:14
**sic** 70:6
**side** 14:20,20,21
34:19 107:6,9,10
110:1 112:23
115:3,4 153:5,8
155:19,24 156:1,2
156:3
**sig** 94:15,16
**sign** 127:18
**signature** 200:22
**signed** 127:22
171:6
**significant** 169:10
**signify** 117:23
**silverdale** 11:20
69:22 141:19
**simple** 38:20
39:12
**simply** 119:20
134:12 163:23
**single** 19:8 20:7
64:12 129:9
**sir** 6:18 7:5,7,14
7:22,25 9:3,6,8,10
9:11,12,17,21,25
10:5,6,20 11:2,19
11:23 12:1,4 13:6
13:12,25 14:2,24
15:1,4,24 18:6,8
18:10,13,15,19,23
19:15 20:8 23:17
27:11,14 28:1,5,7
28:10,12,15,24
29:4,25 30:2,6,14
30:16,18,20,22,24
31:4,8,10,17,21,25
32:2,7,14,16,22
33:15 34:9,11,13

34:15,18 35:1,12
35:14,19,21 36:5
36:12,15,25 37:3,6
37:19 41:9 48:14
48:20 53:12,17,21
53:25 54:3,8 56:7
56:14,16,23 61:14
62:25 66:6 67:3,6
67:12 121:10
125:18,25 148:6,9
151:2,8 171:23
172:21 175:2
189:24 190:5,8
198:15
**sisk** 193:6,13
**sister** 14:4,6,7,19
16:4,16 17:3,3,4
175:20 181:18
**sister's** 78:20 86:2
87:14 91:13
**sisters** 14:1,22
**sisters's** 87:20
**sit** 53:9 141:14
**site** 19:22 184:25
196:3
**sitting** 48:6 106:17
160:15
**situation** 78:3
167:14
**six** 40:9 56:21
122:14,15,24
124:3 179:6 186:7
**size** 125:6,8
**sized** 160:8,12
**sketchy** 163:14
**skipped** 181:8
**slammed** 149:22
**slowed** 74:14 97:3
99:5,14 106:12
**small** 135:10
178:14

**smaller** 130:18
**smoked** 73:15
75:17,20
**smoking** 75:22,24
75:25 79:12
167:12
**snatched** 107:20
110:5,17
**snitch** 175:6,7
176:1,2
**snort** 73:14,16
79:19
**snorting** 79:12,22
88:18
**social** 152:4
**socket** 125:22
153:15,17 154:3
**softball** 160:7,12
**sold** 13:14 55:20
58:8 60:16 69:9
72:10 88:21
183:20
**somebody** 46:23
181:13
**someone's** 29:11
**somewhat** 116:4
129:19 159:17
197:24
**son's** 12:8
**sonogram** 141:1
**soon** 22:4 68:9
**sore** 137:6 161:11
161:12,13,24
**soreness** 162:3
163:2
**sorry** 6:22 7:17
72:24 105:2 151:7
179:17 187:1
196:17 197:18
**sort** 176:8 195:11

Phillip Koger

May 21, 2019

Koger, Phillip Vs. Carson, Greggory

[sound - stopped]

