# EXHIBIT I

Dashcam Footage of Todd Cook

**Manually Filed with Clerk.**