001

From:                                        03/09/2017 03:24    #776 P.00

# CORNERSTONE
## Medical Center
100 Gross Crescent Circle, Fort Oglethorpe, Georgia 30742

MR3A:
VRE:                                                                    Advance Directive:

### REGISTRATION ADMISSION

PATIENT ACCOUNT NUMBER:                                      MEDICAL RECORD N
0187729                                                      000664568

PATIENT (Name, Address, Phone)            BIRTH DATE   AGE   SEX   RACE   REL   SOCIAL SECURITY NO   PRIMARY LA
KOGER PHILLIP WAYNE JR                    1984    32    M     W                                       B

RINGGOLD         GA                  MAR STATUS   ETHNICITY   RELIGION   ADMITTED BY                   HIPAA
                 307367908               S          N         11        LAM
COUNTY: CATOOSA
PHONE: (706)218-1663                 ADMISSION DATE & TIME   DISCHARGE DATE & TIME   SERVICE   ROOM
                                         03/09/17   04:38                          EMR           /

PATIENT EMPLOYER (Name, Address, Phone, Occ)   EMERGENCY CONTACT (Name, Address, Phone, Rel)   EMERGENCY CONTACT 2 (Name, Address, Phone
GAYLOR ELECTRIC                           KOGER RUTH

                                          ROSSVILLE        GA
                                                           30741
PHONE:                                    PHONE: (706)858-7909          PHONE:
OCC:                                      REL: GRANDSON OR GRANDDAU     REL:

GUARANTOR (Name, Address, Phone, Rel)     GUARANTOR EMPLOYER (Name, Address, Phone)   ATTENDING PHYSICIAN (No. & Name)
KOGER PHILLIP WAYNE JR                                                                PRESTON MICHAEL        62

RINGGOLD         GA                                                    ADMITTING PHYSICIAN (No. & Name)
                 307367908                                             62
PHONE: (706)218-1663                 PHONE:
REL: SELF                                                              REFERRING PHYSICIAN (No. & Name)
                                                                       0

                                                                      PRIMARY CARE PHYSICIAN (No. & Name)
                                                                       0

PRIMARY INSURANCE                         SECONDARY INSURANCE          TERTIARY INSURANCE

PHONE:                                    PHONE:                        PHONE:

POLICY#:                                  POLICY#:                      POLICY#:
GROUP #:                                  GROUP #:                      GROUP #:
AUTH#:                                    AUTH#:                        AUTH#:

DOB:                                      DOB:                          DOB:
REL:                                      REL:                          REL:

CHIEF COMPLAINT / ADMITTING DIAGNOSIS

COMMENTS

03/09/17    03:10

                                                                                      HM1000

filing fees, court costs, process service fees, alias summons and costs associated with post judgment proceedings including but not limited to post... ...rest and garnishment and execution fees. If my account is turned over to a collection agency I agree to pay the costs of collection in addition to the balance...

I assign to Erlanger Health System all benefits due me for treatment and/or hospitalization under an applicable policy of insurance. I understand that ... System will file the initial health insurance claim for services provided as a courtesy and that it is my responsibility to provide accurate and complete ... policy information including any specific requirements applicable to my policy. Failure to provide accurate information, misleading information or non-com... ...roviding necessary information to accurately process the claim will result in the patient being billed directly and being financially liable.

I understand that while Erlanger Health System will assist me in attempting to obtain payment from my health plan by providing bill and other in... ...sted by the plan, I am financially responsible for payment for services rendered by Erlanger Health System.

- I have received a written copy of my patient bill of rights and notice of privacy practices. ☐ Yes ☐ No
  *(For Medicare Patient)* In the event I am admitted to the Hospital, I will be provided with a copy of the "Important Letter to Medicare Patien...
- I have received a copy of the Plain Language Summary of Erlanger's Financial Assistance Policy, and I have been verbally advised about Erlan... Assistance Policy. ☐ Yes ☐ No
- I consent to my name being listed in the Hospital directory for this visit. ☐ Yes ☐ No
  *A choice of No means the Hospital information desk will not acknowledge your presence as a patient, except as required by law, to anyone wishing to ... addition, all flowers will be returned to the florist, undeliverable.*
- I consent to my name being provided to clergy. ☐ Yes ☐ No

**7.    Weapons/Explosives/Drugs**
I understand and agree that if the Hospital at any time believes there may be a weapon, explosive devices, illegal substance or drug, or any alcohol... ...y room or with my belongings, the Hospital may search my room and my belongings, confiscate any of the above items that are found, and dispose of them a... ...cluding delivery of any item to law enforcement authorities.

**8.    Social Security and Other Benefits**
I have applied, or intend to apply, for benefits under all Titles of the Social Security Act for which I may be eligible (e.g., Titles II, XVI, XVIII, XIX)... ...y other benefits that may be available to me.

**9.    Appointment of Authorized Representative**
I appoint the Hospital to act as my Authorized Representative in connection with my claim and/or other asserted right under my health benef... ...rize the Hospital to make any request; to present or to elicit evidence; to obtain appeals information; and to receive any notice in connection with my appe... ...y stead. I understand that personal medical information related to my appeal may be disclosed to the authorized representative per my signature below. I als... ...rize the Hospital to act as my agent in order to obtain any authorizations and/or precertifications that may be required under my health benefit plan.

**10.   Elopement**
By signing this form I acknowledge that, if I leave the patient care setting for more than two (2) hours, regardless of whether it is authorized by the Hos... ...rsonnel or medical team, and after a reasonable search you are unable to locate me, my departure shall be considered an elopement. The Hospital, its staff, ...medical team will consider my elopement to mean I have discharged myself against medical advice, and my patient room shall be considered available for o... ...need of admission. The patient care setting shall include any area inside or outside that is on Hospital property. The patient care setting shall include all a... ...ospital building. If I should return after having been gone more than two (2) hours I will be sent to the Emergency Room and treated as a new patient.

**11.   Education & Research**
I understand and agree that the Hospital participates in educational and research activities. Unless required/permitted by law or for the internal us... ...ral, it is the policy of the Hospital to obtain the approval of its Administration before agreeing to any external request, disclosure or use of any de-identified h... ...n from any person or entity who is not a health care professional, in training for or student of a health care profession/career or an instructor in a health care ... ...itution. When the person or entity is not a health care professional, in training for or student of a health care profession/career or an instructor in a health care ... ...itution, the Hospital Administration agrees to obtain written authorization from me or my authorized representative, but only if the Administration dee... ...rization necessary to preserve my dignity. Any medical information used or disclosed outside of the Hospital for the education and training of health care p... ...cluding students, residents, and instructors (such as presenting a case-study required by their health care profession educational institution), must be de-id... ...uld be presented with my dignity in mind, even if I become incapacitated or deceased.

I hereby certify and state that I have read, and that I fully and completely understand this Conditions of Admission and Authorization for Medica... ...d that I have signed this Conditions of Admission and Authorization for Medical Treatment knowingly, freely, and voluntarily. I also hereby certify that all of... ...I have provided on this form is true and correct. I hereby represent that I have legal authority to give consent for the treatment of my minor child or the min... ...custody, and the consent of no other person is required by agreement, court order or otherwise for such treatment. Moreover, I certify and state that I have... ...omises, assurances, or guarantees from anyone as to the results that may be obtained by any medical treatment or services. I understand that I am personally r... ...ayment for any and all items or services not covered by insurance or other third party.

**Recurring Accounts Only:**          Effective Dates _____          to _____

Patient's Initials _____

PH WH _____          3/9/17 _____          Patient's Representative, if Patient is Unable to Sign/Rel... ...ent*
    Patient Signature              Date

_____          3/9/17 _____          *Address (Street, City, Zip)
   Witness (to Signature Only)        Date

2nd Witness Required with Verbal Authorization          Date

**CONDITIONS OF ADMISSION AND
AUTHORIZATION FOR MEDICAL TREATMENT**

❀**erlanger**          Page 2 of 2    25131 (Rev. 11/08/16)

PATIENT IDENTIFICATION

**KOGER ,PHILLIP WAYNE**
01171273
                    **000120-246-350**
'1984
ADM: 03/09/17   M    32   Y
EMCARE, PHYSICIA

### Legal Relationship Between Hospital and Physician

I am under the care and supervision of my attending physician and it is the responsibility of the Hospital and its staff to carry out the instructions of my physician. It is my physician's responsibility to obtain my informed consent, when required, for medical or surgical treatment, special diagnostic or therapeutic procedures, or hospital services rendered to me under general and special instructions of my physician. I understand that there will be a separate charge for professional services, such as physician services. I understand that the Hospital does bill for some professional fees; otherwise, the professional fees will not be included in the Hospital's bill and I will receive a separate bill. My physician may or may not be an employee of the Hospital, and the Hospital is not responsible for the acts or omissions of any physicians not employed by the Hospital.

**1.  Consent for Emergency Treatment**

I believe that I am suffering from an emergency medical condition. I know this condition entitles me to an appropriate medical screening and treatment necessary to stabilize my condition under applicable state and federal law. I therefore authorize the Hospital to provide an appropriate medical screening evaluation and treatment, to be performed by or under the supervision of a physician or his/her aide. It has been explained to me the diagnostic and treatment procedure to which my emergency medical condition legally entitles me is limited and will include a medical screening examination in compliance with applicable state and federal law. It may be necessary for me to select another physician and obtain from him/her a complete diagnosis of my condition and such continued treatment as he/she may prescribe.

NOT APPLICABLE_____ CONSENT_____ REFUSE_____  *(Initial One)*

**2.  Consent to Medical and Surgical Procedures**

I, the undersigned, consent to the procedures which may be performed during this hospitalization or on an outpatient basis, including emergency treatment or services, and which may include but are not limited to laboratory procedures, x-ray examination, diagnostic procedures, medical, nursing or surgical treatment or procedures, anesthesia, or hospital services rendered to me under the general and special instructions of my physician. This consent includes testing for blood-borne infectious diseases, including but not limited to hepatitis, Acquired Immune Deficiency Syndrome (AIDS), and Human Immunodeficiency Virus (HIV), if a physician orders such test(s) for diagnostic purposes.

*Please initial:* Agree_____ Disagree_____ to blood-borne infectious disease testing.

I understand and acknowledge that the Hospital utilizes video monitoring for security purposes as well as for the diagnosis, care and treatment of patients and that such video monitoring occurs in both public and non-public areas of the Hospital to include direct care areas and patient rooms. By signing below, I understand, acknowledge and agree that I have no expectation of privacy in such areas of the Hospital and that the Hospital is not, in any way, liable as to any demands, causes of actions and suits, including but not limited to claims for invasion of privacy, unreasonable search and seizure, defamation, breach of contract or any other breach of duty arising out of or in connection with such video monitoring.

**3.  Assignment of Benefits**

This assignment of benefits allows the Hospital and/or hospital-based physician(s) to be paid directly by my health insurance carrier or other health benefit plan for the services the Hospital and/or hospital-based physician(s) provides to me, my minor child, or other person entitled to health care benefits for this admission. In return for the services rendered and to be rendered by the Hospital and/or hospital-based physician(s), I hereby irrevocably assign and transfer to the Hospital and/or hospital-based physician(s) all rights, title, and interest in all benefits payable for the health care rendered, which are provided in any and all insurance policies and health benefit plans from which my dependents or I are entitled to recover. This assignment and transfer shall be for the purpose of granting the Hospital and/or hospital-based physician(s) an independent right of recovery against my insurer or health benefit plan, but shall not be construed as an obligation of the Hospital and/or hospital-based physician(s) to pursue any such right of recovery. In no event will the Hospital and/or hospital-based physician(s) retain benefits in excess of the amount owed to the Hospital and/or hospital-based physician(s) for the care and treatment rendered during this admission. I understand that I may receive treatment from hospital-based physicians who do not have a current contract with my insurer (sometimes called "nonparticipating" physicians) and that I may receive a separate bill from such physician(s) for the amount not paid by my insurer. I certify that the insurance information I have provided to the Hospital is accurate in every respect and, as such, I hereby agree to be and remain financially responsible for any and all charges relating to the services provided in the instance that such insurance information I provided is not accurate.

**4.  Medicare Patient Certification**

I certify that the information given by me in applying for payment under Title XVIII or Title XIX of the Social Security Act is correct. I authorize any holder of medical or other information about me to release to the Social Security Administration or its intermediaries or carriers any information needed for this or a related Medicare claim. I permit a copy of the authorization to be used in place of the original and request payment of authorized benefits to be made on my behalf. I understand that self-administered medications are not covered by Medicare and that I will be responsible for payment of charges relating to all self-administered medications.

**5.  Personal Valuables**

I accept full responsibility for any personal articles that I take to my bedside or treatment area. I understand that the Hospital maintains a safe for the safekeeping of money and valuables, and the Hospital shall not be liable for the loss or damage to any money, jewelry, documents, furs, fur coats and fur garments or other articles of unusual value and small size, unless placed therein; and shall not be liable for loss or damage to any other personal property, unless deposited with the Hospital for safekeeping.

**6.  Acknowledgements of Financial Responsibility**

In consideration of the services to be rendered to the patient, the undersigned (as parent, guardian, spouse, guarantor, agent or as the patient) individually promises to pay the account of the Hospital in accordance with the Hospital's Charge Master and terms of the Hospital. In the event any overpayment is received by the Hospital for this period of hospitalization, the undersigned authorize(s) application of the overpayment to any unpaid balance for which patient is responsible.

I agree to pay Erlanger Health System for any and all services rendered and expenses incurred by the patient. I, as the responsible person on this account, understand that bills are payable in full upon rendering of treatment. Bills for inpatient services are payable at discharge from the hospital.

I hereby consent and instruct that the Hospital can obtain my credit report at its sole discretion at any time and at its own expense and that the hospital may only provide such report to a third party for the sole purpose of aiding in collection evaluation and efforts on behalf of the Hospital. If my account is not paid in full within 30 days of the initial bill being sent to the last address I provided the Hospital and the Hospital has not confirmed in writing that Hospital has agreed to an acceptable payment plan, my account may be turned over for collection at Hospital's option. If my account is turned over to an attorney for collection, I agree to pay 33 1/3% of the balance for attorneys' fees regardless of whether filing a lawsuit is necessary to collect the balance. In addition to paying all costs incurred in filing the suit including but not limited to

*Additional sections on back are in...* *...ference herein.*

---

## CONDITIONS OF ADMISSION AND
## AUTHORIZATION FOR MEDICAL TREATMENT

 **erlanger**

Page 1 of 2     25131 (Rev. 11/08/16)

KOGER ,PHILLIP WAYNE
01171273          000120-246-350
'1984          M          32  Y
ADM: 03/09/17
EMCARE, PHYSICIA

CA8700



```
******AUTO**MIXED AADC 300
842 2 MB 0.423                    000842
THE STANFORD LAW FIRM PLLC
909 HILLSBORO BLVD
MANCHESTER, TN  37355-2025        6pgs
```

# ATTENTION
## Confidential Information enclosed.
## To be viewed by authorized persons only.

# If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2). The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR § 2.31). The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.



| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | ERLANGER MEDICAL CENTER<br>P. C. BOX 670<br>CHATTANOOGA, TN<br>423 778-5150<br>FEI # 62-6000101 | | | PAGE NO.<br>1 |
|---|---|---|---|---|---|---|---|
| CYCLE | 03/14/17 | | | | 37401 | | |
| OUTP. | | | | | | | HOSP.NO.<br>152702 |

| S E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|
| KOGER ,PHILLIP WAYNE | | 120246350 | M | 32 | 03/09/17 | | |
| GUAR PH: (706)218-1663 | | | | | | | |

| GUARANTOR NAME AND ADDRESS | PHILLIP WAYNE KOGER<br><br>RINGGOLD GA 30736 | CODE | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|---|
| | | 1 | SELF PAY | | |
| | | | SMITH, BENJAMIN C III MD | | |

| | | | | | AMOUNT OF PAYMENT | 0 |
|---|---|---|---|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES / SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | |
| 03/09/17 | 32076879 001<br>BCCSTRIX SYR 0.5 ML | 74.00 | | | | | 74.00 |
| 03/09/17 | 34900860 100<br>OMNIPAQUE 300 50 ML | 500.00 | | | | | 500.00 |
| 03/09/17 | 36501088 001<br>HCT ISTAT | 72.00 | | | | | 72.00 |
| 03/09/17 | 36501146 001<br>BASIC METABOLIC PANEL | 245.00 | | | | | 245.00 |
| 03/09/17 | 34100099 001<br>CHEST,AP/PA | 254.00 | | | | | 254.00 |
| 03/09/17 | 34100479 001<br>PELVIS 1 OR 2 VIEWS | 314.00 | | | | | 314.00 |
| 03/09/17 | 34101246 001<br>KNEE,3 VIEWS | 319.00 | | | | | 319.00 |
| 03/09/17 | 34103416 001<br>HIP UNI 2-3 VWS W/ AP | 200.00 | | | | | 200.00 |
| 03/09/17 | 34900308 001<br>THORAX,CT,W/CONTRAST | 2603.00 | | | | | 2603.00 |
| 03/09/17 | 34905240 001<br>CT ABD PELVIS W CONTR | 4290.00 | | | | | 4290.00 |
| 03/09/17 | 36000115 001<br>BLOOD GAS SAMPLING AR | 89.00 | | | | | 89.00 |
| 03/09/17 | 36501005 001<br>BLOOD GAS ANALYSIS | 175.00 | | | | | 175.00 |
| 03/09/17 | 26500066 001<br>TRAUMA ACTVION III W/ | 6325.00 | | | | | 6325.00 |
| 03/09/17 | 53062717 001<br>HYDRATN INFUSN INIT 3 | 372.00 | | | | | 372.00 |
| 03/09/17 | 53062725 001<br>HYDRATN INFUSN EA ADD | 209.00 | | | | | 209.00 |
| 03/09/17 | 53063616 001<br>EMERGENCY CARE IV-INT | 1454.00 | | | | | 1454.00 |
| | BALANCE FORWARD | 0.00 | | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | ERLANGER MEDICAL CENTER | PAGE NO. |
|---|---|---|---|---|---|
| CYCLE | 03/14/17 | | A | P. C. BOX 670 CHATTANOOGA, TN                    37401 | 2 |
| OUTP. | | | | 423 778-0150 FEI # 62-6000101 | HOSP.NO. 152702 |

| S | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | KOGER , PHILLIP WAYNE | 120246350 | M | 32 | 03/09/17 | | |

GUAR PH:  (706) 218-1663

| GUARANTOR NAME AND ADDRESS | PHILLIP WAYNE KOGER<br><br>RINGGOLD GA 30736 |
|---|---|

| CODE | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|
| 1 | SELF PAY | | |
| | | | |
| | SMITH, BENJAMIN C III MD | | |

AMOUNT OF PAYMENT     0

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | PHARMACY | | 574.00 | | | | | 574.00 |
| | LAB | | 317.00 | | | | | 317.00 |
| | RADIOLOGY | | 1087.00 | | | | | 1087.00 |
| | CT SCAN | | 6893.00 | | | | | 6893.00 |
| | RESP. THERAPY | | 264.00 | | | | | 264.00 |
| | EMERGENCY ROOM | | 8360.00 | | | | | 8360.00 |
| | | | | | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 17495.00 | | | | | 17495.00 |

GUAR RELATIONSHIP:  S          SEX:  M      GUAR NO:  258521000
ACC DATE:  03/09/17     TYPE:  A     TIME:   1:30 AM     PLACE: 1     EMPL REL: N

| T O T A L S | | 17495.00 | | | | | 17495.00 |
|---|---|---|---|---|---|---|---|

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 17495.00 |
|---|---|---|---|---|
| 120246350 | | | | |

ERLANGER MEDICAL CENTER
CHATTANOOGA, TN

007



```
*******AUTO**MIXED ADC 300
416 7 MB 2.010                    000416
THE STANFORD LAW FIRM PLLC
CHRISTOPHER R STANFORD
909 HILLSBORO BLVD
MANCHESTER, TN  37355-2025

                                 40pgs
```

# ATTENTION
## Confidential Information enclosed.
## To be viewed by authorized persons only.

# If you have questions regarding any information you have requested, please call the phone number on the enclosed invoice.

