UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

PHILLIP WAYNE KOGER,
          Plaintiff(s),

vs.

Dylon Floyd, Stephen Bagley, James Davis, Todd Cook and Anthony Lawson ,
          Defendant(s).

CIVIL ACTION FILE

NO.  4:18-cv-53-HLM

## J U D G M E N T

This action having come before the court, Honorable Harold L Murphy, United States District Judge, for consideration of Defendants Floyd, Bagley, Davis, Cook and Lawson's Motions for Summary Judgment, and the court having granting said motions, it is

**Ordered and Adjudged** that the plaintiff take nothing; that defendants Floyd, Bagley, Davis, Cook and Lawson recover its costs of this action, and the action be, and the same hereby is, **dismissed**.

Dated at Rome, Georgia, this 4th day of June, 2018.

JAMES N. HATTEN
CLERK OF COURT

By:   s/D. Burkhalter
      Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
    June 4, 2020
James N. Hatten
Clerk of Court

By:   s/D. Burkhalter
      Deputy Clerk