# EXHIBIT A

## FEES FOR PRINTED OR ELECTRONICALLY RECORDED TRANSCRIPTS NECESSARILY OBTAINED FOR USE IN THE CASE

## (DEPOSITION TRANSCRIPTS)

| DEPONENT | DATE | SERVICE PROVIDER | AMOUNT PAID |
|---|---|---|---|
| Phillip Koger | 5/21/19 | Veritext Legal Solutions | $966.55 |
| Greggory Carson & Dylon Floyd | 6/19/19 | Angel & Associates Court Reporting | $313.30 |
| Todd Cook & Anthony Lawson | 6/20/19 | Angel & Associates Court Reporting | $268.80 |
| James Davis & Stephen Bagley | 8/29/19 | Angel & Associates Court Reporting | $236.10 |
| Jason Smith & Brandon Bennett | 9/09/19 | Angel & Associates Court Reporting | $214.35 |
| Tyler Gebelein, Michael Cannon, & John McGrath | 9/12/19 | Angel & Associates Court Reporting | $370.65 |
| Patrick Looper | 2/06/20 | Angel & Associates Court Reporting | $594.85 |
| | | | |
| **TOTAL:** | | | **$2,964.60** |

**Veritext, LLC**
**Southeast Region**

1075 Peachtree St. NE, Suite 3625
Atlanta GA 30309
Tel. 770-343-9696 Fax. 770-343-8430
Fed. Tax ID: 20-3132569


# VERITEXT
## LEGAL SOLUTIONS

| Bill To: | James Exum<br>Leitner, Williams, Dooley & Napolitan, PLLC<br>200 W. Martin Luther King Boulevard<br>Suite 500<br>Chattanooga, TN, 37402 | Invoice #: | ATL3804747 |
|---|---|---|---|
| | | Invoice Date: | 6/7/2019 |
| | | Balance Due: | $966.55 |

| Case: | Koger, Phillip v. Carson, Greggory |
|---|---|
| Job #: | 3306747 | Job Date: 5/21/2019 | Delivery: Normal |
| Billing Atty: | James Exum |
| Location: | FCI Forrest City Low<br>1400 Dale Bumpers Road<br>Forrest City, AR 72335 |
| Sched Atty: | Kevin Stone | Freeman Mathis & Gary |

| Witness | Description | | Amount |
|---|---|---|---|
| Phillip Koger | Certified Transcript | | $966.55 |
| Notes: | | Invoice Total: | $966.55 |
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | Balance Due: | $966.55 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

173622

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | ATL3804747 |
|---|---|
| Job #: | 3306747 |
| Invoice Date: | 6/7/2019 |
| Balance: | $966.55 |

**Exum, Jim**

**From:** noreply@slimcd.com
**Sent:** Monday, July 6, 2020 4:20 PM
**To:** Exum, Jim
**Subject:** Receipt for Payment for

[EXTERNAL EMAIL]

https://protect-us.mimecast.com/s/N_6YCKrA4xC2rJ6AFMgBZh?domain=ws4.veritextllc.com

Veritext Legal Solutions
https://protect-us.mimecast.com/s/MJ1DCL9A4yCRYv7oiq6c1G?domain=veritext.com
=====================================================

** Payment Receipt **

Type: SALE

Order Id: 3804747|966.55

Amount: 966.55

Receipt#: 476873685

Card # XXXXXXXXXXXX
Account:

Date: 7/6/2020 4:20:18 PM

Ref Num: 1500DE839EA7F1FB28719A7DF2CC4C6EF35AAA64

Auth Code: 073418

---------------------------------------------
        APPROVED - THANK YOU 001
---------------------------------------------

Please keep this email as your transaction receipt.
you give for cancellations.