Page 28

| | | | |
|---|---|---|---|
| **sound** 96:8 | **spirit** 16:3 19:20 | 173:1,4,6 180:2 | **staying** 38:24 39:7 |
| **sounded** 187:3 | **split** 40:9 | 184:4 192:14 | **stays** 161:12,13 |
| **source** 71:24 | **sponsor** 123:25 | 197:3 198:17,23 | **stds** 195:13 |
| 72:16 | **sponsored** 122:10 | **stanfordlawfirm** | **stealing** 35:5 |
| **south** 17:5 46:18 | 122:17,21 128:23 | 2:7 | 65:25 66:1 |
| 47:5,12 80:18,18 | 129:7 135:14 | **start** 19:4,7 20:18 | **steel** 21:2 113:9 |
| 104:1 135:22 | **sponsorships** | 22:15 27:18 58:20 | **steele** 92:5,6 |
| **southeast** 17:6 | 135:5 | 59:6,7 60:2 69:1 | **stenotype** 200:7 |
| **spanish** 10:12 11:4 | **spot** 131:17 | 130:2,11,13 188:1 | **step** 121:24 133:22 |
| **speak** 33:23 44:25 | **sprague** 23:1,4,5 | 188:3,4 | 147:19 |
| **speaking** 188:18 | 25:15 | **started** 10:18,20 | **stephen** 1:8 2:13 |
| **special** 21:5 148:2 | **sprague's** 71:16 | 19:20 22:11 59:18 | 4:17 184:15 |
| 148:3,19 | **spread** 173:21,22 | 59:18,20 60:5 | **steps** 121:22 |
| **specialist** 140:11 | **springs** 12:18 | 68:14 69:5 70:9 | 133:11 |
| **specialty** 21:5,7 | 103:14,15 106:18 | 70:22 75:9 130:4 | **steroids** 142:7 |
| **specific** 59:13 | **spun** 102:3,22,23 | 130:8 134:16 | **stick** 109:15 |
| 147:3,9 161:6,17 | 103:9,10,10,12 | 167:12 | **stinnett** 29:18 |
| 181:5 | 104:3 | **starts** 101:20 | **stipulated** 50:7 |
| **spectrum** 133:6 | **squeezed** 149:21 | **state** 6:7 36:16 | **stipulations** 4:2 |
| **speed** 36:19 49:25 | **ss** 19:8 200:2 | 82:21 111:13 | 5:1 |
| 58:3,9 60:19 61:1 | **stabilizer** 168:15 | 117:7 127:19 | **stitched** 70:19 |
| 62:23 68:8,13 | **staff** 140:13 141:8 | 140:20 200:2,4 | **stitches** 112:7 |
| 69:4 75:12 76:10 | **stairs** 187:25 | **stated** 148:22,24 | 196:13,15,24 |
| 83:7,13,24 104:18 | **stand** 19:14 | 149:5,18 150:7 | **stole** 37:7 65:9 |
| 105:13 125:13 | **standifer** 96:5,6 | **statement** 55:10 | **stolen** 29:7,14 |
| 128:1 146:11 | **standing** 19:16 | 55:20 147:13,17 | 32:24 33:1 34:8 |
| 148:15 154:8 | **stanford** 2:4,5 8:7 | **statements** 150:14 | 35:3 69:16 |
| 155:18 164:7,8,12 | 10:4 33:21,25 | **states** 1:1 5:7 | **stop** 68:21 103:19 |
| 164:24 165:9,13 | 50:17 51:3,6,9,18 | 64:17 155:18 | 104:21 106:12,23 |
| 166:1 168:23 | 51:21 52:11 53:13 | 179:8 | 106:24 116:4 |
| 172:6 183:10 | 58:24 59:8 65:12 | **statewide** 177:11 | 134:23 149:7,8,16 |
| **speeds** 98:21 | 66:21 67:14,20 | 177:14,17 178:18 | 149:16,20 150:16 |
| 99:19 | 74:13 79:5 109:1 | 178:21 | 150:16 167:10 |
| **spell** 20:6 23:2 | 111:3 118:9,15 | **station** 69:23 97:1 | 187:17 192:17 |
| 29:19 33:18 40:20 | 120:10 126:11 | 97:4,12,20 | **stoplights** 100:18 |
| 40:21,23 44:6,16 | 143:9 144:1,24 | **status** 36:21 | 100:20 |
| 131:6,6 | 145:25 146:12,23 | **stay** 78:8,21 | **stopped** 34:12 |
| **spent** 11:17 72:18 | 147:19 151:22 | **stayed** 12:7 71:8,9 | 97:11 106:25 |
| **spike** 70:3,4 104:7 | 154:19 162:14 | 71:19 88:24 | 130:25 131:2 |
| 104:10,13 190:15 | 167:25 168:24 | 103:13 | 143:13,14 167:8 |
| 190:18 191:2 | 170:17,21 171:4 | | 167:19,21 187:16 |

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[stopping - tennessee]