This information has been disclosed to you from records that may be protected by federal confidentiality rules (42 CFR part 2).  The federal rules prohibit you from making any further disclosure of information in this record that identifies a patient as having or having had a substance use disorder either directly, by reference to publicly available information, or through verification of such identification by another person unless further disclosure is expressly permitted by written consent of the individual whose information is being disclosed or as otherwise permitted by 42 CFR part 2.  A general authorization for the release of medical or other information is NOT sufficient for this purpose (see 42 CFR § 2.31).  The federal rules restrict any use of the information to investigate or prosecute with regard to a crime any patient with a substance use disorder, except as provided at 42 CFR §§ 2.12(c)(5) and 2.65.

If the enclosed record pertains to HIV/AIDS, it has been disclosed to you from records whose confidentiality is protected by federal and, perhaps, state law, which prohibits you from making any further disclosure of such information without the specific consent of the person to whom such information pertains or as otherwise permitted by state law. A general authorization for this release of health or other information is not sufficient for this purpose.

This is confidential and privileged information. If it contains mental health information, it is for professional use only.



185624724

# THE STANFORD LAW FIRM, PLLC

909 HILLSBORO BOULEVARD
MANCHESTER, TENNESSEE 37355
www.stanfordmlaw.com

5/8

CHRISTOPHER R. STANFORD                        TELEPHONE: (931) 954-5577
CHRISTINA S. STANFORD                          FACSIMILE: (931) 954-5599

## Wednesday, October 18, 2017

*Via Facsimile*

Erlanger Baroness Campus
975 East 3rd Street
Chattanooga, TN 37403
423-778-4157

Re:  Phillip Wayne Koger        PT
     D.O.B.          1984

To Whom It May Concern:

Enclosed with this letter you will find a medical records release for a patient, Phillip Wayne Koger, who was seen at your facility during March 9-10, 2017. Please forward all medical records and billing statements on file for Mr. Koger along with an invoice reflecting the costs of reproduction to our office at your earliest convenience. If prepayment for record reproduction is required please contact our office and indicate the same as soon as possible.

Thank you for your assistance with this matter and please do not hesitate to contact me with questions or comments.

Very truly yours,

THE STANFORD LAW FIRM, PLLC

By: *Christopher R. Stanford*
    Christopher R. Stanford

117/273
3/09/17                        170052040

                               RECEIVED OCT 2 5 2017
                               008

                                                        008

009

CORNERSTONE

**Medical Center**

MRSA:
VRE:

100 Gross Crescent Circle, Fort Oglethorpe,   Georgia  30742

Advance Directive:  N

| PATIENT ACCOUNT NO. | | MEDICAL RECORD NO. |
|---|---|---|
| 0187729 | | 000684568 |

**REGISTRATION ADMISSION**

| PATIENT (Name, Address, Phone) | BIRTH DATE | AGE | SEX | RACE | REL | SOCIAL SECURITY NO. | PRIMARY LANGUAGE |
|---|---|---|---|---|---|---|---|
| KOGER PHILLIP WAYNE JR | , 1984 | 32 | M | W | N | | E |

RINGGOLD          GA
307367908

| | MAR STATUS | ETHNICITY | FC | ADMITTED BY | | HIPAA | | |
|---|---|---|---|---|---|---|---|---|
| | N | N | 04 | RPN | N | N | N | N |

COUNTY: CATOOSA
PHONE: (706)218-1663

| | ADMISSION DATE & TIME | DISCHARGE DATE & TIME | SERVICE | ROOM / BED NO. |
|---|---|---|---|---|
| | 03/09/17    00:24 | 03/09/17    07:15 | EMR | / |

| PATIENT EMPLOYER (Name, Address/Phone/Occ) | EMERGENCY CONTACT 1 (Name, Address, Phone, Rel) | EMERGENCY CONTACT 2 (Name, Address, Phone, Rel) |
|---|---|---|
| UNEMPLOYED | KOGER RUTH | |
| | ROSSVILLE          GA | |
| | 30741 | |
| PHONE: | PHONE: (706)858-7909 | PHONE: |
| OCC: | REL: GRANDFATHER OR GRAND | REL: |

| GUARANTOR (Name, Address, Phone, Rel) | GUARANTOR EMPLOYER (Name, Address, Phone) | ATTENDING PHYSICIAN (Name, Number) |
|---|---|---|
| POLICE DEPT CITY FT OGLET | | PRESTON MICHAEL         623 |
| 900 CITY HALL DRIVE | | ADMITTING PHYSICIAN (Name, Number) |
| FORT OGLETHORPE    GA | | PRESTON MICHAEL         623 |
| 30742 | | REFERRING PHYSICIAN (Name, Number) |
| PHONE: (800)532-7706 | PHONE: | 0 |
| REL: OTHER RELATIONSHIP | | PRIMARY CARE PHYSICIAN (Name, Number) |
| | | NONE                   0 |

| PRIMARY INSURANCE | SECONDARY INSURANCE | TERTIARY INSURANCE |
|---|---|---|
| FORT OGLETHORPE POLICE | | |
| 500 CITY HALL DRIVE | | |
| FORT OGLETHORPE    GA | | |
| 307420000 | | |
| PHONE: (706)866-2512 | PHONE: | PHONE: |
| POLICY#: 258551000 | POLICY#: | POLICY#: |
| GROUP #: | GROUP #: | GROUP #: |
| AUTH#: | AUTH#: | AUTH#: |
| KOGER PHILLIP WAYNE JR | | |
| DOB:        1984 | DOB: | DOB: |
| REL: SELF | REL: | REL: |

| CHIEF COMPLAINT / ADMITTING DIAGNOSIS | | |
|---|---|---|
| ACUTE PAIN DUE TO TRAUMA | | G8911 |

| COMMENTS |
|---|
| NO CD AVAILABLE |

10/24/17      17:14

HM1000/022114

** 00010187729 HM1000      ADMISSIONS      03/09/17 000684568 KOGER PHILLIP WAYNE JR

Nurse's Notes
Emergency Department of Hutcheson Medical Center
Name: Phillip Koger Jr
Age: 32 years
Sex: Male
DOB:          /1984
MRN: 684568
Arrival Date: 03/09/2017
Time: 00:24
Account #: 187729
Bed9
Private MD:
Diagnosis: Closed Head Trauma, non-focal exam; Multiple Facial fractures; Left testicular
    trauma; Facial Laceration

Presentation:
03/09
01:00 Presenting complaint: law enforcement states he was in a high speed chase,
cjw
        unrestrained, broken windshield, and broke side window with his head. .
        Transition of
        care: patient was not received from another setting of care. Care prior to
        arrival:
        None.
01:00 Method Of Arrival: Police: Fort Oglethorpe                        cjw
01:00 Acuity: 3-Urgent                                          cjw

Triage Assessment:
01:03 General: Appears uncomfortable, Behavior is crying. Pain: Complains of pain in
chest,  cjw
        pelvis, right arm, left arm, posterior chest, back of left leg, back of right leg,
        back, face and scalp. Pain currently is 10 out of 10 on a pain scale.

Historical:
- Allergies:
01:02 No known drug Allergies;                                  cjw
- Home Meds:
01:02 None;                                             cjw
- PMHx:
01:02 fractured bones in mvc;                                   cjw
- PSHx:
01:02 right leg;                                        cjw

- Received names of patients medications from: : verbally from patient.
- Immunization history: Last tetanus immunization: unknown.

*Legally authenticated by PRESTON MICHAEL 2017-03-10 07:13:01*

- Social history: Smoking status: Patient uses tobacco products, smokes one pack
  cigarettes per day. Patient uses alcohol street drugs, methamphetamine, marijuana.
- Private Physician:: No PCP.
- : Abuse screen: Denies threats or abuse. No signs of abuse noted. Fall Risk: None
  identified. Tuberculosis screening: No symptoms or risk factors identified. No recent
  travel per patient.

Screening:
01:06 Nutritional screening: No deficits noted.                                        cjw

Assessment:
01:04 Neuro: Level of Consciousness is awake, alert, Oriented to person, place, time,
event. cjw
            General: Appears distressed, uncomfortable, Behavior is crying. EENT: Nares
            with
            bleeding noted. Cardiovascular: Capillary refill < 3 seconds. Respiratory:
            Airway is
            patent. Respiratory effort is even, unlabored. Derm: Skin is normal, Bruising
            that is
            bright red, on back and chest. Pain: Complains of pain in scalp and face and
            back and
            back of right leg and back of left leg and posterior chest and left arm and
            right arm
            and pelvis and chest. Pain currently is 10 out of 10 on a pain scale. GI:
            Abdomen is
            flat, non- distended. GU: Reports pain testicle. Injury Description: Laceration
            sustained to face, is 2.6 to 7.5 cm long, is bleeding moderately.

Vital Signs:
00:50 BP 107 / 92; Pulse 108; Resp 20; Temp 98; Pulse Ox 91% on R/A; Weight 90.72 kg;
Height  cjw
            6 ft. 2 in. (188 cm); Pain 10/10;
01:08 BP 103 / 84; Pulse 94; Resp 20; Pulse Ox 95% on R/A; Pain 10/10;                  cjw
06:22 BP 124 / 69; Pulse 89; Resp 16; Temp 98.2; Pulse Ox 95% on R/A; Pain 0/10;
cjw
00:50 Body Mass Index 25.7 (90.72 kg, 188 cm)                                           cjw

ED Course:
00:24 Patient arrived in ED.                                       lm9
00:51 Preston, Michael, MD is Attending Physician.                              mp4
01:00 WOOD, JADE, RN is Primary Nurse.                                    cjw
01:02 Triage completed.                                          cjw
01:04 Pt educated on Speak-Up initiative. Patient states no special handling at this time.
cjw

*Legally authenticated by PRESTON MICHAEL 2017-03-10 07:13:01*

02:32 CT BRAIN W/O IVC Sent.                                    rc6
02:32 CT CERVICAL SPINE W/O Sent.                              rc6
02:32 CT FACIAL W/O IVC Sent.                                   rc6
02:32 SHOULDER RIGHT Sent.                                      rc6
02:32 US TESTICULAR SCAN Sent.                                  rc6
04:00 Assist provider with laceration repair on face that was between 2.6 to 7.5 cm using   cjw

    sutures. Set up tray. Performed by Michael Preston MD Patient tolerated well.

    Dressings: assisted dr. preston with sutures to left cheek under eye. Wound care to

    laceration located on face was irrigated with dressed with Patient tolerated well.

05:12 Inserted peripheral IV: 20 gauge in right antecubital area.            cjw
07:11 Primary Nurse role handed off by WOOD, JADE, RN                        tk1
07:13 Patient has correct armband on for positive identification. Placed in gown. Bed in low  cjw

    position. Call light in reach. Side rails up X 1. Adult w/ patient.

Administered Medications:
05:11 Drug: Zosyn 3.375 grams; Route: IVPB; Site: right antecubital;              cjw
05:38 Follow up: IV Status: Completed infusion                        cjw
05:56 Drug: morphine 4 mg; Route: IVP; Site: right antecubital;               cjw
06:22 Follow up: Response: Pain is decreased                         cjw
05:57 Drug: Zofran 4 mg; Route: IVP; Site: right antecubital;                cjw
06:22 Follow up: Response: Nausea is decreased                       cjw


Outcome:
03:38 ER care complete, transfer ordered by MD.                        mp4
06:23 Report called to renee, rn erlanger.                         cjw
07:12 Transferred to Erlanger Hospital Puckett EMS                       cjw
07:12 Condition: stable
07:12 Instructed on the need for transfer.
07:13 Patient left the ED.                                   cjw

Signatures:
KREAKBAUM, TINA, RN              RN  tk1
Collins, Regina                 rc6
KEPLER, TREVOR, CMSS            CMSS ttk
Preston, Michael, MD            MD  mp4
WOOD, JADE, RN                  RN  cjw
Morgan, Leah                    lm9


\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*


*Legally authenticated by PRESTON MICHAEL 2017-03-10 07:13:01*

Physician Documentation
Hutcheson Medical Center
Name:Phillip Koger Jr
Age:32 years
Sex:Male
DOB:      1984
MRN:684568
Arrival Date:03/09/2017
Time:00:24
Account#:187729
Bed9
Private MD:
ED PhysicianPreston, Michael
HPI:
03/09
00:53 This 32 years old Male presents to ER via Police with complaints of MVC.
ttk
00:59 The patient was a driver of a car. pt was fleeing from police when he crashed the
ttk
            vehicle. Per police, the pt was resisting arrest after the crash. Onset: The
            symptoms/episode began/occurred just prior to arrival. Associated injuries:
            The patient
            sustained injury to the head, pain, laceration, abrasions, neck injury, upper
            back
            injury, shoulders, left testicle. Associated signs and symptoms: Pertinent
            positives:
            neck pain, diffuse pain, laceration below left eye, multiple abrasions, Loss of
            consciousness: no loss of consciousness. Severity of symptoms: in the
            emergency
            department the symptoms a " 10" out of "10". Type of Encounter Initial
            Encounter. It is
            unknown whether or not the patient has had similar symptoms in the past. It
            is unknown
            whether or not the patient has recently seen a physician. 32 years old male
            presents to
            the ED via police for evaluation after MVC. Police states the pt crashed his
            vehicle
            after fleeing from police and resisted arrest after getting out of the vehicle.
            Pt was
            not restrained with damage to the steering wheel. No damage to the
            windshield. Pt
            reports neck pain, left testicle pain, left shoulder pain, body aches, laceration
            below
            the left eye, multiple abrasions. Pt rates the pain as a 10/10 in severity. Pt
            has

*Legally authenticated by PRESTON MICHAEL 2017-03-10 07:13:01*

dried blood in and around the nares, arms, chest, hands .

Historical:
- Allergies:
01:02 No known drug Allergies;                                    cjw
- Home Meds:
01:02 None;                                              cjw
- PMHx:
01:02 fractured bones in mvc;                              cjw
- PSHx:
01:02 right leg;                                        cjw

- Received names of patients medications from: : verbally from patient.
- Immunization history: Last tetanus immunization: unknown.
- Social history: Smoking status: Patient uses tobacco products, smokes one pack
    cigarettes per day. Patient uses alcohol street drugs, methamphetamine, marijuana.
- Private Physician:: No PCP.
- : Abuse screen: Denies threats or abuse. No signs of abuse noted. Fall Risk: None
    identified. Tuberculosis screening: No symptoms or risk factors identified. No
    recent
    travel per patient.


ROS:
00:55 Constitutional: Positive for body aches.                        ttk
00:55 Neck: Positive for pain with movement, pain at rest.
00:55 Back: Positive for pain at rest.
00:55 GU: Positive for  left testicle pain.
00:55 Skin: Positive for abrasion(s), laceration(s), of the below the left eye.
00:55 All other systems are negative except as mentioned in HPI.

Exam:
01:03 Constitutional: The patient appears in no acute distress, alert, awake, well
developed. ttk
01:03 Head/face:  abrasions, 3 cm laceration below left eyelid.
01:03 Eyes: Pupils: equal, round, and reactive to light and accomodation, Extraocular
          movements: intact throughout.
01:03 ENT: Nose:  dried blood in both nares.
01:03 Neck: ROM/movement:  C-collar.
01:03 Cardiovascular: Rate: normal, Rhythm: regular.
01:03 Respiratory:  the patient does not display signs of respiratory distress,
          Respirations: normal, Breath sounds: are normal, clear throughout.
01:03 Back: ROM is painful.
01:03 Back: pain,  no vertebral tenderness.
01:03 GU:  left testicle tendernes.

*Legally authenticated by PRESTON MICHAEL 2017-03-10 07:13:01*

01:03 Musculoskeletal/extremity: ROM: intact in all extremities,  abrasions to left and right
       knee.
01:03 Skin:  Ecchymosis to back over left shoulder blade.
01:03 Neuro: Orientation: appropriate for stated age, to person, place & time. Mentation: is
       normal, Motor: moves all fours.
01:03 Psych: Behavior/mood is pleasant, cooperative, Affect is calm.

Vital Signs:
00:50 BP 107 / 92; Pulse 108; Resp 20; Temp 98; Pulse Ox 91% on R/A; Weight 90.72 kg; Height  cjw
       6 ft. 2 in. (188 cm); Pain 10/10;
01:08 BP 103 / 84; Pulse 94; Resp 20; Pulse Ox 95% on R/A; Pain 10/10;       cjw
06:22 BP 124 / 69; Pulse 89; Resp 16; Temp 98.2; Pulse Ox 95% on R/A; Pain 0/10; cjw
00:50 Body Mass Index 25.7 (90.72 kg, 188 cm)       cjw

Laceration:
03:56 Wound Repair of 3cm ( 1.2in ) subcutaneous laceration to face. Distal mp4
       neuro/vascular/tendon intact. Anesthesia: Wound infiltrated with 5 mls of 1% lidocaine
       w/ Epi. Skin closed with 3-0 Nylon using Running sutures. Dressed with 4x4's. Patient
       tolerated well.

MDM:
01:03 Data reviewed: vital signs, nurses notes. ED course: Initial Exam: Plan of care ttk
       discussed including x-ray and US to which the pt is agreeable.
01:03 ED course: Documentation prepared by Trevor Kepler, acting as medical scribe for Dr.  ttk
       Michael Preston, in accordance with hospital policy.
01:30 Patient medically screened.       ttk
04:01 ED course: Cervical collar was removed by me when CT C-Spine report was received.    mp4

03/09
01:06 Order name: CT BRAIN W/O IVC; Complete Time: 03:29       mp4
03/09
03:26 Interpretation: Left scalp hematoma; No acute intracranial finding per radiologist. mp4
03/09
01:06 Order name: CT CERVICAL SPINE W/O; Complete Time: 03:29 mp4

*Legally authenticated by PRESTON MICHAEL 2017-03-10 07:13:01*

03/09
03:27 Interpretation: No acute fracture or dislocation per radiologist.                    mp4
03/09
01:06 Order name: CT FACIAL W/O IVC; Complete Time: 03:29                    mp4
03/09
03:28 Interpretation: Multi facial fractures.                    mp4
03/09
01:06 Order name: SHOULDER RIGHT; Complete Time: 03:29                    mp4
03/09
03:28 Interpretation: Non acute per radiologist.                    mp4
03/09
01:07 Order name: US TESTICULAR SCAN; Complete Time: 03:42                    mp4
03/09
03:42 Interpretation: Decreased color flow to Left testicle, likely related to                    mp4
          trauma..Patient is in danger of tersticular infarct. Repeat ultrasound
          recommended
          within 24 hours per radiologist.
03/09
07:02 Order name: CT 3D RECON NOIMG                    EDMS
03/09
01:06 Order name: CERVICAL COLLAR; Complete Time: 01:06                    mp4
03/09
02:46 Order name: SUTURE SET UP; Complete Time: 03:59                    mp4
03/09
07:03 Order name: CT 3D RECON NOIMG                    EDMS

Dispensed Medications:
05:11 Drug: Zosyn 3.375 grams; Route: IVPB; Site: right antecubital;                    cjw
05:38 Follow up: IV Status: Completed infusion                    cjw
05:56 Drug: morphine 4 mg; Route: IVP; Site: right antecubital;                    cjw
06:22 Follow up: Response: Pain is decreased                    cjw
05:57 Drug: Zofran 4 mg; Route: IVP; Site: right antecubital;                    cjw
06:22 Follow up: Response: Nausea is decreased                    cjw


Disposition:
03:43 After interviewing the patient, I agree with HPI as documented. My personal
exam      mp4
          reveals findings consistent with those documented. All diagnostic studies
          were reviewed
          and discussed. I confirm diagnosis as documented by the Scribe. After a
          review of the
          patient's case, we will initiate transfer to another facility, for higher level of
          care.

Disposition:

*Legally authenticated by PRESTON MICHAEL 2017-03-10 07:13:01*

03/09/17 03:38 Transfer ordered to ERLANGER. Diagnosis are Closed Head Trauma, non-focal exam,
    Multiple Facial fractures, Left testicular trauma, Facial Laceration.
- Reason for transfer: Higher level of care.
- Accepting physician is Dr. Paul Stout.
- Condition is Good.
- Problem is new.
- Symptoms are unchanged.