Angel & Associates Court Reporting

P.O. Box 1145
Hixson, TN 37343
(423)876-4435

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 7/8/2019 | SAV7265 |

PAID 08/04/2019

| BILL TO: | CASE REFERENCE: |
|---|---|
| James F. Exum, III, Esquire<br>Chambliss, Bahner & Stophel, P.C.<br>Liberty Tower<br>605 Chestnut Street, Suite 1700<br>Chattanooga, Tennessee 37450 | Phillip Wayne Koger<br>vs.<br>Greggory Carson, et al<br>Case No. 4:18-cv-00053-HLM<br>United States District Court |

| **Taxpayer Identification # 20-1191136** | TERMS | DUE DATE | Reporter |
|---|---|---|---|
| | Net 30 | 8/7/2019 | SAV |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Depo (Copy) | Greggory Carson (6-19-19) | 71 | 1.95 | 138.45 |
| Depo (Copy) | Dylon Floyd (6-19-19) | 63 | 1.95 | 122.85 |
| Exhibits | Copies of Exhibits (Dylon Floyd) (sent via Dropbox) | | 22.00 | 22.00 |
| CD Disc | DVDs (Exhibits to Greggory Carson Depo sent via Dropbox) | | 30.00 | 30.00 |

Thank you for your business!
"Preserving The Record"

**YOUR TOTAL** $313.30

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 423-876-4435 | 423-876-4457 | dianeangelrpr@yahoo.com | www.angelcrptg.com |

Angel & Associates Court Reporting

# INVOICE

P.O. Box 1145
Hixson, TN 37343
(423)876-4435

| DATE | INVOICE NO. |
|---|---|
| 7/8/2019 | DLH1235 |

PAID 08/04/201?

| BILL TO: | CASE REFERENCE: |
|---|---|
| James F. Exum, III, Esquire<br>Chambliss, Bahner & Stophel, P.C.<br>Liberty Tower<br>605 Chestnut Street, Suite 1700<br>Chattanooga, Tennessee 37450 | Phillip Wayne Koger<br>vs.<br>Greggory Carson, et al<br>Case No. 4:18-cv-00053-HLM<br>United States District Court |

| Taxpayer Identification # 20-1191136 | TERMS | DUE DATE | Reporter |
|---|---|---|---|
| | Net 30 | 8/7/2019 | DLH |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Depo (Copy) | Todd Cook (6-20-19) | 70 | 1.95 | 136.50 |
| Depo (Copy) | Anthony Lawson (6-20-19) | 41 | 1.95 | 79.95 |
| Exhibits | Copies of Exhibits (Sent Via Dropbox) | | 52.35 | 52.35 |

Thank you for your business!
"Preserving The Record"

**YOUR TOTAL** $268.80

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 423-876-4435 | 423-876-4457 | dianeangelrpr@yahoo.com | www.angelcrptg.com |

Angel & Associates Court Reporting

P.O. Box 1145
Hixson, TN 37343
(423)876-4435

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 9/24/2019 | SAV7312 |

PAID 12/11/2019

| BILL TO: | CASE REFERENCE: |
|---|---|
| James F. Exum, III, Esquire<br>Chambliss, Bahner & Stophel, P.C.<br>Liberty Tower<br>605 Chestnut Street, Suite 1700<br>Chattanooga, Tennessee 37450 | Phillip Wayne Koger<br>vs.<br>Greggory Carson, et al<br>Case No. 4:18-cv-00053-HLM<br>U.S. District Court |

| Taxpayer Identification # 20-1191136 | TERMS | DUE DATE | Reporter |
|---|---|---|---|
| | Net 30 | 10/24/2019 | SAV |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Depo (Copy) | James Davis (8-29-19) | 69 | 1.95 | 134.55 |
| Depo (Copy) | Stephen Bagley (8-29-19) | 46 | 1.95 | 89.70 |
| Exhibits | Copies of Exhibits - Scanned and Emailed | | 11.85 | 11.85 |
| Rebill | 11-15-19 | | 0.00 | 0.00 |

Thank you for your business!
"Preserving The Record"

**YOUR TOTAL** $236.10

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 423-876-4435 | 423-876-4457 | dianeangelrpr@yahoo.com | www.angelcrptg.com |

Angel & Associates Court Reporting

P.O. Box 1145
Hixson, TN 37343
(423)876-4435

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 10/2/2019 | SAV7324 |

PAID 12/11/201?