Page 29

| | | | |
|---|---|---|---|
| **stopping** 97:4,13 | **summers** 193:23 | **take** 8:24 13:16,18 | **tattoos** 93:9 |
| **straight** 181:9 | 193:24 | 22:14 27:18 48:9 | 117:20,21 118:19 |
| 182:1 | **summit** 81:11,13 | 49:14,14 56:12 | 119:2,6,8 120:14 |
| **straightaway** | 81:24 | 66:13,19 68:4 | 120:15 152:3 |
| 81:15 | **super** 137:5,5 | 69:3,5 77:19 78:1 | **tax** 23:15,19,25 |
| **street** 2:5,10 3:5 | **supervision** 200:8 | 80:10 84:5,18 | 24:25 |
| 58:23 70:7 84:7 | **support** 25:12 | 86:13 122:6 | **team** 131:19,20 |
| 144:8 146:8 | 50:12 51:17 | 135:18 136:12,20 | 135:15 |
| 157:15 | **supposed** 163:15 | 139:8 170:1 177:4 | **technically** 52:8 |
| **strength** 189:8 | 163:16 175:8 | 197:6 | **teems** 16:21,23 |
| **strike** 79:3 161:4 | 180:1,4,10,12,13 | **taken** 1:17 4:19 | **teenager** 13:16 |
| 161:15 | 180:19 | 5:9 61:20 138:25 | **tell** 6:14 10:8 14:3 |
| **striking** 149:7 | **sure** 7:25 14:17 | 190:10 192:1 | 29:5 32:23 39:6 |
| **strips** 70:3,4 104:7 | 15:20 18:17 23:24 | 200:6,10 | 39:25 40:12 43:15 |
| 104:11,13 190:16 | 26:18 41:17 52:15 | **takes** 81:19 | 46:9,22 50:15 |
| 190:18 191:2 | 58:14 65:8 66:19 | **talk** 17:13 24:25 | 54:9,12 55:24,24 |
| **struck** 79:8,9 | 84:9 97:7 108:1,2 | 33:13 66:7 67:25 | 56:2 63:12 68:25 |
| **stuck** 11:9 107:16 | 112:10 138:18 | 67:25 83:23 | 92:16 99:18 102:1 |
| 115:10 | 195:19,19 | 120:10 139:3 | 102:2 104:20 |
| **study** 131:1 | **suspect** 102:6 | 161:9 162:2 | 116:15 119:8,10 |
| **stuff** 8:3 10:16 | **suspect's** 102:10 | **talked** 68:14 77:16 | 119:10 120:3,4 |
| 22:25 23:1 24:10 | **suspects** 157:3 | 120:14 | 121:15 122:19 |
| 55:8 130:19 | **suspended** 82:16 | **talking** 25:1 43:19 | 126:18 129:24 |
| 135:21 139:24 | 82:18,22 | 79:1 81:5,16 82:7 | 130:2 134:10,17 |
| 142:24 167:13 | **sustain** 154:12 | 102:14 105:23 | 138:5,9,16 144:21 |
| **submission** 130:17 | **swear** 8:16 | 147:7 160:7 166:1 | 144:21 145:22,23 |
| **submitted** 8:23 | **swell** 187:22 | 185:9 | 146:21 149:23 |
| **subsequent** 51:11 | **swells** 159:20 | **tall** 111:17 | 150:4,11,19 |
| **substantial** 200:14 | **swole** 139:9 | **tallan** 2:21 | 160:19 163:8 |
| **suburban** 35:10 | **swollen** 116:18 | **target** 87:15,18 | 173:23 185:16 |
| **successful** 114:11 | 138:23 160:6 | **tase** 114:11,15 | 186:4 187:22 |
| **suddenly** 99:22 | **sworn** 5:3 6:2 | **tased** 114:2,2,4,9 | **telling** 34:4 52:24 |
| **sued** 184:14 | 200:5 | 114:10 | 55:20 104:4 |
| **suffer** 169:20 | **system** 56:9 128:9 | **tasked** 177:24 | 172:21 |
| 191:13,23 | | **tattoo** 69:17,18,18 | **ten** 54:11 132:18 |
| **suffered** 141:15 | **t** | 69:19 79:1 88:2,4 | 184:2 |
| 168:21 191:18 | **t** 4:1,1,1 16:23 | 89:2,4 91:25 92:9 | **tendency** 200:14 |
| **suite** 2:16,21 3:5 | 20:9 29:20,20,20 | 92:19,21 93:7,11 | **tennessee** 2:6,11 |
| **summary** 36:9 | 44:9,9,23 92:7 | 93:15 119:11,13 | 2:22 15:9 17:6,6 |
| 148:3 | **table** 22:25 23:6 | 119:17,23 120:24 | 36:18 127:9,11,12 |
| | **tag** 96:12,13,16 | 121:3 151:10 | |