Signatures:
Dispatcher MedHost            EDMS
KEPLER, TREVOR, CMSS          CMSS ttk
Preston, Michael, MD          MD  mp4
WOOD, JADE, RN                RN  cjw

**************************************************************************
*****************

*Legally authenticated by PRESTON MICHAEL 2017-03-10 07:13:01*

018
⚡ 3/9/2017 02:30          USTeleradiology          USTeleradiology→ER (7068582688)          1/2



DATE: 03/09/2017
FACILITY: Cornerstone Medical Center
PATIENT: KOGER, PHILLIP
SEX: Male
BIRTHDATE: ___ 1984
REFERRED BY: MICHAEL PRESTON
MEDICAL RECORD NUMBER: HMC7000137CT
ACCESSION NUMBER: RAM28995092

EXAM: CT Head w/o Contrast

CLINICAL INDICATIONS: MVA

FINDINGS:

TECHNIQUE:
Serial axial images of the head were obtained.  Images were reformatted in coronal and sagittal
planes and reviewed in brain, soft tissue and bone windows.

COMPARISON:
None.

FINDINGS:
There is no intra- or extra-axial fluid collection, mass effect, or midline shift.  The gray-white matter
junction is preserved.  Normal attenuation is seen throughout the brain parenchyma.
Acute fractures of the left lacrimal bone, nasal spine, and anterior nasal septum. Polyps versus
retention cysts in the right maxillary and right frontal sinuses. Mild mucoperiosteal thickening of left
frontal, maxillary and sphenoid sinuses and left ethmoid air cells.Bilateral periorbital soft tissue
hematoma, larger on the left.

IMPRESSION:
LEFT FRONTAL SCALP HEMATOMA.  NO ACUTE INTRACRANIAL FINDING.

MULTIPLE FACIAL BONE FRACTURES.
*All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based
dosing when appropriate to reduce radiation dose to as low as reasonably achievable*

Physician: Navid Zenooz, M.D. Signature: *Electronically Signed By* 3/9/2017 2:28 AM

Received: 3/9/2017 2:09 AM     Read: 3/9/2017 2:28 AM     (All Times Eastern)

018

018

3/9/2017 03:36          USTeleradiology          USTeleradiology→ER (7068582688)          1/2



**CORNERSTONE**
MEDICAL CENTER

DATE: 03/09/2017
FACILITY: Cornerstone Medical Center
PATIENT: KOGER, PHILLIP
SEX: Male
BIRTHDATE:     1984
REFERRED BY: PRESTON
MEDICAL RECORD NUMBER: 030917PK84
ACCESSION NUMBER: RAM28995112


EXAM: US Testicular

CLINICAL INDICATIONS: Left testicular pain, MVA



FINDINGS:
US testicle
Clinical: Left testicular pain, MVA
Prior: None

Technique: Real-time gray scale and color-flow images were obtained of the scrotum and contents.

Findings:

Both testicles are descended.
Both testicles are slightly inhomogeneous along the inferior margins.
Right testicle measures 3.6 x 1.8 x 3.4 cm in size.
Left testicle measures 3.3 x 2.1 x 3.1 cm in size.
Decreased color flow to the left testicle.
Normal color-flow to the right testicle.
No solid intratesticular mass.
Left epididymis measures 0.5 x 1.36 cm in size.
Right epididymis measures 0.54 x 1.24 cm in size.

Note is made a small left-sided varicocele with Valsalva maneuver.

No scrotal wall thickening or fluid.

IMPRESSION:
1. DECREASED COLOR FLOW TO THE LEFT TESTICLE, LIKELY RELATED TO TRAUMA.
PATIENT IS IN DANGER OF TESTICULAR INFARCT. RECOMMEND FOLLOW-UP
TESTICLE ULTRASOUND WITHIN 24 HOURS TO REASSESS.

2. SMALL LEFT VARICOCELE.

This report was called to DR. PRESTON (Ph. 706-858-2160) at approximately 3/9/2017 3:35 AM.

Physician: Nicole Simpson, Signature: *Electronically Signed By* 3/9/2017 3:32 AM

Received: 3/9/2017 3:18 AM     Read: 3/9/2017 3:32 AM     (All Times Eastern)

Cornerstone Medical Center  PHILLIP KOOER  11/13/1984  030917PK84  RAM28895112
Confidentiality Statement:  This is a confidential patient report and is privileged communication to be used only by the addressee.  If you are not the intended
addressee any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. IF YOU HAVE
RECEIVED THIS IN ERROR CONTACT US IMMEDIATELY AT 678-904-2599 SO THAT WE MAY ARRANGE ITS RETURN.



www.cornerstonemedicalcenter.org



DATE: 03/09/2017
FACILITY: Cornerstone Medical Center
PATIENT: KOGER, PHILLIP
SEX: Male
BIRTHDATE:      1984
REFERRED BY: PRESTON
MEDICAL RECORD NUMBER: 090317_014257
ACCESSION NUMBER: RAM28995091

EXAM: XR RT SHOULDER

CLINICAL INDICATIONS: PAIN

Addendum
1.        Y-view reviewed.No acute fracture or dislocation visualized.
          (Qazi Uddin, 3/9/2017 2:55 AM)

2.        Receipt of this report was verified by JAMES K. ER TECH (Ph. 706-858-2160) at
approximately 3/9/2017 3:21:51 AM EST.
          (Navid Zenooz, 3/9/2017 3:21 AM)

FINDINGS:
Technique: 2 views.

Comparison: None.

IMPRESSION:
NO DEFINITE ACUTE FRACTURE OR DISLOCATION IN THE RIGHT SHOULDER ON
THESE 2 AP VIEWS; HOWEVER, A Y OR AXILLARY VIEW WAS NOT OBTAINED.

CLEAR VISUALIZED RIGHT LUNG.

  Receipt of this report was verified by JAMES K. ER TECH (Ph. 706-858-2160) at approximately
3/9/2017 3:21 AM.

Physician: Navid Zenooz, M.D. Signature: *Electronically Signed By* 3/9/2017 2:09 AM

Received: 3/9/2017 2:07 AM     Read: 3/9/2017 2:09 AM      (All Times Eastern)

Cornerstone Medical Center PHILLIP KOGER 11/13/1984 090317_014257 RAM28995091
Confidentiality Statement: This is a confidential patient report and is privileged communication to be used only by the addressee. If you are not the intended
addressee any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. IF YOU HAVE
RECEIVED THIS IN ERROR CONTACT US IMMEDIATELY AT 678-904-2599 SO THAT WE MAY ARRANGE ITS RETURN.



**CORNERSTONE**
MEDICAL CENTER

DATE: 03/09/2017
FACILITY: Cornerstone Medical Center
PATIENT: KOGER, PHILLIP
SEX: Male
BIRTHDATE:          1984
REFERRED BY: PRESTON
MEDICAL RECORD NUMBER: 090317_014257
ACCESSION NUMBER: RAM28995091

EXAM: XR RT SHOULDER

CLINICAL INDICATIONS: PAIN

FINDINGS:
Technique: 2 views.

Comparison: None.

IMPRESSION:
NO DEFINITE ACUTE FRACTURE OR DISLOCATION IN THE RIGHT SHOULDER ON
THESE 2 AP VIEWS; HOWEVER, A Y OR AXILLARY VIEW WAS NOT OBTAINED.

CLEAR VISUALIZED RIGHT LUNG.

Physician: Navid Zenooz, M.D. Signature: *Electronically Signed By* 3/9/2017 2:09 AM

Received: 3/9/2017 2:07 AM     Read: 3/9/2017 2:09 AM     (All Times Eastern)

Cornerstone Medical Center  PHILLIP KOGER 11/13/1984 090317_014257 RAM28995091
Confidentiality Statement:  This is a confidential patient report and is privileged communication to be used only by the addressee.  If you are not the intended
addressee any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. IF YOU HAVE
RECEIVED THIS IN ERROR CONTACT US IMMEDIATELY AT 678-901-2599 SO THAT WE MAY ARRANGE ITS RETURN.

www.cornerstonemedicalcenter.org

Received: 3/9/2017 2:13 AM      Read: 3/9/2017 2:28 AM      (All Times Eastern)

Cornerstone Medical Center  PHILLIP KOGER 11/13/1984 HMC7000133CT RAM28995097
Confidentiality Statement:  This is a confidential patient report and is privileged communication to be used only by the addressee.  If you are not the intended addressee any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. IF YOU HAVE RECEIVED THIS IN ERROR CONTACT US IMMEDIATELY AT 678-004-2599 SO THAT WE MAY ARRANGE ITS RETURN.



www.cornerstonemedicalcenter.org



**CORNERSTONE**
MEDICAL CENTER

DATE: 03/09/2017
FACILITY: Cornerstone Medical Center
PATIENT: KOGER, PHILLIP
SEX: Male
BIRTHDATE:      1984
REFERRED BY: PRESTON
MEDICAL RECORD NUMBER: 090317_014257
ACCESSION NUMBER: RAM28995091

EXAM: XR RT SHOULDER

CLINICAL INDICATIONS: PAIN

Addendum
1.      Y-view reviewed.No acute fracture or dislocation visualized.
        (Qazi Uddin, 3/9/2017 2:55 AM)

FINDINGS:
Technique: 2 views.

Comparison: None.

IMPRESSION:
NO DEFINITE ACUTE FRACTURE OR DISLOCATION IN THE RIGHT SHOULDER ON
THESE 2 AP VIEWS; HOWEVER, A Y OR AXILLARY VIEW WAS NOT OBTAINED.

CLEAR VISUALIZED RIGHT LUNG.

Physician: Navid Zenooz, M.D. Signature: *Electronically Signed By* 3/9/2017 2:09 AM

Received: 3/9/2017 2:07 AM      Read: 3/9/2017 2:09 AM      (All Times Eastern)

Cornerstone Medical Center PHILLIP KOGER 11/13/1984 090317_014257 RAM28995091
Confidentiality Statement: This is a confidential patient report and is privileged communication to be used only by the addressee. If you are not the intended
addressee any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. IF YOU HAVE
RECEIVED THIS IN ERROR CONTACT US IMMEDIATELY AT 678-904-2599 SO THAT WE MAY ARRANGE ITS RETURN.



www.cornerstonemedicalcenter.org


**CORNERSTONE**
MEDICAL CENTER

---

DATE: 03/09/2017
FACILITY: Cornerstone Medical Center
PATIENT: KOGER, PHILLIP
SEX: Male
BIRTHDATE:        1984
REFERRED BY: MICHAEL PRESTON
MEDICAL RECORD NUMBER: HMC7000139CT
ACCESSION NUMBER: RAM28995105

EXAM: CT C-Spine

CLINICAL INDICATIONS: MVA

FINDINGS:
EXAM:  CERVICAL SPINE CT WITHOUT INTRAVENOUS CONTRAST

HISTORY: Neck pain.

TECHNIQUE:  Thinmm spiral axial CT images are obtained through the cervical spine from the
skull base to the thoracic inlet without the administration of contrast.  Three-D reconstructed and 2-D
sagittal and coronal reconstruction images are reformatted.
CTDI 15.72 mGy
DLP 414.48 mGycm

COMPARISON: None available.

FINDINGS:

There is no vertebral fracture seen.  The atlantoaxial joint and odontoid process are intact.

There is no gross malalignment, spondylolisthesis, retrolisthesis, or perched facet joint seen.

Anterior endplate osteophytosis at C4/C5 level.

There is no gross disc herniation seen.  Please note that subtle soft tissue abnormalities can be
obscured in this radiographic setting.  Consider follow-up MRI if clinically warranted.

IMPRESSION:
1. NO ACUTE FRACTURE OR DISLOCATION OF THE CERVICAL SPINE

*All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable*

Physician: Nicole Simpson,  Signature: *Electronically Signed By* 3/9/2017 3:08 AM

Received: 3/9/2017 2:51 AM      Read: 3/9/2017 3:08 AM      (All Times Eastern)

Cornerstone Medical Center  PHILLIP KOGER 11/13/1984 HMC7000139CT RAM28993105
Confidentiality Statement: This is a confidential patient report and is privileged communication to be used only by the addressee. If you are not the intended addressee any disclosure, copying, distribution or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. IF YOU HAVE RECEIVED THIS IN ERROR CONTACT US IMMEDIATELY AT 678-904-2599 SO THAT WE MAY ARRANGE ITS RETURN.

www.cornerstonemedicalcenter.org



**CORNERSTONE**
MEDICAL CENTER

DATE: 03/09/2017
FACILITY: Cornerstone Medical Center
PATIENT: KOGER, PHILLIP
SEX: Male
BIRTHDATE:      1984
REFERRED BY: MICHAEL PRESTON
MEDICAL RECORD NUMBER: HMC7000138CT
ACCESSION NUMBER: RAM28995097

EXAM: CT Facial w/o Contrast

CLINICAL INDICATIONS: MVA

FINDINGS:
COMPARISON:
None.

TECHNIQUE:
Serial axial images of the facial bones were obtained.  The images were reformatted and reviewed in coronal and sagittal planes. Total DLP: [] mGy-cm  CTDI vol: [] mGy

FINDINGS:

Acute fractures of the left lacrimal bone, nasal spine, and anterior nasal septum are noted.  There are polyps versus retention cysts in the right maxillary and right frontal sinuses.  Mild mucoperiosteal thickening of left frontal, maxillary and sphenoid sinuses and left ethmoid air cells is seen.

Bilateral periorbital soft tissue hematoma are noted, larger on the left.

Bilateral globes are intact.

The visualized airway is patent.

IMPRESSION:
MULTIPLE FACIAL BONE FRACTURES AS ABOVE.
*All CT scans at this facility use dose modulation, iterative reconstruction, and/or weight based dosing when appropriate to reduce radiation dose to as low as reasonably achievable*

Physician; Navid Zenooz, M.D. Signature: *Electronically Signed By* 3/9/2017 2:28 AM

FROM: TO:2688 03/09/2017 10:05:03 #279 P.001/001

From:                                              03/09/2017 03:29     #193 P.001/001

## SCROTAL ULTRASOUND

PATIENT'S NAME: Koger, Phillip                    DATE: 3/9/17
ID (SS#):                          DOB: 84              AGE: 30
PHYSICIAN: Dr Preston              SONOGRAPHER: CD
CLINICAL HISTORY: Lt testicle pain ; injury from MVA
STUDY TYPE (CPT): US Scrotal       DIAGNOSIS (ICD-9):

Palpable Lump ☑ No  ☐ Yes-Location: _____   Swelling ☐ Y ☑ N  Pain ☑ Y ☐ N  Trauma ☑ Y ☐ N

| RIGHT | | LEFT | |
|---|---|---|---|

**RIGHT**
SIZE:
3.6 cm   1.8 (A-P)   3.0 Width cm
Echogenicity: _____
Vascularity: _____

**LEFT**
SIZE:
3.3 cm   2.1 (A-P)   3.1 Width cm
Echogenicity: _____
Vascularity: ↓ flow

### RIGHT FINDINGS

Testis:
☐ WNL   ☐ Orchitis   ☐ Atrophy
☐ Hydrocele:  ☐ Mild  ☐ Moderate  ☐ Large
Epididymis:
☐ WNL  ☐ Epididymitis  ☐ Not well visualized
☐ Hypervascular  ☐ Hypovascular
Epididymal Head (if enlarged) 1.2 mm
                              Length

Nodule #1: ☐ Cystic  ☐ Solid  ☐ Complex (Cystic & Solid)
  Size ___ Length cm  ___ AP cm  ___ Width cm
  Location _____
Nodule #2: ☐ Cystic  ☐ Solid  ☐ Complex (Cystic & Solid)
  Size ___ Length  ___ AP  ___ Width
  Location _____
Nodule #3: ☐ Cystic  ☐ Solid  ☐ Complex (Cystic & Solid)
  Size ___ Length  ___ AP  ___ Width
  Location _____
Other _____

### LEFT FINDINGS

Testis:
☐ WNL   ☐ Orchitis   ☐ Atrophy
☑ Hydrocele:  ☐ Mild  ☐ Moderate  ☐ Large
Epididymis:
☐ WNL  ☑ Epididymitis  ☐ Not well visualized
☐ Hypervascular  ☐ Hypovascular
Epididymal Head (if enlarged) 1.4 mm
                              Length

Nodule #1: ☐ Cystic  ☐ Solid  ☐ Complex (Cystic & Solid)
  Size ___ Length cm  ___ AP cm  ___ Width cm
  Location _____
Nodule #2: ☐ Cystic  ☐ Solid  ☐ Complex (Cystic & Solid)
  Size ___ Length  ___ AP  ___ Width
  Location _____
Nodule #3: ☐ Cystic  ☐ Solid  ☐ Complex (Cystic & Solid)
  Size ___ Length  ___ AP  ___ Width
  Location _____
Other _____

### SONOGRAPHER IMPRESSION:

Hypoechoic area inferior to Lt testicle
pockets w/ echogenic material floating w/in - located superior to Lt testicle
Possible varicoceles
↓ flow in Lt testicle

028

```
DEMAND BILL                    CORNERSTONE MEDICAL CNTR
                               100 GROSS CRESCENT CIRCLE
                               FT OGLETHORPE    GA
                               30742-3643
                               706-858-2060

  PATIENT NAME                 ACCOUNT NO.    ADMIT DATE  DIS. DATE          PAGE
KOGER PHILLIP WAYNE JR          187729        3/09/17     3/09/17              1


 508718  GUARANTOR NAME/ADDR.      F/C   INS. CO/PLANS          POLICY #
    POLICE DEPT CITY FT OGLET      04    FORT OGLETHORPE        258551000
    900 CITY HALL DRIVE
    FORT OGLETHORPE GA  30742


                                           AGE              DR. NAME
                                            32          PRESTON MICHAEL

     CHRG CODE     DESCRIPTION      QTY  UNIT PRICE      AMOUNT     CPT CODE
--------------------------------------------------------------------------------
3/09/17 0063031 RD SHLDER MIN 2V RT   1     350.00       350.00    73030 RT
3/09/17 0066870 US TESTICULAR SCAN    1     761.00       761.00    76870
3/09/17 0060450 CT BRAIN W/O IVC      1    1515.00      1515.00    70450
3/09/17 0060486 CT FACIAL W/O IVC     1    1515.00      1515.00    70486
3/09/17 0062125 CT CERVICAL SPINE WO  1    1515.00      1515.00    72125
3/09/17 0066375 CT 3D RECON NO IMG    1     254.00       254.00    76376
3/09/17 0066375 CT 3D RECON NO IMG    1     254.00       254.00    76376
3/09/17 0071278 ONDANSETRON 4MG INJ   4      23.91        95.64    J2405
3/09/17 0071827 ZOSYN 3.375GM/D5W100  3      30.38        91.14    J2543
3/09/17 0072093 MS 5MG/1ML INJ        1      64.35        64.35    J2270
3/09/17 0230010 IV INF UP TO 90M      1     838.00       838.00    96365
3/09/17 0230016 EA + IV PUSH NEW SUB  2     230.00       460.00    96375 59
3/09/17 0232505 25 LVL V COMPREHEN    1    1926.00      1926.00    99285 25


                      ** SUMMARY OF CHARGES **
                      ** TOTAL CHARGES       **      9639.13
                      ** TOTAL PAYMENTS      **          .00
                      ** TOTAL ADJUSTMENTS   **          .00
                      ** TOTAL AMOUNT DUE    **      9639.13


PRIMARY DIAGNOSIS :    S0990X        UNSPECIFIED INJURY OF HEA

SIGNATURE :            _____
TAX I.D. :             810838799
PROVIDER # :           110236
```