| BILL TO: | CASE REFERENCE: |
|---|---|
| James F. Exum, III, Esquire<br>Chambliss, Bahner & Stophel, P.C.<br>Liberty Tower<br>605 Chestnut Street, Suite 1700<br>Chattanooga, Tennessee 37450 | Phillip Wayne Koger<br>vs.<br>Greggory Carson, et al<br>Case No. 4:18-cv-00053-HLM<br>United States District Court |

| Taxpayer Identification # 20-1191136 | TERMS | DUE DATE | Reporter |
|---|---|---|---|
| | Net 30 | 11/1/2019 | SAV |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Depo (Copy) | Jason Smith (9-9-19) | 54 | 1.95 | 105.30 |
| Depo (Copy) | Brandon Bennett (9-9-19) | 55 | 1.95 | 107.25 |
| Exhibits | Copies of Exhibits | | 1.80 | 1.80 |
| Rebill | 11-15-19 | | 0.00 | 0.00 |

Thank you for your business!
"Preserving The Record"

**YOUR TOTAL** $214.35

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 423-876-4435 | 423-876-4457 | dianeangelrpr@yahoo.com | www.angelcrptg.com |

Angel & Associates Court Reporting

P.O. Box 1145
Hixson, TN 37343
(423)876-4435

# INVOICE

| DATE | INVOICE NO. |
|---|---|
| 9/24/2019 | WAV4547 |

PAID 12/11/201?

| BILL TO: | CASE REFERENCE: |
|---|---|
| James F. Exum, III, Esquire<br>Chambliss, Bahner & Stophel, P.C.<br>Liberty Tower<br>605 Chestnut Street, Suite 1700<br>Chattanooga, Tennessee 37450 | Phillip Wayne Koger<br>vs.<br>Greggory Carson, et al<br>Case No. 4:18-cv-00053-HLM<br>United States District Court, GA |

| Taxpayer Identification # 20-1191136 | TERMS | DUE DATE | Reporter |
|---|---|---|---|
| | Net 30 | 10/24/2019 | WAV |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Depo (Copy) | Tyler Gebelein (9-12-19) | 59 | 1.95 | 115.05 |
| Depo (Copy) | Michael Cannon (9-12-19) | 47 | 1.95 | 91.65 |
| Depo (Copy) | John McGrath (9-12-19) | 79 | 1.95 | 154.05 |
| Exhibits | Copies of Exhibits (Scanned and Emailed) | | 9.90 | 9.90 |
| Rebill | 11-15-19 | | 0.00 | 0.00 |

Thank you for your business!
"Preserving The Record"

**YOUR TOTAL**     $370.65

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 423-876-4435 | 423-876-4457 | dianeangelrpr@yahoo.com | www.angelcrptg.com |

Angel & Associates Court Reporting

# INVOICE

P.O. Box 1145
Hixson, TN 37343
(423)876-4435

| DATE | INVOICE NO. |
|---|---|
| 3/3/2020 | SAV7424 |

PAID 07/06/2021

| BILL TO: | CASE REFERENCE: |
|---|---|
| James F. Exum, III, Esquire<br>Chambliss, Bahner & Stophel, P.C.<br>Liberty Tower<br>605 Chestnut Street, Suite 1700<br>Chattanooga, Tennessee 37450 | Phillip Wayne Koger<br>vs.<br>Greggory Carson, et al<br>Case No. 4:18-CV-00053-HLM<br>Rome County District Court |

| **Taxpayer Identification # 20-1191136** | TERMS | DUE DATE | Reporter |
|---|---|---|---|
| | Net 30 | 4/2/2020 | SAV |

| ITEM | DESCRIPTION | QTY | RATE | AMOUNT |
|---|---|---|---|---|
| Depo (F & S) | Appearance - (Full Day, Split 1/4) (2-6-20) | | 45.00 | 45.00 |
| Depo (Expert) | Expert Witness - Patrick Looper (0&4 Split) | 213 | 2.45 | 521.85 |
| Exhibits | Copies of Exhibits (Scanned and Emailed) | | 28.00 | 28.00 |
| | | | 0.00 | 0.00 |

Thank you for your business!
"Preserving The Record"

**YOUR TOTAL** $594.85

| Phone # | Fax # | E-mail | Web Site |
|---|---|---|---|
| 423-876-4435 | 423-876-4457 | dianeangelrpr@yahoo.com | www.angelcrptg.com |