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[term - traveled]**

Page 30

| | | | |
|---|---|---|---|
| **term**  47:6 | 35:16 39:6 48:21 | 73:3,23 75:16 | 84:6 89:5 95:1 |
| **terry**  21:1 | 49:20 52:13 56:24 | 76:9 78:16 80:11 | 110:7 117:2,3,10 |
| **test**  74:3 | 61:1 65:3 69:2 | 87:16,21,25 88:8 | 137:1 138:12,21 |
| **testicle**  116:18 | 73:6 92:8 97:13 | 89:7 95:24,24 | 141:10 148:19 |
| 138:18,19 139:9 | 101:17,20 122:5 | 96:7 102:7,10 | 149:10,13 150:3 |
| 141:15 150:12 | 132:20 157:11 | 105:13 108:12 | 168:21 169:3,6,19 |
| 159:16 160:14 | 177:3 181:14 | 113:13 121:7 | 170:3 175:9,10,10 |
| **testicles**  149:21,22 | 183:19 184:2 | 128:2 132:11 | 185:20,21 186:8 |
| 150:18 158:25 | 197:22 | 134:17 135:10 | 186:12,17 189:1,2 |
| **testified**  27:3 72:3 | **thinks**  189:9 | 139:9 144:12 | **toms**  131:11,12,16 |
| 123:21 | **third**  39:23 94:12 | 148:21,23,25 | **tonya**  42:17,18,22 |
| **testimony**  27:6 | **thorough**  184:8 | 149:19,19 156:21 | **tools**  81:4,4 |
| 52:6 62:23 63:25 | **thought**  65:17 | 159:23 162:20 | **top**  131:18,20 |
| 91:22 94:25 100:6 | 83:19 167:13 | 164:23 167:12 | 135:15 |
| 110:18 144:17 | 168:18 | 171:22 172:23 | **torn**  162:8 |
| 191:16 200:5,6,8 | **thousand**  59:2 | 176:3 185:3 187:5 | **totally**  65:17 |
| **tests**  133:19 | 72:17 136:8 | 189:19 191:2,8,17 | **touch**  112:6 117:5 |
| **text**  91:25 92:16 | **thousands**  136:7 | **times**  94:20 | 117:12 |
| 92:18 | **three**  76:11 95:2 | 104:13 113:10 | **town**  131:15 |
| **texted**  92:2 | 103:21 104:1 | 119:2 129:14 | 132:12 135:21 |
| **thank**  129:2 | 121:20 124:15 | 142:1 148:14 | 164:21 |
| **thanks**  136:16 | 125:19 126:13 | 159:25 164:13 | **towns**  135:23 |
| 151:9 | 129:5,12,13 139:6 | 167:1 178:8,11,12 | **tracks**  98:4 101:9 |
| **theft**  29:2 32:21 | 139:8,13 140:9 | 181:21 190:20 | **traffic**  99:15 100:1 |
| 34:6 35:4 37:1 | 146:17,18 156:18 | 191:14,17 | 100:3,16,25 101:2 |
| **them's**  186:12 | 177:18,18 178:1,3 | **tina**  40:4,5,13 | **trafficking**  49:23 |
| **thereabouts**  63:1 | 178:4 183:9 | 41:11 42:10 | 55:14 |
| **thing**  13:17 67:14 | 184:13,24 190:21 | **tire**  70:6 | **tragedy**  79:2,3,7,8 |
| 70:6,21 75:1,2 | **threw**  38:11 | **title**  178:20 183:18 | 79:9 |
| 82:20 111:24 | **thrill**  74:18 | 183:21,21 | **train**  131:25 |
| 112:2 154:2 | **throw**  24:11 37:23 | **today**  7:1 9:9 52:6 | **trained**  130:23 |
| 157:11 167:12 | 108:14 109:2 | 53:9 141:14 | **training**  10:21 |
| **things**  117:22 | 115:11 116:1 | 144:17 152:14 | 95:14 133:18 |
| 118:17 130:22 | **thrown**  52:22 | 159:16,19 160:15 | **traits**  118:13 |
| 133:20 135:5 | 108:24 113:12 | 169:22 184:21 | **transcript**  53:6,8 |
| 142:8,23,23 150:7 | **tickets**  136:9 | 197:23 | 198:22 200:8,15 |
| 155:6 171:7 | **tidwell**  42:17,18 | **todd**  1:9 2:18 4:23 | 200:15,17 |
| 172:17 178:15,17 | **time**  16:7 20:21 | 189:23,23,25 | **transition**  155:20 |
| 196:4 | 23:9,18 33:16 | **toed**  113:9 | **trash**  34:22 |
| **think**  6:25 11:15 | 56:13,15 59:24 | **told**  37:8 43:14,17 | **traveled**  135:23 |
| 20:7 21:4 24:16 | 63:16 64:9 67:17 | 55:22 70:17 77:24 | |