Ciox Health
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500



**Invoice #:** 0230045131
**Date:** 10/25/2017
**Customer #:** 2102751

| Ship to: | Bill to: | Records from: |
|---|---|---|
| CHRISTOPHER S<br>THE STANFORD LAW FIRM PLLC<br>909 HILLSBORO BLVD<br>MANCHESTER, TN 37355-2025 | CHRISTOPHER S<br>THE STANFORD LAW FIRM PLLC<br>909 HILLSBORO BLVD<br>MANCHESTER, TN 37355-2025 | CORNERSTONE MEDICAL CENTER<br>100 GROSS CRESCENT CIRCLE<br>FORT OGLETHORPE, GA 30742 |

**Requested By:** THE STANFORD LAW FIRM PLLC        **DOB:**        111384
**Patient Name:** PHILIP W KOGER

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 25.88 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 2 | 20 | 0.97 | 19.40 |
| Per Page Copy (Paper) 1 | 1 | 0.83 | 0.83 |
| Shipping | | | 1.82 |
| Subtotal | | | 47.93 |
| Sales Tax | | | 4.67 |
| Invoice Total | | | 52.60 |
| Balance Due | | | 52.60 |

**Pay your invoice online at** https://paycioxhealth.com/pay/

Terms: Net 30 days                **Please remit this amount : $ 52.60 (USD)**

---✂---

Ciox Health
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

| Invoice #: 0230045131 |
|---|
| Check # _____ |
| Payment Amount $_____ |

Get future medical records as soon as they are processed,
by signing up for secure electronic delivery.
Register at: edelivery.cioxhealth.com

**Please return stub with payment.**
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.

P. 1

* * * Communication Result Report ( Oct. 18. 2017 10:36AM ) * * *

1)
2)

Date/Time: Oct. 18.  2017 10:35AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|----------|------|-------------|-------|--------|---------------|
| 5203 | Memory TX | 17068582044 | P.  3 | OK | |

----------------------------------------------------------------------

Reason for error
  E. 1) Hang up or line fail              E. 2) Busy
  E. 3) No answer                         E. 4) No facsimile connection
  E. 5) Exceeded max. E-mail size

---

THE STANFORD LAW FIRM, PLLC
909 HILLSBORO BOULEVARD
MANCHESTER, TENNESSEE 37355

# Fax

Wednesday, October 18, 2017

| TO: CORNERSTONE MEDICAL | FROM: CHRIS R. STANFORD |
|---|---|
| | PAGES: |
| FAX: 706-858-2044 | FAX: 931.954.5599 |
| PHONE: | PHONE: 931.954.5577 |

RE:   PHILLIP WAYNE KOGER

Letter & Signed Medical Authorization

Thank You,
Karrissa McCormick

☐ Urgent
☐ Please review
☐ Please comment
☐ For your records

031

 CORNERSTONE MEDICAL CENTER

 Pay Your Bill Online

| HOME | ABOUT US | OUR SERVICES | ONLINE ER CHECK-IN | CAREERS | RESOURCES |

CONTACT

## Contact Us

Home / Contact Us

**If you or someone you know is experiencing a medical emergency, please call 911.  If you have a question regarding an urgent matter, please call our hospital directly at 706-858-2000.**

**Telephone Directory**

**Main Number:**
706-858-2000

**Patient Billing Questions/Inquiries:**
706-858-2000, ext. 7430

**Emergency Room:**
706-858-2161

**Human Resources:**
706-858-2140

**Lab Services:**
706-858-4101

**Pharmacy:**
706-858-2280

**Radiology:**
706-858-7440

**Grievance Hotline:**
706-858-2105
patientvoice@cornerstonemedicalcenter.org

To contact a **patient room**, please dial 706-858-5 plus the room number.

**100 Gross Crescent Circle
Fort Oglethorpe, Georgia 30742**

Cornerstone Medical Center © 2016 | All Rights Reserved | 706-858-2000

Home    CMC Employee Login    Privacy Policy    Pay Your Bill Online    Online ER Check-in    Sitemap

```
****************** ERLANGER HEALTH SYSTEM OUTPATIENT FORM ******************
Pt No:  000120-246-350  Fac Cd: BEH ERLANGER      Med Rec No: 0117-12-73
Pt Name:  KOGER ,PHILLIP WAYNE      Hosp Svc: BED   Surg Case:
Nurs Sta:       Room/Bed:       FC: S      PT Type:
CLINIC Cd1:   BEER  Clinic Cd2:      Clinic Cd3:      Clinic Cd4:
**************************** PATIENT INFORMATION ****************************
SSN:                  Birthdate:    1984 Marital Status:  S  Sex: M
                                              706  218-1663


          RINGGOLD                  GA   30736-
******************* PATIENT EMPLOYER INFORMATION ***************************
          GAYLOR ELECTRIC
          UNKWN
          N/A
                                           00000-
Occupation:                        000 - 000-0000  Ext
************************* GUARANTOR INFORMATION ***************************
Guar Name: KOGER ,PHILLIP                   GUAR SSN: 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


          RINGGOLD                  GA   30736-
          706 - 218-1663
******************* ADDITIONAL CONTACT PERSONS ****************************
  KOGER ,ANNETTE                              PT REL:
  HOME PHONE: 706 - 965-6872    WORK PHONE:  706 - 965-6872  EXT:
  KOGER ,RUTH                                 PT REL:
  HOME PHONE: 706 - 858-7909    WORK PHONE:      -       EXT:
***************************************************************************
          Medicare Part A & B Coverage
  INSURANCE TYPE:        BENEFITS:
  INSURANCE TYPE:        BENEFITS:

*********************** INSURANCE INFORMATION *****************************
Ins Code:   S01    SELF PAY           Sub Rel: 01      COB: 1
Subscriber   KOGER ,PHILLIP
Policy No:   258521000           Precert/Treat Auth:
PCP Refer/Auth:                  GA Better Health:

Ins Code:                           Sub Rel:          COB:
Subscriber:
Policy No:                       Precert/Treat Auth
PCP Refer/Auth:                  GA Better Health:

Ins Code:                           Sub Rel:          COB:
Subscriber:
Policy No:                       Precert/Treat Auth
PCP Refer/Auth:                  GA Better Health:

Ins Code:                           Sub Rel:          COB:
Subscriber:
Policy No:                       Precert/Treat Auth
PCP Refer/Auth:                  GA Better Health:

Reg DT/TM:   03/09/17  08:00   Reg Source: UA  Method of Arr:  15
Reg Dr No   123331 Atn Dr Name: SMITH, BENJAMIN C II Atn Dr No: 123331
PCP Dr Name:                 PCP Dr No:         Lst ED Vst: 03/09/17
Ad Dir Exec:  N  In Med Rec: N  Pt Informed: N  Entered By: KRS354
Complaint:   FACIAL FX
```

Patient:KOGER, PHILLIP WAYNE      MRN:01171273     Encounter:000120246350      Page 1 of 1

033

## Patient Information

Name: Phillip Koger
Race: White   Ht: 6'2   Wt: 225 (Lbs)/ Kg.

### Trauma Activation Response

Trauma Pager Fire Time: 0754   Level: I  II  (III)
Initiated: PTA  (On arrival to ER)
Date of Arrival: 3-9-17   Arrival Time 0758   ED Bed: 8

| | Names | Times |
|---|---|---|
| Trauma Attending | | |
| Chief Resident | | |
| Trauma NP | | |
| ED Physician | Benn ah | 0805 |
| ED RN | Saron | 0758 |
| CCNC | Tavia, Emily | 0758 |
| Pharmacist | | |
| Respiratory | Barry | 0800 |
| X-Ray | Dresma | 0805 |
| Chaplain | | |
| Other | | |

### Prehospital

Injury Time: 2300
City / County of Incident:
Description of Events: Transfer from cornerstone
for sacral Fx. Pt was in a high
speed chase w/ police. Crushed pt
was unrestrained. Unknown if
initially by police to cornerstone.

Prehospital Medications: Morphine, 20 mg,

EMS#1: Putt a doyle   EMS#2: pucrett
B/P: 40 to HR: 90   RR: 18   GCS: 15
SA02: 99   O2@ na L via:
Referring Facility: cornerstone   Referring MD:

### Mechanism of Injury

MVC: ☐Single Vehicle ☐Auto vs.
☑Driver ☐Passenger:(position)
☐Restrained Y (N) MPH: 70
☐Airbag Deployment: ☐Front ☐Side ☐N/A
☐Rollover ☐Ejected:___ft ☐Extrication:___min.
☑Damage: Steering Wheel /☑Windshield ☐Intrusion___in.
MCC: ☐Motorcycle ☐ATV ☐Ejected:___ft.
☐Helmet Y / N ☐Protective Clothing / Eyewear
Fall: ☐Distance:___ ☐Surface:___
Blunt: ☐Pedestrian vs.___ ☐Assault
☐Bicycle vs.___ ☐Other:___
Penetrating: ☐GSW ☐Stabbing ☐Other:___
Other MOI: ☐Burn ☐Machinery / Tool___

### Patient History

PMHX: ∅

PSHX: ortho
Home Medication: ∅

Allergies: NKDA

Tetanus: (<5yrs)  >5yrs  UNK   Last PO Intake:
LMP:___  Gravida:___  Para:___

## Assessment Upon Arrival

Airway / Breathing: ☑WNL ☐Distress: Mild Moderate Severe
☐Lung sounds CTAB ☐Decreased R / L ☐Wheezing ☐Crackles
Note:

Circulation: ☑Skin Warm & Dry ☐Cool ☐Pale ☐Diaphoretic
☐Cyanotic  Capillary Refill: ☑<2 sec ☐>2 sec
☑Pulse WNL ☐Deficit
Note:

Neurological: Orientation: ☐Person ☐Place ☐Time ☐Event
☐Confused ☐Agitated ☐Unresponsive  GCS: 15
Pupils: R Size 2 mm ☑Reactive ☐Sluggish ☐Non-reactive
L Size 2 mm ☑Reactive ☐Sluggish ☐Non-reactive
Sensation: ☑WNL ☐Numbness ☐Weakness
Note:

Head: ☐WNL  Face: ☐WNL Note: facial Fx
Chest/Abdomen: ☑Chest WNL ☐Chest Trauma ☐Chest Pain
☑Abdomen WNL ☐Abd. Trauma ☐Abd. Pain ☐Bowel Sounds
☐Tenderness ☐Distention ☐Rigid ☐Nausea ☐Emesis
Note:

Pelvic/GU: ☐Pelvic WNL ☑Pelvic Pain ☑Genital Injury
☐Blood at Meatus  Rectal Tone: Y / N  Rectal Blood + / -
Extremities: ☑MAE ☐Limited ROM ☐RUE ☐LUE ☐RLE ☐LLE
Neurovascular: ☑WNL ☐Compromised ☐Deformity to:___
Note:

Neck/Back: ☑Neck WNL ☐C-Collar ☐Back WNL ☐Spine Board
RN Signature: S. Armstrong RN

### Mark area of Injury
Legend

| | |
|---|---|
| A | Abrasion |
| Amp | Amputation |
| Av | Avulsion |
| CP | Compound |
| C | Contusion |
| D | Deformity |
| EC | Ecchymosis |
| E | Edema |
| Fx | Fracture |
| H | Hematoma |
| L | Laceration |
| P | Pain |
| PT | Petechiae |
| R | Rash |
| SC | Scar |
| S | Swelling |
| X | Tenderness |
| STB | Stab Wound |
| GSW | Gunshot Wound |
| B1 | 1st Degree Burn |
| B2 | 2nd Degree Burn |
| B3 | 3rd Degree Burn |
| % burn | |

### Consults

| | Called @ | Arrived @ |
|---|---|---|
| Neurosurgery | | |
| Orthopedics | | |
| PRS | | |
| Other Urology | | |

## Trauma Flowsheet

☀ erlanger

Page 1 of 4    150407   1-16-2017

KOGER ,PHILLIP WAYNE
01171273                        000120-246-350
        1984        M      32  Y
EMCARE, PHYSICIA ADM: 03/09/17

HP0630

## Trauma Flowsheet

| Time | Procedures and Treatments |
|---|---|
| 0758 | ☐All Quiet ☑Moved to Stretcher ☐Monitors Applied<br>☐Alarms Set/Functioning ☐ABC Intact |
| 0758 | Oxygen Delivery: ☐RA ☐NC @ ___ L ☐NRB@ ___ L<br>☐BVM ☐Nasal Airway ☐Oral Airway<br>Intubation: ☐RSI ☐Oral ☐Nasal ☐Crich<br>ETT# ___ mm Secured: ___ cm @ lip<br>Placement: ☐CO2 Det ☐Auscultation ☐Film |
| 0758 | ☑Pt Exposed ☑Warm Blankets Applied<br>EKG: ☐Left ☐Right   Shown to Dr : |
| PTA | IV Start: 20 gauge location: L-FA ☑PTA<br>___ gauge location: ___ ☐PTA<br>___ gauge location: ___ ☐PTA<br>___ gauge location: ___ ☐PTA |
| | Spineboard: DC'd @ ___ ☐Logroll ☐Assist X ___<br>☐C-Collar Present on arrival ☐C-Collar placed at ___<br>☐EMS Collar changed to Aspen at ___<br>☐Logrolled With C-Spine Immobilization Maintained |
| 0805 | X Ray: ☑Chest ☐Pelvis<br>Other: Hip, Knee |
| 0822 | Lab Draw: Site: R-Fem Artery Drawn by: Barry<br>☑Hemostasis Achieved ☐Labeled at Bedside<br>Blood Labeled by: 2ACW ___ ☐Sent to Lab |
| 0837 | CT Scan: ☐Head ☐Face ☐CSP ☑TSP ☐LSP<br>☐Chest ☑ABD ☐Pelvis   Contrast Y/N<br>Other: ___<br>Transported with ☐ ED Tech ☑RN ☐ MD<br>Back From CT @ ___ |
| | Laceration Repair: ☐Staples ☐Sutures<br>Site: ___<br>Performed By: ___<br>Stop Time: ___ |
| | Ultrasound: ☐FAST + / -  Performed By: ___<br>☐Preg. ☐Other<br>FHR: ___ Gestation: ___ weeks |
| | G Tube: ☐NG R / L Narc ☐OG size: ___ f<br>Placement: ☐Auscultation ☐Aspiration<br>Gastric Contents: ___ Initial Output: ___ ml |
| | Ortho: ☐Splinting ☐Pin ☐Reduction ☐Washout<br>Location: ___<br>Performed By: ___<br>☐Refer to Mod. Sedation Flowsheet<br>☐Traction Weight Applied ___ lb. |
| | Chest Tubes: ☐Right ___ f ☐Left ___ f ☐ATS<br>Initial Output: Right: ___ ml Left: ___ ml<br>☐Thoracotomy ☐Needle Decompression R/L |

| Time | Procedures and Treatments |
|---|---|
| | Arterial Line: ☐ PCI Kit ☐ Arrow ☐ 3 in. ☐ 6 in.<br>☐ 20g. ☐ 7f ☐ Other: ___<br>Location: ___ Placed By: ___<br>Preparation: ___ Analgesia/Anesth: ___<br>☐ Zeroed/Balanced ☐ Adeq WF Hematoma @ Site: Y / N<br>☐ See Procedure Sticker in Progress Notes |
| | Central Line: ☐ Trauma Line ☐ TLC ☐ QLC<br>DL Power-Injectable ☐ Other ___<br>Location: ☐ Femoral L / R ☐ Subclavian L / R<br>☐ Internal Jugular L / R  Placed By: ___<br>☐ Followed Sterile Procedure ☐ Completed CLABSI Form<br>☐ F/U CXR ordered ☐ Occlusive DRSG Placed<br>☐ Central Line Verified For Use By ___ @ ___ |
| | Foley Cath: Size: ___ f ☐Temp Foley<br>Urine Color: ___ Urine Clarity: ___<br>Initial Output: ___ ml<br>☐UA Collected/Sent to Lab ☐ Cath Secure Used |
| | Reboa Catheter: Placed By ___<br>Time Inserted: ___ Initial Volume Placed: ___ |
| | Hypo/Hyperthermia: ☐ Bair Hugger© ☐ Warm Blankets<br>☐ Warming Lights ☐ Blanketrol© (cooling blanket) |
| | Interventional Radiology: Transported to IR @ ___<br>Transported with: ☐ RN ☐ CCNC ☐ MD<br>☐ Refer to Interventional Radiology Charting/Flowsheet |

### Intake/Output

Prehospital: Intake: ___ Output: ___

| ED Intake | ED Output |
|---|---|
| Crystalloid: ___ | Urine: 250 |
| Colloid: ___ | NGT / OGT: ___ |
| Blood: ___ | Chest Tube Left: ___ Right: ___ |
| Chest Tube ATS: ___ | Other: ___ |
| PO / Gastric: ___ | |

### Disposition

Valuables: Items: ___<br>
☑All Valuables w/ Patient ☐Family: ___ ☐Law Enforcement<br>
☐ Secured<br>
☐ PPS completed by Pt Care Rep.<br>
Admission: To Unit/Floor ___ @ ___<br>
Via ☐Stretcher ☐W/C ☐Carried ☐Oxygen ☐Monitor ☐Vent<br>
☐C-Collar: ☐Philly ☐Aspen<br>
Escorted to unit/floor by: ☐Trauma team ☐RN ☐EDT ☐RT<br>
Donor Service/Spoke with: ___<br>
Dismissal Time: 1215 @ ☑Discharged ☐AMA ☐Transfer ☐Death<br>
Audit Tool Complete: Y / N Score: ___ MBP Fired Y / N<br>
RN Signatures: S. Armstrong RN

PATIENT IDENTIFICATION

✿erlanger   Page 2 of 4    150407    1-16-2017

KOGER ,PHILLIP WAYNE
01171273          000120-246-350
        984      M      32  Y
EMCARE, PHYSICIA ADM: 03/09/17

HP0530



Trauma Flowsheet

 erlanger     Page 3 of 4     150407     1-16-2017

PATIENT IDENTIFICATION

KOGER, PHILLIP WAYNE
01171273          000120-246-350
                 M      32  Y
EMCARE, PHYSICIA  ADM: 03/09/17





HP0630

| Time | Narrative |
|------|-----------|
| 0758 | pt arrives via puckett ems to ed bed 8. pt transferred from cornerstone med. center for facial fx. pt is not in spinal precautions upon arrival. ABC's are intact. |
| 0937 | pt transported to ct scan w/ RN |
| 1115 | Pt tolerating PO liquids. Pt requesting to call mom to come pick him up. Pt ready for discharge. |
| 1121 | Pt given portable phone to call mom for ride. |
| 1128 | IV to right forearm removed, pt to be discharged |
| 1129 | Attempting to reach mother of pt at work at walmart #508-1757 |
| 1215 | pt discharged to the lobby where mother was waiting. |

**Trauma Flowsheet**

Page 4 of 4    150407    1-16-2017

S. Armstrong RN

KOGER ,PHILLIP WAYNE
01171273                000120-246-350
'1984        M      32 Y
EMCARE, PHYSICIA ADM: 03/09/17

HP0630

## BARONESS ERLANGER EMERGENCY DEPARTMENT EMERGENCY RECORD

Koger, Phillip Wayne
DOB:          1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

———————— Patient Data ————————

**Complaint:** facial fractures
**Triage Time:** Thu Mar 09, 2017 07:58
**Urgency:** ESI Level 2
**Bed:** ED BEH–ED
**Initial Vital Signs:**
  **BP:**
  **P:**
  **O2 sat:**