Veritext Legal Solutions

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[treat - vs]**

Page 31

**treat** 168:14
**treatment** 116:19
    117:11 138:6
    139:3,11,12,17
    140:2,3 141:22
    142:2 167:19
    188:17,18
**treatments** 139:20
**trial** 61:23
**triangle** 105:4
**tried** 19:24 99:16
    102:23 103:20
    137:7
**trip** 140:5
**trooper** 111:13
**trophy** 136:16
**trouble** 175:17
    180:23,24
**truck** 30:11,12
    35:6,7,9 61:3 79:2
**true** 9:7,23 52:4
    52:10 67:10 150:9
    150:10 151:23
    200:8
**trunk** 149:22
**trust** 163:15,17
    164:6
**truth** 200:6
**truthfulness** 8:16
**try** 99:23 115:11
    172:11,14,15
**trying** 97:12 99:25
    101:17 102:22
    104:3 142:7,7
    173:24 189:8,10
**turn** 99:16,24
    101:8 102:7,11,18
    103:20 171:7
    196:9
**turned** 100:9,23
    102:13

**two** 6:25 12:7 19:8
    22:13 27:3 35:17
    40:23 44:2 55:23
    57:23 58:7,15
    61:17 64:18 72:21
    75:8,10,11 76:11
    79:1 86:22 87:4
    87:22 89:13 94:7
    107:23 129:16
    140:4,8,9,19
    146:13 154:25
    162:18,19,21
    164:24 190:12,21
    197:3
**type** 7:15 62:1
    194:13
**typed** 9:19 67:9
**typewritten** 200:7
**typically** 56:8
    73:16

**u**

**u** 23:3
**uh** 7:11,13,19,19
    27:23 64:23,25
    89:11 105:11,15
    123:12 151:6
    169:18 171:23
    172:9 173:11
    174:7,9,21 176:13
    176:18 178:7
    182:2,5
**ultimately** 47:23
    48:24
**ultrasound** 141:5
    141:5 158:1,3
**un** 42:7
**unconscious** 198:9
**underpass** 103:15
**understand** 7:9
    17:14 18:14,17
    36:22 40:7 42:24

50:23 55:7 62:5
    65:9 67:7 108:2
    183:12
**understanding**
    55:4 179:23 200:9
**unemployed** 15:18
    23:10
**uniform** 194:13
**uniforms** 194:6
**union** 15:23,25
    16:1
**united** 1:1 5:7
    179:8
**unpack** 70:20
**unrestrained**
    108:6 155:19
    159:8
**upper** 142:13
**ups** 182:8
**urologist** 140:13
    140:14,24 141:8
**usage** 75:4
**use** 73:12,12,22
    74:11 75:2 78:16
    82:5 84:8 95:18
    137:7,8 161:6
**user** 77:1 79:11
**uses** 157:15
**usually** 25:18 36:1

**v**

**v** 19:5,9,10
**valid** 82:13 85:20
    96:10
**validated** 151:21
**validates** 151:16
**validation** 4:21
**value** 93:15
**vehicle** 29:6,14
    32:24 33:1 34:8
    35:4 46:10,11
    52:20,22 58:2

62:17 64:24 84:17
    84:17 86:22 89:13
    99:18,20,20 102:6
    102:8,9,10 103:21
    104:20,24,24
    105:9 106:23,24
    106:25 107:1,7,18
    107:19 109:16
    157:22 191:6
**verbal** 109:11
**verbally** 7:21
**verify** 192:13
**versus** 124:15
    129:12 130:14,14
**victim** 172:20
**video** 108:20,21,23
    145:7,12 150:5
    185:5
**videos** 145:3,6,8
**vincent** 44:24
**violate** 177:16,19
    180:18
**violated** 177:20
**violations** 178:12
**violator** 177:12,14
    177:17 178:4,21
**violence** 39:22
    45:24
**virginia** 127:10
**visit** 141:2 180:17
**visited** 69:11
**voice** 107:15
    112:11
**voltage** 114:6
**vos** 16:4 19:3,4,18
    20:18 21:9 22:8,9
    22:12,18 24:13
    47:6,13
**vs** 1:7