**ED Attending:** Smith, MD, Benjamin
**Primary RN:** Armstrong, RN, Sarah E

  **R:**
  **T:**
  **Pain:**

---

**TRIAGE** (Thu Mar 09, 2017 07:58 AHUN)
*TRIAGE NOTES:* Patient presents to ED s/p mvc. pt was unrestrained driver of vehicle high
  speed chase from the police that lost control of the car. Pt transfer from Cornerstone for facial
  fractures., SEASON FLU/2013 NOVEL VIRUS/EBOLA SCREENING / Enterovirus D68: The
  patient does not have a sore throat, Temp is less than 100.0F, no cough, no sneezing, no
  rhinorrhea or nasal congestion, no dyspnea, no flul–like symptoms, The patient has NO recent
  travel outside the United States within the last 21 days., Taken directly to treatment room for triage
  or by EMS. (Thu Mar 09, 2017 07:58 AHUN)
*COMPLAINT:* facial fractures. (Thu Mar 09, 2017 07:58 AHUN)
*MEASLES SCREEN:* no rhinorrhea, Temp is less than 105.0F, no cough, no conjunctivitis, no
  rash, A face mask was not applied to the patient. (Thu Mar 09, 2017 08:54 SEAR)
*PATIENT:* AGE: 32, GENDER: male, DOB:          1984, PRE–HOSPITAL
  NOTIFICATION: Thu Mar 09, 2017 07:31, RACE: White, Not Hispanic, Holiday, Event, MCI: No,
  Travel outside US?: No recent travel outside the U.S., Isolation Precaution: Standard
  Precautions, Latex Allergy: No Latex Allergy, Patient Origin: Hutcheson Med Ctr – Ft Oglethorp
  GA, PCP/Special: None. Patient has, no PCP– See. (Thu Mar 09, 2017 07:58 AHUN)
  NAME: Koger, Phillip Wayne. (Thu Mar 09, 2017 08:00)
  KG WEIGHT: 102.1, HEIGHT: 187cm, BMI: 29.20. (Thu Mar 09, 2017 08:54 SEAR)
  KG WEIGHT: 102.1, HEIGHT: 187cm, BMI: 29.20. (Thu Mar 09, 2017 08:54 SEAR)
*TRIAGE INFORMATION:* Pain level 6 Hurts Even More, using faces pain scoring. (Thu
Mar 09, 2017 08:54 SEAR)
*TREATMENTS IN PROGRESS:* EMS/First Responder/By–stander care prior to arrival,
  Arrived via EMS, **Patient transferred from another facility,** Transferring facility:
  **cornerstone.** (Thu Mar 09, 2017 08:54 SEAR)
*SPECIAL NEEDS:* No special needs identified, Do you communicate in a language other than
  English at home? NO, English is used., No accommodations are requested. (Thu Mar 09, 2017
08:54 SEAR)
*ADMISSION:* URGENCY: ESI Level 2, ADMISSION SOURCE: Ambulance – Puckett EMS,
  AMBULANCE: Puckett EMS, TRANSPORT: Stretcher, BED: BEH–ED 08. (Thu Mar 09, 2017
07:58 AHUN)
*PROVIDERS:* TRIAGE NURSE: Ashley L Hunzelman, RN. (Thu Mar 09, 2017 07:58
AHUN)
*ESI ALGORITHM:* ES level 2. (Thu Mar 09, 2017 08:54 SEAR)
*PREVIOUS VISIT ALLERGIES:* No Known Drug Allergies. (Thu Mar 09, 2017 08:54
SEAR)


**AMBULANCE** (Thu Mar 09, 2017 07:31 AHUN)
*AMBULANCE:* Ambulance: Thu Mar 09, 2017 07:31.


**DIAGNOSIS** (Thu Mar 09, 2017 10:24 BEN)
*FINAL:* PRIMARY: **facial fractures,** ADDITIONAL: **scrotal contusion, spinous
  process Fx in back.**


**DISPOSITION**
*PATIENT:* Disposition Type: Discharge. (Thu Mar 09, 2017 10:24 BEN)
  Disposition: Home, Disposition Transport: Friend/family driving, Condition: Improved, Patient left

---

Prepared: Thu Mar 09, 2017 12:28 by Interface Page: 1 of 9

---

## BARONESS ERLANGER EMERGENCY DEPARTMENT
## EMERGENCY RECORD

Koger, Phillip Wayne
DOB:          1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

the department. (Thu Mar 09, 2017 12:25 SEAR)

### HPI BLANK (Thu Mar 09, 2017 08:59 BEN)

*CHIEF COMPLAINT:* **32 y/o WM was a rest driver in a front impact MVC at 70 mph, then roughed up by the police as he was attempting to evade. TF here with multiple facial Fx and a scrotal u/s showing decreased flow to the left testicle.**

*HISTORIAN:* History provided by patient.

*TIME COURSE:* **Sudden onset of symptoms, Symptoms are worsening, are constant.**

*SEVERITY:* **Maximum severity of symptoms moderate, Currently symptoms are moderate, In my professional medical judgment as a board–certified physician or other qualified personnel, this patient presents with an emergency medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) that the absence of immediate medical attention could reasonably be expected to result in placing the patient's health in serious jeopardy; serious impairment to bodily function, or serious dysfunction of a body organ or part.**

### ROS

*CONSTITUTIONAL:* Historian denies chills, Historian denies fever. (Thu Mar 09, 2017 09:07 BEN)

*ENT:* Historian denies epistaxis, Historian denies sore throat. (Thu Mar 09, 2017 09:07 BEN)

*CARDIOVASCULAR:* Historian denies chest pain, Historian denies syncope. (Thu Mar 09, 2017 09:07 BEN)

*RESPIRATORY:* Historian denies cough, Historian denies shortness of breath. (Thu Mar 09, 2017 09:07 BEN)

*GI:* Historian denies abdominal pain, Historian denies nausea, Historian denies vomiting. (Thu Mar 09, 2017 09:07 BEN)

*GENITOURINARY MALE:* Historian denies penile discharge, Historian denies urinary frequency, scrotal pain. (Thu Mar 09, 2017 09:06 BEN)

*MUSCULOSKELETAL:* Historian denies back pain, **Historian reports fall, injury.** Historian denies myalgias, Historian denies neck pain. (Thu Mar 09, 2017 09:06 BEN)

*SKIN:* Historian denies cellulitis, Historian denies induration, Historian denies rash, **Historian reports skin changes.** (Thu Mar 09, 2017 09:06 BEN)

*NEUROLOGIC:* **Historian reports headache,** Historian denies paralysis, Historian denies paresthesias, Historian denies sensory changes, Historian denies speech changes. (Thu Mar 09, 2017 09:06 BEN)

*PSYCHIATRIC:* Historian denies homicidal ideation, Historian denies suicidal ideation. (Thu Mar 09, 2017 09:07 BEN)

### PHYSICAL EXAM (Thu Mar 09, 2017 09:07 BEN)

*CONSTITUTIONAL:* Vital signs reviewed, Patient appears non toxic, Patient alert and oriented to person, place and time.

*HEAD:* **multiple areas of CTx to face, swelling. Lac s/p repair L brow. Hemostatic.**

*EYES:* Extraocular muscles intact, Sclera normal.

*NECK:* Neck exam included findings of normal range of motion, Trachea midline.

*RESPIRATORY CHEST:* Respiratory exam included findings of no respiratory distress, Breath sounds clear, No wheezing, No rales, No rhonchi, **Tenderness, moderate, to the right anterior chest, Palpation of chest reproduces symptoms.**

*CARDIOVASCULAR:* Cardiovascular exam included findings of heart rate regular rate and rhythm, Heart sounds normal.

*ABDOMEN MALE:* Abdominal exam included findings of abdomen nontender, no distension.

*UPPER EXTREMITY:* Upper extremity exam included findings of inspection normal, Range of motion normal.

*LOWER EXTREMITY:* **TTP/pain with ROM L knee and hip. B knee abrasions.**

Prepared: Thu Mar 09, 2017 12:28 by Interface Page: 2 of 9

# BARONESS ERLANGER EMERGENCY DEPARTMENT
# EMERGENCY RECORD

Koger, Phillip Wayne
DOB:       1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

*SKIN:* dry, no rash.
*PSYCHIATRIC:* Psychiatric exam included findings of patient oriented to person place and time, Normal affect.
*NOTES:* Notes: other than as noted above, all long bones and joints were palpated and ranged and were non–TTP and painless to range.

## PAST MEDICAL HISTORY (Thu Mar 09, 2017 08:54 SEAR)
*MEDICAL HISTORY:* **No past medical history.**
*SURGICAL HISTORY MALE:* **Surgical history of orthopedic surgery, femur.**
*PSYCHIATRIC HISTORY:* **No previous psychiatric history.**
*SOCIAL HISTORY:* **Patient currently uses tobacco, Patient smokes cigarettes, daily, Patient smokes 1 pack per day, Patient denies alcohol use, Patient currently uses drugs, abuses marijuana, Social drug use.**

## PROBLEM LIST
*Only confirmed problems are displayed:*

| Problem Name | Status | Date Diagnosed | Date Resolved | Confirm Status |
|---|---|---|---|---|
| Blunt Chest Trauma (by history) | Active | Mon Aug 25, 2014 | | Confirmed |
| Contusion to the Head (by history) | Active | Mon Aug 25, 2014 | | Confirmed |
| facial fractures | Active | Thu Mar 09, 2017 | | Confirmed |
| scrotal contusion | Active | Thu Mar 09, 2017 | | Confirmed |
| spinous process Fx in back | Active | Thu Mar 09, 2017 | | Confirmed |

## CURRENT MEDICATIONS (Thu Mar 09, 2017 09:36 LVAR)
*Patient states – No home medicines.*

## KNOWN ALLERGIES
*No Known Drug Allergies*

## EVENTS
*TRANSFER:* Triage to Emergency Baroness ED 08. (Thu Mar 09, 2017 07:58 AHUN)
Emergency Baroness ED 08 to 07. (Thu Mar 09, 2017 10:35 SEAR)
Removed from Emergency Baroness ED 07. (Thu Mar 09, 2017 12:25 SEAR)

## DOCTOR NOTES
*NOTES:* **paged Urology re: testicular injury.** (Thu Mar 09, 2017 09:10 BEN)
**D/w Dr Smith Urology resident – pt does not need emergent surgical intervention. Expectant management, pain control. F/u 2 weeks in office.** (Thu Mar 09, 2017 09:14 BEN)
**d/w plastics no need for f/u unless unsightly after swelling resolves.** (Thu Mar 09, 2017 11:15 BEN)

## RESULTS (Thu Mar 09, 2017 09:21 BEN)
*RADIOLOGY:* CT THORAX ABD PELVIS W IV CONT Thu Mar 09, 2017 08:17,
ADMIT DIAGNOSIS: FACIAL FX
ORDER REASON: CHEST, ABD TRAUMA
ORDER COMMENTS: BEH–ED 08
ECT CT THORAX ABD PELVIS W IV CONT – 03/09/2017 08:50 AM – CPT: 71260, 74177, 74177
COMPARISON: None.
HISTORY: Motor vehicle accident.
TECHNIQUE: Multidetector helical CT acquisition through the chest, abdomen, and pelvis is provided after IV administration of 100 mL of Omnipaque 300. Coronal and sagittal multiplanar reformatted images are provided. Automated dose control was used for these exams.

**BARONESS ERLANGER EMERGENCY DEPARTMENT**
**EMERGENCY RECORD**

Koger, Phillip Wayne
DOB: 1___ 1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

FINDINGS:
Chest:
There is mild dependent atelectasis at the bilateral lung bases. No
suspicious pulmonary nodules or masses are seen. There is no evidence
of pneumothorax. The heart size is within normal limits. No
pericardial effusion. There is mild stranding within the anterior
mediastinum without discrete hematoma. A focal area of gas is seen
along the left half of the sternomanubrial joint. No underlying
fracture is seen. No definite rib fractures are seen. The thoracic
aorta is normal in caliber. The extra thoracic soft tissues are
within normal limits. Normal attenuation of the imaged thyroid gland.
Abdomen/Pelvis:
Normal appearance of the liver. No focal hepatic mass. There is no
evidence of laceration. No perihepatic free fluid. Normal appearance
of the gallbladder. Normal appearance of the spleen. No evidence of
active extravasation or laceration. Normal appearance of the kidneys.
The adrenal glands are normal without mass or nodularity. Normal
appearance of the pancreas.
The stomach and duodenum appear normal. The small and large bowel are
normal in caliber. No focal wall thickening or dilatation. No free
fluid. No drainable fluid collections. Normal CT appearance of the
prostate gland and seminal vesicles. Normal appearance of the
bladder. There is asymmetric enlargement of the left psoas muscle
with adjacent stranding. No evidence of active extravasation.
Fractures are present through the left L1–L4 transverse processes. No
pelvic fractures are identified. The SI joints and pubic symphysis
are intact. The vertebral body heights are well-maintained. Schmorls
nodes are present along the inferior endplates of the lower thoracic
vertebral bodies. A Schmorls node is seen along the superior
endplate of an upper thoracic vertebral body. There is no evidence of
vertebral body fracture. The posterior elements are within normal
limits.
IMPRESSION: There is mild stranding within the anterior mediastinal
fat which may represent contusion without hematoma. A small amount
of gas adjacent to the sternomanubrial joint may also be associated
with blunt trauma without acute fracture.
Fractures through the left L1–L4 transverse processes with asymmetric
enlargement of the left psoas muscle. No active extravasation.
DICTATED BY: HARRIS HAWK, MD – 03/09/2017 09:06 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD – 03/09/2017 09:15 AM
TRANSCRIBED BY: – PSC – 03/09/2017 09:15 AM
CC: EMCARE, PHYSICIAN .
CHEST SINGLE VIEW Thu Mar 09, 2017 08:29,
   ADMIT DIAGNOSIS: FACIAL FX
   ORDER REASON: TRAUMATIC INJURY
   ORDER COMMENTS: BEH–ED 08
   E/R CHEST SINGLE VIEW  – 03/09/2017 08:44 AM – CPT: 71010
   HISTORY: TRAUMATIC INJURY.
   COMPARISON: None.
   TECHNIQUE: Single AP view the chest
   RESULTS:
The heart size is normal in appearance. The pulmonary vasculature is
mildly congested which is likely related to supine technique. There
is no evidence of pneumothorax. No mediastinal shift. No displaced

# BARONESS ERLANGER EMERGENCY DEPARTMENT
# EMERGENCY RECORD

Koger, Phillip Wayne
DOB:        1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

rib fractures are seen. No subcutaneous emphysema. The trachea is
midline.
IMPRESSION: Pulmonary venous congestion at least in part due to
supine technique. No pneumothorax is seen.
DICTATED BY: HARRIS HAWK, MD – 03/09/2017 08:58 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD – 03/09/2017 09:00 AM
TRANSCRIBED BY: – PSC – 03/09/2017 09:00 AM
CC: EMCARE, PHYSICIAN .
KNEE 3 VIEWS Thu Mar 09, 2017 08:17,
    ADMIT DIAGNOSIS: FACIAL FX
  .ORDER REASON: TRAUMA, PAIN
    ORDER COMMENTS: BEH–ED 08
    E/R KNEE 3 VIEWS L – 03/09/2017 08:44 AM – CPT: 73562
    HISTORY:  TRAUMA, PAIN.
    COMPARISON: None.
    TECHNIQUE: AP view of the pelvis, 2 views of the left hip, 3 views of
the left knee.
    RESULTS:
Pelvis: The bone mineralization is within normal limits. There is no
evidence of acute fracture or dislocation. The joint spaces are
well–maintained. No significant soft tissue abnormality.
Left hip: The left hip is well articulated. There is no evidence of
acute fracture or dislocation. The bone mineralization is normal.
Normal appearance of the femoral head neck junction.
Left knee: The medial and lateral compartment joint spaces are
well–maintained. There is no evidence of acute fracture or
dislocation. There is no evidence of joint effusion. No significant
soft tissue abnormality.
IMPRESSION: Pelvis: No evidence of acute fracture or dislocation.
Left hip: No evidence of acute fracture or dislocation.
Left knee: No evidence of acute fracture or dislocation.
DICTATED BY: HARRIS HAWK, MD – 03/09/2017 08:54 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD – 03/09/2017 08:56 AM
TRANSCRIBED BY: – PSC – 03/09/2017 08:56 AM
CC: EMCARE, PHYSICIAN .
HIP UNI 2–3 VWS Thu Mar 09, 2017 08:17,
    ADMIT DIAGNOSIS: FACIAL FX
    ORDER REASON: TRAUMA, PAIN
    ORDER COMMENTS: BEH–ED 08
    E/R HIP UNI 2–3 VWS L – 03/09/2017 08:43 AM – CPT: 73502
    HISTORY:  TRAUMA, PAIN.
    COMPARISON: None.
    TECHNIQUE: AP view of the pelvis, 2 views of the left hip, 3 views of
the left knee.
    RESULTS:
Pelvis: The bone mineralization is within normal limits. There is no
evidence of acute fracture or dislocation. The joint spaces are
well–maintained. No significant soft tissue abnormality.
Left hip: The left hip is well articulated. There is no evidence of
acute fracture or dislocation. The bone mineralization is normal.
Normal appearance of the femoral head neck junction.
Left knee: The medial and lateral compartment joint spaces are
well–maintained. There is no evidence of acute fracture or
dislocation. There is no evidence of joint effusion. No significant

Prepared: Thu Mar 09, 2017 12:28 by Interface  Page: 5 of 9

**BARONESS ERLANGER EMERGENCY DEPARTMENT**
**EMERGENCY RECORD**

Koger, Phillip Wayne
DOB:         984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

soft tissue abnormality.
IMPRESSION: Pelvis: No evidence of acute fracture or dislocation.
Left hip: No evidence of acute fracture or dislocation.
Left knee: No evidence of acute fracture or dislocation.
DICTATED BY: HARRIS HAWK, MD – 03/09/2017 08:54 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD – 03/09/2017 08:56 AM
TRANSCRIBED BY:  – PSC – 03/09/2017 08:56 AM
CC: EMCARE, PHYSICIAN .
   PELVIS 1 OR 2 VIEWS Thu Mar 09, 2017 08:29,
      ADMIT DIAGNOSIS: FACIAL FX
      ORDER REASON: TRAUMATIC INJURY
      ORDER COMMENTS: BEH–ED 08
      E/R PELVIS 1 OR 2 VIEWS – 03/09/2017 08:46 AM – CPT: 72170
      HISTORY: TRAUMA, PAIN.
      COMPARISON: None.
      TECHNIQUE: AP view of the pelvis, 2 views of the left hip, 3 views of
      the left knee.
      RESULTS:
      Pelvis: The bone mineralization is within normal limits. There is no
      evidence of acute fracture or dislocation. The joint spaces are
      well–maintained. No significant soft tissue abnormality.
      Left hip: The left hip is well articulated. There is no evidence of
      acute fracture or dislocation. The bone mineralization is normal.
      Normal appearance of the femoral head neck junction.
      Left knee: The medial and lateral compartment joint spaces are
      well–maintained. There is no evidence of acute fracture or
      dislocation. There is no evidence of joint effusion. No significant
      soft tissue abnormality.
      IMPRESSION: Pelvis: No evidence of acute fracture or dislocation.
      Left hip: No evidence of acute fracture or dislocation.
      Left knee: No evidence of acute fracture or dislocation.
      DICTATED BY: HARRIS HAWK, MD – 03/09/2017 08:54 AM
      ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD – 03/09/2017 08:56 AM
      TRANSCRIBED BY:  – PSC – 03/09/2017 08:56 AM
      CC: EMCARE, PHYSICIAN .
*LABORATORY:*

| Measurement | Result | Units | Range |
|---|---|---|---|
| BLOOD GAS ANALY RESP CARE Thu Mar 09, 2017 08:32 | | | |
| RPH | 7.44 | | 7.35–7.45 |
| RPCO2 | 35 | MMHG | 35–45 |
| RPO2 | 84 | MMHG | 80–100 |
| RHCO3 | 24 | MEQ | 22–28 |
| RBE | | | |
| RO2HB | 97 | % | 95–100 |
| RFIO2 | 21 | % | |
| RSITE | LEFT FEMORAL | | |
| RVS | if critical values | | |
| | see chart for | | |
| | notification | | |

| Measurement | Result | Units | Range |
|---|---|---|---|
| UREA NITROGEN ISTAT Thu Mar 09, 2017 08:31 | | | |
| UN1 | 19 | MG/DL | 9–21 |