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

[w - wreck]

Page 32

| w |
|---|
| w  2:21 23:15 |
| wage  24:19 |
| wages  23:15 |
| wait  78:10 137:22 |
| waiting  6:25 |
| waived  61:25 |
| wake  77:8 147:8 |
| waking  70:16 |
| 111:25 |
| wal  15:6,13 |
| walked  184:21 |
| 193:5,9 |
| walker  28:17 |
| wall  105:25 |
| walter  86:24 |
| want  7:9 11:16 |
| 27:21 33:25 41:14 |
| 50:21,23 63:12 |
| 65:21 67:14,20 |
| 68:25 78:20 83:23 |
| 97:18 122:19 |
| 155:5 180:16,17 |
| 180:18 189:18 |
| 190:6 197:5 |
| wanted  98:16 |
| 137:20 188:25 |
| 197:9 |
| wanting  13:17 |
| ward  46:15,16 |
| warrant  77:12,17 |
| 83:20 165:19,21 |
| warranted  112:2 |
| warrants  83:2,16 |
| 165:12 |
| watch  121:17,18 |
| 121:25 122:4 |
| 128:12 136:9 |
| 138:19,19 |
| watched  11:5 |
| 37:22 |

watkins  40:4,5
41:12 42:10
way  30:9 36:1
42:4 54:19 72:6
75:20 79:20 81:11
86:17 89:5 102:4
103:13 115:15,17
116:6 130:17
138:2,2 143:20
177:16
wayne  1:4 4:9,11
4:13,15,22 6:8
129:21 142:9
we've  36:8 59:9,10
63:18 117:8 143:3
143:5 197:22
weapons  124:19
wearing  108:5
weed  63:22,25
75:17,20,22,25
76:14 89:5 167:12
week  25:23,24
60:11,13 73:21
74:8,16 75:4,7
weekly  75:5,6,14
weeks  60:13 76:11
76:11 83:8
welding  20:24
21:3
went  9:18 19:25
20:3 21:12 28:22
52:23 58:12 67:8
68:8 69:11 70:3
72:10 78:25 79:1
80:13,14 84:16,20
85:23,24 87:1,2
88:25 91:7,8
94:21 97:23 98:3
98:4,4 101:15
102:4 104:10
105:19 107:19

109:20 122:13
131:15 132:8,11
132:12,16 140:18
141:19 142:23
143:18 156:20,20
160:11 181:9,13
186:21,22
wesley  44:24 45:6
west  2:5
wfa  195:9
whip  69:24 95:23
whipped  46:23
47:2,19 97:20
white  98:7 140:21
140:21 183:13
194:17
whitfield  83:2,6,8
83:12,13,21,24
165:1,12 166:2
williams  2:20
win  135:1
window  70:11
108:9,14,16,21,25
109:3,15,22 110:4
110:8 115:3,4,12
115:14,17 116:1,3
116:5 155:20,24
156:2,3,6,7,10,12
156:14 187:12
windshield  114:20
155:19
wings  135:9
wisconsin  16:4
19:13
withdrew  50:19
witness  41:19
51:22 58:25 65:13
72:25 74:14 109:2
118:10,16 126:12
144:2,25 146:13
151:23 170:24

173:3 180:3 200:6
witnessed  40:2
166:15
woke  112:1,4
113:21 116:7,13
116:24 117:15
137:5 145:17,18
wolf  172:7
woman  112:14
166:13
woman's  82:9
112:11
women  164:20
wondered  63:22
wood  2:10
words  18:14 69:1
176:7
work  15:5 19:21
19:24 21:9,22
22:2 25:17 26:3
140:20 189:12
worked  11:5 16:5
19:25 21:1,2
22:12 26:5,24
27:2,6 128:19
131:15,17 132:12
169:25
worker  15:22
19:22
working  19:1,20
20:18,24 26:14
47:6,13 131:14
176:2
worse  74:11 175:5
worth  93:13
wound  196:20
wounds  195:21
196:4
wreck  30:23
105:17 114:22,24
154:5,6 166:11