# BARONESS ERLANGER EMERGENCY DEPARTMENT
# EMERGENCY RECORD

Koger, Phillip Wayne
DOB:      1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

| Measurement | Result | Units | Range |
|---|---|---|---|
| SODIUM ISTAT Thu Mar 09, 2017 08:31 | | | |
| NA1 | 139 | MMOL/L | 135–153 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| POTASSIUM ISTAT Thu Mar 09, 2017 08:31 | | | |
| K1 | 4.8 | MMOL/L | 3.5–5.3 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| IONIZED CA ISTAT Thu Mar 09, 2017 08:31 | | | |
| IICA | 1.10 | MMOL/L | 1.12–1.32 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| HEMATOCRIT ISTAT Thu Mar 09, 2017 08:31 | | | |
| IHCT | 54 | % | 42–52 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| CO2 Thu Mar 09, 2017 08:31 | | | |
| ICO2 | 23 | MMOL/L | 23–27 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| GLUCOSE ISTAT Thu Mar 09, 2017 08:31 | | | |
| GLU1 | 127 | MG/DL | 70–105 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| CREATININE ISTAT Thu Mar 09, 2017 08:31 | | | |
| CRETI | 1.2 | MG/DL | 0.8–1.5 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| CHLORIDE ISTAT Thu Mar 09, 2017 08:31 | | | |
| CL1 | 104 | MMOL/L | 97–107 |

## ORDER DETAILS

| Order Name | Status | Time | User |
|---|---|---|---|
| BEH EKG Order Notification | Done | 10:21 3/9/2017 | ZATE |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| CHEST, SINGLE VIEW | Done | 09:02 3/9/2017 | System |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Jackson, TNS, Jana L – Thu Mar 09, 2017 08:29 | | | |
| – Quantity: 1 | | | |
| – Reason:  Traumatic Injury | | | |
| – Transportation Method: PORTABLE AT BEDSIDE | | | |
| – Pregnant: No | | | |
| EKG 12 LEAD – BEH | Active | 08:17 3/9/2017 | BEN |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| – Reason: Chest Trauma | | | |
| HIP UNILAT 2–3 VWS | Done | 08:59 3/9/2017 | System |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |

Prepared: Thu Mar 09, 2017 12:28 by Interface  Page: 7 of 9

## BARONESS ERLANGER EMERGENCY DEPARTMENT
## EMERGENCY RECORD

Koger, Phillip Wayne
DOB:      1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

| | | | |
|---|---|---|---|
| – Quantity: 1 | | | |
| – Reason: trauma, pain | | | |
| – Left/Right Indicator: Left | | | |
| – Transportation Method: STRETCHER – SEND TO DEPT | | | |
| – Pregnant: No | | | |
| iSTAT 10– Na, K Cl TCO2 Glu BUN Cr iCa Hct | Done | 08:28 3/9/2017 | BMI1 |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| ISTAT ABG–Page Respiratory | Done | 08:28 3/9/2017 | BMI1 |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Miller, RT, Barry G – Thu Mar 09, 2017 08:28 | | | |
| – Quantity: 1 | | | |
| KNEE 3 VIEWS | Done | 08:59 3/9/2017 | System |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| – Reason: trauma, pain | | | |
| – Transportation Method: PORTABLE AT BEDSIDE | | | |
| – Pregnant: No | | | |
| PELVIS 1 OR 2 VIEWS | Done | 08:58 3/9/2017 | System |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Jackson, TNS, Jana L – Thu Mar 09, 2017 08:29 | | | |
| – Quantity: 1 | | | |
| – Reason:  Traumatic Injury | | | |
| – Transportation Method: STRETCHER – SEND TO DEPT | | | |
| – Pregnant: No | | | |
| PO fluids, call family to pick up pt | Done | 11:16 3/9/2017 | SEAR |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 10:51 | | | |
| – Quantity: 1 | | | |
| Saline Lock x 2 | Done | 08:23 3/9/2017 | SEAR |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| – Reason: trauma to chest/abd | | | |
| THORAX ABDOMEN PELVIS W/CONTRAST | Done | 09:17 3/9/2017 | System |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| – Reason: chest, abd trauma | | | |
| – Transportation Method: STRETCHER – SEND TO DEPT | | | |
| – Pregnant: No | | | |

**PRESCRIPTION** (Thu Mar 09, 2017 10:27 BEN)
*Percocet:*  TABLET : 7.5 mg–325 mg : ORAL : Quantity: *** 1 *** Unit: TAB Route: ORAL
    Schedule: Every four to six hours as needed. Dispense: *** 30 ***.
*NOTES:*  **Substitution Permitted**
    **NO REFILLS**.
*Zofran Tab:*  TABLET : 4 mg : ORAL : Quantity: *** 1 *** Unit: TAB Route: ORAL Schedule:
    Every four to six hours as needed. Dispense: *** 21 ***.
*NOTES*

**INSTRUCTION** (Thu Mar 09, 2017 10:34 BEN)
*DISCHARGE:*  FRACTURED NOSE.
*FOLLOWUP:*  None. Patient has, no PCP– See referral, Clinics, PHYSICIAN REFERRAL
    TO, UT ERLANGER PHYSICIANS GROUP, 423–778–DOCS (3627), Call UT Erlanger

**BARONESS ERLANGER EMERGENCY DEPARTMENT**
**EMERGENCY RECORD**

Koger, Phillip Wayne
DOB:          1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

Physicians Group Referral line to help locate a physician., Urologists, Academic, UT. Clinics / Erlanger Practice, at Erlanger, Suite C–925, 979 East Third Street, Chattanooga TN 37311, 423–778–5910, Follow up with Specialist Call the office and make an appointment.
*SPECIAL:*  (20) Follow up with Urology within 2 weeks.

## NURSING PROCEDURE: EKG CHART (Thu Mar 09, 2017 10:21 ZATE)

*PATIENT IDENTIFIER:* Patient's identity verified by patient stating name, Patient's identity verified by patient stating birth date, Patient's identity verified by hospital ID bracelet.
*EKG:* EKG indicated for Facial fx, 12 lead EKG performed on the left chest, done by zat, first EKG, EKG Shown to Dr. Smith.
*FOLLOW–UP:* After procedure, EKG for interpretation given to Dr. Smith.
*NOTES:* Patient tolerated procedure well.
*SAFETY:* Side rails up, Cart/Stretcher in lowest position, Call light within reach, Hospital ID band on, Patient in view of the nursing station.

## IMAGING

*EKG–EMERGENCY DEPARTMENT:*  Image captured from scanner. (Thu Mar 09, 2017 10:42 KINS)
*TRAUMA CHART:*  Image captured from scanner. (Thu Mar 09, 2017 12:24 SEAR)
    Page 002 added. Image captured from scanner. (Thu Mar 09, 2017 12:24 SEAR)
    Page 003 added. Image captured from scanner. (Thu Mar 09, 2017 12:25 SEAR)
    Page 004 added. Image captured from scanner. (Thu Mar 09, 2017 12:25 SEAR)

**Key:**
**AHUN=Hunzelman, RN, Ashley L  BEN=Smith, MD, Benjamin  KINS=Kinsey, UC, Stephanie  LVAR=Varner, CPH T, Lee SEAR=Armstrong, RN, Sarah E  ZATE=Terrell, ER TECH, Zachary A**

# BARONESS ERLANGER EMERGENCY DEPARTMENT EMERGENCY RECORD

Koger, Phillip Wayne
DOB: _____.984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

━━━━━━━━━━━━━ Patient Data ━━━━━━━━━━━━━

**Complaint:** facial fractures
**Triage Time:** Thu Mar 09, 2017 07:58
**Urgency:** ESI Level 2
**Bed:** ED BEH-ED
**Initial Vital Signs:**
   **BP:**
   **P:**
   **O2 sat:**

**ED Attending:** Smith, MD, Benjamin
**Primary RN:** Armstrong, RN, Sarah E

**R:**
**T:**
**Pain:**

## TRIAGE (Thu Mar 09, 2017 07:58 AHUN)

*TRIAGE NOTES:* Patient presents to ED s/p mvc. pt was unrestrained driver of vehicle high speed chase from the police that lost control of the car. Pt transfer from Cornerstone for facial fractures., SEASON FLU/2013 NOVEL VIRUS/EBOLA SCREENING / Enterovirus D68: The patient does not have a sore throat, Temp is less than 100.0F, no cough, no sneezing, no rhinorrhea or nasal congestion, no dyspnea, no flul–like symptoms, The patient has NO recent travel outside the United States within the last 21 days., Taken directly to treatment room for triage or by EMS. (Thu Mar 09, 2017 07:58 AHUN)

*COMPLAINT:* facial fractures. (Thu Mar 09, 2017 07:58 AHUN)

*MEASLES SCREEN:* no rhinorrhea, Temp is less than 105.0F, no cough, no conjunctivitis, no rash, A face mask was not applied to the patient. (Thu Mar 09, 2017 08:54 SEAR)

*PATIENT:* AGE: 32, GENDER: male, DOB: _____1984, PRE–HOSPITAL
   NOTIFICATION: Thu Mar 09, 2017 07:31, RACE: White, Not Hispanic, Holiday, Event, MCI: No, Travel outside US? No recent travel outside the U.S., Isolation Precaution: Standard Precautions, Latex Allergy: No Latex Allergy, Patient Origin: Hutcheson Med Ctr – Ft Oglethorp GA, PCP/Special: None. Patient has, no PCP– See. (Thu Mar 09, 2017 07:58 AHUN)

NAME: Koger, Phillip Wayne. (Thu Mar 09, 2017 08:00)

KG WEIGHT: 102.1, HEIGHT: 187cm, BMI: 29.20. (Thu Mar 09, 2017 08:54 SEAR)

KG WEIGHT: 102.1, HEIGHT: 187cm, BMI: 29.20. (Thu Mar 09, 2017 08:54 SEAR)

*TRIAGE INFORMATION:* Pain level 6 Hurts Even More, using faces pain scoring. (Thu Mar 09, 2017 08:54 SEAR)

*TREATMENTS IN PROGRESS:* EMS/First Responder/By–stander care prior to arrival, Arrived via EMS, **Patient transferred from another facility**, Transferring facility: **cornerstone.** (Thu Mar 09, 2017 08:54 SEAR)

*SPECIAL NEEDS:* No special needs identified, Do you communicate in a language other than English at home? NO, English is used., No accommodations are requested. (Thu Mar 09, 2017 08:54 SEAR)

*ADMISSION:* URGENCY: ESI Level 2, ADMISSION SOURCE: Ambulance – Puckett EMS, AMBULANCE: Puckett EMS, TRANSPORT: Stretcher, BED: BEH–ED 08. (Thu Mar 09, 2017 07:58 AHUN)

*PROVIDERS:* TRIAGE NURSE: Ashley L Hunzelman, RN. (Thu Mar 09, 2017 07:58 AHUN)

*ESI ALGORITHM:* ES level 2. (Thu Mar 09, 2017 08:54 SEAR)

*PREVIOUS VISIT ALLERGIES:* No Known Drug Allergies. (Thu Mar 09, 2017 08:54 SEAR)

## AMBULANCE (Thu Mar 09, 2017 07:31 AHUN)

*AMBULANCE:* Ambulance: Thu Mar 09, 2017 07:31.

## DIAGNOSIS (Thu Mar 09, 2017 10:24 BEN)

*FINAL:* PRIMARY: **facial fractures,** ADDITIONAL: **scrotal contusion, spinous process Fx in back.**

## DISPOSITION

*PATIENT:* Disposition Type: Discharge. (Thu Mar 09, 2017 10:24 BEN)
   Disposition: Home, Disposition Transport: Friend/family driving, Condition: Improved, Patient left

---

Prepared: Sun Mar 19, 2017 02:19 by Interface Page: 1 of 9

**BARONESS ERLANGER EMERGENCY DEPARTMENT EMERGENCY RECORD**

Koger, Phillip Wayne
DOB:       1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

the department. (Thu Mar 09, 2017 12:25 SBAR)

**HPI BLANK** (Thu Mar 09, 2017 08:59 BEN)
*CHIEF COMPLAINT:* **32 y/o WM was a rest driver in a front impact MVC at 70 mph, then roughed up by the police as he was attempting to evade. TF here with multiple facial Fx and a scrotal u/s showing decreased flow to the left testicle.**
*HISTORIAN:* History provided by patient.
*TIME COURSE:* Sudden onset of symptoms, Symptoms are worsening, are constant.
*SEVERITY:* Maximum severity of symptoms moderate, Currently symptoms are moderate, In my professional medical judgment as a board-certified physician or other qualified personnel, this patient presents with an emergency medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) that the absence of immediate medical attention could reasonably be expected to result in placing the patient's health in serious jeopardy; serious impairment to bodily function, or serious dysfunction of a body organ or part.

**ROS**
*CONSTITUTIONAL:* Historian denies chills, Historian denies fever. (Thu Mar 09, 2017 09:07 BEN)
*ENT:* Historian denies epistaxis, Historian denies sore throat. (Thu Mar 09, 2017 09:07 BEN)
*CARDIOVASCULAR:* Historian denies chest pain, Historian denies syncope. (Thu Mar 09, 2017 09:07 BEN)
*RESPIRATORY:* Historian denies cough, Historian denies shortness of breath. (Thu Mar 09, 2017 09:07 BEN)
*GI:* Historian denies abdominal pain, Historian denies nausea, Historian denies vomiting. (Thu Mar 09, 2017 09:07 BEN)
*GENITOURINARY MALE:* Historian denies penile discharge, Historian denies urinary frequency, scrotal pain. (Thu Mar 09, 2017 09:06 BEN)
*MUSCULOSKELETAL:* Historian denies back pain, **Historian reports fall, injury.** Historian denies myalgias, Historian denies neck pain. (Thu Mar 09, 2017 09:06 BEN)
*SKIN:* Historian denies cellulitis, Historian denies induration, Historian denies rash, **Historian reports skin changes.** (Thu Mar 09, 2017 09:06 BEN)
*NEUROLOGIC:* **Historian reports headache,** Historian denies paralysis, Historian denies paresthesias, Historian denies sensory changes, Historian denies speech changes. (Thu Mar 09, 2017 09:06 BEN)
*PSYCHIATRIC:* Historian denies homicidal ideation, Historian denies suicidal ideation. (Thu Mar 09, 2017 09:07 BEN)

**PHYSICAL EXAM** (Thu Mar 09, 2017 09:07 BEN)
*CONSTITUTIONAL:* Vital signs reviewed, Patient appears non toxic, Patient alert and oriented to person, place and time.
*HEAD:* **multiple areas of CTx to face, swelling. Lac s/p repair L brow. Hemostatic.**
*EYES:* Extraocular muscles intact, Sclera normal.
*NECK:* Neck exam included findings of normal range of motion, Trachea midline.
*RESPIRATORY CHEST:* Respiratory exam included findings of no respiratory distress, Breath sounds clear, No wheezing, No rales, No rhonchi, **Tenderness, moderate, to the right anterior chest, Palpation of chest reproduces symptoms.**
*CARDIOVASCULAR:* Cardiovascular exam included findings of heart rate regular rate and rhythm, Heart sounds normal.
*ABDOMEN MALE:* Abdominal exam included findings of abdomen nontender, no distension.
*UPPER EXTREMITY:* Upper extremity exam included findings of inspection normal, Range of motion normal.
*LOWER EXTREMITY:* **TTP/pain with ROM L knee and hip. B knee abrasions.**

Prepared: Sun Mar 19, 2017 02:19 by Interface Page: 2 of 9

## BARONESS ERLANGER EMERGENCY DEPARTMENT
## EMERGENCY RECORD

Koger, Phillip Wayne
DOB:        1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

*SKIN:* dry, no rash.
*PSYCHIATRIC:* Psychiatric exam included findings of patient oriented to person place and time, Normal affect.
*NOTES:* Notes: other than as noted above, all long bones and joints were palpated and ranged and were non–TTP and painless to range.

### PAST MEDICAL HISTORY (Thu Mar 09, 2017 08:54 SEAR)
*MEDICAL HISTORY:*  No past medical history.
*SURGICAL HISTORY MALE:*  Surgical history of orthopedic surgery, femur.
*PSYCHIATRIC HISTORY:*  No previous psychiatric history.
*SOCIAL HISTORY:*  Patient currently uses tobacco, Patient smokes cigarettes, daily, Patient smokes 1 pack per day, Patient denies alcohol use, Patient currently uses drugs, abuses marijuana, Social drug use.

### PROBLEM LIST
*Only confirmed problems are displayed:*

| Problem Name | Status | Date Diagnosed | Date Resolved | Confirm Status |
|---|---|---|---|---|
| Blunt Chest Trauma (by history) | Active | Mon Aug 25, 2014 | | Confirmed |
| Contusion to the Head (by history) | Active | Mon Aug 25, 2014 | | Confirmed |
| facial fractures | Active | Thu Mar 09, 2017 | | Confirmed |
| scrotal contusion | Active | Thu Mar 09, 2017 | | Confirmed |
| spinous process Fx in back | Active | Thu Mar 09, 2017 | | Confirmed |

### CURRENT MEDICATIONS (Thu Mar 09, 2017 09:36 LVAR)
*Patient states – No home medicines.*

### KNOWN ALLERGIES
*No Known Drug Allergies*

### EVENTS
*TRANSFER:*  Triage to Emergency Baroness ED 08. (Thu Mar 09, 2017 07:58 AHUN)
Emergency Baroness ED 08 to 07. (Thu Mar 09, 2017 10:35 SEAR)
Removed from Emergency Baroness ED 07. (Thu Mar 09, 2017 12:25 SEAR)

### DOCTOR NOTES
*NOTES:*  paged Urology re: testicular injury. (Thu Mar 09, 2017 09:10 BEN)
**D/w Dr Smith Urology resident – pt does not need emergent surgical intervention. Expectant management, pain control. F/u 2 weeks in office.** (Thu Mar 08, 2017 09:14 BEN)
**d/w plastics no need for f/u unless unsightly after swelling resolves.** (Thu Mar 09, 2017 11:15 BEN)

### RESULTS (Thu Mar 09, 2017 09:21 BEN)
*RADIOLOGY:* CT THORAX ABD PELVIS W IV CONT Thu Mar 09, 2017 08:17,
ADMIT DIAGNOSIS: FACIAL FX
ORDER REASON: CHEST, ABD TRAUMA
ORDER COMMENTS: BEH–ED 08
ECT CT THORAX ABD PELVIS W IV CONT  – 03/09/2017 08:50 AM – CPT:
71260, 74177, 74177
COMPARISON: None.
HISTORY: Motor vehicle accident.
TECHNIQUE: Multidetector helical CT acquisition through the chest, abdomen, and pelvis is provided after IV administration of 100 mL of Omnipaque 300. Coronal and sagittal multiplanar reformatted images are provided. Automated dose control was used for these exams.