Phillip Koger
Koger, Phillip Vs. Carson, Greggory

May 21, 2019

**[wrecked - zyprexa]**

Page 33

| | | |
|---|---|---|
| **wrecked** 105:13 | 90:6,8,10,16,19,21 | 130:6,10 133:14 |
| 105:18 106:22 | 91:2 94:11,17 | 133:16,18 162:18 |
| 154:11 | 97:10,25 100:5 | 162:19,22 169:19 |
| **wrestling** 130:5,5 | 101:13 102:16,25 | 188:14 193:24 |
| **wring** 122:6 | 103:4,9 105:1,17 | **yelling** 150:15 |
| **wrist** 118:24 | 110:9,14 112:12 | 168:11 |
| **write** 9:11 18:12 | 112:14,17 113:5 | **young** 38:23 |
| 151:11 152:4 | 113:14 115:19,21 | 140:21,23 166:11 |
| **writes** 99:17 102:2 | 116:5 117:16 | **younger** 74:15 |
| **written** 18:14 | 118:1 120:18 | |
| 148:2 | 124:10,20 129:10 | **z** |
| **wrong** 68:2 143:19 | 133:22 137:12 | **zero** 40:14 129:4 |
| 143:19,21 163:18 | 138:23 141:3,5 | **ziploc** 64:11,12,13 |
| 163:19 164:23,23 | 142:22 144:6 | **zyprexa** 169:24 |
| **wrote** 150:3 151:9 | 145:13 149:2,4 | 188:25 |
| **wynne** 20:13 | 152:22 156:19 | |
| | 157:1 158:6,18 | |
| **x** | 159:8 160:6 | |
| **x** 41:1,2 142:4,10 | 161:14 162:9,11 | |
| 142:11,15 153:22 | 163:3,23 165:9,11 | |
| 153:24 160:25 | 166:8,12,23 167:7 | |
| **xanax** 76:6,7,10 | 167:16 171:15 | |
| 76:14 | 172:25 175:3 | |
| | 176:5 181:17,24 | |
| **y** | 182:12 183:8,21 | |
| **y** 40:24 44:7 | 186:11 187:6 | |
| 166:24 | 194:7 | |
| **y'all** 78:22 | **year** 10:22 12:3 | |
| **yankee** 14:8 | 17:25 18:2 20:15 | |
| **yard** 103:25 | 20:21 25:9 36:24 | |
| **ye** 51:3 | 41:18,18 60:14 | |
| **yeah** 8:3,5 17:7 | 75:8 85:11 126:4 | |
| 19:24 22:15 24:18 | 129:16 132:18 | |
| 25:7 27:5,8 42:11 | 167:2 | |
| 42:21 43:14 49:18 | **years** 6:12 10:17 | |
| 52:21 54:21 57:19 | 12:14,16 15:16,20 | |
| 63:7 64:5,13 | 22:13 40:9 41:8 | |
| 65:20 72:9 73:8 | 41:13,13 42:20 | |
| 75:13,15,17 76:18 | 43:4,5 44:21 | |
| 76:21 77:18,24 | 54:11,14,23 55:6 | |
| 79:23 80:2 82:12 | 75:8,10,11 77:15 | |
| 84:14 88:12 90:4 | | |

Georgia Code

Title 9, Chapter 11

Article 5, Section 9-11-30

(e) Review by witness; changes; signing.

If requested by the deponent or a party before

completion of the deposition, the deponent shall

have 30 days after being notified by the officer

that the transcript or recording is available in

which to review the transcript or recording and, if

there are changes in form or substance, to sign a

statement reciting such changes and the reasons

given by the deponent for making them. The officer

shall indicate in the certificate prescribed by

paragraph (1) of subsection (f) of this Code

section whether any review was requested and, if

so, shall append any changes made by the deponent

during the period allowed. If the deposition is not

reviewed and signed by the witness within 30 days

of its submission to him or her, the officer shall

sign it and state on the record that the deposition

was not reviewed and signed by the deponent within

30 days. The deposition may then be used as fully

as though signed unless, on a motion to suppress

under paragraph (4) of subsection (d) of Code

Section 9-11-32, the court holds that the reasons given for the refusal to sign require rejection of the deposition in whole or in part.

DISCLAIMER:  THE FOREGOING CIVIL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF APRIL 1, 2019.  PLEASE REFER TO THE APPLICABLE STATE RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.