Prepared: Sun Mar 19, 2017 02:19 by Interface Page: 3 of 9

**BARONESS ERLANGER EMERGENCY DEPARTMENT EMERGENCY RECORD**

Koger, Phillip Wayne
DOB:        984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

FINDINGS:
Chest:
There is mild dependent atelectasis at the bilateral lung bases. No suspicious pulmonary nodules or masses are seen. There is no evidence of pneumothorax. The heart size is within normal limits. No pericardial effusion. There is mild stranding within the anterior mediastinum without discrete hematoma. A focal area of gas is seen along the left half of the sternomanubrial joint. No underlying fracture is seen. No definite rib fractures are seen. The thoracic aorta is normal in caliber. The extra thoracic soft tissues are within normal limits. Normal attenuation of the imaged thyroid gland.
Abdomen/Pelvis:
Normal appearance of the liver. No focal hepatic mass. There is no evidence of laceration. No perihepatic free fluid. Normal appearance of the gallbladder. Normal appearance of the spleen. No evidence of active extravasation or laceration. Normal appearance of the kidneys. The adrenal glands are normal without mass or nodularity. Normal appearance of the pancreas.
The stomach and duodenum appear normal. The small and large bowel are normal in caliber. No focal wall thickening or dilatation. No free fluid. No drainable fluid collections. Normal CT appearance of the prostate gland and seminal vesicles. Normal appearance of the bladder. There is asymmetric enlargement of the left psoas muscle with adjacent stranding. No evidence of active extravasation.
Fractures are present through the left L1–L4 transverse processes. No pelvic fractures are identified. The SI joints and pubic symphysis are intact. The vertebral body heights are well–maintained. Schmorls nodes are present along the inferior endplates of the lower thoracic vertebral bodies. A Schmorls node is seen along the superior endplate of an upper thoracic vertebral body. There is no evidence of vertebral body fracture. The posterior elements are within normal limits.
IMPRESSION: There is mild stranding within the anterior mediastinal fat which could represent contusion without hematoma. A small amount of gas adjacent to the sternomanubrial joint may also be associated with blunt trauma without acute fracture.
Fractures through the left L1–L4 transverse processes with asymmetric enlargement of the left psoas muscle. No active extravasation.
DICTATED BY: HARRIS HAWK, MD – 03/09/2017 09:06 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD – 03/09/2017 09:15 AM
TRANSCRIBED BY: – PSC – 03/09/2017 09:15 AM
CC: EMCARE, PHYSICIAN .
CHEST SINGLE VIEW Thu Mar 09, 2017 08:29,
    ADMIT DIAGNOSIS: FACIAL FX
    ORDER REASON: TRAUMATIC INJURY
    ORDER COMMENTS: BEH–ED 08
    E/R CHEST SINGLE VIEW  – 03/09/2017 08:44 AM – CPT: 71010
    HISTORY: TRAUMATIC INJURY.
    COMPARISON: None.
    TECHNIQUE: Single AP view the chest
    RESULTS:
    The heart size is normal in appearance. The pulmonary vasculature is mildly congested which is likely related to supine technique. There is no evidence of pneumothorax. No mediastinal shift. No displaced

# BARONESS ERLANGER EMERGENCY DEPARTMENT
# EMERGENCY RECORD

Koger, Phillip Wayne
DOB:        1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

rib fractures are seen. No subcutaneous emphysema. The trachea is
midline.
IMPRESSION: Pulmonary venous congestion at least in part due to
supine technique. No pneumothorax is seen.
DICTATED BY: HARRIS HAWK, MD – 03/09/2017 08:58 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD – 03/09/2017 09:00 AM
TRANSCRIBED BY: – PSC – 03/09/2017 09:00 AM
CC: EMCARE, PHYSICIAN .
KNEE 3 VIEWS Thu Mar 09, 2017 08:17,
  ADMIT DIAGNOSIS: FACIAL FX
  ORDER REASON: TRAUMA, PAIN
  ORDER COMMENTS: BEH–ED 08
  E/R KNEE 3 VIEWS L – 03/09/2017 08:44 AM – CPT: 73562
  HISTORY: TRAUMA, PAIN.
  COMPARISON: None.
  TECHNIQUE: AP view of the pelvis, 2 views of the left hip, 3 views of
the left knee.
  RESULTS:
  Pelvis: The bone mineralization is within normal limits. There is no
  evidence of acute fracture or dislocation. The joint spaces are
  well–maintained. No significant soft tissue abnormality.
  Left hip: The left hip is well articulated. There is no evidence of
  acute fracture or dislocation. The bone mineralization is normal.
  Normal appearance of the femoral head neck junction.
  Left knee: The medial and lateral compartment joint spaces are
  well–maintained. There is no evidence of acute fracture or
  dislocation. There is no evidence of joint effusion. No significant
  soft tissue abnormality.
  IMPRESSION: Pelvis: No evidence of acute fracture or dislocation.
  Left hip: No evidence of acute fracture or dislocation.
  Left knee: No evidence of acute fracture or dislocation.
  DICTATED BY: HARRIS HAWK, MD – 03/09/2017 08:54 AM
  ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD – 03/09/2017 08:56 AM
  TRANSCRIBED BY: – PSC – 03/09/2017 08:56 AM
  CC: EMCARE, PHYSICIAN .
HIP UNI 2–3 VWS Thu Mar 09, 2017 08:17,
  ADMIT DIAGNOSIS: FACIAL FX
  ORDER REASON: TRAUMA, PAIN
  ORDER COMMENTS: BEH–ED 08
  E/R HIP UNI 2–3 VWS L – 03/09/2017 08:43 AM – CPT: 73502
  HISTORY: TRAUMA, PAIN.
  COMPARISON: None.
  TECHNIQUE: AP view of the pelvis, 2 views of the left hip, 3 views of
the left knee.
  RESULTS:
  Pelvis: The bone mineralization is within normal limits. There is no
  evidence of acute fracture or dislocation. The joint spaces are
  well–maintained. No significant soft tissue abnormality.
  Left hip: The left hip is well articulated. There is no evidence of
  acute fracture or dislocation. The bone mineralization is normal.
  Normal appearance of the femoral head neck junction.
  Left knee: The medial and lateral compartment joint spaces are
  well–maintained. There is no evidence of acute fracture or
  dislocation. There is no evidence of joint effusion. No significant

# BARONESS ERLANGER EMERGENCY DEPARTMENT
# EMERGENCY RECORD

Koger, Phillip Wayne
DOB:        1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

soft tissue abnormality.
IMPRESSION: Pelvis: No evidence of acute fracture or dislocation.
Left hip: No evidence of acute fracture or dislocation.
Left knee: No evidence of acute fracture or dislocation.
DICTATED BY: HARRIS HAWK, MD – 03/09/2017 08:54 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD – 03/09/2017 08:56 AM
TRANSCRIBED BY: – PSC – 03/09/2017 08:56 AM
CC: EMCARE, PHYSICIAN .
PELVIS 1 OR 2 VIEWS Thu Mar 09, 2017 08:29,
   ADMIT DIAGNOSIS: FACIAL FX
   ORDER REASON: TRAUMATIC INJURY
   ORDER COMMENTS: BEH–ED 08
E/R PELVIS 1 OR 2 VIEWS – 03/09/2017 08:46 AM – CPT: 72170
HISTORY: TRAUMA, PAIN.
COMPARISON: None.
TECHNIQUE: AP view of the pelvis, 2 views of the left hip, 3 views of
the left knee.
RESULTS:
Pelvis: The bone mineralization is within normal limits. There is no
evidence of acute fracture or dislocation. The joint spaces are
well–maintained. No significant soft tissue abnormality.
Left hip: The left hip is well articulated. There is no evidence of
acute fracture or dislocation. The bone mineralization is normal.
Normal appearance of the femoral head neck junction.
Left knee: The medial and lateral compartment joint spaces are
well–maintained. There is no evidence of acute fracture or
dislocation. There is no evidence of joint effusion. No significant
soft tissue abnormality.
IMPRESSION: Pelvis: No evidence of acute fracture or dislocation.
Left hip: No evidence of acute fracture or dislocation.
Left knee: No evidence of acute fracture or dislocation.
DICTATED BY: HARRIS HAWK, MD – 03/09/2017 08:54 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD – 03/09/2017 08:56 AM
TRANSCRIBED BY: – PSC – 03/09/2017 08:56 AM
CC: EMCARE, PHYSICIAN .
LABORATORY:

| Measurement | Result | Units | Range |
|---|---|---|---|
| BLOOD GAS ANALY RESP CARE Thu Mar 09, 2017 08:32 | | | |
| RPH | 7.44 | | 7.35–7.45 |
| RPCO2 | 35 | MMHG | 35–45 |
| RPO2 | 84 | MMHG | 80–100 |
| RHCO3 | 24 | MEQ | 22–28 |
| RBE | | | |
| RO2HB | 97 | % | 95–100 |
| RFIO2 | 21 | % | |
| RSITE | LEFT FEMORAL | | |
| RVS | if critical values | | |
| | see chart for | | |
| | notification | | |

| Measurement | Result | Units | Range |
|---|---|---|---|
| UREA NITROGEN ISTAT Thu Mar 09, 2017 08:31 | | | |
| UN1 | 19 | MG/DL | 9–21 |

Prepared: Sun Mar 19, 2017 02:19 by Interface  Page: 6 of 9

# BARONESS ERLANGER EMERGENCY DEPARTMENT
## EMERGENCY RECORD

Koger, Phillip Wayne
DOB:        1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

| Measurement | Result | Units | Range |
|---|---|---|---|
| SODIUM ISTAT Thu Mar 09, 2017 08:31 | | | |
| NAI | 139 | MMOL/L | 135–153 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| POTASSIUM ISTAT Thu Mar 09, 2017 08:31 | | | |
| KI | 4.8 | MMOL/L | 3.5–5.3 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| IONIZED CA ISTAT Thu Mar 09, 2017 08:31 | | | |
| IICA | 1.10 | MMOL/L | 1.12–1.32 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| HEMATOCRIT ISTAT Thu Mar 09, 2017 08:31 | | | |
| IHCT | 54 | % | 42–52 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| CO2 Thu Mar 09, 2017 08:31 | | | |
| ICO2 | 23 | MMOL/L | 23–27 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| GLUCOSE ISTAT Thu Mar 09, 2017 08:31 | | | |
| GLUI | 127 | MG/DL | 70–105 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| CREATININE ISTAT Thu Mar 09, 2017 08:31 | | | |
| CRETI | 1.2 | MG/DL | 0.8–1.5 |

| Measurement | Result | Units | Range |
|---|---|---|---|
| CHLORIDE ISTAT Thu Mar 09, 2017 08:31 | | | |
| CLI | 104 | MMOL/L | 97–107 |

## ORDER DETAILS

| Order Name | Status | Time | User |
|---|---|---|---|
| BEH EKG Order Notification | Done | 10:21 3/9/2017 | ZATE |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| CHEST, SINGLE VIEW | Done | 09:02 3/9/2017 | System |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Jackson, TNS, Jana L – Thu Mar 09, 2017 08:29 | | | |
| – Quantity: 1 | | | |
| – Reason:  Traumatic Injury | | | |
| – Transportation Method: PORTABLE AT BEDSIDE | | | |
| – Pregnant: No | | | |
| EKG 12 LEAD – BEH | Active | 08:17 3/9/2017 | BEN |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| – Reason: Chest Trauma | | | |
| HIP UNILAT 2–3 VWS | Done | 08:59 3/9/2017 | System |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |

Prepared: Sun Mar 19, 2017 02:19 by Interface  Page: 7 of 9

# BARONESS ERLANGER EMERGENCY DEPARTMENT
# EMERGENCY RECORD

**Koger, Phillip Wayne**
DOB:       1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

| | | | |
|---|---|---|---|
| – Quantity: 1 | | | |
| – Reason: trauma, pain | | | |
| – Left/Right Indicator: Left | | | |
| – Transportation Method: STRETCHER – SEND TO DEPT | | | |
| – Pregnant: No | | | |
| iSTAT 10– Na, K Cl TCO2 Glu BUN Cr iCa Hct | Done | 08:28 3/9/2017 | BMI1 |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| ISTAT ABG–Page Respiratory | Done | 08:28 3/9/2017 | BMI1 |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Miller, RT, Barry G – Thu Mar 09, 2017 08:28 | | | |
| – Quantity: 1 | | | |
| KNEE 3 VIEWS | Done | 08:59 3/9/2017 | System |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| – Reason: trauma, pain | | | |
| – Transportation Method: PORTABLE AT BEDSIDE | | | |
| – Pregnant: No | | | |
| PELVIS 1 OR 2 VIEWS | Done | 08:58 3/9/2017 | System |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Jackson, TNS, Jana L – Thu Mar 09, 2017 08:29 | | | |
| – Quantity: 1 | | | |
| – Reason:  Traumatic Injury | | | |
| – Transportation Method: STRETCHER – SEND TO DEPT | | | |
| – Pregnant: No | | | |
| PO fluids, call family to pick up pt | Done | 11:16 3/9/2017 | SEAR |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 10:51 | | | |
| – Quantity: 1 | | | |
| Saline Lock x 2 | Done | 08:23 3/9/2017 | SEAR |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| – Reason: trauma to chest/abd | | | |
| THORAX ABDOMEN PELVIS W/CONTRAST | Done | 09:17 3/9/2017 | System |
| – Ordered for: Smith, MD, Benjamin | | | |
| – Entered by: Smith, MD, Benjamin – Thu Mar 09, 2017 08:17 | | | |
| – Quantity: 1 | | | |
| – Reason: chest, abd trauma | | | |
| – Transportation Method: STRETCHER – SEND TO DEPT | | | |
| – Pregnant: No | | | |

**PRESCRIPTION** (Thu Mar 09, 2017 10:27 BEN)
*Percocet:* TABLET : 7.5 mg–325 mg : ORAL : Quantity: *** 1 *** Unit: TAB Route: ORAL
   Schedule: Every four to six hours as needed. Dispense: *** 30 ***.
*NOTES:*  **Substitution Permitted**
      **NO REFILLS**.
*Zofran Tab:* TABLET : 4 mg : ORAL : Quantity: *** 1 *** Unit: TAB Route: ORAL Schedule:
   Every four to six hours as needed. Dispense: *** 21 ***.
*NOTES*

**INSTRUCTION** (Thu Mar 09, 2017 10:34 BEN)
*DISCHARGE:* FRACTURED NOSE.
*FOLLOWUP:* None. Patient has, no PCP– See referral, Clinics, PHYSICIAN REFERRAL
   TO, UT ERLANGER PHYSICIANS GROUP, 423–778–DOCS (3627), Call UT Erlanger

Prepared: Sun Mar 19, 2017 02:19 by Interface  Page: 8 of 9

**BARONESS ERLANGER EMERGENCY DEPARTMENT**
**EMERGENCY RECORD**

Koger, Phillip Wayne
DOB:       1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

Physicians Group Referral line to help locate a physician., Urologists, Academic, UT. Clinics / Erlanger Practice, at Erlanger, Suite C–925, 979 East Third Street, Chattanooga TN 37311, 423–778–5910, Follow up with Specialist Call the office and make an appointment.
*SPECIAL:* (20) Follow up with Urology within 2 weeks.

**NURSING PROCEDURE: EKG CHART** (Thu Mar 09, 2017 10:21 ZATE)
*PATIENT IDENTIFIER:* Patient's identity verified by patient stating name, Patient's identity verified by patient stating birth date, Patient's identity verified by hospital ID bracelet.
*EKG:* EKG indicated for Facial fx, 12 lead EKG performed on the left chest, done by zat, first EKG, EKG Shown to Dr. Smith.
*FOLLOW–UP:* After procedure, EKG for interpretation given to Dr. Smith.
*NOTES:* Patient tolerated procedure well.
*SAFETY:* Side rails up, Cart/Stretcher in lowest position, Call light within reach, Hospital ID band on, Patient in view of the nursing station.

**IMAGING**
*EKG–EMERGENCY DEPARTMENT:* Image captured from scanner. (Thu Mar 09, 2017 10:42 KINS)
*TRAUMA CHART:* Image captured from scanner. (Thu Mar 09, 2017 12:24 SEAR)
    Page 002 added. Image captured from scanner. (Thu Mar 09, 2017 12:24 SEAR)
    Page 003 added. Image captured from scanner. (Thu Mar 09, 2017 12:25 SEAR)
    Page 004 added. Image captured from scanner. (Thu Mar 09, 2017 12:25 SEAR)

**ADMIN** (Sun Mar 19, 2017 02:01 BEN)
*DIGITAL SIGNATURE:* Smith, MD, Benjamin.

**Key:**
**AHUN=Hunzelman, RN, Ashley L  BEN=Smith, MD, Benjamin  KINS=Kinsey, UC, Stephanie  LVAR=Varner, CPH T, Lee  SEAR=Armstrong, RN, Sarah E  ZATE=Terrell, ER TECH, Zachary A**

Prepared: Sun Mar 19, 2017 02:19 by Interface  Page: 9 of 9

## BARONESS ERLANGER EMERGENCY DEPARTMENT
## EMERGENCY RECORD

Koger, Phillip Wayne
DOB:          1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

———————————————— Patient Data ————————————————

**Complaint:** facial fractures
**Triage Time:** Thu Mar 09, 2017 07:58
**Urgency:** ESI Level 2
**Bed:** ED BEH–ED
**Initial Vital Signs:**
  **BP:**
  **P:**
  **O2 sat:**

**ED Attending:** Smith, MD, Benjamin
**Primary RN:** Armstrong, RN, Sarah E

  **R:**
  **T:**
  **Pain:**

---

**TRIAGE** (Thu Mar 09, 2017 07:58 AHUN)

*TRIAGE NOTES:* Patient presents to ED s/p mvc. pt was unrestrained driver of vehicle high
  speed chase from the police that lost control of the car. Pt transfer from Cornerstone for facial
  fractures., SEASON FLU/2013 NOVEL VIRUS/EBOLA SCREENING / Enterovirus D68: The
  patient does not have a sore throat, Temp is less than 100.0F, no cough, no sneezing, no
  rhinorrhea or nasal congestion, no dyspnea, no flul–like symptoms, The patient has NO recent
  travel outside the United States within the last 21 days., Taken directly to treatment room for triage
  or by EMS. (Thu Mar 09, 2017 07:58 AHUN)

*COMPLAINT:* facial fractures. (Thu Mar 09, 2017 07:58 AHUN)

*MEASLES SCREEN:* no rhinorrhea, Temp is less than 105.0F, no cough, no conjunctivitis, no
  rash, A face mask was not applied to the patient. (Thu Mar 09, 2017 08:54 SEAR)

*PATIENT:* AGE: 32, GENDER: male, DOB:          1984, PRE–HOSPITAL
  NOTIFICATION: Thu Mar 09, 2017 07:31, RACE: White, Not Hispanic, Holiday, Event, MCI: No,
  Travel outside US?: No recent travel outside the U.S., Isolation Precaution: Standard
  Precautions, Latex Allergy: No Latex Allergy, Patient Origin: Hutcheson Med Ctr – Ft Oglethorp
  GA, PCP/Special: None. Patient has, no PCP– See. (Thu Mar 09, 2017 07:58 AHUN)

  NAME: Koger, Phillip Wayne. (Thu Mar 09, 2017 08:00)

  KG WEIGHT: 102.1, HEIGHT: 187cm, BMI: 29.20. (Thu Mar 09, 2017 08:54 SEAR)

  KG WEIGHT: 102.1, HEIGHT: 187cm, BMI: 29.20. (Thu Mar 09, 2017 08:54 SEAR)

*TRIAGE INFORMATION:* Pain level 6 Hurts Even More, using faces pain scoring. (Thu
  Mar 09, 2017 08:54 SEAR)

*TREATMENTS IN PROGRESS:* EMS/First Responder/By–stander care prior to arrival,
  Arrived via EMS, **Patient transferred from another facility**, Transferring facility:
  **cornerstone.** (Thu Mar 09, 2017 08:54 SEAR)

*SPECIAL NEEDS:* No special needs identified, Do you communicate in a language other than
  English at home? NO, English is used., No accommodations are requested. (Thu Mar 09, 2017
  08:54 SEAR)

*ADMISSION:* URGENCY: ESI Level 2, ADMISSION SOURCE: Ambulance – Puckett EMS,
  AMBULANCE: Puckett EMS, TRANSPORT: Stretcher, BED: BEH–ED 08. (Thu Mar 09, 2017
  07:58 AHUN)

*PROVIDERS:* TRIAGE NURSE: Ashley L Hunzelman, RN. (Thu Mar 09, 2017 07:58
  AHUN)

*ESI ALGORITHM:* ES level 2. (Thu Mar 09, 2017 08:54 SEAR)

*PREVIOUS VISIT ALLERGIES:* No Known Drug Allergies. (Thu Mar 09, 2017 08:54
  SEAR)

**DIAGNOSIS** (Thu Mar 09, 2017 10:24 BEN)

*FINAL:* PRIMARY: **facial fractures**, ADDITIONAL: **scrotal contusion, spinous
  process Fx in back.**

**DISPOSITION**

*PATIENT:* Disposition Type: Discharge. (Thu Mar 09, 2017 10:24 BEN)
  Disposition: Home, Disposition Transport: Friend/family driving, Condition: Improved, Patient left
  the department. (Thu Mar 09, 2017 12:25 BEN)

**HPI BLANK** (Thu Mar 09, 2017 08:59 DGN)

---

Prepared: Fri Mar 10, 2017 03:34 by Interface  Page: 1 of 3

## BARONESS ERLANGER EMERGENCY DEPARTMENT EMERGENCY RECORD

Koger, Phillip Wayne
DOB:        984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

**CHIEF COMPLAINT:** 32 y/o WM was a rest driver in a front impact MVC at 70 mph, then roughed up by the police as he was attempting to evade. TF here with multiple facial Fx and a scrotal u/s showing decreased flow to the left testicle.
**HISTORIAN:** History provided by patient.
**TIME COURSE:** Sudden onset of symptoms, Symptoms are worsening, are constant.
**SEVERITY:** Maximum severity of symptoms moderate, Currently symptoms are moderate, In my professional medical judgment as a board-certified physician or other qualified personnel, this patient presents with an emergency medical condition manifesting itself by acute symptoms of sufficient severity (including severe pain) that the absence of immediate medical attention could reasonably be expected to result in placing the patient's health in serious jeopardy; serious impairment to bodily function, or serious dysfunction of a body organ or part.

## ROS
**CONSTITUTIONAL:** Historian denies chills, Historian denies fever. (Thu Mar 09, 2017 09:07 BEN)
**ENT:** Historian denies epistaxis, Historian denies sore throat. (Thu Mar 09, 2017 09:07 BEN)
**CARDIOVASCULAR:** Historian denies chest pain, Historian denies syncope. (Thu Mar 09, 2017 09:07 BEN)
**RESPIRATORY:** Historian denies cough, Historian denies shortness of breath. (Thu Mar 09, 2017 09:07 BEN)
**GI:** Historian denies abdominal pain, Historian denies nausea, Historian denies vomiting. (Thu Mar 09, 2017 09:07 BEN)
**GENITOURINARY MALE:** Historian denies penile discharge, Historian denies urinary frequency, scrotal pain. (Thu Mar 09, 2017 09:06 BEN)
**MUSCULOSKELETAL:** Historian denies back pain, **Historian reports fall, injury.** Historian denies myalgias, Historian denies neck pain. (Thu Mar 09, 2017 09:06 BEN)
**SKIN:** Historian denies cellulitis, Historian denies induration, Historian denies rash, **Historian reports skin changes.** (Thu Mar 09, 2017 09:06 BEN)
**NEUROLOGIC: Historian reports headache,** Historian denies paralysis, Historian denies paresthesias, Historian denies sensory changes, Historian denies speech changes. (Thu Mar 09, 2017 09:06 BEN)
**PSYCHIATRIC:** Historian denies homicidal ideation, Historian denies suicidal ideation. (Thu Mar 09, 2017 09:07 BEN)

## PHYSICAL EXAM (Thu Mar 09, 2017 09:07 BEN)
**CONSTITUTIONAL:** Vital signs reviewed, Patient appears non toxic, Patient alert and oriented to person, place and time.
**HEAD:** multiple areas of CTx to face, swelling. Lac s/p repair L brow. Hemostatic.
**EYES:** Extraocular muscles intact, Sclera normal.
**NECK:** Neck exam included findings of normal range of motion, Trachea midline.
**RESPIRATORY CHEST:** Respiratory exam included findings of no respiratory distress, Breath sounds clear, No wheezing, No rales, No rhonchi, **Tenderness, moderate, to the right anterior chest, Palpation of chest reproduces symptoms.**
**CARDIOVASCULAR:** Cardiovascular exam included findings of heart rate regular rate and rhythm, Heart sounds normal.
**ABDOMEN MALE:** Abdominal exam included findings of abdomen nontender, no distension.
**UPPER EXTREMITY:** Upper extremity exam included findings of inspection normal, Range of motion normal.
**LOWER EXTREMITY:** TTP/pain with ROM L knee and hip. B knee abrasions.
**SKIN:** dry, no rash.
**PSYCHIATRIC:** Psychiatric exam included findings of patient oriented to person place and time, Normal affect.

Prepared: Fri Mar 10, 2017 03:34 by Interface  Page: 2 of 3

# BARONESS ERLANGER EMERGENCY DEPARTMENT EMERGENCY RECORD

Koger, Phillip Wayne
DOB:      1984 M32
Wt/Ht: 102.1 Kg 187 cm.
MedRec: 01171273
AcctNum: 120246350

*NOTES:* Notes: other than as noted above, all long bones and joints were palpated and ranged and were non–TTP and painless to range.

## PAST MEDICAL HISTORY (Thu Mar 09, 2017 03:54 SEAR)
*MEDICAL HISTORY:* **No past medical history.**
*SURGICAL HISTORY MALE:* **Surgical history of orthopedic surgery, femur.**
*PSYCHIATRIC HISTORY:* **No previous psychiatric history.**
*SOCIAL HISTORY:* **Patient currently uses tobacco, Patient smokes cigarettes, daily, Patient smokes 1 pack per day, Patient denies alcohol use, Patient currently uses drugs, abuses marijuana, Social drug use.**

## PROBLEM LIST
*Only confirmed problems are displayed:*

| Problem Name | Status | Date Diagnosed | Date Resolved | Confirm Status |
|---|---|---|---|---|
| Blunt Chest Trauma (by history) | Active | Mon Aug 25, 2014 | | Confirmed |
| Contusion to the Head (by history) | Active | Mon Aug 25, 2014 | | Confirmed |
| facial fractures | Active | Thu Mar 09, 2017 | | Confirmed |
| scrotal contusion | Active | Thu Mar 09, 2017 | | Confirmed |
| spinous process Fx in back | Active | Thu Mar 09, 2017 | | Confirmed |

## CURRENT MEDICATIONS (Thu Mar 09, 2017 09:36 LVAR)
*Patient states – No home medicines.*

## KNOWN ALLERGIES
*No Known Drug Allergies*

## DOCTOR NOTES
*NOTES:* **paged Urology re: testicular injury.** (Thu Mar 09, 2017 09:10 BEN)
**D/w Dr Smith Urology resident – pt does not need emergent surgical intervention. Expectant management, pain control. F/u 2 weeks in office.** (Thu Mar 09, 2017 09:14 BEN)
**d/w plastics no need for f/u unless unsightly after swelling resolves.** (Thu Mar 09, 2017 11:15 BEN)

## PRESCRIPTION (Thu Mar 09, 2017 10:27 BEN)
*Percocet:* TABLET : 7.5 mg–325 mg : ORAL : Quantity: *** 1 *** Unit: TAB Route: ORAL Schedule: Every four to six hours as needed. Dispense: *** 30 ***.
*NOTES:* **Substitution Permitted**
**NO REFILLS**.
*Zofran Tab:* TABLET : 4 mg : ORAL : Quantity: *** 1 *** Unit: TAB Route: ORAL Schedule: Every four to six hours as needed. Dispense: *** 21 ***.
*NOTES*

## INSTRUCTION (Thu Mar 09, 2017 10:34 BEN)
*DISCHARGE:* FRACTURED NOSE.
*FOLLOWUP:* None. Patient has, no PCP– See referral, Clinics, PHYSICIAN REFERRAL TO, UT ERLANGER PHYSICIANS GROUP, 423–778–DOCS (3627), Call UT Erlanger Physicians Group Referral line to help locate a physician., Urologists, Academic, UT. Clinics / Erlanger Practice, at Erlanger, Suite C–925, 979 East Third Street, Chattanooga TN 37311, 423–778–5910, Follow up with Specialist Call the office and make an appointment.
*SPECIAL:* (20) Follow up with Urology within 2 weeks.

## Key:
**AHUN=Hunzelman, RN, Ashley L  BEN=Smith, MD, Benjamin  LVAR=Varner, CPH T, Lee  SEAR=Armstrong, RN, Sarah J**

ACCT: 000120246350
03-09-17 08:17 CT THORAX ABD PELVIS W IV CONT

Erlanger Health System
975 East Third Street
Chattanooga, TN 37403
(423) 778-7241

NAME: KOGER, PHILLIP,          MRN: 01171273

ADMIT DIAGNOSIS: FACIAL FX
ORDER REASON: CHEST, ABD TRAUMA
ORDER COMMENTS: BEH-ED 08
ECT CT THORAX ABD PELVIS W IV CONT  - 03/09/2017 08:50 AM - CPT:
71260, 74177, 74177
COMPARISON: None.
HISTORY: Motor vehicle accident.
TECHNIQUE: Multidetector helical CT acquisition through the chest,
abdomen, and pelvis is provided after IV administration of 100 mL of
Omnipaque 300. Coronal and sagittal multiplanar reformatted images
are provided. Automated dose control was used for these exams.
FINDINGS:
Chest:
There is mild dependent atelectasis at the bilateral lung bases. No
suspicious pulmonary nodules or masses are seen. There is no evidence
of pneumothorax. The heart size is within normal limits. No
pericardial effusion. There is mild stranding within the anterior
mediastinum without discrete hematoma. A focal area of gas is seen
along the left half of the sternomanubrial joint. No underlying
fracture is seen. No definite rib fractures are seen. The thoracic
aorta is normal in caliber. The extra thoracic soft tissues are
within normal limits. Normal attenuation of the imaged thyroid gland.
Abdomen/Pelvis:
Normal appearance of the liver. No focal hepatic mass. There is no
evidence of laceration. No perihepatic free fluid. Normal appearance
of the gallbladder. Normal appearance of the spleen. No evidence of
active extravasation or laceration. Normal appearance of the kidneys.
The adrenal glands are normal without mass or nodularity. Normal
appearance of the pancreas.
The stomach and duodenum appear normal. The small and large bowel are
normal in caliber. No focal wall thickening or dilatation. No free
fluid. No drainable fluid collections. Normal CT appearance of the
prostate gland and seminal vesicles. Normal appearance of the
bladder. There is asymmetric enlargement of the left psoas muscle
with adjacent stranding. No evidence of active extravasation.
Fractures are present through the left L1-L4 transverse processes. No
pelvic fractures are identified. The SI joints and pubic symphysis
are intact. The vertebral body heights are well-maintained. Schmorl's
nodes are present along the inferior endplates of the lower thoracic
vertebral bodies. A Schmorl's node is seen along the superior
endplate of an upper thoracic vertebral body. There is no evidence of
vertebral body fracture. The posterior elements are within normal
limits.
IMPRESSION: There is mild stranding within the anterior mediastinal
fat which could represent contusion without hematoma. A small amount
of gas adjacent to the sternomanubrial joint may also be associated
with blunt trauma without acute fracture.
Fractures through the left L1-L4 transverse processes with asymmetric
enlargement of the left psoas muscle. No active extravasation.
DICTATED BY: HARRIS HAWK, MD - 03/09/2017 09:06 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD - 03/09/2017 09:15 AM
TRANSCRIBED BY:  - PSC - 03/09/2017 09:15 AM
CC: EMCARE, PHYSICIAN

```
ACCT: 000120246350
03-09-17 08:17 HIP UNI 2-3 VWS
```

Erlanger Health System
975 East Third Street
Chattanooga, TN 37403
(423) 778-7241

NAME: KOGER,PHILLIP,          MRN: 01171273

ADMIT DIAGNOSIS: FACIAL FX
ORDER REASON: TRAUMA, PAIN
ORDER COMMENTS: BEH-ED 08
E/R HIP UNI 2-3 VWS L - 03/09/2017 08:43 AM - CPT: 73502
HISTORY: TRAUMA, PAIN.
COMPARISON: None.
TECHNIQUE: AP view of the pelvis, 2 views of the left hip, 3 views of
the left knee.
RESULTS:
Pelvis: The bone mineralization is within normal limits. There is no
evidence of acute fracture or dislocation. The joint spaces are
well-maintained. No significant soft tissue abnormality.
Left hip: The left hip is well articulated. There is no evidence of
acute fracture or dislocation. The bone mineralization is normal.
Normal appearance of the femoral head neck junction.
Left knee: The medial and lateral compartment joint spaces are
well-maintained. There is no evidence of acute fracture or
dislocation. There is no evidence of joint effusion. No significant
soft tissue abnormality.
IMPRESSION: Pelvis: No evidence of acute fracture or dislocation.
Left hip: No evidence of acute fracture or dislocation.
Left knee: No evidence of acute fracture or dislocation.
DICTATED BY: HARRIS HAWK, MD - 03/09/2017 03:54 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD - 03/09/2017 08:56 AM
TRANSCRIBED BY:  - PSC - 03/09/2017 08:56 AM
CC: EMCARE, PHYSICIAN
```

ACCT: 000120246350
03-09-17 08:17 KNEE 3 VIEWS

Erlanger Health System
975 East Third Street
Chattanooga, TN 37403
(423) 778-7241

NAME: KOGER,PHILLIP,          MRN: 01171273

ADMIT DIAGNOSIS: FACIAL FX
ORDER REASON: TRAUMA, PAIN
ORDER COMMENTS: BEH-ED 08
E/R KNEE 3 VIEWS L - 03/09/2017 08:44 AM - CPT: 73562
HISTORY:  TRAUMA, PAIN.
COMPARISON: None.
TECHNIQUE: AP view of the pelvis, 2 views of the left hip, 3 views of
the left knee.
RESULTS:
Pelvis: The bone mineralization is within normal limits. There is no
evidence of acute fracture or dislocation. The joint spaces are
well-maintained. No significant soft tissue abnormality.
Left hip: The left hip is well articulated. There is no evidence of
acute fracture or dislocation. The bone mineralization is normal.
Normal appearance of the femoral head neck junction.
Left knee: The medial and lateral compartment joint spaces are
well-maintained. There is no evidence of acute fracture or
dislocation. There is no evidence of joint effusion. No significant
soft tissue abnormality.
IMPRESSION: Pelvis: No evidence of acute fracture or dislocation.
Left hip: No evidence of acute fracture or dislocation.
Left knee: No evidence of acute fracture or dislocation.
DICTATED BY: HARRIS HAWK, MD - 03/09/2017 08:54 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD - 03/09/2017 08:56 AM
TRANSCRIBED BY:  - PSC - 03/09/2017 08:56 AM
CC: EMCARE, PHYSICIAN

```
ACCT: 000120246350
03-09-17 08:29 CHEST SINGLE VIEW
```

                    Erlanger Health System
                    975 East Third Street
                    Chattanooga, TN 37403
                    (423) 778-7241

          NAME: KOGER,PHILLIP,          MRN: 01171273

```
ADMIT DIAGNOSIS: FACIAL FX
ORDER REASON: TRAUMATIC INJURY
ORDER COMMENTS: BEH-ED 08
E/R CHEST SINGLE VIEW  - 03/09/2017 08:44 AM - CPT: 71010
HISTORY:  TRAUMATIC INJURY.
COMPARISON: None.
TECHNIQUE: Single AP view the chest
RESULTS:
The heart size is normal in appearance. The pulmonary vasculature is
mildly congested which is likely related to supine technique. There
is no evidence of pneumothorax. No mediastinal shift. No displaced
rib fractures are seen. No subcutaneous emphysema. The trachea is
midline.
IMPRESSION: Pulmonary venous congestion at least in part due to
supine technique. No pneumothorax is seen.
DICTATED BY: HARRIS HAWK, MD - 03/09/2017 08:58 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD - 03/09/2017 09:00 AM
TRANSCRIBED BY:  - PSC - 03/09/2017 09:00 AM
CC: EMCARE, PHYSICIAN
```

ACCT: 000120246350
03-09-17 08:29 PELVIS 1 OR 2 VIEWS

Erlanger Health System
975 East Third Street
Chattanooga, TN 37403
(423) 778-7241

NAME: KOGER,PHILLIP,          MRN: 01171273

ADMIT DIAGNOSIS: FACIAL FX
ORDER REASON: TRAUMATIC INJURY
ORDER COMMENTS: BEH-ED 08
E/R PELVIS 1 OR 2 VIEWS  - 03/09/2017 08:46 AM - CPT: 72170
HISTORY: TRAUMA, PAIN.
COMPARISON: None.
TECHNIQUE: AP view of the pelvis, 2 views of the left hip, 3 views of
the left knee.
RESULTS:
Pelvis: The bone mineralization is within normal limits. There is no
evidence of acute fracture or dislocation. The joint spaces are
well-maintained. No significant soft tissue abnormality.
Left hip: The left hip is well articulated. There is no evidence of
acute fracture or dislocation. The bone mineralization is normal.
Normal appearance of the femoral head neck junction.
Left knee: The medial and lateral compartment joint spaces are
well-maintained. There is no evidence of acute fracture or
dislocation. There is no evidence of joint effusion. No significant
soft tissue abnormality.
IMPRESSION: Pelvis: No evidence of acute fracture or dislocation.
Left hip: No evidence of acute fracture or dislocation.
Left knee: No evidence of acute fracture or dislocation.
DICTATED BY: HARRIS HAWK, MD - 03/09/2017 08:54 AM
ELECTRONICALLY SIGNED BY: HARRIS HAWK, MD - 03/09/2017 08:56 AM
TRANSCRIBED BY:  - PSC - 03/09/2017 08:56 AM
CC: EMCARE, PHYSICIAN

```
---------------------------

I-STAT G3+

Pt:000120246350
Pt Name:_____ Koger

---------------------------
37.0°C
pH              7.442
PCO2            34.9 mmHg
PO2             84 mmHg
BEecf           0 mmol/L
HCO3            23.8 mmol/L
TCO2            25 mmol/L
sO2             97 %
---------------------------

Field 1: 3
Field 2: 56
Field 3: .
FIO2: 21

08:29  09MAR17

Operator ID: 6666
Physician:_____

Lot Number: 2120I63221240
Serial: 387328
Version: JAMS142E
CLEW: A33
Custom: 17308325

---------------------------


---------------------------

I-STAT CHEM8+

Pt:000120246350
Pt Name:_____

Na              139 mmol/L
K               4.8 mmol/L
Cl              104 mmol/L
iCa             1.10 mmol/L
TCO2            23 mmol/L

Glu             127 mg/dL
BUN             19 mg/dL
Crea            1.2 mg/dL
Hct             54 %PCV
AnGap           18 mmol/L

Field 1: 3
Field 2: 56
Field 3: .
CPB: No

08:29  09MAR17

Operator ID: 6666
Physician:_____

Lot Number: 229H163511181
Serial: 334519
Version: JAMS142E
CLEW: A33
Custom: 17308325

---------------------------
```

```
03/15/2017                    ERLANGER HEALTH SYSTEM
01:00                     BARONESS ERLANGER LABORATORY                 PAGE 1
                          CHATTANOOGA,TENNESSEE  37403
                       MEDICAL DIRECTOR, JOYCE D MILLS M.D.
   NAME: KOGER,PHILLIP WAYNE                    ADMITTED: 03/09/2017
   AGE: 32Y          SEX: M      DOB:     1984       MR#: 1171273
   LOC: BEER                                        ACCT: 000120246350
   DR.: SMITH,BENJAMIN C III MD               DISCHARGED: 03/12/2017
```

```
=========================== BLOOD GASES ===========================

DATE:          03/09/17
TIME:          0829
LOC:           BEER                               NORMAL     UNITS
FOOTNOTE:      #1


PH             7.44                              7.35-7.45
PaCO2          35                                   35-45   MMHG
PaO2           84                                  80-100   MMHG
HCO3           24                                   22-28   MEQ/L
BASE EXCESS    0                                            MEQ/L
O2 SATURATION  97                                  95-100   %
FIO2           21                                            %
SAMPLE SITE    LFM
VENT SETTINGS

    #1 SAMPLE SITE = LEFT FEMORAL
       VENT SETTINGS =  if critical values see chart for notification


=========================== MISCELLANEOUS ISTAT TESTS ===========================

DATE:          03/09/17
TIME:          0829
LOC:           BEER                               NORMAL     UNITS


SODIUM         139                               135-153   MMOL/L
POTASSIUM      4.8                                3.5-5.3   MMOL/L
CHLORIDE       104                                97-107    MMOL/L
BUN            19                                   9-21    MG/DL
CREAT          1.2                                0.8-1.5   MG/DL
GLUCOSE        127 H                               70-105   MG/DL
IONIZED CA     1.10 L                           1.12-1.32   MMOL/L
CO2            23                                   23-27   MMOL/L
HCT            54 H                                 42-52   %
```

```
                         END OF REPORT
```

Patient:KOGER, PHILLIP WAYNE      MRN:01171273      Encounter:000120246350      Page 1 of 1